**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
DISTRICT OF NEVADA

Case number *(if known)* _____ Chapter 11

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7
☑ Chapter 11

## Part 2: Identify the Debtor

**2. Debtor's name**  J & J Consulting Services, Inc.

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

**4. Debtor's federal Employer Identification Number (EIN)**

☑ Unknown

_____
EIN

**5. Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| **9 Sky Arc Court** | **2700 East Sunset Road** |
| Number    Street | Number    Street |
| | **Suite 9** |
| | P.O. Box |
| **Henderson**    **NV**    **89012** | **Las Vegas**    **NV**    **89008** |
| City    State    Zip Code | City    State    Zip Code |
| | |
| **Clark County** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number    Street |
| | |
| | City    State    Zip Code |

**6. Debtor's website** (URL) _____

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)

Official Form 205                Involuntary Petition Against a Non-Individual                page 1
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **J & J Consulting Services, Inc.**     Case number *(if known)* _____

- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☑ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No
☐ Yes. Debtor _____ Relationship _____
District _____ Date filed __/__/____ (MM/DD/YYYY) Case number, if known _____

Debtor _____ Relationship _____
District _____ Date filed __/__/____ (MM/DD/YYYY) Case number, if known _____

## Part 3: Report About the Case

**10. Venue**   *Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☑ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| **SEE ATTACHED** | | $ |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $ 1,824,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4 Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

Debtor    **J & J Consulting Services, Inc.**    Case number *(if known)*

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|

**Name and mailing address of petitioner**
**Anthony Bonifazio**
Name

**15 Holly Tree Court**
Number    Street
**Henderson, Nevada 89052**
City    State    Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City    State    Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    3/17/2022
          MM / DD / YYYY

DocuSigned by:
[signature]
—BAED74893A5D442...
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number    Street
**Las Vegas**    **NV**    **89101**
City    State    Zip Code
Contact phone    **702-385-5544**    Email **saschwartz@nvfirm.com**

Bar number    **10985**

State    **NV**

**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **03/17/2022**
          MM / DD / YYYY

Debtor **J & J Consulting Services, Inc.**     Case number *(if known)*

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**
**Keith Ozawa**
Name

**4105 Freel Peak Ct**
Number     Street
**Las Vegas, NV 89129**
City           State     Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number     Street

City           State     Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **3/14/2022**
               MM / DD / YYYY

DocuSigned by:
[signature]
—51F8447925A6364F0—
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number     Street
**Las Vegas**                **NV**        **89101**
City                State     Zip Code
Contact phone    **702-385-5544**    Email **saschwartz@nvfirm.com**

Bar number    **10985**

State          **NV**

**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **03/14/2022**
               MM / DD / YYYY

| Debtor | **J & J Consulting Services, Inc.** | Case number *(if known)* | |

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**
**Janelle Ozawa**
Name

**4105 Freel Peak Ct**
Number    Street
**Las Vegas, NV 89129**
City              State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City              State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **3/14/2022**
                MM / DD / YYYY

DocuSigned by:
*Janell Ozawa*
51584470225A6364F0
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number    Street
**Las Vegas**                    **NV**         **89101**
City                              State        Zip Code
Contact phone   **702-385-5544**   Email  **saschwartz@nvfirm.com**

Bar number   **10985**

State   **NV**


**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed   **03/14/2022**
              MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 3
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number *(if known)* | |

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**
**Brian Schumann**
Name

**6250 Paseo Elegancia**
Number      Street
**Carlsbad                    CA        92009**
City                                      State          Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number      Street

City                                      State          Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   **3/15/2022**
                    MM / DD / YYYY

DocuSigned by:
*Brian Schumann*
CB5A0B6325A4A6...
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number      Street
**Las Vegas                              NV          89101**
City                                      State          Zip Code
Contact phone   **702-385-5544**    Email  **saschwartz@nvfirm.com**

Bar number   **10985**

State           **NV**


**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed   **03/14/2022**
                    MM / DD / YYYY

---

Debtor  **J & J Consulting Services, Inc.**                                      Case number *(if known)*

| **Petitioners or Petitioners' Representative** | **Attorneys** |

**Name and mailing address of petitioner**
**Darius F. Rafie**
Name

**10781 W. Twain Avenue**
Number        Street
**Las Vegas, Nevada 89135**
City                        State         Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number        Street

City                        State         Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on    **3/14/2022**
                       MM / DD / YYYY

DocuSigned by:
*Darius F. Rafie*
—26A54DB1EC054FB...
Signature of petitioner or representative, including representative's title

**Samuel A. Schwartz, Esq.**
Printed name

**Schwartz Law, PLLC**
Firm name, if any
**601 East Bridger Avenue**
Number        Street
**Las Vegas**              **NV**         **89101**
City                        State         Zip Code
Contact phone    **702-385-5544**    Email **saschwartz@nvfirm.com**

Bar number    **10985**

State         **NV**


**/s/ Samuel A. Schwartz**
Signature of attorney
Date signed    **03/14/2022**
                       MM / DD / YYYY

---

Official Form 205                Involuntary Petition Against a Non-Individual                page 3
Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor   **J & J Consulting Services, Inc.**                                                Case number *(if known)*

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | **Anthony Bonifazio** | | $ **200,000.00** |
| | **Keith Ozawa** | | $ **210,000.00** |
| | **Janelle Ozawa** | | $ **175,000.00** |
| | **Brian Schumann** | | $ **600,000.00** |
| | **Darius F. Rafie** | | $ **639,000.00** |
| | | Total of petitioners' claims | $ **1,824,000.00** |