Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Petitioning Creditors
Anthony Bonifazio, Keith Ozawa,
Janelle Ozawa, and Brian Schumann*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-10942-MKN |
| J & J CONSULTING SERVICES, INC., | Chapter 11 – Involuntary |
| Alleged Debtor. | Hearing Date: April 15, 2022 |
| | Hearing Time: 10:00 AM PDT |

**NOTICE OF ENTRY OF *EX PARTE* ORDER SHORTENING TIME ON MOTION FOR APPOINTMENT OF (A) CHAPTER 11 TRUSTEE EITHER (I) FOR CAUSE UNDER 11 U.S.C. § 1104(a)(1) OR (II) IN THE BEST INTERESTS OF CREDITORS UNDER 11 U.S.C. § 1104(a)(2) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2007.1(a), 2009, AND 9014 AND (B) GAP PERIOD TRUSTEE PENDING ENTRY OF THE ORDER FOR RELIEF UNDER 11 U.S.C. § 303**

///
///
///
///
///
///
///
///

**TO:     ALL INTERESTED PARTIES, CREDITORS, AND TRUSTEE:**

PLEASE TAKE NOTICE that an *Ex Parte Order Shortening Time on Motion for Appointment of (A) Chapter 11 Trustee Either (I) for Cause Under 11 U.S.C. § 1104(a)(1) or (II) in the Best Interests of Creditors Under 11 U.S.C. § 1104(a)(2) and Federal Rules of Bankruptcy Procedure 2007.1(a), 2009, and 9014 and (B) Gap Period Trustee Pending Entry of the Order for Relief Under 11 U.S.C. § 303* [ECF No. 11], was entered by the Court in the above-captioned case on April 4, 2022, a copy of which is attached hereto as **Exhibit A**.

Dated this 5th day of April, 2022.

By: */s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
Emily D. Anderson, Esq.
Nevada Bar No. 13814
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada 89101

*Attorneys for Petitioning Creditors
Anthony Bonifazio, Keith Ozawa,
Janelle Ozawa, and Brian Schumann*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2022, I caused service of a true and correct copy of the foregoing **NOTICE OF ENTRY OF EX PARTE ORDER SHORTENING TIME ON MOTION FOR APPOINTMENT OF (A) CHAPTER 11 TRUSTEE EITHER (I) FOR CAUSE UNDER 11 U.S.C. § 1104(a)(1) OR (II) IN THE BEST INTERESTS OF CREDITORS UNDER 11 U.S.C. § 1104(a)(2) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2007.1(a), 2009, AND 9014 AND (B) GAP PERIOD TRUSTEE PENDING ENTRY OF THE ORDER FOR RELIEF UNDER 11 U.S.C. § 303** to be made electronically via the Court's CM/ECF system, upon the following parties listed below:

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

/s/ Michael L. Sturm
Michael L. Sturm, an employee of
SCHWARTZ LAW, PLLC

# EXHIBIT A

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 04, 2022

Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Athanasios E. Agelakopoulos, Esq.
Nevada Bar No. 14339
aagelakopoulos@nvfirm.com
Emily D. Anderson, Esq.
Nevada Bar No. 13814
eanderson@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, Nevada  89101
Telephone: (702) 385-5544
Facsimile: (702) 442-9887

*Attorneys for Petitioning Creditors
Anthony Bonifazio, Keith Ozawa,
Janelle Ozawa, and Brian Schumann*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>J & J CONSULTING SERVICES, INC.,<br><br>Alleged Debtor. | Case No.: 22-10942-MKN<br>Chapter 11 – Involuntary<br><br>Hearing Date:  April 15, 2022<br>Hearing Time:  10:00 a.m. |

***EX PARTE* ORDER SHORTENING TIME ON MOTION FOR APPOINTMENT OF (A) CHAPTER 11 TRUSTEE EITHER (I) FOR CAUSE UNDER 11 U.S.C. § 1104(a)(1) OR (II) IN THE BEST INTERESTS OF CREDITORS UNDER 11 U.S.C. § 1104(a)(2) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 2007.1(a), 2009, AND 9014 AND (B) GAP PERIOD TRUSTEE PENDING ENTRY OF THE ORDER FOR RELIEF UNDER <u>11 U.S.C. § 303</u>**

Anthony Bonifazio, Keith Ozawa, Janelle Ozawa, and Brian Schumann (collectively, the "**Movants**"), by and through their counsel of record, the law firm of Schwartz Law, PLLC, filed the

1

*Ex Parte Motion for Order Shortening Time on Motion for Appointment of (A) Chapter 11 Trustee Either (I) for Cause Under 11 U.S.C. § 1104(a)(1) or (II) in the Best Interests of Creditors Under 11 U.S.C. § 1104(a)(2) and Federal Rules of Bankruptcy Procedure 2007.1(a), 2009, and 9014 and (B) Gap Period Trustee Pending Entry of the Order for Relief Under 11 U.S.C. § 303* (the "**Motion**"),[1] pursuant to Section 105(a) of the Bankruptcy Code, Bankruptcy Rule 9006, and Local Rule 9006.

The Court reviewed and considered the Motion, the Declaration of Samuel A. Schwartz, Esq. (the "**Schwartz Declaration**") filed in support of the Motion, the Attorney Information Sheet, and all other pleadings and papers in the record of these Chapter 11 Cases, of which the Court takes judicial notice under Fed. R. Evid. 201.

Having concluded that the Court has jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334, and Local Rule 1001(b)(1); the Motion is a core proceeding under 28 U.S.C. § 157(b); venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; due and sufficient notice of the Motion was given or attempted to be given pursuant to the information in the Attorney Information Sheet, and no other or further notice need be given; and after due deliberation thereon, and good and sufficient cause appearing therefor,

**IT IS HEREBY ADJUDGED, ORDERED, AND DECREED AS FOLLOWS:**

1. The Motion is **GRANTED** as set forth herein.

2. The hearing on the Motion to Appoint Trustee will be held before the Honorable United States Bankruptcy Judge Mike K. Nakagawa, in the Foley Federal Building; 300 Las Vegas Boulevard South; Las Vegas, Nevada 89101, in Courtroom 2, on _____April 15, 2022_____, at the hour of _____10:00 a.m._____.

3. Any responses or oppositions to the Motion to Appoint Trustee shall be due on or

---

[1] All capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

2

before ___noon on April 12, 2022___.

4. Any replies to any oppositions to the Motion to Appoint Trustee shall be due on or before ___noon on April 14, 2022___.

5. Movants must serve true and correct copies of the notice of entry of this Order and the Motion to Appoint Trustee on or before ___April 06, 2022___.

6. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation and implementation of this Order.

**IT IS SO ORDERED.**

                                    Respectfully submitted by:

By: /s/ Samuel A. Schwartz
      Samuel A. Schwartz, Esq.
      Nevada Bar No. 10985
      Athanasios E. Agelakopoulos, Esq.
      Nevada Bar No. 14339
      Emily D. Anderson, Esq.
      Nevada Bar No. 13814
      SCHWARTZ LAW, PLLC
      601 East Bridger Avenue
      Las Vegas, Nevada 89101

      *Attorneys for Petitioning Creditors*
      *Anthony Bonifazio, Keith Ozawa,*
      *Janelle Ozawa, and Brian Schumann*

###