GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No.3549
E-mail: wnoall@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Attorneys for Chief*
*Restructuring Officer and* [Proposed]
*Counsel to the Debtor*

## UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-22-10942-MKN |
| J & J CONSULTING SERVICES, INC., | Chapter 11 |
| Debtor. | Date: N/A <br> Time: N/A |

## <u>CERTIFICATE OF SERVICE</u>

1.    On April 5, 2022, I served the following document(s):

a.    *Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer*    Dkt. No. 13

b.    *Declaration of Peter Kravitz in Support of Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer*    Dkt. No. 14

c.    *Declaration of Kevin N. Anderson, Esq. in Support of Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer*    Dkt. No. 15

|   |   |   |   |
|---|---|---|---|
| d. | | *Ex Parte Application for Order Shortening Time to Hear Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* | Dkt. No. 16 |
| e. | | *Attorney Information Sheet in Support of Ex Parte Application for Order Shortening Time to Hear Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* | Dkt. No. 17 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System: See attached ECF Confirmation Sheets.

2.    On April 7, 2022, I served the following document(s):

| a. | *Notice of Entry of Order* | Dkt. No. 26 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System: See attached ECF Confirmation Sheets.

3.    On April 7, 2022, I served the following document(s):

| a. | *Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* | Dkt. No. 13 |
| b. | *Declaration of Peter Kravitz in Support of Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* | Dkt. No. 14 |
| c. | *Declaration of Kevin N. Anderson, Esq. in Support of Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's* | Dkt. No. 15 |

*Chief Restructuring Officer*

d.    *Notice of Entry of Order*                    Dkt. No. 26

I served the above-named document(s) by the following means to the persons as listed below:

☒    United States Mail, postage fully prepaid to the following addresses:

| J AND J PURCHASING, LLC 7901 4TH STREET NORTH SUITE 300 ST. PETERSBURG, FL 33702 | J & J CONSULTING SERVICES, INC. 2700 EAST SUNSET ROAD SUITE 9 LAS VEGAS, NV 89008 | U.S. TRUSTEE - LV - 11 300 LAS VEGAS BOULEVARD S. SUITE 4300 LAS VEGAS, NV 89101 |
|---|---|---|
| Securities and Exchange Commission Los Angeles Regional Office 444 South Flower Street, Suite 900 Los Angeles, California 90071 | | |

☒    Email to the following addresses:

Office of the U.S. Trustee - USTPRegion17.lv.ecf@usdoj.gov

Brett A. Axelrod on behalf of Daniel A. Ayala - baxelrod@foxrothschild.com

Kevin N. Anderson on behalf of Alleged Debtor - kanderson@fabianvancott.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of April 2022.

*/s/ Caitlin Halm*
Caitlin Halm, an employee of
Garman Turner Gordon LLP

## File a Motion:

22-10942-mkn J & J CONSULTING SERVICES, INC.

Type: bk                 Chapter: 11 i               Office: 2 (Las Vegas)

Judge: mkn             Case Flag: BAPCPA

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 4/5/2022 at 4:42 PM PDT and filed on 4/5/2022

**Case Name:**          J & J CONSULTING SERVICES, INC.

**Case Number:**      22-10942-mkn

**Document Number:** 13

**Docket Text:**
Emergency Application to Employ Peter Kravitz as Chief Restructuring Officer Filed by TERESA M. PILATOWICZ on behalf of Peter Kravitz (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** (J & J Consulting) Motion Appoint Chief Restructuring Officer 4881-0154-3450 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/5/2022] [FileNumber=34348501-0]
[1e905ca5b18e811e7ad74ee87b87882700c65c79850ea97b825e1c0b4950158406e8
2d09421e1ad92b2d4addfc665f181405642aa931f96e783549023c71df21]]

**22-10942-mkn Notice will be electronically mailed to:**

TERESA M. PILATOWICZ on behalf of Other Prof. Peter Kravitz
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor DARIUS F. RAFIE
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor KEITH OZAWA
saschwartz@nvfirm.com,

ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**22-10942-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff JANELLE OZAWA

SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

J & J CONSULTING SERVICES, INC.
2700 EAST SUNSET ROAD
SUITE 9
LAS VEGAS, NV 89008

**Miscellaneous:**

22-10942-mkn J & J CONSULTING SERVICES, INC.

Type: bk                         Chapter: 11 i                    Office: 2 (Las Vegas)

Judge: mkn                       Case Flag: BAPCPA

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 4/5/2022 at 4:46 PM PDT
and filed on 4/5/2022

**Case Name:**          J & J CONSULTING SERVICES, INC.
**Case Number:**        22-10942-mkn
**Document Number:** 14

**Docket Text:**
Declaration Of: Peter Kravitz *in Support of Emergency Agreed Application for Entry of an Order Authorizing the
Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer*
Filed by TERESA M. PILATOWICZ on behalf of Peter Kravitz (Related document(s)[13] Application to Employ
filed by Other Prof. Peter Kravitz) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**(J & J Consulting) Kravitz Decl ISO Motion Appoint Chief Restructuring Officer 4881-1734-
1466 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/5/2022] [FileNumber=34348510-0]
[a988c1a9ad31443f86a3bf51e06af65fd188db99afe86f6292a96fd2453276c665f0
c88db2b60cfdf3ec0efb3c2f0be965d0127c6eacf84ef2f4abdecce39188]]

**22-10942-mkn Notice will be electronically mailed to:**

TERESA M. PILATOWICZ on behalf of Other Prof. Peter Kravitz
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor DARIUS F. RAFIE
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**22-10942-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE

LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

J & J CONSULTING SERVICES, INC.
2700 EAST SUNSET ROAD
SUITE 9
LAS VEGAS, NV 89008

**Miscellaneous:**

22-10942-mkn J & J CONSULTING SERVICES, INC.

| | | |
|---|---|---|
| Type: bk | Chapter: 11 i | Office: 2 (Las Vegas) |
| Judge: mkn | Case Flag: BAPCPA | |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 4/5/2022 at 4:54 PM PDT and filed on 4/5/2022

**Case Name:**       J & J CONSULTING SERVICES, INC.
**Case Number:**     22-10942-mkn
**Document Number:** 15

**Docket Text:**
Declaration Of: Kevin N. Anderson *in Support of Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* Filed by TERESA M. PILATOWICZ on behalf of Peter Kravitz (Related document(s)[13] Application to Employ filed by Other Prof. Peter Kravitz) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2(J & J Consulting) Anderson Decl ISO Motion Appoint Chief Restructuring Officer 4859-5484-9818 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/5/2022] [FileNumber=34348534-0]
[7d6157d5540c326caa868579e271242edd8c07765947d4808e43499f319c2cbaa323
aad8397b52ab1bebb1ac1bcf9aa1eb68584dcc331d28b1aa458fff45a9f6]]

**22-10942-mkn Notice will be electronically mailed to:**

TERESA M. PILATOWICZ on behalf of Other Prof. Peter Kravitz
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor DARIUS F. RAFIE
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**22-10942-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE

LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

J & J CONSULTING SERVICES, INC.
2700 EAST SUNSET ROAD
SUITE 9
LAS VEGAS, NV 89008

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 4/5/2022 at 6:58 PM
PDT and filed on 4/5/2022

**Case Name:**        J & J CONSULTING SERVICES, INC.

**Case Number:**      22-10942-mkn

**Document Number:** 16

**Docket Text:**
Ex Parte Motion for Order Shortening Time *to Hear Emergency Agreed Application for Entry of an Order
Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief
Restructuring Officer* with Proposed Order Filed by TERESA M. PILATOWICZ on behalf of Peter Kravitz
(Related document(s)[13] Application to Employ filed by Other Prof. Peter Kravitz)(PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**(J & J Consulting) OST App for Motion Appoint Chief Restructuring Officer 4856-7732-
8410 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/5/2022] [FileNumber=34348699-0]
[adc6a48e270d514966747053c2b121d68d1a6d604c81380842fe18582d4074ab0f8b
1294c55e8b4f7a7c6fec86114db57bd3fb5cc234778d0ac7dd9109e6ec9c]]

**22-10942-mkn Notice will be electronically mailed to:**

TERESA M. PILATOWICZ on behalf of Other Prof. Peter Kravitz
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor DARIUS F. RAFIE
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor JANELLE OZAWA
saschwartz@nvfirm.com,

ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**22-10942-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff ANTHONY BONIFAZIO

SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

J & J CONSULTING SERVICES, INC.
2700 EAST SUNSET ROAD
SUITE 9
LAS VEGAS, NV 89008

**Miscellaneous:**

22-10942-mkn J & J CONSULTING SERVICES, INC.

| Type: bk | Chapter: 11 i | Office: 2 (Las Vegas) |
|---|---|---|
| Judge: mkn | Case Flag: BAPCPA | |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 4/5/2022 at 7:01 PM PDT and filed on 4/5/2022

**Case Name:**     J & J CONSULTING SERVICES, INC.
**Case Number:**     22-10942-mkn
**Document Number:** 17

**Docket Text:**
Attorney Information Sheet *in Support of Ex Parte Application for Order Shortening Time to Hear Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* Filed by TERESA M. PILATOWICZ on behalf of Peter Kravitz (Related document(s)[16] Motion for Order Shortening Time filed by Other Prof. Peter Kravitz) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** (J & J Consulting) AIS re OST App for Motion Appoint Chief Restructuring Officer 4883-1770-8826 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/5/2022] [FileNumber=34348702-0]
[fa62c6dfcbf0e44120fb785ad4e78874023f26415152da1da57c03cad840e7f18dfa
ed49897f7c094629330127977d1aa6c7cbd69ee7cc5f81e4178957afbfb0]]

**22-10942-mkn Notice will be electronically mailed to:**

TERESA M. PILATOWICZ on behalf of Other Prof. Peter Kravitz
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor DARIUS F. RAFIE
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor JANELLE OZAWA
saschwartz@nvfirm.com,

ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**22-10942-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC

601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

J & J CONSULTING SERVICES, INC.
2700 EAST SUNSET ROAD
SUITE 9
LAS VEGAS, NV 89008

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TERESA M. PILATOWICZ entered on 4/7/2022 at 9:20 AM
PDT and filed on 4/7/2022

**Case Name:**       J & J CONSULTING SERVICES, INC.

**Case Number:**    22-10942-mkn

**Document Number:** 26

**Docket Text:**
Notice of Entry of Order Filed by TERESA M. PILATOWICZ on behalf of Peter Kravitz (Related
document(s)[25] Order on Motion for Order Shortening Time) (PILATOWICZ, TERESA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** (J & J Consulting) NEO re OST for Motion Appoint Chief Restructuring Officer.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/7/2022] [FileNumber=34351474-0]
[b71b78149f6bb7e8a8f60ef3553edad0e73598e11857f410299094552246c119c923
61d857d88a7e6e9f1fae91e9bf01daa7ab27d7291007b733974f3bd925c8]]

**22-10942-mkn Notice will be electronically mailed to:**

TERESA M. PILATOWICZ on behalf of Other Prof. Peter Kravitz
tpilatowicz@gtg.legal, bknotices@gtg.legal

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor DARIUS F. RAFIE
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Petitioning Creditor KEITH OZAWA

saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff ANTHONY BONIFAZIO
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff BRIAN SCHUMANN
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff JANELLE OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

SAMUEL A. SCHWARTZ on behalf of Plaintiff KEITH OZAWA
saschwartz@nvfirm.com,
ecf@nvfirm.com;schwartzsr45599@notify.bestcase.com;eanderson@nvfirm.com;samid@nvfirm.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

**22-10942-mkn Notice will not be electronically mailed to:**

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

ATHANASIOS E. AGELAKOPOULOS on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff ANTHONY BONIFAZIO
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff BRIAN SCHUMANN
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff JANELLE OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

EMILY D. ANDERSON on behalf of Plaintiff KEITH OZAWA
SCHWARTZ LAW PLLC
601 E BRIDGER AVE
LAS VEGAS, NV 89101

J & J CONSULTING SERVICES, INC.
2700 EAST SUNSET ROAD
SUITE 9
LAS VEGAS, NV 89008