GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No.3549
E-mail: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>J & J CONSULTING SERVICES, INC.<br><br>☒  Affects this Debtor.<br><br>In re:<br><br>J AND J PURCHASING, LLC<br><br>☒  Affects this Debtor. | Case No.: BK-22-10942-MKN<br>Chapter 11<br><br>**LEAD CASE**<br><br>**Jointly Administered with:**<br><br>Case No. BK-22-10943-MKN<br>Chapter 11<br><br>Date: May 19, 2022<br>Time: 1:30 p.m. |

**NOTICE OF ENTRY OF ORDER**

NOTICE IS HEREBY GIVEN that the *Order Directing Emergency Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(b)* [ECF No. 234] (the "**Order**") was entered in the above-entitled matter on May 23, 2022.

…

…

…

A copy of the Order is attached hereto as **Exhibit 1**.

DATED this 24th day of May, 2022.

GARMAN TURNER GORDON LLP

By: /s/ *Teresa M. Pilatowicz*
GREGORY E. GARMAN, ESQ.
WILLIAM M. NOALL, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
TERESA M. PILATOWICZ, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Counsel to the Debtor*

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge



Entered on Docket
May 23, 2022

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No.3549
E-mail: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtor*

# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF NEVADA

| In re:                              | Case No.: BK-22-10942-MKN          |
|-------------------------------------|-------------------------------------|
| J & J CONSULTING SERVICES, INC.,    | Chapter 11                          |
| Debtor.                             | Date:  May 19, 2022                 |
|                                     | Time:  1:30 p.m.                    |

**ORDER DIRECTING EMERGENCY JOINT ADMINISTRATION OF DEBTORS'
CHAPTER 11 CASES UNDER
FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)**

J & J Consulting Services, Inc. ("**Debtor**"), by and through its proposed counsel, Garman

Turner Gordon LLP, submitted its *Motion for Order Directing Joint Administration of Debtors'*

*Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(b)* [ECF No. 109] ("**Motion**") on May 2, 2022.[1]

The Motion came on for hearing before the above-captioned Court and Debtor appeared by and through its proposed counsel, the law firm and Garman Turner Gordon LLP, and all other appearances were noted on the record. The Court reviewed the Motion and the other pleadings and papers on file and heard and considered the argument of counsel at the hearing on the Motion. It appearing that notice and an opportunity for a hearing on this Motion has been given and is appropriate under the circumstances surrounding these Chapter 11 Cases and that no other or further notice need be given; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue in this judicial district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. That pursuant to Bankruptcy Rule 1015(b) the Motion is granted in its entirety.

2. Each of the Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered in accordance with Bankruptcy Rule 1015(b).

3. The Chapter 11 Cases shall be jointly administered by this Court under BK-22-10942-MKN ("Lead Case").

4. The caption of the jointly administered Chapter 11 Cases shall read as set forth on **Exhibit A** attached hereto.

5. A docket entry shall be made on the docket of BK-22-10943-MKN; substantially as follows:

> An Order has been entered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure directing joint administration of the J & J Consulting Services, Inc. and J and J Purchasing, LLC Chapter 11 Cases. The docket in **Case No. BK-22-10942-MKN** should be

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

consulted for all matters affecting this case. All further pleadings, motions, and other papers shall be filed in, and all further docket entries shall be made in **BK-22-10942-MKN.**

6. Debtors shall maintain one consolidated docket, service list, and file.

7. All parties shall use each Debtor's respective case number and the proof of claim number when identifying a proof of claim in any pleadings filed in the Chapter 11 Cases.

8. Neither the Motion nor this Order shall be construed as affecting a substantive consolidation of the Debtors' Chapter 11 Cases.

9. This Order shall be effective and enforceable immediately upon its entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**IT IS SO ORDERED.**

**PREPARED AND SUBMITTED BY:**

GARMAN TURNER GORDON LLP

By: */s/ Teresa M. Pilatowicz*
    GREGORY E. GARMAN, ESQ.
    WILLIAM M. NOALL, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    TERESA M. PILATOWICZ, ESQ.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    [Proposed] *Counsel to the Debtor*

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

    David Baddley, counsel for SEC            Approved

    Edward McDonald, counsel for UST         Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>J & J CONSULTING SERVICES, INC.<br><br>☐    Affects this Debtor. | Case No.: BK-22-10942-MKN<br>Chapter 11<br><br>**LEAD CASE**<br><br>**Jointly Administered with:** |
| In re:<br><br>J AND J PURCHASING, LLC<br><br>☐    Affects this Debtor. | Case No.: BK-22-10943-MKN<br><br>Chapter 11 |

GARMAN TURNER GORDON
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000