Terri H. Didion, Assistant United States Trustee
State Bar #CA 133491
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Blvd. South, Suite 4300
Las Vegas, NV 89101
Telephone: (775) 784-5335
Fax: (775) 784-5531
Email: terri.didion@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re J & J CONSULTING SERVICES, INC.<br><br>☒Affects this Debtor. | Case No. 22-10942-mkn<br><br>Chapter 11 (Lead Case)<br><br>(Jointly Administered) |
| In re J AND J PURCHASING, LLC.,<br><br>☒Affects this Debtor. | BK-22-10943-mkn<br><br>Chapter 11 |

**APPOINTMENT OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

Pursuant to 11 U.S.C. §§ 1102(a), Tracy Hope Davis, the United States Trustee for Region 17, hereby appoints the following unsecured creditors to be members of the official committee of unsecured creditors in the above-captioned cases:

| | |
|---|---|
| 1. **James Bret Armatas**<br>2976 The Peaks Lane<br>Las Vegas, NV 89138<br>(909) 489-8794<br>barmatas@aol.com | Identified Counsel: None |
| 2. **Colony Lake, LLC**<br>Attn: Brett Primack<br>33 Emerald Dunes Cir.<br>Henderson, NV 89052<br>(702) 858-4051<br>brett@lvremodel.com | Identified Counsel: Matthew Dushoff<br>Saltzman Mugan Dushoff<br>1835 Village Center Cir.<br>Las Vegas, NV 89134<br>(702) 405-8500<br>mdushoff@nvbusinesslaw.com |

| | |
|---|---|
| 3. **Invest Edge, LLC**<br>Attn: Dan Edgington<br>10813 Oak Shadow<br>Las Vegas, NV 89144<br>(702) 491-9562<br>dan@edwatercustompods.com | Identified Counsel: James Beckstrom<br>400 S. 4th St., #650<br>Las Vegas, NV 89101<br>(702) 300-0599<br>jb@beckstromlaw.com |
| 4. **Muehle Capital, LLC**<br>Attn: Eric Muehle<br>57 Isleworth Drive<br>Henderson, NV 89052<br>(702) 757-7481<br>emuehle@comcast.net | Identified Counsel: Samuel Schwartz<br>Schwartz Law PLLC<br>601 E. Bridger Avenue<br>Las Vegas, NV 89101<br>(702) 802-2207<br>saschwartz@nvfirm.com |
| 5. **Bryce Mahonri Moriancumer Bussey**<br>1277 S. 1050 W.<br>Payson, UT 84651<br>(909) 583-3774<br>mahonri.bussey@gmail.com | Identified Counsel: None |

Dated: June 1, 2022               Respectfully submitted,

**TRACY HOPE DAVIS**
**UNITED STATES TRUSTEE, REGION 17**

By: */s/ Terri H. Didion*
    Terri H. Didion
    Assistant United States Trustee