1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN, ESQ.
2  Nevada Bar No. 6665
   E-mail:  ggarman@gtg.legal
3  WILLIAM M. NOALL, ESQ.
   Nevada Bar No.3549
4  E-mail:  wnoall@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
5  Nevada Bar No. 9040
   Email: tgray@gtg.legal
6  TERESA M. PILATOWICZ, ESQ.
   Nevada Bar No. 9605
7  E-mail:  tpilatowicz@gtg.legal
   7251 Amigo Street, Suite 210
8  Las Vegas, Nevada 89119
   Tel: (725) 777-3000
9  [Proposed] *Counsel to the Debtor*

10

11                  **UNITED STATES BANKRUPTCY COURT**
                    **FOR THE DISTRICT OF NEVADA**
12

13  In re:                                    Case No.: BK-22-10942-MKN
                                              Chapter 11
14  J & J CONSULTING SERVICES, INC.
                                              **LEAD CASE**
15  ☒        Affects this Debtor.
                                              **Jointly Administered with:**
16  In re:
                                              Case No. BK-22-10943-MKN
17  J AND J PURCHASING, LLC                   Chapter 11

18  ☐        Affects this Debtor.

19             **GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF**
               **LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING**
20             **DEBTOR'S SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

21         J & J Consulting Services, Inc. ("Debtor"), debtor and debtor-in-possession, consented to
22  entry for an order for relief after the filing of an involuntary petition against it under chapter 11 of
    title 11 of the United States Code (the "Bankruptcy Code").  As a result, Debtor has commenced
23  a chapter 11 case (the "Chapter 11 Case") in the United States Bankruptcy Court for the District
    of Nevada (the "Bankruptcy Court").
24

25         On April 15, 2022, and as confirmed by *Order Granting Emergency Agreed Application*
    *for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz*
26  *as the Alleged Debtor's Chief Restructuring Officer* dated April 26, 2022, Peter Kravitz was
    appointed as the Debtor's Chief Restructuring Officer ("Mr. Kravitz" or the "CRO"). The CRO,
27  on behalf of Debtor, with the assistance of Debtor's advisors, have prepared and filed Debtor's
    Schedules of Assets and Liabilities (as amended, the "Schedules") and Statement of Financial
28  Affairs (as amended, the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Rule 1007

of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>") with the Bankruptcy Court.

Debtor is accused of operating a *Ponzi* scheme, and Mr. Kravitz was retained to replace management to manage the Debtor and, among other things, pursue recoveries for the benefit of all creditors.  To date, Mr. Kravitz has been denied access to Debtor's books and records, which Mr. Kravitz understands have been seized by the Federal Bureau of Investigation (the "<u>FBI Seized Documents</u>").  Mr. Kravitz has also been denied access to certain of Debtor's assets, including bank accounts, due to an *Order Entering Preliminary Injunction, Asset Freeze, and Other Equitable Relief* (the "<u>SEC Asset Freeze</u>") imposed at the request of the Securities and Exchange Commission. Mr. Kravitz has been working to obtain access to Debtor's books, records, and assets, but in the meantime, has compiled the information set forth from third-party and other sources, including through issued subpoenas.  As such, the Schedules and SOFA are not anticipated to be complete. Mr. Kravitz will continue to review the information gathered by Debtor's advisors and provide periodic updates to the Schedules and SOFA as is necessary and appropriate.

Mr. Kravitz has signed the Schedules and SOFA as the Debtor's CRO in this Chapter 11 Case. In reviewing and signing the Schedules and SOFA, Mr. Kravitz has necessarily relied upon information gathered to date by Debtor's advisors.  Mr. Kravitz has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtor contemporaneously files these *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "<u>Global Notes</u>") as a supplement to and integral part of the Schedules and SOFA. These Global Notes are incorporated by reference into the Schedules and SOFA and should be reviewed in connection with any review of the Schedules and SOFA.

The Debtor's Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to Debtor's financial statements. The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFA reflect Debtor's reasonable best efforts to report its assets and liabilities of Debtor in accordance with the information available to the CRO as of their filing.

In preparing the Schedules and SOFA, the Debtor relied on financial data derived from the records that were available at the time of such preparation.  Although Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and SOFA.  As a result, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and SOFA as is necessary or appropriate.

Debtor is filing its Schedule and SOFA at the same time as J and J Purchasing, LLC ("<u>Purchasing</u>"), with which its case is being jointly administered.  As the CRO is still in the process of obtaining, reviewing, and analyzing relevant documents, the Schedules and SOFA for Debtor and Purchasing are substantially similar, with the assets (other than bank accounts that have been identified solely in the name of Debtor) and liabilities identified in duplicate amounts for each

debtor.  Debtor reserves its right to amend the allocation of assets and liabilities to the extent necessary.

Nothing contained in the Schedules and SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 Case, including, without limitation, any issues involving equitable subordination, defenses or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code, and any other relevant applicable laws to recover assets or avoid transfers.

**Reservation of Rights**

In particular, the Debtor notes that the listing of a claim or a contract does not constitute an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to disclaim or dispute such claim or contract as attributable to the Debtor.  The Debtor reserves the right to remove any contract or claim from the Schedules and SOFA whether by amending the Schedules and SOFA or in another appropriate filing.  Additionally, the Debtor reserves the right to object to any listed claim on the grounds that, among other things, such claim has already been satisfied.  The Debtor reserves the right to dispute or assert offsets or defenses to, any claim reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent" and/or "unliquidated, whether by amending the Schedules and SOFA or in another appropriate filing.

Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F, part 1 as "unsecured priority" or (iii) on Schedule E/F, part 2 as "unsecured nonpriority," does not constitute a waiver of any of the Debtor's right to recharacterize, reclassify, recategorize, or redesignate such claim. Further, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor that such contract or agreement is an executory contract or unexpired lease, and is not a waiver of Debtor's right to recharacterize, reclassify or dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G, if any, and to amend or supplement such Schedule, as necessary.

Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules and SOFA, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  The Debtor may hold contingent and/or unliquidated claims or causes of action against affiliated persons and entities, including Chapter 5 avoidance actions, and Debtor reserves all of its rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") it may have, and neither these Global Notes nor the Schedules nor the SOFA shall be

deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the foregoing general reservation of rights.

**Totals**

All totals that are included in the Schedules and SOFA represent totals of all known and estimated amounts included in the Schedules and SOFA. To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total. The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount. Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFA and Global Notes may significantly understate the Debtor's liabilities.

**Recharacterization**

Notwithstanding that the Debtor has made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items. Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate.

**Liabilities**

The Debtor has allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtor reserves its right to modify, amend or supplement the Schedules and SOFA as is necessary or appropriate.

**Exclusions**

The Debtor has excluded certain categories of assets and liabilities from the Schedules and SOFA such as certain intangible assets. Other non-material assets and liabilities may have also been excluded.

**Currency**

Unless otherwise indicated, all amounts listed are in United States dollars.

**Estimates**

To prepare and file the Schedules and SOFA in a timely manner, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and

liabilities as of the Petition Date. The Debtor reserves the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**Intellectual Property Rights**

The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Global Notes Control**

The Debtor's Schedules and SOFA are subject to and qualified by these Global Notes. In the event that the Schedules and SOFA differ from these Global Notes, ***these Global Notes shall control.***

## <u>SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SCHEDULES</u>

**Schedule A/ B— Identification of Assets**

The Debtor has been prevented from full access to its books and records regarding its assets, as well as the assets, as a result of the FBI Seized Documents and SEC Asset Freeze. The Debtor identifies the assets of which it is aware, but believes there are additional assets that will be further identified in the future.

The Debtor's characterization of an asset listed in these schedules is not a legal characterization.  The Debtor reserves its right to re-categorize and/or recharacterize such assets at a later time as appropriate.  Furthermore, the Debtor believes that other parties are or may be holding assets that should properly be titled in the name of the Debtor.  The Debtor intends to pursue actions to recover such assets and, as such, the failure to identify an asset held by another that should be held in the name of the Debtor, shall not be deemed an admission that Debtor is not the proper owner of such asset.

**Schedule A/B – Question 3 – Debtor's Bank Accounts**

The Debtor understands that there are funds available in its checking and saving accounts, but the amounts have been frozen and/or seized by the FBI and/or SEC and therefore, are identified as unknown.

**Schedule A/B – Question 10 – Debtor's Accounts Receivable**

The Debtor held a substantial number of "Purchase Agreements" purportedly negotiated by the Beasley Law Group as counsel for Debtor.  Pursuant to the Purchase Agreements, amounts are due and owing to Debtor.  However, Debtor understands that the counter-parties to the Purchase Agreements may be fraudulent and therefore, has not listed each obligation owed therefrom as a separate account receivable.  Ultimately, the CRO is informed and believes that the funds utilized for the Purchase Agreements were advanced based on the Purchase Agreements executed by the Debtor and the Debtor is entitled to recover on the same, whether characterized as an account receivable, contract claim, litigation claim, or other.

1

**Schedule A/B – Question 74 and 75 – Causes of Action Against Third Parties**

2

3    The Debtor has identified multiple parties against which Debtor believes it has viable claims.  The Debtor believes that are significantly more parties against whom it may, and will, asserts claims for recovery for the benefit of the estate. Thus, despite reasonable efforts, the Debtor does not expect it has identified and/or set forth all of its causes of action (filed or potential) against third parties as assets in its Schedules and SOFA. The Debtor reserves all rights with respect to any causes of action and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver of any such causes of action.

4

5

6

7    The Debtor is also entitled to, and will, pursue any and all derivative claims properly owned by the estate.  The Debtor has identified these claims thus far as the following causes of action, for which Debtor has, or will, be making demand for turnover: *Murphy, et al. v. Beasley et al.*, Case No. 22-01066-MKN pending before the United States Bankruptcy Court for the District of Nevada; *Lewis, et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 2:22-cv-00658-GMN-NJK pending before the United States District Court for the District of Nevada; *Henzel, et al. v. Wells Fargo Bank, N.A.*, Case No. 2:22-cv-00529-GMN-NJK pending before the United States District Court for the District of Nevada; *Dowdy v. Wells Fargo Bank, N.A.*, Case No. 2:22-cv-00632-GMN-NJK pending before the United States District Court for the District of Nevada; *PMM3, et al. v. Wells Fargo Bank, N.A.*, Case No 2:22-cv-00654-GMN-NJK pending before the United States District Court for the District of Nevada; and *RPS Properties, LLC v. Murphy*, *et al*, Case No. A-22-850808-B pending before the Eighth Judicial District Court.

8

9

10

11

12

13

14    **Schedule A/B – Question 77 – Other Property of Any Kind Not Already Listed.**

15    The Debtor believes that multiple parties may be holding assets in constructive trust or otherwise for the Debtor, as the funds used to purchase those assets  were owned by Debtor.  These may include, but are not limited to, sports licenses, vehicles, and real property.  The Debtor is working to identify these assets for return to the estate and will supplement the Schedules as necessary and appropriate.

16

17

18

19    The Debtor intends to pursue monies owed, whether characterized as accounts receivable, contractual claims, commercial tort claims, avoidance actions or otherwise, which, based on the Debtor's reconciliation to date of funds paid to, paid through, paid pursuant to a contract with, or distributed from Debtor, totals approximately $500,000,000.

20

21    **Schedule E / F – Creditors Holding Unsecured Priority and/or Non-Priority Claims**

22

23    The claims listed on Schedule F are based on a review of records available to the Debtor that identify individuals and entities that may have provided funds, or received funds, from the Debtor or on behalf of an investment made through the Debtor. The Debtor has not yet been able to reconcile the total amounts contributed and the total amounts received by the various creditors and therefore, has identified the creditors by name only except where otherwise previously included on the Top 20 List of Unsecured Creditors.  However, Debtor estimates the total claims to be approximately $500,000,000 based on its review of records to date and has included the total amount of estimated liabilities in the Schedules. The Debtor will continue its efforts to reconcile the total amounts, if any, owed to the various creditors and will supplement the Schedules as necessary and appropriate.

24

25

26

27

28

**Schedule G – Executory Contracts and Unexpired Leases**

The Debtor held a substantial number of "Purchase Agreements" purportedly negotiated by the Beasley Law Group as counsel for Debtor. Pursuant to the Purchase Agreements, amounts are due and owing to Debtor. However, Debtor understands that the counter-parties to the Purchase Agreements may be fraudulent and therefore, has not listed each obligation owed therefrom as a separate executory contract.

The CRO is also informed and believes that the Debtor also is a party to contracts with investors identified as creditors identified in Schedule E/F. Despite reasonable efforts to date, the CRO has not been provided access to these contracts and therefore, has not separately determined whether they should be identified on Schedule G. The Debtor reserves its rights to amend the Schedule G to include such contracts and nothing herein shall be construed as a waiver with respect thereto.

**Schedule H — Codebtors**

The Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because the Debtor has treated (or will treat, in the event that such claims have not yet been asserted) all such claims as contingent, disputed, or unliquidated, any claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtor's Schedule and SOFA.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SOFA

**SOFA - Question 1 – Income**

Where possible, the Debtor has provided the information identified as gross receipts or sales from filed tax returns.

**SOFA -  Questions 3 and 4  – Transfers Made Before Filing Bankruptcy**

The Debtor has identified certain transfers made within 90 days and certain transfers believed to be to insiders or for the insiders' benefits within one year before the filing of the Chapter 11 Case based on a review of the Debtor's bank statements. The Debtor believes there are substantially more transfers that were made outside of the bank statements and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of transfers subject to avoidance, the characterization of parties as insiders and specifically including the right to identify other parties as insiders, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such transfer.

**SOFA – Question 7  — Legal Actions or Assignments**

The Debtor has identified all cases that, to the CRO's knowledge, have been filed against the Debtor regardless of whether the action was filed before or after the filing of this Chapter 11 Case. All cases against the Debtor, including those filed after the commencement of the Chapter 11 Case are stayed and/or void *ab initio* as being filed in violation of the automatic stay. The

Debtor has commenced making demand for dismissal of the claims improperly brought against the Debtor and reserves all rights with respect thereto.

**SOFA - Question 8 – Assignments and Receiverships**

On or about March 30, 2022, in the case styled *Murphy v. Beasley, et al*, Case No. A-22-849806, an *Order Appointing Receiver* (the "Receiver Order") was entered which purported to appoint Danial Ayala as the receiver over the Debtor.  As the Receiver Order was entered after the commencement of the Chapter 11 Case, it is void.  Nonetheless, it is unclear whether Mr. Ayala is holding any assets pursuant to the Receiver Order.

Furthermore, on or about April 13, 2022 and April 21, 2022, respectively, the United States District Court for the District of Nevada, in the case styled *Securities and Exchange Commission v. Beasley, et al*, Case No. 2:22-cv-00612-JCM-EJY, issued a *Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents and (4) Granting Expedited Discovery; and (5) Order to show Cause re: Preliminary injunction* and the SEC Asset Freeze.  The SEC has also sought the appointment of a receiver, which request remains pending.  It is unclear whether the SEC is holding any assets pursuant to the Asset Freeze Order.

**SOFA – Question 9 – Certain Gifts and Charitable Contributions**

The Debtor has identified various transfers that may be gifts and/or charitable contributions based on a review of the Debtor's available bank statements.  The Debtor believes there may be additional gifts and charitable contributions and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of certain gifts and charitable contributions subject to avoidance, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such gift and/or charitable contribution.

**SOFA – Question 13 and 30 – Transfers, Payments, Distributions, or Withdrawals Not Already Listed on SOFA/Payments, Distributions, or Withdrawals Credited or Given to Insiders**

The Debtor has identified the transfers identified in the Schedules and SOFA for the 90 days preceding the filing of the Chapter 11 Case, or the one year period preceding the Chapter 11 Case for known insiders, based on a review of the Debtor's available bank statements.  The Debtor believes there are substantially more transfers, payments, distributions, and/or withdrawals that were made outside of the bank statements and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of transfers subject to avoidance, including the identification of insiders, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such transfer.

**SOFA – Question 25 – Other Businesses in Which the Debtor Has or Has Had an Interest**

The Debtor believes there may be other businesses in which the Debtor has or has had an interest  and is still working to gather the information with respect thereto. The Debtor reserves all

1

2

rights with respect to identification of transfers subject to avoidance, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such interest.

3

### General Disclaimer

4

5

6

7

The Debtor has prepared the Schedules and SOFA based on the information contained in the Debtor's books and records.  However, as the Debtor's books and records have not been audited, the Debtor cannot warrant the accuracy of these documents.  The Debtor has made a diligent effort to complete these documents accurately and completely.  To the extent additional information becomes available, the Debtor will amend and/or supplement the Schedules and/or SOFA.

8

4829-2572-8445, v. 2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, NV 89119
725-777-3000

**Fill in this information to identify the case:**

Debtor name      **J & J Consulting Services, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known)    **22-10942-mkn**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/2/2022                        X _____
                                                      Signature of individual signing on behalf of debtor

                                                      **Peter Kravitz**
                                                      Printed name

                                                      **Chief Restructuring Officer**
                                                      Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __J & J Consulting Services, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __22-10942-mkn__

☐ Check if this is an amended filing

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals                    12/15

**Part 1:**    **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................   $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................................   $ Approximately 500,000,000.00

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................................   $ Approximately 500,000,000.00

**Part 2:**    **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*......................................   $ _____0.00_

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................   $ _____0.00_

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................................   +$ Approximately 500,000,000.00

4.   **Total liabilities** ...........................................................................................................................................
   Lines 2 + 3a + 3b                                                                                         $ Approximately 500,000,000.00

**Fill in this information to identify the case:**

Debtor name      **J & J Consulting Services, Inc.**

United States Bankruptcy Court for the:     DISTRICT OF NEVADA

Case number (if known)     **22-10942-mkn**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | **Unknown** |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **US Bank** | **Checking** | **2073** | **Unknown** |
| 3.2. | **Wells Fargo** | **Checking** | **0153** | **Unknown** |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          | **$0.00** |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

Debtor    **J & J Consulting Services, Inc.**                                    Case number *(If known)*  **22-10942-mkn**
_____
Name

11.    **Accounts receivable**

    11a. 90 days old or less:            **0.00**  -            **0.00**  = ....            **Unknown**
                            face amount                doubtful or uncollect ble accounts

12.    **Total of Part 3.**

    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.           **$0.00**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

    ■ No.  Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ■ No.  Go to Part 6.
    ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ■ No.  Go to Part 8.
    ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ■ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Debtor    **J & J Consulting Services, Inc.**                    Case number *(if known)* **22-10942-mkn**
                     Name

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| | |

| | | |
|---|---|---|
| 71. | **Notes receivable** Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** **Commercial tort claims, causes of action for recovery of fraudulent and preferential transfers, as well as breach of fiduciary duties claims, against multiple parties including, but not limited to Jeffrey Judd; Jennifer Judd; Jeffrey J. Judd and Jennifer Judd as Trustees of Judd Nevada Trust, dated December 15, 2020; Shane Jager; Willow Jager; Karsen Jager; Shane M. Jager and Willow A. Jager, as Trsutees of Jager Family Trust dated June 30, 2009; Matthew Beasley; Beasley Law Group, PC; Paula Beasley; Stirling Consulting, L.L.C.; Jason Jongeward; John Cannen, as Trustee of the Carolina Chase Trust; Mark Murphy; Mark Murphy Ltd; American Colocation Services, LLC; Black Rock Business Services, LLC; Mark A. Murphy Foundation; Steel Dust Properties, LLC; Patriot Business Services, LLC; Rockin K Ranch, LLC; Virvinia A. Kirkendall Foundation; Triangle Consultants, LLC; Wells Fargo; US Bank; and all related trusts and/or entities** | **Unknown** |
| | Nature of claim | |
| | Amount requested          $0.00 | |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

| Debtor | **J & J Consulting Services, Inc.** | Case number *(if known)* | **22-10942-mkn** |
| | Name | | |

| | |
|---|---|
| **Debtor is entitled to, and will, pursue any and all derivative claims on behalf of the estate. Debtor has identified these claims thus far as the following causes of action, for which Debtor has or will be making demand for turnover: Murphy, et al. v. Beasley et al., Case No. 22-01066-MKN pending before the United States Bankruptcy Court for the District of Nevada; Lewis, et al. v. Wells Fargo Bank, N.A., et al., Case No. 2:22-cv-00658-GMN-NJK pending before the United States District Court for the District of Nevada; Henzel, et al. v. Wells Fargo Bank, N.A., Case No. 2:22-cv-00529-GMN-NJK pending before the United States District Court for the District of Nevada; Dowdy v. Wells Fargo Bank, N.A., Case No. 2:22-cv-00632-GMN-NJK pending before the United States District Court for the District of Nevada; PMM3, et al. v. Wells Fargo Bank, N.A., Case No 2:22-cv-00654-GMN-NJK pending before the United States District Court for the District of Nevada; and RPS Properties, LLC v. Murphy, et al, Case No. A-22-850808-B pending before the Eighth Judicial District Court.** | **Unknown** |
| Nature of claim | |
| Amount requested | **$0.00** |

| | | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **The Debtor intends to pursue monies owed, whether characterized as accounts receivable, contractual claims. commercial tort claims, avoidance actions or otherwise, which, based on the Debtor's reconciliation to date of funds paid to, paid through, paid pursuant to a contract with, or distributed from Debtor, totals approximately $500,000,000.** | Approximately **$500,000,000.00** |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | Approximately **$500,000,000.00** |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                    Case number *(If known)*    **22-10942-mkn**
_____ Name

---

**Part 12:**   Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + Approximately $500,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | Approximately $500,000,000.00 | + 91b. Approximately $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | Approximately $500,000,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **J & J Consulting Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **22-10942-mkn**

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name    **J & J Consulting Services, Inc.**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known)    **22-10942-mkn**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**2018 H.T. Bradford Family Trust**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.2** Nonpriority creditor's name and mailing address<br>**22 Investments LLC**<br>**Joseph A. Pezzuto**<br>**9900 Wilbur May Pkwy #404**<br>**Reno, NV 89521**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.3** Nonpriority creditor's name and mailing address<br>**2nd Technologies**<br>**Gaylord Karen**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| **3.4** Nonpriority creditor's name and mailing address<br>**3Dg Capital**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor    **J & J Consulting Services, Inc.**      Case number (if known)    **22-10942-mkn**

Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**824 Capital, LLC**
**Nathan Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**99 Celsius LLC**
**Jordan Wade**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**99 Celsius, LLC**
**Jordan Wade**
**2111 W River Birch Road**
**Mapleton, UT 84664**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**A Superior Home**
**Dallin Greenberg**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**A4BC LLC**
**Chris Mabeus**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aabba Interests LLC**
**Deron Stadler**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aaron Christiansen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aaron Phillips**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aca Investments LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Acaa Partners LLC**
**Amy Steele**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Acadian Builders Inc.**
**Scott Bradford**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Accredited Pool Services**
**Jeff Eno**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Acquisition Capital**
**DSC Management, LLC**
**Daniel Coletti**
**6675 S. Cimmaron Road, Suite 100**
**Las Vegas, NV 89113**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Adam Clark**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**
_____
Name

Case number (if known)    **22-10942-mkn**
_____

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Addi Johnson**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**AEN Capital LLC**<br>**Yacoob Koren**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**AGDS NV Management LLC**<br>**Eric Marshall**<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Aj Eliason**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Alan Abittan**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**Alan Abittan**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Alan Nolan**<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alex Amelburu**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alex Shahabe**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alfredo Limon**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alii Investments LLC**
**Dan Francis**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Allan L Carso**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Amatoulaye Balde**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**American Colocation Services LLC**
**c/o Nevada Corporate Agent Services, Inc**
**Virginia Kirkendall, Registered Agent**
**2700 E. Sunset Rd., Ste 9**
**Las Vegas, NV 89120**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Amy Booty**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrea Boe**
**10046 Ashiem St**
**Las Vegas, NV 89183**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew D. Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew Hansen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Andrew M Rivas**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Angel Clark Properties**
**Rob Clark**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Anita Peterson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                           Case number (if known)    **22-10942-mkn**
_____
Name

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ann Beck INC**
**Ann Beck**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ANP Global**
**Alan Noble**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431,800.00 |
|---|---|---|---|

**Anthony Bonafazio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Archangel Global LLC**
**Gabe Shirey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Archimedes Consulting**
**Shawn Moon**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ari Yazdanpanah**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $477,500.00 |
|---|---|---|---|

**Aric Gastwirth**
**Run It Up LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Arthur Cambeiro** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ast LLC - At Home Rentals** | ■ Contingent | |
| | **Amber Taylor** | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Austin M Harris** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Auxanos LLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **B Smith** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **B Sunflower** | ■ Contingent | |
| | **Jeremey Chatfield** | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **B2 Hospitality** | ■ Contingent | |
| | **Mike Belles** | ■ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | | |
| | | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
       Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **BAM**<br>**Brent Jongeward** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **BAM Investments L.L.C.**<br>**c/o Michael Gonzalez II, Registered Agen**<br>**9211 Marlia St.**<br>**Las Vegas, NV 89123** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Barbara & Michael** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Barbara Rosemeier** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Barbose Functiionalmedrx** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Bbjmrhs, LLC**<br>**Brandon Tanner** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **BCB5 Investments**<br>**Brad Bowers** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BD & Associates CPAs PLLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Bellaire Investments** | ■ Contingent | |
| | **Drew Lopez** | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Benjamin W Paska** | ■ Contingent | |
| | **5937 1st Street N** | ■ Unliquidated | |
| | **Arlington, VA 22203** | ☐ Disputed | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Bennett Industries LLC** | ■ Contingent | |
| | **Chris Bennett** | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Berg & Chatfield CPA** | ■ Contingent | |
| | **Aaron Chatfield** | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Beyond Bliss Inc.** | ■ Contingent | |
| | **Kerry Tepedino** | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **BK One LLC** | ■ Contingent | |
| | **Batel Koresh** | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$462,500.00** |
|---|---|---|---|
| | **Blake & Julie Stock** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Blake Stock** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Blue And Associates**<br>**Lisa Blue** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Blue Bolt LLC**<br>**Steve Borgquist** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Blue Holdings LLC**<br>**Terry Blue** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **BM Investments 1**<br>**Brett Bohn** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Bmp Wholesale LLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J & J Consulting Services, Inc.** | Case number *(if known)* | **22-10942-mkn** |
|---|---|---|---|

Name

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bob Bosek**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bob Crickon**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bob Mills**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bob Shenum**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Bobbie Uerkvitz**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brad (poss. Bradley) Beach**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Brad Berrett**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brad Lea**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brad Maloff**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Brad Nowell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$601,278.00** |
|---|---|---|---|

**Brad Perry**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradford Trust Dated December 9, 2013**
**Andrew Bradford**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley Scott Melis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bradley Wallace**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandi Self**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Andra**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brandon Mcdonald**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Breach Holdings LLC**
**Bryant Zollinger**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brenda Pang**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brenda Rowles**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Brennan Capital Partners, LLC**
**Mark Brennan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brennen J Bastian**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brent D Barlow CPA PLLC**
**Brent Barlow**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brent Jensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brent Kesler**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brent Norcutt**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,466,250.00 |
|---|---|---|---|

**Bret Armatas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Bret Fuqua**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____                                         _____
Name

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Bret Hannig**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Brett Hulet**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,038,125.00** |

**Brett Primack**
**Colony Lake LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Brett Primack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Brett Schaefer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Brett Taitz**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |

**Brett Walchuck**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                          Case number (if known)    **22-10942-mkn**
_____                      _____
Name

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian & Sofia** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian Adrian - Polar Ice Shack** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian Bourey** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian Eno** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian Fisher** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian Jobbins** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Brian Riffel** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Schumann**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brittany Bailey**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brooke Eno**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brooke Shaw**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Broondilane LLC**
**Donna Childs**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce Ward**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Granthum**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                  Case number (if known)    **22-10942-mkn**
_____
Name

| | | |
|---|---|---|
| 3.124 | **Nonpriority creditor's name and mailing address** | |

**Bryan Wagner**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.125 | **Nonpriority creditor's name and mailing address** | |

**Bryce and Vail Barnes**
**Bryce Barnes**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.126 | **Nonpriority creditor's name and mailing address** | |

**Bryce Bussey**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                            **$1,000,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.127 | **Nonpriority creditor's name and mailing address** | |

**Bryce Calaway**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.128 | **Nonpriority creditor's name and mailing address** | |

**Bryce Mahonri Bussey**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.129 | **Nonpriority creditor's name and mailing address** | |

**Bryson Young**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.130 | **Nonpriority creditor's name and mailing address** | |

**Built By Hand LLC**
**Jeremy Lefler**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.                                  **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bypass Trust Diane Karp Trustee**
**Diane Karp**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C Maverick LLC**
**Maverick Watson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calaway Holdings Limited**
**Alex Calaway**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calvin Tanner**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cam Rohner**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Camelot International**
**Tom Robinson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron J Hogan**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor  **J & J Consulting Services, Inc.**                          Case number (if known)    **22-10942-mkn**
_____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cameron King**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Camille Starr**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cammie Mann**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Campill LLC**
**Anthony Didata**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Caren Igert**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Carlos Andrean LLC**
**Carlos Jones**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Caskade Green**
**Randy Mcgee**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _      ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor   **J & J Consulting Services, Inc.**

Name

Case number (if known)   **22-10942-mkn**

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Casasola**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Catherine Casasola-Vane**
**Simply Pure, LLC**
**3824 Civic Center Dr.**
**North Las Vegas, NV 89030**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cathy S Self**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cenname Business Group LLC**
**2656 Sundy Grace Drive**
**Henderson, NV 89052**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cesar Maurtua**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cesar Muartua**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CG Oncology**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**          Case number (if known)    **22-10942-mkn**
_____
Name

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Chad Barns**                                                              **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Chad Saward**                                                            **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Chard Rohner**                                                           **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Charlene Hutto**                                                         **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Charles Rosemeier**                                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Charles Rosemeir**                                                       **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|

**Chelsea Court Townhomes LLC**                                            **Unknown**
**Larry Franks**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| | | |
|---|---|---|
| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Cherrylle Garnes** | **Unknown** |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Cherylle Garnes** | **Unknown** |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Chevy Hastings** | **Unknown** |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Chris Hunter** | **Unknown** |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Chris Mabeus/Ann Mabeus /Kristy Mabeus** | **$509,500.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Chris Madsen** | **Unknown** |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | |
|---|---|
| **Christian Oliphant** | **Unknown** |

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**
_____
          Name

Case number (if known)    **22-10942-mkn**
_____

| | | |
|---|---|---|
| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Christine Birmingham** | |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

| | | |
|---|---|---|
| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Christopher M. Collins** | |
| | **6512 Crestview Lane** | ■ Contingent |
| | **Cheney, WA 99004** | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

| | | |
|---|---|---|
| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Christopher Pizza** | |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

| | | |
|---|---|---|
| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Christopher Riggot** | |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

| | | |
|---|---|---|
| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Christopher Smith** | |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

| | | |
|---|---|---|
| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Christopher Weitzel** | |
| | | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

| | | |
|---|---|---|
| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **CJ Investments LLC** | |
| | **Jessica Humphries** | ■ Contingent |
| | **726 Glowing Horizon St** | ■ Unliquidated |
| | **Henderson, NV 89052** | ☐ Disputed |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____                                    _____
Name

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **CK Supply/ CK Specialites** | ■ Contingent |
| | **Karina Clifford** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Clair Hawkins** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Classic Events & Services** | ■ Contingent |
| | **Grant Rice** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Clint Mcdaniels** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **CM4 Investments LLC** | ■ Contingent |
| | **Chet Hymus** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **CM4 Investments LLC** | ■ Contingent |
| | **Chet Hymus** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **Unknown** |
| | **Cody Haycock** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **J & J Consulting Services, Inc.**                                   Case number (if known)    **22-10942-mkn**
_____
Name

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cody Petersen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cole Butcher**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Coleen Whetman LLC**
**Coleen Whetman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colin Jager**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Collins Professional Properties**
**Chris Collins**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Collins Rental Properties**
**Chris Collins**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colony Lake**
**Brett Primack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____                                              _____
Name

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Coltyn Simmons**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Connie Baird**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Connie Embree**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Corey Keri Bass**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**CorpInvest LLC**
**Richard Volz**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cory Holmes**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Cory Turner**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred** _                    □ Disputed

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset? ■ No  □ Yes

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Courtney L Yin Lavoie**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CR Kuonen**
**Christina Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CR6 LLC**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Craig Border**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Craig Taylor**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crestview Capital LLC**
**Marshall Gibbs**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Crownseven Inc**
**Jerry Bohn**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Curt Samlaska**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**D4J LLC**
**David Ober**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**DAE KEKK**
**Daisy Greve**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dakoda Muda**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dale Mcintire**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dalen Howell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Dan Kouretas**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dan Price**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dance Fusion LLC**
**Kathy Humphries**
**1535 W. Warm Springs**
**Ste. 100**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dane Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danial East**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Coletti**
**10 Magic Stone Ln**
**Las Vegas, NV 89135**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Colletti**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Shreeve**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                              Case number (if known)    **22-10942-mkn**
_____
Name

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danlie Investments**
**Myron Hodgens**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danny Burguillos**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danny Check**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darcy Fitch**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $799,000.00 |
|---|---|---|---|

**Darius & Kristen Rafie**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darius Jessup**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darius Rafie**

Date(s) debt was incurred  _

Last 4 digits of account number  _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Darlene Davis** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Darlene Zaragoza** | ■ Contingent | |
| | **7940 Forespence Ct.** | ■ Unliquidated | |
| | **Las Vegas, NV 89166** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Darren George** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dave Cook** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dave Herman** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dave Richards** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Dave Riske** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **J & J Consulting Services, Inc.**                                       Case number (if known)    **22-10942-mkn**
_____
Name

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Dave Weber**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**David B. Hill**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**David Favreau**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**David Garcia**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**David Miceli**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**David Smith Family Trust**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**David Wolfgramm**

■ Contingent

Date(s) debt was incurred _          ■ Unliquidated

Last 4 digits of account number _          ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|--------|-------------------------------------|-------------------------|------------------|
|        | Name                                |                         |                  |

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Debbie Tuss**
**9259 Marlia St**
**Las Vegas, NV 89123**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Deborah Fredericks**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Debra A Wycoff**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Demetrious Kouretas**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Denta Source**
**Bill Schupe**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Dera Coryell**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|------------------------------------------------------|---------------------------------------------------------------------|---------|

**Derek Black Trust**
**Derek Black**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**
Name

Case number (if known)    **22-10942-mkn**

| | | |
|---|---|---|
| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Derek K Rafie 401K Trust** | Unknown |
| | **Derek K Rafie** | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Derek Klopfer** | Unknown |
| | | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Derek Ronnebaum LLC** | Unknown |
| | **Derek Ronnebaum** | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Derek T Day** | Unknown |
| | | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Derik Budig  LLC** | Unknown |
| | **Derek Budig** | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Derrick Fletcher** | Unknown |
| | | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Diane Karp Trustee** | Unknown |
| | **Diane Karp** | ■ Contingent |
| | Date(s) debt was incurred _ | ■ Unliquidated |
| | Last 4 digits of account number _ | ☐ Disputed |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                Case number (if known)    **22-10942-mkn**
_____
Name

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DM Lopez**
**Asdrubal Lopez**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DNL Bowers LLC**
**David Bowers**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dom Camp**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dominick Adams**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Don Jennings**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald J. Kolcz**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donna Jones**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                              Case number (if known)    **22-10942-mkn**
_____
Name

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Doug Christensen** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Doug Hill** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Doug R Bennett** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Doug Rogers** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Douglas Krieg** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Douglas P. Richards Retirement, Inc. Pla** | ■ Contingent | |
| | **Douglas P. Richards** | ■ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,787,200.00 |
|---|---|---|---|
| | **Dr John McDonough** | ☐ Contingent | |
| | **Meadow Park Investments** | ☐ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | | |
| | | Basis for the claim: __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$925,000.00** |
|---|---|---|---|
| | **Dr Michael Levin** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.265 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Dumpling LLC** | ■ Contingent | |
| | **Kristie Hoiles** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.266 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Dusty Haycock** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.267 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **E Goiia LLC** | ■ Contingent | |
| | **Elena Forbes** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.268 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Eag Investments LLC** | ■ Contingent | |
| | **Hal Rosen** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.269 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **East Farms Investments** | ■ Contingent | |
| | **Jason Sackmann** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.270 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Eddie Moreno** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Edwin Flowers**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Efrain Ramirez**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**EH Designs LLC**
**Ed Hogan**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**El Dorado Assests**
**Corrine Packard**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Elge Sereke Corp**
**Jean Marie Bills**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eli Hagemeyer**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Eli Shahmoon**

■ Contingent

■ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Elite Entrepreneurs LLC**
**George Bills**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Eloy P Flores**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Emily Newberry**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Empire Investment Group**
**Kurt Killian**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Enduro Development LLC**
**Jeff Richards**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Envizmed**
**Envizmed**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Envizmed Ltd**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| | | |
|---|---|---|
| 3.285 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Eric Bennett**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.286 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Eric Hedin**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.287 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Eric Lopez**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.288 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Eric Smith**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.289 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Eric Weisbart**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.290 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Erica Berrett**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.291 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Erica Boardman**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Astramecki**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernest A Mahard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eroom Holding Ltd Partnership**
**Barry Moore**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esther Keiko Branford**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ET Mack Holdings**
**Erick Mack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Schneider**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Sher Teff**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Faith Nukida**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fajardo Enterprises**
**Ken Mcgehee**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Feather River Inc**
**Herb Henderson**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Finse LLC - Troy Odynski**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Flying W Ventures LLC**
**Justin Wanlass**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fort Union, LLC**
**Ron Tanner**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fotsch Trust**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|--------|-------------------------------------|------------------------|------------------|
|        | Name |  |  |

---

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Frank Lonza Neal**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Frank Stukie Dentworks**
**Frank Stukie**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Frankie T Politelli**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Gabe Shirey**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Gage Madsen**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Galen Davis**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|-------|------------------------------------------------------|---------------------------------------------------------------------|-------------|

**Gary Border**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
                Name

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Hannig**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Judd**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Lundin**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Mangum**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Nielson**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Sorensen**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Tanner**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
          Name

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GCPD Investing**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gene Ladassor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gerald Bridgewater LLC**
**Gerald Bridgewater**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**GG Management LLC**
**Amy Brantner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gilberto Limon Rodriguez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Giselle Bennett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Glenn Wood**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**
_____
Name

Case number (if known)    **22-10942-mkn**
_____

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Global Legacy Group**
**Anthony Zolecki**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Graham Thompson and Company**
**Sassoon House**
**Shirley Street and Victoria Avenue**
**Box N-213**
**Nassau, Bahamas**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Grant Cropper**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Green Image, LLC**
**c/o Eric Lorenz**
**7 Commerce Center Dr.**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Hyde**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Johnson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Greg Pancirov**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Greg Perron**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Gret Hart**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Guy Ghanem**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ham Omana**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hank Humphries**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Harry Wildgen**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hayden Young**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                   Case number (if known)    **22-10942-mkn**
_____
Name

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helen Kim**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Louie**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henzelhaus LLC**
**Barrett Henzelhaus**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hidden Beauty LLC**
**Claudia Serino**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hollywood Construction Company**
**Kit Stokes**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Homer King**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HSK**
**James H. Hoag**

☐ Contingent

Date(s) debt was incurred __    ☐ Unliquidated

Last 4 digits of account number __    ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**HT2 Investments**
**Johnathon Burton**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hulet, Ben**
**Ben Hulet**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Humphreys Family Trust**
**Henry Humphreys**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hunter Johnson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Hytiva Holdings LLC**
**c/o Phillips Ballenger**
**3605 S. Town Center Dr. Ste. B**
**Las Vegas, NV 89135**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ike Warrington**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Individual**
**Phillip Zobrist Sr.**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                        Case number (if known)    **22-10942-mkn**
_____                                        _____
Name

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Infrastructure Tech** | ☑ Contingent | |
| | **Chris Greve** | ☑ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.356 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Inter Alia** | ☑ Contingent | |
| | **Lane Simmons** | ☑ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.357 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Investaedge LLC** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.358 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ivan Enciso** | ☑ Contingent | |
| | | ☑ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.359 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Ivan Enciso** | ☑ Contingent | |
| | **6683 Mammoth Cave LN** | ☑ Unliquidated | |
| | **Las Vegas, NV 89156** | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.360 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **J Sunflower** | ☑ Contingent | |
| | **Jeremy Chatfield** | ☑ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.361 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **J&J Legacy Ventures** | ☑ Contingent | |
| | **Jake Stone** | ☑ Unliquidated | |
| | **Date(s) debt was incurred** __ | ☐ Disputed | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ☑ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**J.J. Cage Investments**
**Craig Bellnap**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Gillingham**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jack Pine LLC**
**Jed Whitaker**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jacob Bastian**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jaime Velez**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jake Wagstaff**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JAL Investments**
**Amilkar Lopez**

Date(s) debt was incurred  __
Last 4 digits of account number  __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Fischer**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960,000.00 |
|---|---|---|---|

**James Gibson**

Date(s) debt was incurred _
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James H. Hoag**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James H. Hoag 2014 Irrevocable Trust**
**James H. Hoag**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James I Gibson**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Stone**
**4005 Kristina Lynn Ave.**
**North Las Vegas, NV 89081**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamison Rohner**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                Case number (if known)    **22-10942-mkn**
_____
Name

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Janelle Ozawa**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jared Bonnell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jared Gunderson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jaren Davis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jaret Blinn**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jarom Rogers**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Burkett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                   Case number (if known)    **22-10942-mkn**
_____
Name

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason Gerber** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason Jenne** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason Mitchel** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason Richards** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason Tracy** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jason Yazdanpanah** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jay And Karen Bradford Family Trust** | ■ Contingent | |
| | **Jay Bradford** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **J & J Consulting Services, Inc.**
_____
         Name

Case number (if known)   **22-10942-mkn**
_____

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jay Spongberg**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**JCKCI LLC**
**Caren Igert**
**916 Spiracle AVE**
**Henderson, NV 89002**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jdh LLC**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeannie Jongeward**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jed Goeckeritz**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeff Calaway**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jeff Calaway**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeff E Moxley** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeff Lang** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeff Spiegal** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeffrey Allen** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeffrey Eno** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeffrey M Peason** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jeffrey P Richards Sep IRA** | ■ Contingent | |
| | **Jeffrey P Richards** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jen Harvey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Blinn**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Cerny**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Holladay**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer K Mccullough Evans**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Miceli**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Lefler**
**1307 Panini Drive**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse Chase**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse Farrer**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jesse Mangum**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jessica Black Trust**
**Jessica Black**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jim Krahenbul**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Jimmy Lewis**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**JJM Investments**
**Jared Mack**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JK Free**
**Jason Karren**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.419 | Nonpriority creditor's name and mailing address |
|---|---|

**JL2 Investments**
**Jason Jongeward**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.420 | Nonpriority creditor's name and mailing address |
|---|---|

**JLF Investments**
**Larry Frostad**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.421 | Nonpriority creditor's name and mailing address |
|---|---|

**JNS 2705 LLC**
**Jaysen Surber**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.422 | Nonpriority creditor's name and mailing address |
|---|---|

**JNWard LLC**
**Josh Ward**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.423 | Nonpriority creditor's name and mailing address |
|---|---|

**Joan Herz**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.424 | Nonpriority creditor's name and mailing address |
|---|---|

**Jody Butler**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joe Barashy**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joe Camp**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joe Cordone**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joe Miceli**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joel Dickson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John and Margo W Family Partnership**
**John Ward**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Arishita**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Bartel**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John D Mandere**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John D. Mandere**
**10906 S. Sunnyslope Rd.**
**Medical Lake, WA 99022**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Fernandes**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Fernandes**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Henry**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**John Hilyard**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.439 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John James**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.440 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John K Walters**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.441 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Kinney**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.442 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Myers**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.443 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Newton**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.444 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Roby**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

| 3.445 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**John Siegrist**
**12817 Slipknot St**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                      Case number (if known)    **22-10942-mkn**
_____
Name

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jolene Goetz**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jon Letsinger**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jon Tucker**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan T Bastian**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Taylor**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Wade**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jordan Wade**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____                                          _____
Name

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jori Kaeser** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jose Investments** | ■ Contingent | |
| | **Condelario Lopez Sr.** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jose Montes** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Eldridge** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Kovacevic** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Miceli** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph R Nicola** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor   **J & J Consulting Services, Inc.**                                        Case number (if known)   **22-10942-mkn**
         _____
         Name

| 3.460 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**josh leukenga**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.461 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joshua S Hall**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.462 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jp Hamilton**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.463 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JTB Investments LLC**
**Troy Gaylon**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.464 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Judd Whitney**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.465 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jule M. Mayer-Hyman**
**2328 Tedesca Dr.**
**Henderson, NV 89052**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.466 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Julian Potugal**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Ann Hoag**
6881 Mallard Way
Hugo, MN 55038

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Mayer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julie Spragins**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Julio Calva "Doug"**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Just the 2 of us LLC**
**Jason Pritchett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Barker**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Justin Bingel**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|--------|--------------------------------------|-------------------------|------------------|
| | Name | | |

---

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**Justin Farmer**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $822,500.00 |
|-------|--------|--------|--------|

**Justin Taylor**
**New Start Auto**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**Justin Wallin**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**K and J James Holdings LLC**
**Kevin James**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**K2K Investments**
**Bryce Kelley**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**Kade Hendershot**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------|--------|--------|

**Kai Rasmussen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                            Case number (if known)    **22-10942-mkn**
_____                                    _____
Name

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kaitlin Admin Trust B Mahard**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kaitlin Mahard**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KAMBs LLC**
**Ben Hulme**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karen M. Bradford Separate Trust (Includ**
**Karen M. Bradford**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kari Lee Consulting LLC**
**Kari Lee**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karina Jett**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karolina A Rafie**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                      Case number (if known)    **22-10942-mkn**
          Name

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kathy Nolan** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kay-Geez Stock, LC** | ■ Contingent | |
| | **Kurt Goodfellow** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kayo LLC** | ■ Contingent | |
| | **Aaron Weymann** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **KC Vacation rentals** | ■ Contingent | |
| | **Casey Ashdown** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **KDSM LLC** | ■ Contingent | |
| | **Kyle Mayer** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Keith Mcgehee** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Keith Ozawa** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly Buchanan**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly Self**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kencam LLC**
**Mike Erikson**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kennedy Mulen**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth ("Ken") Sarna**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kent Duit**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kent Rohner**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720,000.00** |
|---|---|---|---|

**Kent Rohner Trust**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kenya C McCloud DCPA inc**
**Kenya Mccloud**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Keri And Corey Bass**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Mitchell**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Roberts**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Kevin Swanson**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **J & J Consulting Services, Inc.**                                      Case number (if known)    **22-10942-mkn**
                Name

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Kevin Swanson (Doctor)**
830 E. Bryan Ave.
Salt Lake City, UT 84105

- Date(s) debt was incurred _
- Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kevin Whitney**

- Date(s) debt was incurred _
- Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Killian Consulting**

- Date(s) debt was incurred _
- Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Killian Legacy LLC**
**Joseph Killlian**

- Date(s) debt was incurred _
- Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kim Capps**
**Kim Capps**

- Date(s) debt was incurred _
- Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kim Capps**

- Date(s) debt was incurred _
- Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |

**Kim Ence**

- Date(s) debt was incurred _
- Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____                                    _____
Name

| 3.516 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KJAM Properties**
**Susan Nielson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.517 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kolby Ashton**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.518 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kolby Kemp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.519 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristie Young**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.520 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristopher Kemp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.521 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristy Herlean**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.522 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kristy Obannon**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor   **J & J Consulting Services, Inc.**                                    Case number (if known)   **22-10942-mkn**
_____
Name

| | | |
|---|---|---|
| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Kyle Hawkins**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.524 | **Nonpriority creditor's name and mailing address** |

**Kyle Lewis**

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.525 | **Nonpriority creditor's name and mailing address** |

**Lacambra LLC**

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.526 | **Nonpriority creditor's name and mailing address** |

**Lajiness INC**
**Josh Lajiness**

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.527 | **Nonpriority creditor's name and mailing address** |

**Lance Maningo**

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.528 | **Nonpriority creditor's name and mailing address** |

**Landon Saldana**

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.529 | **Nonpriority creditor's name and mailing address** |

**Larry Murray**

**Unknown**

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                   Case number (if known)    **22-10942-mkn**
_____
Name

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Larry R Newton or John F Newton**
**Lawrence R. Newton**
**2403 El Cid Ct.**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Las Vegas Fit Mama LLC**
**Courtney Lavoie**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura A. Sorensen**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura Carroll**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Laura Shaffer**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Laureen Clark**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Lauren Pew**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lawrence Pew**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leah Barker**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leavitt Family Trust**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leavitt Family Trust Dated Jan 5**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lebron Bird LLC**
**Brandon Doyle**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leroy Loerwald**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lesismore Investments LLC**
**Lester Iguchi**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                          Case number (if known)    **22-10942-mkn**
_____                                          _____
Name

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Libby Tracy**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Limpert Commerical Appraisals**
**Matt Limpert**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Brake**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Hartzell**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Jaslonski**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsey Schwarz**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linehan Family Trust**
**c/o Kirk Linehan**
**9331 E Calle De Valle Dr**
**ScottsdaleqAZ   85255**

■ Contingent

■ Unliquidated

**Date(s) debt was incurred __**        ☐ Disputed

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset?  ■ No   ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa Sakowski**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lisa Toland**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loan Dudez, LLC**
**Travis Roundy**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Loren Marshall**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori B. Killian**
**3180 Fern Nook Ave.**
**Henderson, NV 89052**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori Carr**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lori Killian**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                   Case number (if known)    **22-10942-mkn**
_____
Name

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lou Greco**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lou Murdica**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**LQS Investments LLC**
**Mike Hunter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lucro, Ltd**
**Vance Petersen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lyman King**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M And M Contractors**
**Kirt Davis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M And M Contractors**
**Todd Sansom**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**M. Rhyatt LLC**
c/o Tony Baird, Registered Agent
5728 S Ravencrest Dr.
Spokane, WA 99224

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**MacGrigg Makes Inc**
**Stacey Grigg**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.567 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Mahalia Jessup**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.568 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marc Arreolla**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.569 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marc Mac Const**
**Marc Mac Const**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.570 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Marcus Barton**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.571 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Maren Mcintire**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.572 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maren Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.573 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria M Cuesta Lopez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.574 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Maria Poulson Real Estate LLC**
**Travis Poulson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.575 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Marisa Border**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.576 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark A Elisaldez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.577 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark Allegre**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.578 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mark Camp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Chimenti**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Goings**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Guyot**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Koenig**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark M Watson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Peters**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Pollard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**
          _____
          Name

Case number (if known)    **22-10942-mkn**
                          _____

| | | |
|---|---|---|
| 3.586 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Mark VI Holdings**
**Michael Cannon**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| | | |
|---|---|---|
| 3.587 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Marshall F. Gibbs**
**6314 Crestview Lane**
**Cheney, WA 99004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| | | |
|---|---|---|
| 3.588 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Marta Mott**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| | | |
|---|---|---|
| 3.589 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Martha Rogers**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| | | |
|---|---|---|
| 3.590 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Martin K Cordova**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| | | |
|---|---|---|
| 3.591 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Marty Stybel**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

| | | |
|---|---|---|
| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Marvin Walchuck**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

**Unknown**

---

Debtor    **J & J Consulting Services, Inc.**                          Case number (if known)    **22-10942-mkn**
_____                                    _____
Name

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mary Johnson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mathew Oghigian** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mathew Paul Laudenslager** | ■ Contingent | |
| | **6 Golf Crest Ct.** | ■ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Brooks** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Cummins** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Laud** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Mangum** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor    **J & J Consulting Services, Inc.**                                   Case number (if known)    **22-10942-mkn**
_____
Name

| | | |
|---|---|---|
| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Matt Mangum** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Matt Rubin** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Matt Sarner** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Matt Schlieman** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Matt Zollinger** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Matthew Sinnock** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._    **Unknown** |
| | **Max Chesebro** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mcgehee Family Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mcgregor Equity Group, LLC**
**Mark Mcgregor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McIntire Adventures**
**Brad Mortensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MCMH**
**Ryan Robinson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ME14**
**E. E. Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ME14**
**Efrian Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Meadow Park Investments**
**John McDonough**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                          Case number (if known)    **22-10942-mkn**
_____
Name

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mel Shingleton** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Melissa Dana** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Memory Lane 2 LLC** | ■ Contingent | |
| | **Bill Pizza** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Michael Cyrkiel** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Michael J Progren** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Michael L Peteres** | ■ Contingent | |
| | **1 S Encino, Laguna Beach, CA 92651** | ■ Unliquidated | |
| | **Laguna Beach, CA 92651** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Michael Levin** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Oghigian**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Peters**
**A Better Choice Pregnancy Services**
**860 E. Sahara**
**Las Vegas, NV 89104**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Santens**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Self**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Self**
**10 Grand Corniche Drive**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Sullivan**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Van**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Vasquez**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michaelina Zavala**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle Edmonds**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle George**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mick Lopez**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mighty Watts LLC**
**Mark Watson**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mihir Pimpale**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **J & J Consulting Services, Inc.**                           Case number (if known)    **22-10942-mkn**
Name

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mike Anderson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mike Dierking** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mike Levin** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mike Rasch** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mike Tabeek** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mills & Anderson LLC** | ■ Contingent | |
| | **Byron Mills** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Minchenberg Family Trust** | ■ Contingent | |
| | **Richard Minchen** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.642 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mitch Olorenshaw**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.643 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MLB Properties**
**Landon Blatter**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.644 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Moneybags Land Holdings LLC**
**Craig Taylor**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.645 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Montresor Corp**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.646 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**More NW LLC**
**Kiely More**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Morganstyleistic LLC**
**c/o Benjamin Morgan, Registered Agent**
**2084 Crosswaters Drive**
**Dacula, GA 30019**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Moto Properties**
**Sam Hammond**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mpr LLC (Mama LLC)**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MRRV Investments LLC**
30 N Gould St Ste R
Sheridan, WY 82801

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mtn Blu**
**George Sakin**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Capital LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Legacy One LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Legacy Three LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Legacy Two LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Murray Adventures**
**Evan Murray**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**My Lakehouse LLC**
**Harvey Parrot**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Myers RV LLC**
**Mathew Myers**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nana & Pappy Investments**
**Herb Henderson**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nancy Alain**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nancy Cook**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Natalie Loris**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.663 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nate Finochio**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nate Lords**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.665 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nate Mayer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.666 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Barnes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.667 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Hall**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.668 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nathan Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.669 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**National Sports Consulting Agency LLC**
**Chris Fulce**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neal Mathis**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neal Matthews**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neil Dutson**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Neilan And Associates Cpa, Inc.**
**Kurt Neilan**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nellis Group Enterprises**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nelson Silva Mayo**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevada Housing Solutions LLC**

■ Contingent

Date(s) debt was incurred _    ■ Unliquidated

Last 4 digits of account number _    ☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevada State Properties LLC**
**Travis Nelson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New Investments LLC**
**Eric Lorenz**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Neibaur**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Leukenga**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nikko Rosa**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Norman A. Maxfield**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Old Bean Farm LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                              Case number (if known)    **22-10942-mkn**
_____                                            _____
Name

| 3.684 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Oliver Erickson**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.685 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ollanis Hernandez**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.686 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Omid Shahabe**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.687 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Onadeon Investments**
**Harvey Parrot**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.688 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**One Source Commercial Solutions LLC**
**Stac Johnson, Mary**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.689 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**One Way Drug LLC**
**7367 Laramie Ave**
**Las Vegas, NV 89113**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.690 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**One Way Drug LLC**
**Robert Seik**
**7367 Laramie Ave**
**Las Vegas, NV 89113**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                             ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                    Case number (if known)    **22-10942-mkn**
_____                          _____
Name

| 3.691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Osvaldo Fernandez (Ozzy)**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.692 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Owen Ondrisko**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.693 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Parker**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.694 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pat Cave**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.695 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Pat Marsch**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.696 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia and John Siegrest**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.697 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Patricia Chapman**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Santoro**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Thomsen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Bradford**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Dudzinski**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Gilchrist**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul M. Bradford**
**Majestic Realty Co.**
**c/o Fennemore Craig, P.C**
**300 S. Fourth St., Suite 1400**
**Las Vegas, NV 89101**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Maalouf**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**
Name

Case number (if known)    **22-10942-mkn**

| | | |
|---|---|---|
| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Paul Ranieri** | ■ Contingent |
| | | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Paul Ruhl** | ■ Contingent |
| | | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Peak Investments** | ■ Contingent |
| | **Anibal Lopez** | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Perfect Beta LLC** | ■ Contingent |
| | **Ty Muse** | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Performance Builders Inc** | ■ Contingent |
| | **Randy Sorensen** | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Peter Murray** | ■ Contingent |
| | | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Pezzuto/ 22Investments** | ■ Contingent |
| | | ■ Unliquidated |
| | Date(s) debt was incurred _ | ☐ Disputed |
| | Last 4 digits of account number _ | |
| | | Basis for the claim: _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **J & J Consulting Services, Inc.**                                     Case number (if known)    **22-10942-mkn**
_____                                          _____
Name

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Phillip Sean Wendell**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Phillip Zobrist Sr.**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Picture and Poster LLC**
**Rusty Bridges**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pine Valley**
**Jason Briggs**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pizza Party Of 5, LLC**
**Chris Pizza**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Pizzano Partners**
**Jim Stone**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Plum Investments**
**Jeremy Mcgee**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plutus Ltd**
**Joey Petersen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Portz Holdings**
**CJ Portz**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pratt-Watson Family Trust**
**JD Pratt**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prestige Consulting LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prestige Consulting LLC**
**823 South Sixth Street**
**Ste 100**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Preston Judd**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Preston Minor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRG Capital**
**Dallas Rosevear**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PRH Holdings**
**Perry Hartman**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Project Neptune & Co**
**Anthony Puterman**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Promier Brad**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**PWHE Inc**
**Kirk Fuhriman**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**QIC Investments**
**Jerry Ward**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Quinn Robinson**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **J & J Consulting Services, Inc.**                                      Case number (if known)    **22-10942-mkn**

Name

| | |
|---|---|
| 3.733 | **Nonpriority creditor's name and mailing address** |

**Quinten Mayer**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.734 | **Nonpriority creditor's name and mailing address** |

**R and N Home Maintenance Services LLC**
**Nelson Ortiz**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.735 | **Nonpriority creditor's name and mailing address** |

**Rachel Hadad**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.736 | **Nonpriority creditor's name and mailing address** |

**RAD Investment Group**
**Angela Radtke**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.737 | **Nonpriority creditor's name and mailing address** |

**Rafie Family Trust**
**Darius F. & Kristin H. Rafie, TRS, Rafi**
**4985 Ghost Dance Circle**
**Las Vegas, NV 89149**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.738 | **Nonpriority creditor's name and mailing address** |

**Ralph R. Neilson Family Trust (Exempt Tr**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| | |
|---|---|
| 3.739 | **Nonpriority creditor's name and mailing address** |

**Ramon San Nicolas**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    Unknown

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randy Combs**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Randy Performance**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ray Homer**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RCF Investments LLC**
**Richard Flint**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RCM Settlements Inc.**
**30 N Gould St Ste R**
**Sheridan, WY 82801**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Reform HCM Ltd**
**Scott Villamor**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Reign Investment LLC**
**Bryce Huff**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rendon Inc**
**Scott Bjelke**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rev River Capital Dallas**
**Dj Rosevear**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rex Mitchell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rey Maldonado**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rhett Merek**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rice Safari Group LLS**
**Lowell Rice**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rich Cothran**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                          Case number (if known)    **22-10942-mkn**
_____
Name

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Brooksby**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Harper**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Marino**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Markay Englestead**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard S Douglas CPA LLC**
**Richard Douglas**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Doria**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Golden**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                         Case number (if known)    **22-10942-mkn**
_____
Name

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rick Swanson**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Rickay Investments**
**Rick Henderson**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ricky Khamis**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Ricore Services, LLC**
**Richard Hadlock**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Riley Hunter**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Riley Keohen**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**RKTLZ Investments**
**Richard Zollinger**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __                    ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **RLZ LLC** | ■ Contingent | |
| | **Rickson Zollinger** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **RNR Portfolio** | ■ Contingent | |
| | **Ron Chatfield** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Hagopian** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Matthew Burton** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Mckechnie** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robert Simmons** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Robin Mcquown** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rocky Steele**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rod Woods**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rohner7. Enterprises**
**Kyle Rohner**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ron Beiker**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ron Chatfield**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $475,750.00 |
|---|---|---|---|

**Ron Ray**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ron Stuart**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronald D Ray**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronda Queen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ronlad J Caruso**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rosen Family LLC**
**Hal Rosen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rowley Consolidated INC**
**Victor Rowley**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roy Bilile**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roy Nelson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RPM**
**Patrick Santoro**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RR & C LLC**
**Ryan Pietranton**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RRM Deals**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruby Ventures**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruger Fund**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell Cook**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell Wiley**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                        Case number (if known)    **22-10942-mkn**
_____
Name

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RWL Investments Company Ltd**
**Bill Larson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan English**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan J Gardner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Jessop**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Love**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Nelson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Tack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Turner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Whitney**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryker Sweat**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**S&H Aircraft Communications, LLC**
**Marvin Swensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SA Brewing LP**
**Clyne Long**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sal Delvecchio**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Salem Holdings LLC**
**Shane Karren**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.810 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Samantha Godfrey
878 Dancing Vines Ave
Las Vegas, NV 89183

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.811 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Samson Family Trust
Chris Samson

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.812 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Sancor Construction, LLC
c/o Thomas Santoli, Registered Agent
6445 S. Tenaya Way, Ste. 125
Las Vegas, NV 89113

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.813 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Sandee Mcduffie Ltd

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.814 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Sansom Pension Trust
Mike Sansom

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.815 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Saw Properties LLC
Dr. Steve Wilson

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.816 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |

Scott Black

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Scott Hunt**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Scott Kanter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Scott Rawlinson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Scott Shreeve**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Scott Weaver**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**SDLW Enterprises Inc**
**Edward Wake**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Sean Abid**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.824 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sean Taylor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.825 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth Johnson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.826 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,217,250.00 |
|---|---|---|---|

**Seth Johnson & Cam Rohner**
**Prestige consulting LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.827 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Seth Webster**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.828 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shad S Williams LLC**
**Shad Williams**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.829 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Absoulte**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.830 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Caniglia**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Thurston**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Moxley**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Nelson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharp Realty**
**Ryan Sharp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shauna Yergensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn Cropper**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn F Ruybal**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
_____
Name

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn Sterling**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawna Fesler**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shayne Howell**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shea Thueringer**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shelly Wagner**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sheri Dierking**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sherman Holdings**
**Kris Sherman**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.845 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sherri Grossberg**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shimmer Holdings LLC**
**Shane Shimada**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shipwreck Holdings LLC**
**Brent Borgquist**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Shonsuras Investments**
**Sean Holladay**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sidney Carter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Singing Cowboy Trust**
**Dalln Langston**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Skip Sanchez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
            Name

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Skyler Griffin** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **SLIC Consulting Services LLC** | ■ Contingent | |
| | **Coe Michaelson** | ■ Unliquidated | |
| | **1979 Grace St** | ☐ Disputed | |
| | **Riverside, CA 92504** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Smiling Man Investments** | ■ Contingent | |
| | **Bret Armatas** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Social Lab Media LLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sophia Filosa** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **South Ridge Real Estate** | ■ Contingent | |
| | **Aaron Sharp** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Spacestation Trust 1 LLC** | ■ Contingent | |
| | **Tim Holladay** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **J & J Consulting Services, Inc.**
_____
Name

Case number (if known)    **22-10942-mkn**
_____

| | | |
|---|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Spencer Pinter** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.859)

| | | |
|---|---|---|
| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Spicy Tuna, Inc.** | ■ Contingent |
| | **Edwin Lee** | ■ Unliquidated |
| | **2382 Sunburst View St.** | ☐ Disputed |
| | **Henderson, NV 89052** | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.860)

| | | |
|---|---|---|
| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **SS Portz LLC** | ■ Contingent |
| | **Steve Portz** | ■ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.861)

| | | |
|---|---|---|
| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **SSR Investments** | ■ Contingent |
| | **Rick Henderson** | ■ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.862)

| | | |
|---|---|---|
| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Stanley Dowdy** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.863)

| | | |
|---|---|---|
| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Stephen and Karen Murray  Investments** | ■ Contingent |
| | **Stephen Murray** | ■ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.864)

| | | |
|---|---|---|
| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Stephen Marshall** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | **Date(s) debt was incurred** _ | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (3.865)

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.866 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stephen Olsen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500,000.00 |
|---|---|---|---|

**Steve Borgquist**
**Bluebolt LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Dougherty**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Dougherty**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.870 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Hawkes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.871 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Millions**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.872 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steve Thueringer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                        Case number (if known)    **22-10942-mkn**

_____
Name

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven  Eugene Murray**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.874 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven Davidson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.875 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven Lang**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.876 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Steven Schneider**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.877 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stewart Berger**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.878 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Stone Cabin And Livestock LLC**
**John Limpe**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.879 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Summermark LLC**
**Howard Puterman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.880 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Summit Adventures**
**Nate Rassmussen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Summit Adventures, LLC**
**c/o Incorp Services Inc., Registered Age**
**1226 W South Jordan Pkwy, Ste. B**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sunflower Family Investments**
**Jeremy Chatfield**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Superior Home LLC**
**Denise M. Kay**
**422 Roberts St.**
**Reno, NV 89502**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sylvia Haberl**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sylvia Haberl**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TAB Capital**
**Tim Barker**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
          Name

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TAD Moody LLC**
**Troy Moody**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tanner Capital Group LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tanner Henrie**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Tate Stock**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Taylor Media Consulting**
**Colin Taylor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Teal Holdings LLC**
**Will Watanabe**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Teddie Liu**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J & J Consulting Services, Inc.**                                    Case number (if known)    **22-10942-mkn**
          Name

| | |
|---|---|
| 3.894 | **Nonpriority creditor's name and mailing address** |
| | **The Bradford 2012 Irrevocable Trust (Jay Jay Bradford** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

�True Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.895 | **Nonpriority creditor's name and mailing address** |
| | **The Brickscape LLC** |
| | **Enirique** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.896 | **Nonpriority creditor's name and mailing address** |
| | **The Craig And Bonnie Crosland Family Liv** |
| | **Craig Crosland** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.897 | **Nonpriority creditor's name and mailing address** |
| | **The Douglas P And Geraldine F Richards T** |
| | **Doug Richards** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.898 | **Nonpriority creditor's name and mailing address** |
| | **The Douglas P. Richards LLC** |
| | **Douglas P. Richards** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.899 | **Nonpriority creditor's name and mailing address** |
| | **The Pallet Place Inc.** |
| | **Keith Carver** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.900 | **Nonpriority creditor's name and mailing address** |
| | **The Parrish Foundation** |
| | **Alex Parrish** |
| | Date(s) debt was incurred __ |
| | Last 4 digits of account number __ |

As of the petition filing date, the claim is: Check all that apply.                                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

---

**3.901** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**The Paver Guy**
**Bryan Mata**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.902** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**The Pingree Family Trust**
**Dave Pingree**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.903** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**The Whitaker Frost Family Trust**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.904** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**The Woodshop LLC**
**c/o Tamra Kelecy, Registered Agent , Las**
**7942 Blue Lake Peak St.**
**Las Vegas, NV 89166**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.905** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Theressa Smith**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.906** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**Thiels Investing LLC**
**Ryan Thielman**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.907** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown**

**THM Partners LLC**
**Jessica Belben**

- Date(s) debt was incurred __
- Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **J & J Consulting Services, Inc.**

Name

Case number (if known)    **22-10942-mkn**

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Thomas Genthe** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Thomas Mcnalley** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Thomas Watson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Three Thermals LTD** | ■ Contingent | |
| | **Aspen Jacoby** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tim Bodnar, Reagan Bodnar** | ■ Contingent | |
| | **8480 W. Verde Way** | ■ Unliquidated | |
| | **Las Vegas, NV 89149** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tim Bodner** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tim Kuptz** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **J & J Consulting Services, Inc.**    Case number (if known)    **22-10942-mkn**
          Name

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Marose**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Naylor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Titan Golden Eagle, LLC**
**Ron Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TJ Blackwell Investments**
**Trevor Blackwell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TJI Investments**
**Tammy Jongeward**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tjn Holdings LLC**
**Jeremy Neves**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

Debtor    **J & J Consulting Services, Inc.**                                Case number (if known)    **22-10942-mkn**
          Name

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tkb Ventures**
**Brad Perry**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TKB Ventures**
**c/o Brad Perry, Agent for Service of Pro**
**7 Starlight Isle**
**Ladera Ranch, CA 92694**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Bailey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Mcdevitt**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Mcdevitt Procor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $812,700.00 |
|---|---|---|---|

**Tom Brletic**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tom Brletic**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor     **J & J Consulting Services, Inc.**                                      Case number (if known)     **22-10942-mkn**
           Name

| 3.929 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tom Browne**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.930 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tom Ditter**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.931 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony Baird**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.932 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony Murdica**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.933 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony Racanelli**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.934 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tony Zockoll**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.935 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tower 18 Fund LP**
**Kevin Stanley**
**2535 Corte Casitas**
**Carlsbad, CA 92009**

■ Contingent

■ Unliquidated

Date(s) debt was incurred __        ☐ Disputed

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

**3.936** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Tower Of Babel LLC**
**Farrah**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.937** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**TPM Acquisitions**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.938** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Travis Fenton**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Travis Goldrup**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.940** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Travis Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.941** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Travis Rose**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.942** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**Travis Thurman**
**525 W 1250 S**
**Lehi, UT 84043**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J & J Consulting Services, Inc.**                                     Case number (if known)    **22-10942-mkn**
_____
Name

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Treven Hansen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevethan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor Blackwell**
**Umbrella Research, Inc.**
**818 Charter Street**
**Redwood City, CA 94063**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trina M Murray**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trinity Cleaning LLC**
**Leleo Trindade**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Triple 7 Capital LLC**
**Derek Rafie**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,100,000.00 |
|---|---|---|---|

**Triple 7 Capital, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **J & J Consulting Services, Inc.** | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|
| | Name | | |

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Triple Threat Basketball, LLC**
**1671 W Horizon Ridge Pkwy**
**Suite 220**
**Henderson, NV 89012**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Triva Bilile**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TRX Holdings, LLC**
**John Truex**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TTT Partners**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Twelve27 INC**
**Scott Williams**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ty Leatherman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Cenname**
**2656 Sundy Grace Drive**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **J & J Consulting Services, Inc.**                                        Case number (if known)    **22-10942-mkn**
Name

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyson Oldroyd**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyson Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyson Weaver**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unique Advisors LLC**
**Jason Bradley**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unwinded LLC**
**David Hand**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vail Brennan Barnes**
**1201 Barnford Mill Rd**
**Wake Forst, NC 27587**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Valiant Capital**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **J & J Consulting Services, Inc.**
Name

Case number (if known)   **22-10942-mkn**

| 3.964 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Valley Stone**
**Tim Rohner**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.965 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vance Pederson**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.966 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Velvet Hammer LLC**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.967 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Venesta Jones**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.968 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vic Filosa**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.969 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Vince Pezzuto**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.970 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Virgina Parsekian**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.971 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Vista Land Solutions**
**Rod Michaelis**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,782,500.00** |
|---|---|---|---|

**Vyonne Mendenhall**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Walker Fitch**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Walter Lau**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**WE Capital Inv. LLC**
**Jared Wiberg**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wendy M Dulaney**
**3737 El Jobean Rd, #L3**
**Port Charlotte, FL 33953**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Wesle Fakes**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **J & J Consulting Services, Inc.**                                    Case number (if known)   **22-10942-mkn**
         Name

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wesley Settles**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Knell**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William R. Larson Trust**
**Bill Larson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Woodshop LLC**
**Tony Baird**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wwf Holdings LLC**
**Cory Watson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**XXVI LLC**
**Scot Allen**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**XXVI LLC**
**William Boyd**
**30 N Gould St Ste R**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **J & J Consulting Services, Inc.**                          Case number (if known)   **22-10942-mkn**
Name

| | | |
|---|---|---|
| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zach Caniglia** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | |
| | | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zack Groesbeck** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | |
| | | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zerorez Atlanta** | ■ Contingent |
| | **Patrick Spencer** | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | |
| | | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zerorez Denver** | ■ Contingent |
| | **Shane Karen** | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | |
| | | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zerorez Salt Lake City** | ■ Contingent |
| | **Jake Stone** | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | |
| | | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zerorez Texas** | ■ Contingent |
| | **Jim Stone** | ■ Unliquidated |
| | **Date(s) debt was incurred** __ | ☐ Disputed |
| | **Last 4 digits of account number** __ | |
| | | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| | **Zerorez Texas, Inc.** | ■ Contingent |
| | **c/o William R. Shupe, Registered Agent** | ■ Unliquidated |
| | **1000 W Crosby Road, Ste 124** | ☐ Disputed |
| | **Carrollton, TX 75006** | |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __ |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes |

**Unknown**

| Debtor | **J & J Consulting Services, Inc.** | | Case number (if known) | **22-10942-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Zevo Media, LLC**
**Josh Lindsay**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ZPS Consulting Services**
**c/o Robert Zobrist**
**28 Calle Boveda**
**San Clemente, CA 92673**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ZPS Consulting Services LLC**
**c/o Legalinc Corporate Services, Inc., R**
**1810 E. Sahara Ave., Ste. 215**
**Las Vegas, NV 89104**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Zzyzx Capital LLC**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | | 5b. + | $ Approximately 500,000,000.00 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | | 5c. | $ Approximately 500,000,000.00 |

**Fill in this information to identify the case:**

Debtor name **J & J Consulting Services, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) **22-10942-mkn**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal* *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Global Notes** |

**Fill in this information to identify the case:**

Debtor name    **J & J Consulting Services, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **22-10942-mkn**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City        State        Zip Code | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: |
|---|
| Debtor name **J & J Consulting Services, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF NEVADA |
| Case number (if known)    **22-10942-mkn** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$7,554,458.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

Debtor    **J & J Consulting Services, Inc.**                    Case number *(if known)* **22-10942-mkn**

| Creditor's Name and Address | | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached Schedule 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.**   **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached Schedule 4** | | **$0.00** | |

**5.**   **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.**   **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.**   **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this **case.**

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | **Murphy, et al. v. Beasley, et al.**<br>**A-22-849806-B** | | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Securities and Exchange Commission v. Beasley, et al.**<br>**2:22-cv-00612-JCM-EJY** | | **US District Court, District of Nevada**<br>**333 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **J & J Consulting Services, Inc.**                    Case number *(if known)*  **22-10942-mkn**

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Henzel, et al. v. Judd, et a.**<br>**2:22-cv-00529** | | **US District Court, District of Nevada**<br>**333 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Hollywood Construction Co.**<br>**v. Beasley, et al.**<br>**A-22-851763-B** | | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Bonifazio, et al. v. Judd, et al.**<br>**Adv. Case No. 22-01061** | | **USBC, District of Nevada**<br>**Foley Federal Building and U.S. Courthou**<br>**300 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Bonifazio, et al. v. Judd, et al.**<br>**Adv. Case No. 22-01062** | | **USBC District of Nevada**<br>**Foley Federal Building and U.S. Courthou**<br>**300 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **See Global Notes** | | **$0.00** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. **See attached Schedule 9** | | | **$0.00** |
| **Recipients relationship to debtor** | | | |

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

Debtor ___J & J Consulting Services, Inc._____    Case number (if known) __22-10942-mkn_____

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
| --- | --- | --- | --- |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
| --- | --- | --- | --- |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
| --- | --- | --- | --- |

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- | --- |
| 13.1. | **See Global Notes** | | | $0.00 |
| | Relationship to debtor | | | |

## Part 7:    Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | | Dates of occupancy<br>From-To |
| --- | --- | --- |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | J & J Consulting Services, Inc. | Case number *(if known)* | 22-10942-mkn |
|---|---|---|---|

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

| Debtor | J & J Consulting Services, Inc. | Case number *(if known)* | 22-10942-mkn |
|---|---|---|---|

---

**Part 12:**  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| 25.1.  **See Global Notes** | | **EIN:** <br><br>**From-To** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Mark A. Murphy, Ltd. 2700 E. Sunset Road, Suite 9 Las Vegas, NV 89120** | **2005 - Petition Date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

| Debtor | J & J Consulting Services, Inc. | Case number (if known) | 22-10942-mkn |
|---|---|---|---|

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jeffrey Judd**<br>**9 Sky Arc Court**<br>**Henderson, NV 89012** | **Debtor's books and records were seized by the Federal Bureau of Investigation prior to the commencement of the Chapter 11 Case.** |
| 26c.2. **Federal Bureau of Investigation**<br>**1782 W. Lake Mead Blvd.**<br>**Las Vegas, NV 89106** | **The Federal Bureau of Investigation seized Debtor's books and records prior to the commencement of the Chapter 11 Case but was advised that access could not be granted without a request to the District Court and an order therefrom. Debtor has made demand for access to the records and has filed a motion before the District Court seeking such access.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeffrey Judd | 9 Sky Arc Court<br>Henderson, NV 89012 | President and Director | 100 |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

Debtor    **J & J Consulting Services, Inc.**                                   Case number *(if known)*  **22-10942-mkn**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 **See Global Notes** | | | |
| **Relationship to debtor** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/2/2022

Signature of individual signing on behalf of the debtor        **Peter Kravitz**
                                                                Printed name

Position or relationship to debtor    **Chief Restructuring Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☐ No
■ Yes

# SCHEDULE 3

# SCHEDULE 3

| 90-Day Payments - (USD) | | | | Total: $ | (16,304,084) |
|---|---|---|---|---|---|
| Account | Transfer Date | Category | Payee | Cashflow | Memo |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (77) | On 122121 GRUBHUB.COM NY GRUBHUB@WEISSREST REF # 2449215135671958891033 *************** |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 122221 Visa Direct NY VENMO* REF # 2424818135600125105049 *************7021 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (132) | On 122221 HTTPSINSTACA CA INSTACART*2246 REF # 2401134135700001079736? *************20 |
| 0153 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (80) | On 122221 Visa Direct NY VENMO* REF # 2424818135600014272309? *************20 |
| 2073 | 12/23/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp24867660 | (118,000) | |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (21) | SPROUTS FARMERS HENDERSON NV 885632 On 122421 ILNKILNK REF 135816885632 *************2 |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122321 Visa Direct NY VENMO* REF # 2424818135700012501826 *************7021 |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122221 702-704-1768 NV SASSY BLOWTIQUE REF # 2409162135701202939426 *************7021 |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (42,474) | To CHASE CREDIT CRD REF=2135700942866100N0 5760039224EPAY 568499476d |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (100) | To PAYPAL REF=2136101106429300N0 PAYPALSI77INST XFER BARNESNOBLE |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (100) | On 122421 WWW.DOORDASH CA DOORDASH*EINSTEI REF # 2401134135800030712130 *************** |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase - VISA | (198) | On 122421 HTTPSINSTACA CA INSTACART*2246 REF # 2401134135800028680794 *************2062 |
| 2073 | 12/27/2021 | Personal Spending | Zelle Instant | (2,250) | PMT TO STEVE BEYER On 12/27/21 PMT ID=USBR5vY6evve |
| 2073 | 12/27/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp25027972 | (492,000) | |
| 0153 | 12/28/2021 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2112281464171 Srf# | (15) | 0008193362771317 Trn#2112281464171 Rfb# |
| 0153 | 12/28/2021 | Personal Spending | Electronic Withdrawal | (44) | To ONLINE PAYPAL REF=2136200217917000N0 00002172799VRKILL 4621383 |
| 2073 | 12/28/2021 | Personal Spending | Electronic Withdrawal | (114) | To PAYPAL REF=2136101851935320N0 PAYPALSI77INST XFER UNDERLINING |
| 0153 | 12/28/2021 | Judd Family Member | National Advisors Trust | (500) | Judd Insurance |
| 2073 | 12/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=2136102055138700N0 9500000000NLINE PMTUS8507286632POS |
| 2073 | 12/28/2021 | Personal Spending | Debit Purchase - VISA | (1,200) | On 122821 Visa Direct NY VENMO* REF # 2424818136100022596652S |
| 2073 | 12/28/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account                    5473 |
| 2073 | 12/28/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp25093728 | (500,000) | |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 122821 HENDERSON NV TARGET 00 REF # 2416407136200100715180D *************** |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 122821 Visa Direct NY VENMO* REF # 2424818136200021330023 *************7021 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 122921 Visa Direct NY VENMO* REF # 2424818136200022245392 *************7021 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (401) | On 122821 gosq.com NV SQ *CAKED REF # 2469216136310069346702D *************2062 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (991) | On 122821 702-8850750 NV IN *POST WORTHY REF # 2469216136210080284562 *************20 |
| 0153 | 12/29/2021 | Taxes / Treasury | United States Treasury | (31,613) | CPS048 - Judd Family Trust             889 |
| 2073 | 12/29/2021 | Personal Spending | Electronic Withdrawal | (20,367) | To AMEX EPAYMENT REF=2136200848983300N0 9500000000ACH PMT M1828 |
| 2073 | 12/29/2021 | Church / Donation | Electronic Withdrawal | (200,500) | To Ch JesusChrist REF=2136207667050N0D 28708343410DONATION 86018847 |
| 2073 | 12/29/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp25181716 | (372,500) | |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 122821 702-704-1768 NV SASSY BLOWTIQUE REF # 2409162136301701946954S *************7021 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (22) | On 122921 702136301005983000N0 PAYPALSI77INST XFER COCOABARJNJ |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 122821 HENDERSON NV ALBERTSONS #0002 REF # 2423168136383700215852N *************2062 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (454) | On 122921 Visa Direct NY VENMO* REF # 2424818136300017355346? *************7021 Card 2022 |
| 2073 | 12/31/2021 | Personal Spending | Debit Purchase - VISA | (139) | On 123021 HTTPSINSTACA CA INSTACART*159 REF # 2401134136400033955167 *************2062 Card 2022 Wit |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (1,050) | Rental Fee Jeff's 50th |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (2,000) | Jeff's Birthday Security |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010122 407-828-5630 FL THE MARA REF # 2494300200289300240068? *************2062 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010122 702-4909348 NV PROTOGYM REF # 2400057200029930714465? *************7021 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (40) | On 010122 407-828-5630 FL THE MARA REF # 2494300200289300240068? *************2062 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (50) | To ONLINE PAYRILL REF=2200300344066300N00 00002172799VVRKILL 830596 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (86) | On 122721 877-263-9300 CA LULULEMONCOM* REF # 2469216200110007334670? *************20 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (89) | On 010122 407-828-5630 FL WDW WORLD OF DIS REF # 2494300200289300240983 *************2 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (254) | On 010122 WWW.DOORDASH CA DOORDASH*JERSEY REF # 2401134200400001127187 *************** |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (508) | On 010222 888-857-4587 UT WWWBALTICBORNCOM REF # 2420785200217130013750 *************** |
| 2073 | 1/3/2022 | Transfer to Account #1373 | Transfer | (600) | To Account                1373 |
| 2073 | 1/3/2022 | Miscellaneous | Electronic Withdrawal | (1,200) | To SOUTHERN CALIFOR REF=2200300251994700N0 9500000000NLINE PMTUS8507286632POS |
| 2073 | 1/3/2022 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=2200300748889000N00 580580024PAYMENT 000000046360346 ACCT       3466 EFFE |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (15) | On 010322 HUNT VALLEY MD NAYAX VENDING 14 REF # 2401339200300251639970 *************2 |
| 0153 | 1/4/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201041040077 Srf# | (15) | 0075679003740157 Trn#2201041040077 Rfb# |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010222 407-828-5630 FL SUNSHINE TREE MO REF # 2494300200389300342107? *************2 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010222 407-828-5630 FL THE MARA REF # 2494300200389300340048? *************2062 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010222 407-828-5630 FL WDW SATU'LI CANT REF # 2494300200389300346555? *************2C |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (61) | On 010222 407-828-5630 FL PINOCCHIO VILLAG REF # 2494300200389300342083 *************20 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (84) | On 010322 WWW.DOORDASH CA DOORDASH*JERSEY REF # 2401134200400001227187 *************** |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (107) | To PAYPAL REF=2200301539007000N0 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 010322 Visa Direct NY VENMO* REF # 2424818200300013157198? *************7021 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (272) | To PAYPAL REF=2200301539029000N0 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (600) | On 010322 Visa Direct NY VENMO* REF # 2424818200300009676834S *************7021 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (1,947) | On 010322 gosq.com NV SQ *CITY BLOSSOM REF # 2469216200310007504836 *************206 |
| 0153 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (26,496) | To CHASE CREDIT CRD REF=2200301531865400N0 5760039224EPAY 570553151S1 |
| 2073 | 1/4/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp25738040 | (499,000) | |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 010322 407-828-5630 FL ROSIE'S ALL-AMER REF # 24943002004893004416616 *************2 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010322 407-828-5630 FL THE MARA REF # 2494300200489300440685 *************2062 |
| 2073 | 1/5/2022 | Personal Spending | Electronic Withdrawal | (34) | On 010422 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 2401134200400002458086 *************** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (48) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 2401134200400028551835 *************206 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010322 KISSIMMEE FL CHICK-FIL-A #028 REF # 2442733200471003479068 *************2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (70) | On 010422 888-892-9953 CA ZAZZLE INC REF # 2449215200471300413118 *************** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (139) | On 010422 HTTPSINSTACA CA INSTACART REF # 2401134200400033110261 *************2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (107) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 2401134200400028501160 *************? |
| 2073 | 1/5/2022 | Personal Spending | Electronic Withdrawal | (645) | To PAYPAL REF=2200401575792200N0 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (726) | To PAYPAL REF=2200401765891000N0 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/5/2022 | Personal Spending | The Gift of Time | (3,000) | |
| 2073 | 1/5/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp25861368 | (15,000) | |
| 0153 | 1/5/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp25861366 | (450,500) | |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 010522 Visa Direct NY VENMO* REF # 2424818200500013603555G *************7021 |
| 2073 | 1/6/2022 | Ut ilities | Electronic Withdrawal | (119) | To Dominion Energy REF=2200501217605900N00 1870155877QGC 3631303698095?O |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (165) | WALGREENS STORE HENDERSON NV 135947 On 010622 ILKITERM REF 200621135947 *************** |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (200) | On 010522 Visa Direct NY VENMO* REF # 2424818200500015337853? *************7021 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase | (213) | NORDSTROM RACK # HENDERSON NV 340455 On 010522 ILNKILNK REF 200601340455 *************** |
| 2073 | 1/6/2022 | Personal Spending | Electronic Withdrawal | (482) | To PAYPAL REF=2200501993056300N00 PAYPALSI77INST XFER CARDSETZETE |
| 2073 | 1/6/2022 | Horizon Trust Company | Wire Debit REF006372 | (65,000) | BANK OF GEORGE LAS 2201060339418 BNF=HORIZON TRUST COMPANY 6301 INDIAN SCHOOL RD |
| 2073 | 1/6/2022 | Bank of George | Wire Debit REF006339 | (89,000) | BANK OF GEORGE LAS 2201060398819 BNF=HORIZON TRUST G001 INDIAN SCHOOL RD COMPANY |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 010622 LAS VEGAS NV PANDA EXPRESS #1 REF # 2443106200783800611773 *************** |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (58) | On 010622 Visa Direct NY VENMO* REF # 2424818200600036000N0 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (116) | On 010622 Visa Direct NY VENMO* REF # 2424818200600036000N0 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (40) | To WEST COAST LIFE REF=2200600370861060N0 994097115AINS. PREM.WC1205053436 |
| 2073 | 1/7/2022 | Transfer to Account #1373 | Transfer | (550) | To Account                 1373 |
| 2073 | 1/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (700) | To PAYPAL REF=2200700074721060N0 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (18,125) | To CHASE CREDIT CRD REF=2200600530564700N0 5760039224EPAY 571098184 |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (26,713) | To AMEX EPAYMENT REF=2200600803162800N00 9500000000ACH PMT M6890 |
| 0153 | 1/10/2022 | Personal Spending | Direct Pay Individual Pymt Trans | (6) | |
| 2073 | 1/10/2022 | Miscellaneous | Direct Pay Monthly Base | (10) | |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010622 LAS VEGAS NV THE JUICE BAR AT REF # 2426979200800690453197 *************20C |
| 2073 | 1/10/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201101074706 Srf# | (15) | On 010622 702-704-1768 NV SASSY BLOWTIQUE REF # 2409162200901705747103S *************7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (20) | 0075679010021197 Trn#2201101074706 Rfb# |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (70) | On 010622 702-4909348 NV PROTOGYM REF # 2400057200729077263275 *************7021 |
| 0153 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 010822 HENDERSON NV SHELL OIL 574434 REF # 2431605200954800727155899 |
| 2073 | 1/10/2022 | Personal Spending | Direct Pay WF Business Pymt Trans | (16) | |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (188) | On 010822 WWW.DOORDASH*THE CHE REF # 2401134200900001626334 |
| 2073 | 1/10/2022 | Miscellaneous | Direct Pay Nonwf Bus Pymt Trans | (183) | |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (211) | On 010922 gosq.com NV SQ *PAPERBAGBEAU REF # 2469216200910061230216 *************** |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (218) | HOMEGOODS 2950 S HENDERSON NV 111341 On 010922 MAESTERM REF 111341 *************20 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (300) | On 010922 Visa Direct NY VENMO* REF # 2424818200910006290N0 *************7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (305) | On 010722 800-289-6229 OH MACYS .COM REF # 2444573200860007019385 *************2062 |
| 2073 | 1/10/2022 | Personal Spending | Electronic Withdrawal | (600) | To PAYPAL REF=2201000697771300N0 PAYPALSI77INST XFER CARTCONVEGA |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (600) | On 010922 Visa Direct NY VENMO* REF # 2424818200900016404949S *************7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (1,529) | On 010722 855-8274654 CA BLT*Tadashi Shoj REF # 2490641200713810915418 *************206 |
| 2073 | 1/10/2022 | Personal Spending | Electronic Withdrawal | (2,000) | To PAYPAL REF=2201000989150500N0 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/10/2022 | Miscellaneous | WF Direct Pay-Payment- Tran ID Dp26277064 | (6,755) | To PAYROLL SERVICE REF=2201000989150500N00 136435077PAYIA8ILL |
| 2073 | 1/10/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp26277064 | (380,000) | |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (5) | On 010822 LAS VEGAS NV THE JUICE BAR AT REF # 2426979201050043187207 *************20C |
| 2073 | 1/11/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201111074706 Srf# | (15) | 20220110012827 Trn#22011074706 Rfb# 370920970 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase | (44) | WALGREENS STORE HENDERSON NV 305440 On 011022 ILNKILNK REF 201100305440 *************** |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase | (49) | WALGREENS STORE HENDERSON NV 402682 On 011022 ILNKILNK REF 201022402682 *************2 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (109) | On 010922 HENDERSON NV TRADER JOE'S #28 REF # 2449398201191920051288 *************20 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (123) | On 010822 HENDERSON NV PP*PRESSED FOR J REF # 2410333201260000160 *************** |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (442) | On 011022 gosq.com NV SQ *CAKED REF # 2469216201010039514304D *************2062 |
| 0153 | 1/12/2022 | Personal Spending | Debit Purchase - VISA | (493,500) | |
| 2073 | 1/12/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp26434912 | (290,500) | |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 011122 HENDERSON NV PANDA EXPRESS #1 REF # 2443106201383800944060 *************** |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 011122 702-4909348 NV PROTOGYM REF # 2400057201274070628932 *************7021 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (324) | On 011222 gosq.com NV SQ *THE JOY POP REF # 2469216201210055085507S *************206 |
| 2073 | 1/13/2022 | Personal Spending | Electronic Withdrawal | (604) | To PAYPAL REF=2201201906475800N0 PAYPALSI77INST XFER REVOLVE |

| Acct | Date | Category | Type | Amount | Description |
|---|---|---|---|---|---|
| 0153 | 1/13/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp26599400 | (7,000) | |
| 0153 | 1/13/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp26599402 | (305,000) | |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011222 LAS VEGAS NV THE JUICE BAR AT REF # 24269792014000922651312 ************20G. |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (13) | On 011222 Visa Direct NV VENMO* REF # 24248182013000192431990 ************7021 |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (95) | On 011222 702-4990948 NV PROTOGYM REF # 24000972013740537363571 ************7021 |
| 2073 | 1/14/2022 | Service Charges & Fees | Analysis Service Charge | (143) | |
| 2073 | 1/14/2022 | Personal Spending | Electronic Withdrawal | (372) | To PAYPAL REF=220130063234960N0D PAYPALSI77INST XFER REVOLVE |
| 0153 | 1/14/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp26785226 | (250,000) | |
| 2073 | 1/18/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (295,000) | To Account _____ 5473 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (5) | On 011622 LAS VEGAS NV PANDA EXPRESS #1 REF # 24431062017838007295242 ************20G. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 011522 702-704-1768 NV SASSY BLOWTIQUE REF # 24091622016017064283341 ************2( |
| 0153 | 1/18/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220118288243 Srf# | (15) | 0075679018606838 Trn#220128288243 Rfb# |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011322 WWW.DOORDASH CA DOORDASH*TWISTED REF # 24011342014000305094425 ***********. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 011322 702-4990948 NV PROTOGYM REF # 24000972014740538452131 ************7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011322 WWW.DOORDASH CA DOORDASH*KNEADER REF # 24011342014001532153J9 ***********. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (59) | On 011722 Visa Direct NV VENMO* REF # 24248182017000091670165 ************7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (81) | On 011732 718-8557955 NY Etsy.com - Heart REF # 24204292018002161305852 ************20G. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 011622 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011342017000214962058 **********. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (127) | On 011522 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011342016000028883656 **********. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (156) | On 011622 888-8374587 UT WWWBALTICBORNCOM REF # 24207852016172300212317 ***********. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (175) | On 011722 718-8557955 NY Etsy.com - Heart REF # 24204292018002147300134 ***********20G. |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (299) | On 011622 800-888-1500 OH VICTORIAS SECRET REF # 24941442015083759044001 ***********2( |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (331) | On 011522 WWW.VICICOLL CA VICI COLLECTION REF # 24492162016000010934235 ***********2( |
| 2073 | 1/18/2022 | Personal Spending | USB Loan Paydown | (2,147) | To USBANK LOAN REF=220180148031860Y00 5805800240AYMENT 00000046339638 ACCT _____338 EFFE |
| 2073 | 1/18/2022 | Personal Spending | Electronic Withdrawal | (2,157) | To PAYPAL REF=220180071092900N0D PAYPALSI77INST XFER SAKSCOMLLC |
| 0153 | 1/18/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp26927516 | (233,500) | |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 011722 LAS VEGAS NV RACHELS KITCHEN REF # 24269792018500440072910 ************20G. |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (35) | On 011822 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011342019000010295733 **********. |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (85) | On 011822 Visa Direct NV VENMO* REF # 24248182018000143669040 ************7021 |
| 2073 | 1/19/2022 | Ut ilities | Electronic Withdrawal | (95) | To SO CAL GAS REF=220190075278110N00 19920524WAPAID SCGC 168891B318 |
| 2073 | 1/19/2022 | Personal Spending | Electronic Withdrawal | (224) | To Digital Trust REF=220180232422130N00 191118795BFees Co8e5010001114 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (1,800) | On 011822 Visa Direct NV VENMO* REF # 24248182018000102564281 ************7021 |
| 2073 | 1/19/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account _____ 5473 |
| 0153 | 1/19/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27059988 | (488,500) | |
| 2073 | 1/20/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (1,300,000) | To Account _____ 5473 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011922 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 24011342020000011674065 **********. |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (46) | On 011922 WWW.DOORDASH CA DOORDASH*KNEADER REF # 24011342020000011902573 **********. |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (130) | On 011922 Visa Direct NV VENMO* REF # 24248182019000357014 ************7021 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (549) | On 011922 800-613-9545 GA SYNCB PAYMENT REF # 24138292019858521208904 ***********20 |
| 2073 | 1/20/2022 | Personal Spending | Zelle Instant | (3,241) | PMT To DOUG NEIGHBORS On 01/20/22 PMT ID=USBSyoo9fOKp |
| 0153 | 1/20/2022 | WF Transfer | Online Transfer to J and J Purchasing  LLC Business Checking | (10,000) | xxxxx7037 Ref #I0d0dqxwp0rj on 01/20/22 |
| 2073 | 1/20/2022 | Personal Spending | Electronic Withdrawal | (395,000) | To SO CAL GAS REF=220200740966ON00 199205249MPAID SCGC 020077B309 |
| 2073 | 1/21/2022 | Ut ilities | Electronic Withdrawal | (7) | On 011822 LAS VEGAS NV THE JUICE BAR AT REF # 24269792020500402380946 ************20G. |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011822 LAS VEGAS NV THE JUICE BAR AT REF # 24269792021000868140925 ************20G. |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (39) | On 012022 Visa Direct NV VENMO* REF # 24248182020000012090925 ************7021 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (75) | On 012022 702-704-1768 NV SASSY BLOWTIQUE REF # 24091622020017044296715 ***********2( |
| 2073 | 1/21/2022 | Personal Spending | Zelle Instant | (450) | PMT To JESSICA On 01/21/22 PMT ID=USBKAuA9VVjk |
| 2073 | 1/21/2022 | Personal Spending | Zelle Instant | (1,000) | PMT To JULIE TRAINER On 01/21/22 PMT ID=USB3cxA9fUjx |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (15,000) | |
| 0153 | 1/21/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27347678 | (50,000) | |
| 2073 | 1/21/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27347678 | (500,000) | |
| 2073 | 1/24/2022 | Vehicles & Related | Ferrari Maserati of Las Vegas | (521,240) | 2019 Ferrari |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (12) | On 012122 LAS VEGAS NV THE JUICE BAR AT REF # 24269792023000843993933 ***********20G. |
| 0153 | 1/24/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220124191224 Srf# | (15) | 0075679024998878 Trn#220124191224 Rfb# |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 012022 HENDERSON NV RACHELS KITCHEN REF # 24269792021500398578882 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (39) | On 012022 702-4990948 NV PROTOGYM REF # 24000972021778207721370 ************7021 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (302) | On 012222 COSTA MESA CA SOUTH COAST  CA- REF # 24137462023000955729471 ***********2( |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (401) | On 012122 800-782-6724 MO USPS.COM POSTAL REF # 24137462022600141784164 ***********2( |
| 2073 | 1/24/2022 | Personal Spending | Zelle Instant | (600) | PMT To ALEXANDREA CHAVEZ On 01/24/22 PMT ID=USB7rUnSbjMoL |
| 2073 | 1/24/2022 | Personal Spending | Zelle Instant | (2,045) | PMT To KENNEDY JUDD On 01/23/22 PMT ID=USBUj6qbqunW |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (3) | On 012122 Visa Direct NV VENMO* REF # 24248182021000064540944 ************7021 |
| 2073 | 1/24/2022 | Personal Spending | Immaculate Restoration and Carpet Care | (4,500) | Tile Cleaning |
| 2073 | 1/24/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27425400 | (50,000) | |
| 0153 | 1/24/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27425398 | (439,000) | |
| 2073 | 1/25/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 012422 WWW.DOORDASH CA DOORDASH*IHOP REF # 24011342024000039793992 **********. |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (14,939) | To COINBASE INC. REF=220240191976300N00 132700062388890878900X488SRTK |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (36,841) | To COINBASE INC. REF=220240191975300N00 132700062388890878900XX5GGLUH |
| 0153 | 1/25/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27495802 | (37,500) | |
| 2073 | 1/25/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27495804 | (456,000) | |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (3) | On 012522 Visa Direct NV VENMO* REF # 24248182025000013588957 ************7021 |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (153) | On 012522 WWW.DOORDASH CA DOORDASH*SPICY T REF # 24011342026000016442504 *********. |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (200) | On 012522 Visa Direct NV VENMO* REF # 24248182025000113713449 *************7021 Card 7021 Withdraw |
| 2073 | 1/26/2022 | Personal Spending | Electronic Withdrawal | (290) | To PAYPAL REF=220250070384490N0D PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/26/2022 | Transfer to Account #5735 | Mobile Banking Transfer | (3,000) | To Account _____ 5735 |
| 2073 | 1/26/2022 | Miscellaneous | Mobile Banking Transfer | (3,004) | To Reserve Line |
| 2073 | 1/26/2022 | BJ Holdings LLC #0010 (Beasley Entity) | Mobile Banking Transfer | (16,000) | To Account _____ 0010 |
| 2073 | 1/26/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account _____ 5473 |
| 2073 | 1/26/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (100,000) | To Account _____ 0331 |
| 2073 | 1/26/2022 | Judd Family Trust #6245 | Mobile Banking Transfer | (100,000) | To Account _____ 6245 |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (3) | WALGREENS STORE HENDERSON NV 118716 On 012622 IL417ERM REF 202623118716 ***********. |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (4) | On 012622 HENDERSON NV PANDA EXPRESS #1 REF # 24431062027838001470153 ***********20G. |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (51) | HOMEGOODS 517 N HENDERSON NV 016758 On 012622 MAESTERM REF 016758 ***********2062 |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (235) | On 012522 UNFINITELOD CA APPLE CASH REF # 24055232027000166476381S **********7021 |
| 2073 | 1/27/2022 | Personal Spending | Electronic Withdrawal | (60,000) | To AMEX EPAYMENT REF=220260177066B80N00 0005000000BACH PMT M5856 |
| 2073 | 1/28/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=220270115560S80N00 950000000ONLINE PMT PMT/US850728663ZPOS |
| 2073 | 1/28/2022 | Personal Spending | Debit Purchase - VISA | (10,967) | To CHASE CREDIT CRD REF=220270075838770N00 576035024EPAY XXXX9766348 *************. |
| 2073 | 1/28/2022 | Personal Spending | Electronic Withdrawal | (42,924) | To AMEX EPAYMENT REF=220270091471170N00 0005000000BACH PMT M3842 |
| 2073 | 1/31/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27816514 | (45,000) | |
| 2073 | 1/31/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220131232345 Srf# | (15) | 0075679031502829 Trn#220131232345 Rfb# |
| 2073 | 1/31/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 012822 702-704-1768 NV SASSY BLOWTIQUE REF # 24091622030017030840431 ***********2( |
| 2073 | 1/31/2022 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=220310025169960N00 PAYPALSI77INST XFER COCOABARJNJ |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (1,462) | On 012822 gosq.com NV SQ *PAPERBAGBEAU REF # 24669162028100964120270 ***********2062 Card 2062 Withd |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (2,355) | To COINBASE INC. REF=220310020849160N00 132700062388890879300XNYA4ODC |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (24,304) | To COINBASE INC. REF=220310020849160N00 132700062388890879305AWYA4ODC |
| 2073 | 1/31/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27975220 | (150,000) | |
| 0153 | 1/31/2022 | WF Transfer | WF Direct Pay-Payment - Tran ID Dp27975222 | (448,000) | |
| 2073 | 2/1/2022 | Personal Spending | Debit Purchase - VISA | (250) | VENMO* REF # 24248182031000183513324 ************7021 |
| 2073 | 2/1/2022 | Personal Spending | Debit Purchase - VISA | (280) | VENMO* REF # 24248182031000183538371 ************7021 |
| 2073 | 2/1/2022 | Crypto Currency / Investments | Electronic Withdrawal | (3,437) | VENMO* REF=220320101161695Y00 5805800240PAYMENT 000000463603466 ACCT _____1466 EFFECTIVE 02 |
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (57) | DOORDASH*TWISTED REF # 24011342033000013551142 ************2062 |
| 2073 | 2/2/2022 | Personal Spending | Electronic Withdrawal | (60) | REF=220330106292780N00 000021729PAYROLL 4331586 |
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (875) | APPLE CASH REF # 24055232033091769820419 ************7021 |
| 2073 | 2/3/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 02/02/22 PMT ID=USB7kde9J62C |
| 2073 | 2/3/2022 | Personal Spending | Electronic Withdrawal | (132) | PROTOGYM REF # 24000972033382810703830J ************7021 |
| 2073 | 2/3/2022 | Transfer to Account #1373 | Transfer | (600) | REF=220330293397200N0D PAYPALSI77INST XFER LANEIGE |
| 2073 | 2/3/2022 | Miscellaneous | Electronic Withdrawal | (1,200) | REF=220330210999430N00 950000000ONLINE PMT PMT/US850728663ZPOS |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (1,400) | Rental Fee 51338 |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (2,500) | Security Fee 54425 |
| 2073 | 2/3/2022 | Transfer to Account #??? | Mobile Banking Transfer | (300,000) | |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE BAR AT REF # 24269792035000820058204583B ************2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (43) | HALLMARK CREATIO REF # 24412952034897260173748 ************2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (75) | VENMO* REF # 24248182033000012472459 ************7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (142) | @PUNCHDENERGY REF # 24492162034000188481329 ************2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (10) | THE JUICE BAR AT REF # 24269792037600355153158 ************2062 |
| 0153 | 2/7/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220207170067 Srf# | (15) | 0075679038270479 Trn#220207170067 Rfb# |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (18) | SASSY BLOWTIQUE REF # 24091622035017061934168 ************2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (95) | SASSY BLOWTIQUE REF # 24091622037017062966348 ************2062 |
| 2073 | 2/7/2022 | Personal Spending | Zelle Instant | (90) | On 02/07/22 PMT ID=USBHkCJ9MKZE |
| 2073 | 2/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (127) | REF=220380102734410N00 187015587OGSC SGC3303698D4642 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (135) | REF # 24248182035000193011027 ************7021 |
| 2073 | 2/7/2022 | Transfer to Account #1373 | Transfer | (550) | |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (655) | LULUS.COM REF # 24011342037000045157373 ************2062 |
| 2073 | 2/7/2022 | Personal Spending | Electronic Withdrawal | (1,046) | REF=220380115596030N00 PAYPALSI77INST XFER MILLERSMPIX |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (1,910) | VENMO* REF # 24248182035000142298162 ************7021 |
| 2073 | 2/7/2022 | Personal Spending | Sun West Homes | (30,000) | Design Deposit |

| Acct | Date | Category | Description | Amount | Detail |
|---|---|---|---|---|---|
| 0153 | 2/7/2022 | WF Transfer | WF Direct Pay–Payment- Tran ID Dq28671398 | (357,000) | |
| 0153 | 2/8/2022 | Miscellaneous | Direct Pay Individual Pymt Trans | (10) | |
| 0153 | 2/8/2022 | Miscellaneous | Direct Pay Monthly Base | (10) | |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (86) | PINKBOX DOUGHNUT REF # 2426979203820012B030350 ************2062 |
| 2073 | 2/8/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (117) | REF=220390053286930N00 PAYPALSI77INST XFER BOOTB ARNINC |
| 2073 | 2/8/2022 | Miscellaneous | Direct Pay WF Business Pymt Trans | (195) | |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (1,194) | VICI COLLECTION REF # 244921620380000188829274 ************2062 |
| 2073 | 2/9/2022 | WF Transfer | Wire Trans Svc Charge - Sequence: 2202091590169 Srf# | (500,000) | |
| 2073 | 2/9/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2202091590169 Srf# | (15) | 006365604006729 Trn# 2202091590169 Rfb# |
| 2073 | 2/9/2022 | Personal Spending | Electronic Withdrawal | (17) | INSTACART*524 REF # 240113420400001204179B ************2062 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (85) | VENMO* REF # 242481820390001453936691 ************7021 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (160) | FREEPEOPLE.COM # REF # 2444500203910010609027811 ************2062 |
| 2073 | 2/9/2022 | Personal Spending | Electronic Withdrawal | (166) | REF=220390080655530N00 9940971 15AHSL PREM WC12D50S3436 |
| 2073 | 2/9/2022 | Crypto Currency / Investments | Electronic Withdrawal | (6,722) | REF=220390092677040N00 136435077744P2P 4P2P 4P2P |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq28869206 | (12,500) | |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq28869216 | (45,000) | |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq28869216 | (66,000) | |
| 2073 | 2/10/2022 | Personal Spending | Debit Purchase - VISA | (9) | RAISING CANE'S 4 REF # 242316820406984086988420 ************2062 |
| 2073 | 2/10/2022 | Crypto Currency / Investments | Electronic Withdrawal | (6,500) | |
| 2073 | 2/10/2022 | Personal Spending | Electronic Withdrawal | (25,000) | REF=220400096508320N00 576003922 4EPAY 577283313O |
| 2073 | 2/10/2022 | Miscellaneous | Electronic Withdrawal | (80,000) | REF=220400111914070N00 000500000BACH PMT M2078 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (30) | SASSY BLOWTIQUE REF # 240916220410170188493552 ************2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (45) | TST* MAKAI FEAST REF # 2413746204110044217B040 ************2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (79) | PP*PRESSED FOR J REF # 2431033204190001977364 ************2062 |
| 2073 | 2/11/2022 | Transfer to Account #??? | Mobile Banking Transfer | (60,000) | |
| 0153 | 2/14/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220214171234 Srf# | (15) | 007567904570002 0 Trn# 2202141712 34 Rfb# |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (17) | 251340 On 021422 lLNKILNK REF 2045203 21340 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (40) | SASSY BLOWTIQUE REF # 24091622044017064B08549 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (50) | VENMO* REF # 242481820420001624287B9 ************7021 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (50) | DOORDASH*THE REF # 2401134204200026685589 ************2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (149) | DOORDASH*COOKIE REF # 2401134204300016688269 ************2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (215) | MACYS .COM REF # 244457320432000B6376379 ************2062 |
| 2073 | 2/14/2022 | Service Charges & Fees | Analysis Service Charge | (287) | |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (576) | NOBULL REF # 244921620420001345582 ************2062 |
| 2073 | 2/14/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (813) | REF=220450034785250N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 2/14/2022 | Taxes / Treasury | Clark County Treasurer | (22,605) | |
| 2073 | 2/14/2022 | Vehicles & Related | Kia Motors Finance | (43,820) | VIN 5XYPSDHC7NG211851 PAYOFF GARY JUDD ACCT ************271 |
| 2073 | 2/15/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29287344 | (488,000) | 9 Sky Ave Court |
| 2073 | 2/15/2022 | Personal Spending | Electronic Withdrawal | (166) | REF=220450055590500N00 9940971 15AHSL PREM WC12D50S3436 |
| 2073 | 2/15/2022 | Transfer to Account #??? | Mobile Banking Transfer | (2,147) | REF=220460048263300V00 580580024PAYMENT 000000463596338 ACCT ************6338 EFFECTIVE 02 |
| 2073 | 2/15/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29428888 | (12,500) | |
| 2073 | 2/15/2022 | Transfer to Account #??? | Mobile Banking Transfer | (200,000) | |
| 2073 | 2/16/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29428900 | (476,000) | 410338 On 021622 lLNKILNK REF 204718410338 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase | (12) | ALBERTSONS #0002 REF # 242316820468370012S1427 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (76) | 128655 On 021522 lLNKILNK REF 204617128655 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase | (134) | DECKERS*HOKA ONE REF # 24048162046100322044731 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (375) | FRG*MLSSTORE.COM REF # 242316820477009301205569 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (513) | |
| 2073 | 2/17/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29508910 | (220,000) | TST* PUCKS KIOKI REF # 2413746204800101174142B ************2062 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (99) | REF=220480102856130N00 1992052494PAID SCGC 168891831B |
| 2073 | 2/17/2022 | Personal Spending | Electronic Withdrawal | (99) | REF=220480099440733ON00 1911187958Fees ColleS020001114 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE STANDA REF # 24000972048B937001429711 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (22) | PANERA BREAD #20 REF # 24692160480100086452393 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (27) | PP*PRESSED FOR J REF # 2431033204890001929388963 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (36) | SASSY BLOWTIQUE REF # 2409162204800176291278B43 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (158) | MIKESRECOVERY REF # 24492162048000026766292 ************2062 |
| 0153 | 2/18/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29750572 | (7,000) | |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (12) | THE JUICE BAR AT REF # 242697920510008104B1263 |
| 0153 | 2/22/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220222286757 Srf# | (15) | 007567905394596O Trn#2202222286757 Rfb# |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (20) | SASSY BLOWTIQUE REF # 2409162205101701688 47 |
| 2073 | 2/22/2022 | Personal Spending | Electronic Withdrawal | (34) | REF=220530082924770N00 1992052494PAID SCGC 0200778309 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (35) | TST* MAKAI FEAST REF # 24137462050106022601356 ************2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (52) | DOORDASH*RACHELS REF # 24011342050000374350700 ************2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (100) | VENMO* REF # 242481820490001623720404 ************7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (135) | VENMO* REF # 242481820520001450669029 ************7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (250) | VENMO* REF # 242481820490001650904S26 ************2021 Card 7021 Withdrawals Subtotal |
| 2073 | 2/22/2022 | Transfer to Account #??? | Mobile Banking Transfer | (2,000) | |
| 0153 | 2/22/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29826392 | (50,000) | |
| 0153 | 2/22/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29826392 | (436,000) | REF=220540083474000N0OSD 132700062388B9087930HB4GT GUM |
| 2073 | 2/23/2022 | Crypto Currency / Investments | Electronic Withdrawal | (7,947) | |
| 2073 | 2/23/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29923556 | (88,000) | |
| 2073 | 2/23/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq29923558 | (262,500) | |
| 2073 | 2/23/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq30014614 | (16,000) | |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (19,580) | REF=220540193186540N00 576003922 4EPAY 5799757326 |
| 2073 | 2/25/2022 | Personal Spending | Electronic Withdrawal | (31,308) | REF=220540195183410N00 000500000BACH PMT M5412 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE STANDA REF # 2400097205550272316380 ************2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (14) | THE JUICE BAR AT REF # 242697920555005 2261281 2 ************2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (38) | RACHELS KITCHEN REF # 24269792055500522612739 ************2062 |
| 2073 | 2/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (26,000) | REF=220560095585850Y00 4581916822001500 000 D12431 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (9) | SASSY BLOWTIQUE REF # 2409162205801769302549 ************2062 |
| 0153 | 2/28/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220228270817 Srf# | (15) | 007567905988461 1 Trn#2202282708173 Rfb# |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (37) | 313689 On 022522 lLNKILNK REF 2057013136B9 ************2062 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (43) | ONE BITE REF # 24943002057091008900308 ************2062 Card 2062 Withdrawals Subt |
| 2073 | 2/28/2022 | Personal Spending | Electronic Withdrawal | (603) | PP*PRESSED FOR J REF # 24310332058089001577 REF SAKSCOMLLC |
| 2073 | 2/28/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | REF=220590031387370N00 950000000ONLINE PMTU5850728663POS |
| 2073 | 3/1/2022 | USB Loan Paydown | Electronic Withdrawal | (3,104) | To PAYPAL REF=220590152667050N00 PAYPALSI77INST XFER COCOABARINJ |
| 0153 | 3/1/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq30419186 | (489,000) | To USBANK LOAN REF=220600037355730N00 5805800241PAYMENT 000000463604666 ACCT ************466 EFFE |
| 2073 | 3/2/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (490,000) | To Account ************5473 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 022822 LAS VEGAS NV THE JUICE BAR AT REF # 2426979206100096512801 ************206L |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (15) | To ONLINE PAYROLL REF=220610054632990N00 00002172799VROLL 0362378 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (225) | On 022822 1INFINITELOO CA APPLE CASH REF # 2405523206109122460103375 ************7021 |
| 2073 | 3/3/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq30515124 | (19,000) | |
| 2073 | 3/3/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq30515126 | (415,000) | On 030122 Visa Direct NV PROTOGYM REF # 2482481820620003565989 |
| 2073 | 3/3/2022 | Transfer to Account #1373 | Mobile Banking Transfer | (600) | To Account ************1373 |
| 2073 | 3/3/2022 | Miscellaneous | Electronic Withdrawal | (1,200) | To SOUTHERN CALIFOR REF=220610167662110N00 9500000000ONLINE PMTU5850728663ZPOS |
| 2073 | 3/4/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq30626388 | (133,000) | |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 030222 LAS VEGAS NV THE JUICE BAR AT REF # 2426979206300004960666B ************206L |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (15) | On 030322 LAS VEGAS NV COSMOPOL-SELF PA REF # 2494300206309164000 7282 ************70L |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (896) | On 030222 1INFINITELOO CA APPLE CASH REF # 24055232063091257114421B ************7021 |
| 2073 | 3/4/2022 | Personal Spending | Zelle Instant | (1,700) | PMT To CHRISTOPHER A On 03/04/22 PMT ID=U583CNQ9r OG2 |
| 2073 | 3/7/2022 | Ut lities | Electronic Withdrawal | (112) | To Dominion Energy REF=22066006929430N00 187015587TGC 363130369B4024 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (420) | On 030422 Visa Direct NV VENMO* REF # 242481820630001595704B0 ************7021 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (450) | On 030422 Visa Direct NV VENMO* REF # 242481820630001141S0206 ************7021 |
| 2073 | 3/7/2022 | Transfer to Account #1373 | Transfer | (550) | To Account ************1373 |
| 2073 | 3/7/2022 | Personal Spending | Electronic Withdrawal | (26,754) | To AMEX EPAYMENT REF=220660087236480N00 000500000BACH PMT M1472 |
| 0153 | 3/8/2022 | Miscellaneous | Direct Pay Individual Pymt Trans | (10) | |
| 0153 | 3/8/2022 | Miscellaneous | Direct Pay Monthly Base | (10) | |
| 2073 | 3/8/2022 | Miscellaneous | Direct Pay WF Business Pymt Trans | (132) | |
| 2073 | 3/8/2022 | Miscellaneous | Direct Pay Nonwf Bus Pymt Trans | (195) | |
| 2073 | 3/9/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (11) | To PAYPAL REF=220670107331610N00 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=220670055896750N00 9940971 15AHSL PREM WC12D50S3436 |
| 2073 | 3/9/2022 | Personal Spending | Debit Purchase - VISA | (3,782) | On 030722 1INFINITELOO CA APPLE CASH REF # 24055232069000213440525 ************7021 |
| 2073 | 3/10/2022 | Personal Spending | Customer Withdrawal | (240) | |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 031122 Visa Direct NV VENMO* REF # 242481820690002354226 ************7021 |
| 2073 | 3/11/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (4,000) | To Account ************0331 |
| 2073 | 3/11/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (5,000) | To Account ************5473 |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (5,000) | On 031122 Visa Direct NV VENMO* REF # 2424818206900023563456 ************7021 |
| 2073 | 3/11/2022 | Personal Spending | Ze le Standard | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=U583Rim9tPOV |
| 2073 | 3/11/2022 | Personal Spending | Zelle Instant | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=U58Hih9tQW0 |
| 2073 | 3/14/2022 | Service Charges & Fees | Analysis Service Charge | (48) | |
| 2073 | 3/14/2022 | Personal Spending | Debit Purchase | (1,625) | APPLE STORE R219 LAS VEGAS NV 834582 On 031422 MAESTERM REF 834582 ************7021 |
| 2073 | 3/14/2022 | Miscellaneous | Customer Withdrawal | (10,000) | |

| 2073 | 3/15/2022 | USB Loan Paydown | Electronic Withdrawal | (1,939) | To USBANK LOAN REF=2207400715580101Y00 580580024PAYMENT 000000463596338 ACCT████████6338 EFFE |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (1) | On 031422 844-4727577 IL PARKINGCOM REF # 240133920740011585174696 * ****7021 |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (2,350) | On 031422 LAS VEGAS NV GAUDIN PORSCHE O REF # 240133920740016007948009 ************70. |
| 2073 | 3/16/2022 | Taxes / Treasury | Electronic Withdrawal | (27,449) | To IRS REF=2207401133357070N00 338770200USATAXPYMT220247574328039 |
| 2073 | 3/18/2022 | Mark Murphy - Colocation | Mark Murphy | (2,000) | Taxes |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (18) | On 032022 LAS VEGAS NV LAS AIRPORT REF # 246254620799000130624405 ************7021 Card 7021 Withdr |
| 2073 | 3/21/2022 | Ut lities | Electronic Withdrawal | (121) | To SO CAL GAS REF=2208000615971304N00 199205249APAID SCGC 1688918318 |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (125) | On 031922 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220790170661021196 ************2062 Card 2062 W. |
| 2073 | 3/21/2022 | Personal Spending | Electronic Withdrawal | (200) | To Digital Trust REF=2208000956557S0N00 1911187958Fees Colle5010001114 |
| 2073 | 3/23/2022 | Ut lities | Electronic Withdrawal | (6) | To SO CAL GAS REF=2208200879938703N00 199205249APAID SCGC 0200778309 |
| 2073 | 3/23/2022 | Vehicles & Related | Win & G Vehicle Registration | (1,344) | Car Titles |

# SCHEDULE 4

# SCHEDULE 4

| Account | Transfer Date | Category | Payee | Cashflow | Memo |
|---|---|---|---|---|---|
| | | 1-Year Insider Transfers - (USD) | | Total: $  (81,725,875) | |
| 2073 | 3/23/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (395,000) | To Account ████ 3495 |
| 2073 | 3/23/2021 | Crypto Currency / Investments | Electronic Withdrawal | (19,662) | To ROBINHOOD REF+210810171955660NO0 146436477EFunds 757403142 |
| 2073 | 3/23/2021 | Personal Spending | Electronic Withdrawal | (15,948) | On 032221 Amzn.com/bil WA Amazon.com*XD0LL REF # 246921610821005262628396 ***********206 |
| 2073 | 3/23/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 032121 HENDERSON NV COLOR NAILS & SP REF # 244318610810800297076504 ***********206 |
| 2073 | 3/23/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 032221 Visa Direct NY VENMO* REF # 242481810810001566640148 ***********7021 |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (790) | On 032321 1INFINITELOO CA APPLE CASH REF # 240552310830912128133 ***********2062 |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (118) | To PAYPAL REF+210820169191880N0O PAYPALSI77INST XFER MACY S |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (118) | To PAYPAL REF+210820169190040NO0 PAYPALSI77INST XFER BULTBAR |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 032321 1INFINITELOO CA APPLE CASH REF # 240552310830916765848828 ***********2062 |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (1,250) | On 032421 Visa Direct NY VENMO* REF # 242481810830001342443375 ***********7021 |
| 2073 | 3/25/2021 | Personal Spending | Electronic Withdrawal | (724) | On 032521 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113410840000108937866 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (185) | On 032521 1INFINITELOO CA INSTACART REF # 240113410840000108937866 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (135) | On 032421 1INFINITELOO CA APPLE CASH REF # 240552310840916186367775 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 032421 1INFINITELOO CA APPLE CASH REF # 240552310840916798399947 |
| 2073 | 3/26/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (395,000) | To Account ████ 0331 |
| 2073 | 3/26/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF+2108400876413I2NO0 95O0000000ONLINE PMTUS850728663 2PO5 |
| 0153 | 3/29/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (104,000) | Checking xxxxxx6540 Ref #b0858ROs on 03/29/21 |
| 2073 | 3/29/2021 | Personal Spending | Electronic Withdrawal | (1,500) | On 032921 Visa Direct NY VENMO* REF # 242481810870000916710674 ***********7021 Card 7021 Withdrawal |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (59) | On 032821 1INFINITELOO CA APPLE CASH REF # 240552310880917327133317 ***********2062 |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (59) | On 032621 HUNTINGTN BC CA NORTH SHORE POKE REF # 244535110870170291996282 ***********2062 |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (2) | To PAYPAL REF+210880102202067N0O PAYPALSI77INST XFER JBJAB.COM |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (2) | On 032521 HUNTINGTN BC CA CITY OF HB PARKI REF # 247554210851608564047780 ***********702 |
| 2073 | 3/30/2021 | Personal Spending | Debit Purchase - VISA | (180) | On 032921 1INFINITELOO CA APPLE CASH REF # 240552310890917742903774 ***********2062 |
| 2073 | 3/31/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (175,000) | xxxxxx5598 Ref #b085SVEty on 03/31/21 |
| 2073 | 3/31/2021 | Personal Spending | Debit Purchase - VISA | (945) | On 033021 1INFINITELOO CA APPLE CASH REF # 240552310900917527575506 ***********2062 Card 2062 Withdr |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (363) | On 033021 COSTA MESA CA TST* BAJA FISH T REF # 241374610891016663376 ***********7021 |
| 2073 | 4/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF+210925010137070N0O 5805800249PAYMENT 000000436634 66 ACC 3466 EFFEC |
| 2073 | 4/1/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,000) | To COINBASE INC. REF+210931316447700N0S0 1327000623888908793OI7ATGUVU |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (1,510) | On 040121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113410910000265139300 |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 040121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113410910000265189289 ***********206 |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (9) | On 040121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113410910000126580 ***********206 |
| 2073 | 4/2/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (198,000) | To Account ████ 5473 |
| 2073 | 4/2/2021 | Ut litses | Electronic Withdrawal | (128) | To S CA EDISON REF+210919332036ON0O 93502728602ONLINE PMTUS85072866 32PO5 |
| 2073 | 4/2/2021 | Ut litses | Electronic Withdrawal | (29) | To Dominion Energy REF+21091013240880N0O 187015587GC 36313036981752 6 |
| 0153 | 4/5/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | To ONLINE PAYROLL REF+2109200137530808N0O 136435077TPM MO FEE |
| 0153 | 4/5/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (159,000) | Checking xxxxxx6540 Ref #b0B6Rm0s on 04/03/21 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (763) | On 040221 877-833-7397 FL FRG*FANATICS.COM REF # 242316810919700973972319 ***********20 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (697) | On 040221 NEWPORT BEAC NC LAS OLAS SUMMER REF # 242753910929001490000S ***********206 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (532) | On 040321 877-SEPHORA CA SEPHORA.COM REF # 246921610931003572126579 ***********206 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (489) | On 040221 877-833-7397 FL FRG*FANATICS.COM REF # 242316810937000742373 ***********206 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (365) | To PAYPAL REF+210950122606490N0O PAYPALSI77INST XFER MACY S |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (54) | To PAYPAL REF+210950122606480N0O PAYPALSI77INST XFER MACY S |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (31) | On 040521 718-855795S NY Etsy.com REF # 244834710950001022938734 ***********7021 |
| 2073 | 4/6/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (700,000) | To Account ████ 0331 |
| 2073 | 4/6/2021 | Judd Family Member | Electronic Withdrawal | (3,000) | Tonya Toubi |
| 2073 | 4/6/2021 | Personal Spending | Debit Purchase - VISA | (256) | On 040521 NV PROTOGYM REF # 242097710924991108443644 ***********7021 |
| 2073 | 4/7/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (300,000) | To Account ████ 0331 |
| 2073 | 4/7/2021 | BJ Holdings LLC #0010 (Beasley Entity) | Mobile Banking Transfer | (100,000) | To Account ████ 0010 |
| 2073 | 4/7/2021 | Ut litses | Electronic Withdrawal | (500) | To NEVADA POWER CO REF+210960166700280N0O 95O0000000ONLINE PMTUS8507286632PO5 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (478) | On 040621 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113410960000465379L ***********206 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (175) | To SOLEIL ASSN MGMT REF+210960166708590N0O 95O0000000ONLINE PMTUS8507286632PO5 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (168) | On 040521 702-B208624 NV DICED KITCHEN REF # 247554210962809603106 78 ***********7021 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (54) | To WEST COAST LIFE REF+2109601028014301N0O 594097115AINS. PREM. WC1205053436 |
| 2073 | 4/8/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (250,000) | To Account ████ 0331 |
| 2073 | 4/8/2021 | Personal Spending | Debit Purchase - VISA | (148) | On 040821 WWW.VICICOL CA SP * VICI COLLEC REF # 244315210986375443851386 ***********206 |
| 2073 | 4/8/2021 | Personal Spending | Debit Purchase - VISA | (9) | On 040721 LAS VEGAS NV THE JUICE BAR AT REF # 247554210987037300 ***********7021 |
| 0153 | 4/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0B872Way on 04/10/21 |
| 0153 | 4/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0B872Way on 04/10/21 |
| 2073 | 4/12/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account ████ 5473 |
| 2073 | 4/12/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (18,453) | To CHASE CREDIT CRD REF+2109901154965ON0O 57600392246PAY 5228242819 |
| 2073 | 4/12/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (10,000) | To Account ████ 5473 |
| 2073 | 4/12/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 041021 Visa Direct NY VENMO* REF # 242481811000001434091O9 ***********7021 |
| 2073 | 4/12/2021 | Personal Spending | Debit Purchase - VISA | (117) | On 040921 800-932-9304 UT BUILT BAR REF # 244921510997433210069664 ***********7021 |
| 2073 | 4/12/2021 | Personal Spending | Debit Purchase - VISA | (117) | On 041021 Visa Direct NY VENMO* REF # 242481811000001260662 ***********7021 |
| 2073 | 4/13/2021 | Personal Spending | Debit Purchase - VISA | (200,000) | On 041221 Visa Direct NY VENMO* REF # 242481811020001423442 ***********7021 |
| 2073 | 4/14/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 3495 |
| 2073 | 4/14/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 041321 702-B208624 NV DICED KITCHEN REF # 247554211032710374684217 ***********2062 |
| 2073 | 4/14/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 041321 1INFINITELOO CA APPLE CASH REF # 240552311040919056523400 ***********2062 |
| 2073 | 4/14/2021 | Judd Family Member | FMS | (90) | On 041321 SYDNEY BONDIBOOST REF # 746176311030000426220B ***********2062 Currency Type: U.S. DOLLAR Exchg Amt |
| 2073 | 4/15/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (248,000) | Khloe Judd PPE |
| 2073 | 4/15/2021 | Personal Spending | Debit Purchase | (363) | POTTERY BARN 074 HENDERSON NV 117246 On 041421 MAESTERM REF 01659 ***********2062 |
| 2073 | 4/15/2021 | Personal Spending | Debit Purchase - VISA | (271) | HOMEGOODS 517 N HENDERSON NV 016599 On 041421 MAESTERM REF 016599 ***********2062 |
| 2073 | 4/15/2021 | Personal Spending | Electronic Withdrawal | (50) | On 041421 1INFINITELOO CA APPLE CASH REF # 240552311050919158854A ***********7021 |
| 2073 | 4/15/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (50) | To PAYPAL REF+211040222480880N0O PAYPALSI77INST XFER FABLETICS|LL |
| 2073 | 4/16/2021 | Personal Spending | Electronic Withdrawal | (18,455) | To AMEX EPAYMENT REF+211060599900031N0OO 000500000ACH PMT M0242 |
| 2073 | 4/16/2021 | Horizon Trust Company | Electronic Withdrawal | (560) | To HORIZON TRUST CO REF+211050101946350N0O 1911187799Wallet FeeS010001114 |
| 2073 | 4/19/2021 | Ut litses | Electronic Withdrawal | (14) | To SO CAL GAS REF+211060034871352N0O 1992052494PAID USGC 1688018318 |
| 0153 | 4/19/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0B9Ngof on 04/17/21 |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (3,000) | On 041821 Visa Direct NY VENMO* REF # 242481811060001071959481 ***********7021 |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (75) | To PAYPAL REF+211100000458580N0O PAYPALSI77INST XFER COSMOPROF |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 041621 1INFINITELOO CA APPLE CASH REF # 240552311080015016001 ***********7021 |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (174) | On 041921 HTTPSINSTACA CA INSTACART REF # 240113411000INSTAC REF # ***********206 |
| 2073 | 4/20/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (300,000) | To Account ████ 3495 |
| 2073 | 4/20/2021 | Personal Spending | Electronic Withdrawal | (603) | To PAYPAL REF+2110901298049l2N0O PAYPALSI77INST XFER WAYFAIR |
| 2073 | 4/20/2021 | Personal Spending | Debit Purchase - VISA | (263) | On 041921 702-B208624 NV DICED KITCHEN REF # 247554211092610983885531 ***********2062 |
| 2073 | 4/20/2021 | Personal Spending | Debit Purchase - VISA | (100) | To PAYCHEK TPS REF+211090103983840N0O 116114246THAX5 923418001336288 |
| 2073 | 4/20/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 042021 WWW.DOORDASH CA DOORDASH*PANDA E REF # 240313411100000260296667 |
| 2073 | 4/21/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | To Account ████ 3495 |
| 2073 | 4/21/2021 | Personal Spending | Electronic Withdrawal | (25,882) | To CHASE CREDIT CRD REF+211100140513220N0O 57600392246PAY 5247220079 |
| 2073 | 4/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | To PAYPAL REF+2111100074423S0N0O PAYPALSI77INST XFER AILSTORECOM |
| 2073 | 4/21/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 041921 702-704-1768 NV SASSY BLOWTIQUE REF # 240916211102000009420216 |
| 2073 | 4/22/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 042121 Visa Direct NY VENMO* REF # 242481811100001632266671 ***********7021 |
| 2073 | 4/23/2021 | Crypto Currency / Investments | Online Transfer to Beasley Law Group PC Business Checking | (58,000) | xxxxxx5598 Ref #b0B9bynet on 04/23/21 |
| 2073 | 4/23/2021 | Crypto Currency / Investments | Electronic Withdrawal | (50,676) | To COINBASE INC. REF+211130072571490N00 1327000623888908793OIP37CUBAB |
| 2073 | 4/23/2021 | Personal Spending | Debit Purchase - VISA | (539) | On 042221 1INFINITELOO CA APPLE CASH REF # 242481811120001234119920 ***********7021 |
| 2073 | 4/23/2021 | Personal Spending | Debit Purchase - VISA | (237) | On 042121 HENDERSON NV 12032 GREEN VALL REF # 246921611121100482306786 ***********7021 |
| 0153 | 4/26/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0BS39100S00599T430 ***********7021 |
| 0153 | 4/26/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (71,000) | Checking xxxxxx6540 Ref #b0Bc2Mwp on 04/24/21 |
| 0153 | 4/26/2021 | Beasley Group | Online Transfer to Beasley Law Group PC Business Checking | (30,000) | xxxxxx5598 Ref #b0BcJLvrl on 04/24/21 |
| 2073 | 4/26/2021 | Personal Spending | Electronic Withdrawal | (11,716) | To AMEX EPAYMENT REF+211160085451420N0O 000500000ACH PMT M7158 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (463) | On 042321 WWW.VICICOL CA SP * VICI COLLEC REF # 244315111363717891085 ***********206 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (195) | To SHANG HAI JI GAO REF+211160080785800N0O 7705104ETCIAT PAYPAL1332374608 WELLS FARGO B N SHANG HAI |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (163) | On 042521 HENDERSON NV 12032 GREEN VALL REF # 246921611151538008267 ***********7021 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (128) | On 042521 1LULULEMONCOM* REF # 246921611151538081254 ***********7021 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (120) | On 042421 1INFINITELOO CA APPLE CASH REF # 240552311150918095200767 ***********206 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 042421 WWW.VICICOL CA SP * VICI COLLEC REF # 244315111146321134484237 ***********206 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (36) | On 042521 877-263-9300 CA LULULEMONCOM* REF # 246921611151538020542 ***********7021 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (35) | On 042421 LAS VEGAS NV THE JUICE BAR AT REF # 242097911140089916022 ***********7021 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (42) | On 042521 877-263-9300 CA LULULEMONCOM* REF # 246921611151538030 ***********7021 |
| 2073 | 4/27/2021 | Personal Spending | Debit Purchase - VISA | (578) | On 042521 LAS VEGAS NV THE JUICE BAR AT REF # 242097911140089916 ***********7021 |
| 2073 | 4/27/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 042621 Visa Direct NY VENMO* REF # 242481811160001166911 ***********7021 |
| 2073 | 4/27/2021 | Personal Spending | Debit Purchase - VISA | (21) | On 042621 HENDERSON NV WALGREENS #6615 REF # 244506211170003588710S ***********7021 |
| 2073 | 4/28/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (300,000) | To Account ████ 3495 |
| 2073 | 4/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF+2111702049841N0O 95O0000000ONLINE PMTUS8507286632PO5 |
| 2073 | 4/29/2021 | Personal Spending | Debit Purchase - VISA | (338) | On 042821 877-263-9300 CA LULULEMONCOM* REF # 246921611181005150366 ***********7021 |

| | | | | | |
|---|---|---|---|---|---|
| 2073 | 4/29/2021 | Personal Spending | Debit Purchase - VISA | (139) | On 042821 877-263-9300 CA LULULEMONCOM* REF # 24692161118100551493844 *************206... |
| 2073 | 4/29/2021 | Personal Spending | Debit Purchase - VISA | (96) | On 042821 877-263-9300 CA LULULEMONCOM* REF # 24692161118100551559693 *************206... |
| 2073 | 4/30/2021 | Personal Spending | Circus AV | (10,971) | Flights Orange County |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (336) | To KIMBERLY PARKER REF=211200059876780N00 9215986202SALE |
| 2073 | 4/30/2021 | Personal Spending | Debit Purchase | (291) | BRISTOL FARMS # NEWPORT BEACCA 16768G On 042921 ILNXILNK REF 11192316768 **********7021 Card 7021 WI... |
| 2073 | 4/30/2021 | Personal Spending | Debit Purchase - VISA | (193) | On 042921 877-263-9300 CA LULULEMONCOM* REF # 24692161119100306566095 *************206Z Card 206Z WI0? |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (140) | On 042921 UNINTVELCO CA APPLE CASH REF # 24055231120091091012590 ******1256 7021 Card... |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (50) | On 042921 Visa Direct NY VENMO* REF # 24248181119000146880941 ************7021 |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (37) | To PAYPAL REF=211190124534020N00 PAYPALSI77INST XFER IDCL08A8RINJ |
| 0153 | 5/3/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #B0B8nwy3H on 05/01/21 |
| 0153 | 5/3/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (98,000) | Checking xxxxx6540 Ref #B0B8nvyt on 05/01/21 |
| 2073 | 5/3/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To USBANK LOAN REF=211230119184050Y00 5805800824PAYMENT 00000046360344b ACCT *********3666 EFFEC... |
| 2073 | 5/3/2021 | Personal Spending | Electronic Withdrawal | (150) | To S CA EDISON REF=211230057729080N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/3/2021 | Personal Spending | Debit Purchase | (66) | ARCO #42259 HUNTINGTON BCA 303413 On 043021 MAESTERM REF 303413 **********7021 |
| 2073 | 5/3/2021 | Personal Spending | Electronic Withdrawal | (30) | On 050321 Visa Direct NY VENMO* REF # 24248181122000173920250 ************7021 |
| 2073 | 5/3/2021 | Personal Spending | Debit Purchase | (10) | On 050121 702-4909348 NV PHOTOGYM REF # 24000971112651020924608 ************7021 |
| 2073 | 5/4/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (300,000) | To Account xxxxxxx 3495 |
| 2073 | 5/4/2021 | Personal Spending | Sunset Oasis | (55,000) | Landscape |
| 2073 | 5/4/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (28,500) | xxxxx5598 Ref #b0B77Nk3N on 05/04/21 |
| 2073 | 5/4/2021 | Personal Spending | Sunset Oasis | (6,600) | 12 months Landscape |
| 2073 | 5/4/2021 | Personal Spending | Debit Purchase - VISA | (705) | On 050321 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24013411230000504913130 *************206... |
| 2073 | 5/4/2021 | Personal Spending | Electronic Withdrawal | (126) | On 050221 702-8208624 NV DICED KITCHEN REF # 24755421123261239031718 ***********2062 |
| 2073 | 5/4/2021 | Personal Spending | Electronic Withdrawal | (106) | To PAYPAL REF=211230191206830N00 PAYPALSI77INST XFER LULULEMONUS |
| 2073 | 5/4/2021 | Personal Spending | Electronic Withdrawal | (100) | On ONLINE PAYROLL REF=211240044811270N00 1364350777PR NO FEE |
| 2073 | 5/4/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 050321 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24013411230000504903B9 *************206... |
| 2073 | 5/5/2021 | Personal Spending | Electronic Withdrawal | (200,000) | To AMEX EPAYMENT REF=211240127796290N00 0005000008ACH PMT M1794 |
| 2073 | 5/5/2021 | Miscellaneous | Customer Withdrawal | (33,781) | |
| 2073 | 5/5/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,616) | To ROBINHOOD REF=211250067634130N00 1464364776Funds 757403142 |
| 2073 | 5/5/2021 | Personal Spending | Electronic Withdrawal | (96) | To PAYPAL REF=211240129066420N00 PAYPALSI77INST XFER LULULEMONUS |
| 2073 | 5/5/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account xxxxxxx 3495 |
| 2073 | 5/6/2021 | Vehicles & Related | Kia Motors Finance | (59,698) | Acct 0847 Gary Judd |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 050521 Visa Direct NY VENMO* REF # 24248181125000136161916 ************7021 |
| 2073 | 5/7/2021 | Personal Spending | Electronic Withdrawal | (25) | On 050521 Visa Direct NY VENMO* REF # 24248181125000126009604 ************7021 |
| 2073 | 5/7/2021 | Personal Spending | Electronic Withdrawal | (212) | To WEST COAST LIFE REF=211260114716110N00 9940971515AINS. PREM WC1Z0505 3436 |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 050621 877-263-9300 CA LULULEMONCOM* REF # 24692161126100745528010 *************206... |
| 2073 | 5/7/2021 | Personal Spending | Electronic Withdrawal | (160) | On 050621 877-263-9300 CA LULULEMONCOM* REF # 24692161126100741455531 *************206... |
| 2073 | 5/7/2021 | Ut ities | Electronic Withdrawal | (82) | To Dominion Energy REF=211260113892520N00 1870155870GC 363130369846380 |
| 0153 | 5/10/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #BbB6KwMp on 05/08/21 |
| 0153 | 5/10/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #BbB6KY5M on 05/08/21 |
| 2073 | 5/10/2021 | Personal Spending | Electronic Withdrawal | (18,576) | To CHASE CREDIT CRD REF=211270117629210N00 5760039224EPAY 5276564879 |
| 2073 | 5/10/2021 | Personal Spending | Electronic Withdrawal | (4,884) | To PAYPAL REF=211300056701500N00 PAYPALSI77INST XFER WOW TICKETS |
| 2073 | 5/10/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,000) | To COINBASE INC. REF=211300095374390N00 1327000623888908793033WXLXGZ |
| 2073 | 5/10/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,500) | To COINBASE INC. REF=211300035751500N00 1327000623888908793044QLX2QX |
| 2073 | 5/10/2021 | Personal Spending | Electronic Withdrawal | (14) | On 050721 CENTRAL OPPDESIGN.JP REF # 74481321127000008839558 ********2062 Currency Type: U.S. DOLLAR Exchg A... |
| 2073 | 5/11/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (350,000) | To Account xxxxxxx 3495 |
| 2073 | 5/11/2021 | Personal Spending | Electronic Withdrawal | (30) | To PRIME TRUST LLC REF=211300167759350N00 1812368234ZQP BINAN403C24EEFB24445 |
| 2073 | 5/11/2021 | Personal Spending | Electronic Withdrawal | (405) | On 050921 Visa Direct NY VENMO* REF # 24248181130000181280424 ************7021 |
| 2073 | 5/11/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 050921 Visa Direct NY VENMO* REF # 24248181130001053702 LS1 ************7021 |
| 2073 | 5/11/2021 | Personal Spending | Recurring Debit Purchase | (2) | On 051021 949-727-4800 CA THE TOLL ROADS O REF # 24692161131100053702 LS1 ***********702 |
| 2073 | 5/12/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account xxxxxxx 3495 |
| 2073 | 5/12/2021 | Crypto Currency / Investments | Electronic Withdrawal | (1,502) | To COINBASE INC. REF=211310161036460N00 1327000623888908793044Q5ZBKRP |
| 2073 | 5/12/2021 | Personal Spending | Debit Purchase - VISA | (240) | On 051121 877-833-7397 FL FNG*FANATICS.COM REF # 24231681132700977973563 *************206... |
| 2073 | 5/12/2021 | Personal Spending | Debit Purchase | (186) | SPROUTS FARMERS HENDERSON NV 67B971 On 051121 ILKTERM REF 113119678B71 ***********7021 |
| 2073 | 5/13/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account xxxxxxx 3495 |
| 2073 | 5/13/2021 | Crypto Currency / Investments | Electronic Withdrawal | (51,206) | To COINBASE INC. REF=211320119255020N00 1327000623888908793059TBN2PS |
| 2073 | 5/13/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,607) | To COINBASE INC. REF=211320178715510N00 PAYPALSI77INST XFER TREATDOGLLC |
| 2073 | 5/13/2021 | Personal Spending | Debit Purchase | (84) | HOMEGOODS 517 N HENDERSON NV 354298 On 051221 MAESTERM REF 354298 ***********7021 |
| 2073 | 5/13/2021 | Personal Spending | Electronic Withdrawal | (20) | On 051221.goog.com NV SQ *LE CAFE DU V REF # 24692161133100544539597 *************206... |
| 2073 | 5/14/2021 | Crypto Currency / Investments | Electronic Withdrawal | (50,709) | To COINBASE INC. REF=211330072813300N00 1327000623888908793066NWRL |
| 2073 | 5/14/2021 | Personal Spending | Electronic Withdrawal | (100) | On 051321 Visa Direct NY VENMO* REF # 24248181133000110532 ************7021 |
| 2073 | 5/14/2021 | Personal Spending | Electronic Withdrawal | (100) | On 051321 Visa Direct NY VENMO* REF # 24248181133000141492041 ************7021 |
| 2073 | 5/14/2021 | Personal Spending | Debit Purchase - VISA | (32) | On 051221 LAS VEGAS NV ROSS STORE 444 REF # 24634311330662158701 ***********7021 |
| 2073 | 5/14/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 051221 LAS VEGAS NV THE JUICE BAR AT REF # 24269791134000857199716 *************206... |
| 0153 | 5/17/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #B0B8hyJBE on 05/15/21 |
| 0153 | 5/17/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (207,000) | Checking xxxxx6540 Ref #B0B8hyJB on 05/15/21 |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (36,857) | To AMEX EPAYMENT REF=211370135175750N00 0005000008ACH PMT M5644 |
| 2073 | 5/17/2021 | Ut ities | Debit Purchase - VISA | (1,490) | On 051521 HTTPSMINIWCO UT SP * MINKY COUTU REF # 24492151136371516172814 *************206... |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (600) | To NEVADA POWER CO REF=211370093724730N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (600) | To NEVADA POWER CO REF=211370093724720N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/17/2021 | Ut ities | Electronic Withdrawal | (350) | To VERIZON REF=211370093738380N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (350) | To SOUTHWEST GAS REF=211370093733800N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (95) | To COX CABLE REF=211370093706240N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (86) | To BARCLAYCARD US REF=211370097882350N00 251040797DCRETCARD788845680 |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (86) | On 051421 702-8208624 NV DICED KITCHEN REF # 24755421134281341457077 ***********2062 |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (61) | To CA SUBMETERS REF=211370093694510N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (30) | On 051721 Visa Direct NY VENMO* REF # 24248181136000269051392 ************7021 |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (5) | To SO CAL GAS REF=211370094482720N00 199205244HPA30 SCGE 1688918318 |
| 2073 | 5/18/2021 | Personal Spending | Electronic Withdrawal | (2,000) | To PRIME TRUST LLC REF=211370189097720N00 1812236823KVXH BINAN0C83SFACA75473 |
| 2073 | 5/18/2021 | Personal Spending | Electronic Withdrawal | (2,000) | To PRIME TRUST LLC REF=211370189097760N00 1812236823KVXH BINAN0C83SFACA75473 |
| 2073 | 5/18/2021 | Personal Spending | Debit Purchase - VISA | (590) | On 051721 wayfair.com MA WAYFAIR*Wayfair REF # 24906411137121247479202 *************206... |
| 2073 | 5/18/2021 | Personal Spending | Electronic Withdrawal | (155) | On 051721 wayfair.com MA WAYFAIR*Wayfair REF # 24906411137121247478989 *************206... |
| 2073 | 5/18/2021 | Personal Spending | Electronic Withdrawal | (20) | On 051721 wayfair.com MA WAYFAIR*Wayfair REF # 24906411137121247469788 *************206... |
| 2073 | 5/19/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (150,000) | To Account xxxxxxx 3495 |
| 2073 | 5/19/2021 | BJ Holdings LLC #0010 (Beasley Entity) | Electronic Withdrawal | (100,000) | To Account xxxxxxx 0010 |
| 2073 | 5/19/2021 | Crypto Currency / Investments | Electronic Withdrawal | (72,807) | To COINBASE INC. REF=211390103377080N00 1327000623888908793046JV9X96 |
| 2073 | 5/19/2021 | Crypto Currency / Investments | Electronic Withdrawal | (13,230) | To COINBASE INC. REF=211390103377090N00 1327000623888908793063LV2JGZU |
| 2073 | 5/19/2021 | Personal Spending | Debit Purchase - VISA | (770) | On 051821 1INFINITELOO CA APPLE CASH REF # 24055231139091311280163 ******1256 7021... |
| 2073 | 5/20/2021 | Personal Spending | Electronic Withdrawal | (667) | To S CA EDISON REF=211380150896760N00 9500000000ONLINE PMT US85072866-32POS |
| 2073 | 5/20/2021 | Personal Spending | Debit Purchase | (90) | On 051921 Visa Direct NY VENMO* REF # 24248181139000162824231 ************7021 |
| 2073 | 5/20/2021 | Horizon Trust Company | Debit Purchase - VISA | (251) | On HORIZON TRUST CO REF=211400137871460N00 191187799Wallet Fee5010001114 |
| 2073 | 5/24/2021 | Personal Spending | Electronic Withdrawal | (125) | On 051921 702-704-1948 NV SASSY BLOW REF # 24091601139130532266653 *************206... |
| 0153 | 5/24/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0B4430jG on 05/22/21 |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (32,541) | To COINBASE INC. REF=211440046007450N00 1327000623888908793034N92NWW8 |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (9,481) | To COINBASE INC. REF=211440060007460N00 1327000623888908793074BMKNJL |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,386) | To COINBASE INC. REF=211440060007480N00 1327000623888908793074SCYD5M |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (1,061) | On 052221 HTTPSINSTACA CA INSTACART REF # 24011341132000096803520 *************206... |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (840) | To COINBASE INC. REF=211440060007470N00 1327000623888908793074NMRECE |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (200) | On 052221 HTTPSINSTACA CA INSTACART REF # 24011341132000098605690N00 *************206... |
| 2073 | 5/24/2021 | Personal Spending | Electronic Withdrawal | (156) | On 052221 NEWBON NV TARGET 00 REF # 24248181141000373100711962 ************7021 |
| 2073 | 5/25/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (400,000) | To Account xxxxxxx 3495 |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 052321 HUNTINGTN BC CA NORTH SHORE POKE REF # 24453511144017027710630 *************206... |
| 2073 | 5/26/2021 | Crypto Currency / Investments | Electronic Withdrawal | (39,284) | To ROBINHOOD REF=211450179867730N00 1464364776Funds 757403142 |
| 2073 | 5/26/2021 | Personal Spending | Konex AV | (20,000) | AV CDM |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (119) | On 052521 COSTA MESA CA TST* BAJA FISH T REF # 24137461145100187420306 *************2062 |
| 2073 | 5/26/2021 | Personal Spending | Electronic Withdrawal | (100) | On 052521 Visa Direct NY VENMO* REF # 24248181145000193695924 ************7021 |
| 2073 | 5/26/2021 | Personal Spending | Electronic Withdrawal | (100) | On 052521 Visa Direct NY VENMO* REF # 24248181145000196424726 ************7021 |
| 2073 | 5/26/2021 | Personal Spending | Electronic Withdrawal | (35) | To PAYPAL REF=211450174062660N00 PAYPALSI77INST XFER HITNUTRITI |
| 2073 | 5/27/2021 | Personal Spending | Debit Purchase - VISA | (27) | On 052421 ANAHEIM CA DLR TOMORROWLAND REF # 24943011145891650102757 *************206... |
| 2073 | 5/27/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | To Account xxxxxxx 3495 |
| 0153 | 5/27/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (6,500) | xxxxx5598 Ref #b0B6mbg9E on 05/27/21 |
| 2073 | 5/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=211470128330020N00 9500000000ONLINE PMTUS85072866-32POS |
| 2073 | 5/28/2021 | Personal Spending | Electronic Withdrawal | (50) | On 052721 Visa Direct NY VENMO* REF # 24248181147000141001410264 ************7021 |
| 0153 | 5/28/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 052621 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791147100346009061 *************2062 Card 2062 Wit... |
| 0153 | 6/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #B0B8hh3Sh on 05/29/21 |
| 0153 | 6/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #B0B8hh3S on 05/29/21 |
| 2073 | 6/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,346) | To USBANK LOAN REF=211520109791040Y00 5805800824PAYMENT 000000463607346 ACCT *********3666 EFFEC... |
| 2073 | 6/1/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 052821 Visa Direct NY VENMO* REF # 24248181148000156599410 ************7021 |

| Acct | Date | Category | Type | Amount | Description |
|---|---|---|---|---|---|
| 2073 | 6/1/2021 | Miscellaneous | ATM Withdrawal | (104) | 500 PACIFIC COAS HUNTINGTON B CA **********7021 Serial No. 922200215151PLUSTERM |
| 2073 | 6/1/2021 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=2115200460998DN0O PAYPALSI77NST XFER COCOABARINI |
| 2073 | 6/1/2021 | Miscellaneous | Fee | (3) | ATM Withdrawal At Other Network |
| 2073 | 6/2/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (300,000) | To Account ████ 3495 |
| 2073 | 6/2/2021 | Personal Spending | Electronic Withdrawal | (312) | To SO CAL GAS REF=211520182725860N0O 1992052494PAID SCGC 0200778309 |
| 2073 | 6/2/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 060321 NEWPORT BEAC REF # 24248181152000104739855 **********7021 |
| 2073 | 6/2/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 060121 3105661424 NY LGCDOORDASH GIFT REF # 244921511521575451719 **********206 |
| 2073 | 6/2/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 060221 HTTPSINSTACA CA INSTACART REF # 24011341153000490479 **********2062 |
| 2073 | 6/2/2021 | Personal Spending | Electronic Withdrawal | (60) | To ONLINE PAYROLL REF=2115300536652220N0O 1364350777PR MO FEE |
| 2073 | 6/3/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 3495 |
| 0153 | 6/3/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (69,450) | Ref #Ib0BsKx7P on 06/03/21 |
| 2073 | 6/3/2021 | Personal Spending | Electronic Withdrawal | (150) | To S CA EDISON REF=211530168980910N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/3/2021 | Personal Spending | Electronic Withdrawal | (100) | On 060121 702-4909348 NV PROTOGYM REF # 24000971153805606764198 **********7021 |
| 2073 | 6/4/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 495 |
| 2073 | 6/4/2021 | Personal Spending | Electronic Withdrawal | (904) | To PAYPAL REF=2115401483308DN0O PAYPALSI77NST XFER ATHLETA |
| 0153 | 6/7/2021 | Nevada Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Bn57Kvv on 06/05/21 |
| 0153 | 6/7/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (443,000) | Checking xxxxxx6540 Ref #Ib0Bn19rn on 06/05/21 |
| 2073 | 6/7/2021 | Personal Spending | Debit Purchase - VISA | (48) | On 060621 Visa Direct NY VENMO* REF # 24248181157000088325857 **********206 |
| 2073 | 6/7/2021 | Ut lities | Debit Purchase - VISA | (3) | On 060321 NEWPORT BEAC CA BARNES & NOBLE # REF # 24137461155100258195651 **********7021 |
| 2073 | 6/7/2021 | Personal Spending | Debit Purchase - VISA | (1) | On 060521 843958471 SC CHARLESTON CITY REF # 24493981156028445021387 **********7021 |
| 2073 | 6/8/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 060721 HTTPSINSTACA CA INSTACART REF # 24011341158000397111374 **********2062 |
| 2073 | 6/9/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | To Account ████ 3495 |
| 2073 | 6/9/2021 | Personal Spending | Electronic Withdrawal | (15,487) | To AMEX EPAYMENT REF=211590087439470N0O 000500000BACH PMT M6596 |
| 2073 | 6/9/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 060821 Visa Direct NY VENMO* REF # 24248181159000738215211 **********206 |
| 2073 | 6/9/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 060821 Visa Direct NY VENMO* REF # 24248181159000072237241 **********206 |
| 2073 | 6/9/2021 | Personal Spending | Debit Purchase - VISA | (166) | On 060721 Visa Direct NY VENMO* REF # 24248181159800183216567 **********206 |
| 2073 | 6/9/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 060821 Visa Direct NY VENMO* REF # 24248181159000091462514 **********7021 |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (15,196) | To CHASE CREDIT CRD REF=21 600051589800N0O 5760039224EPAY 5532158563 |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (1,000) | To SOUTHWEST GAS REF=211600110390610N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (500) | To S CA EDISON REF=211600110388600N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Ut lities | Debit Purchase | (577) | ATHLETA US 4632 HENDERSON NV 327017 On 060921 UX1TERM REF 116021327017 **********206 |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (300) | To NEVADA POWER CO REF=211600110380070N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (300) | To NEVADA POWER CO REF=211600110380080N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (290) | To PAYPAL REF=211600507123000N0O PAYPALSI77NST XFER BRETCONTRER |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (250) | To CA SUBMETERS REF=211600110352920N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (250) | To COX CABLE REF=211600110366020N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (158) | To VERIZON REF=211600110399040N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (150) | To SHEN ZHEN SHI MU REF=211600110691010N0O 7705104BTCAT PAYPAL141108708S3 WELLS FARGO B N SHENZHEN L |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (101) | To REPUBLIC SERVICE REF=211600110387060N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/10/2021 | Personal Spending | Debit Purchase | (70) | On 061021 IUNILNK REF 116117835599 **********7021 |
| 2073 | 6/11/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (500,000) | To Account ████ 3495 |
| 2073 | 6/11/2021 | Personal Spending | Sunwest Custom Homes | (5,000) | |
| 2073 | 6/11/2021 | Personal Spending | Sunwest Custom Homes | (1,757) | |
| 2073 | 6/11/2021 | Personal Spending | Debit Purchase - VISA | (1,409) | To KIMBERLY PARKER REF=2116200121220020N0O 921598620SALE |
| 2073 | 6/11/2021 | Personal Spending | Electronic Withdrawal | (181) | To KIMBERLY PARKER REF=2116200121200310N0O 921598620SALE |
| 2073 | 6/11/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 061021 Visa Direct NY VENMO* REF # 24248181161000125492335 **********7021 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (1) | To PAYPAL REF=2116100830841N0O PAYPALSI77NST XFER FABLETICSLL |
| 0153 | 6/14/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Bp4Tx2 on 06/12/21 |
| 0153 | 6/14/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (307,000) | Checking xxxxxx6540 Ref #Ib0Bpk5Yr on 06/12/21 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 061121 Visa Direct NY VENMO* REF # 24248181162000153964279 **********206 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (151) | TIMAX# 40 18295 FOUNTAIN VALCA 923983 On 061221 MAESTERM REF 923983 **********2062 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (56) | On 061221 goo.com CA SQ *P A D E R I REF # 24692161163100151618337 **********2062 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 061021 LAS VEGAS NV THE JUICE BAR AT REF # 24269791163000539540715 **********7021 |
| 2073 | 6/15/2021 | Personal Spending | Debit Purchase - VISA | (1) | On 061221 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791164100372449439 **********7021 |
| 2073 | 6/15/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 3495 |
| 2073 | 6/15/2021 | Personal Spending | AG Interior Design | (14,925) | Albion 05/04 EA Sponsor |
| 2073 | 6/15/2021 | Personal Spending | Electronic Withdrawal | (14,925) | To DU BURSAR REF=211660518563DN0O 684040423IU ACH TN 220576 |
| 2073 | 6/15/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 061421 1INFINITELOO CA APPLE CASH REF # 24055231166091638138226 **********2062 |
| 2073 | 6/16/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (11,000) | To Account ████ 0331 |
| 2073 | 6/16/2021 | Personal Spending | Sunset Oasis | (11,000) | Pool Heater (new) |
| 2073 | 6/16/2021 | Ut lities | Electronic Withdrawal | (100) | To SOUTHERN CALIFOR REF=211660130936760N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/16/2021 | Ut lities | Electronic Withdrawal | (68) | To NEVADA POWER CO REF=211660130927960N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/16/2021 | Ut lities | Electronic Withdrawal | (55) | To SOUTHWEST GAS REF=211660130936850N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/17/2021 | Personal Spending | Debit Purchase - VISA | (24,201) | To AMEX EPAYMENT REF=211670118018910N0O 000500000BACH PMT M9104 |
| 2073 | 6/17/2021 | Personal Spending | Electronic Withdrawal | (1,500) | On 061621 Visa Direct NY VENMO* REF # 24248181167000123705357 **********7021 |
| 2073 | 6/17/2021 | Personal Spending | Electronic Withdrawal | (1,200) | On 061621 Visa Direct NY VENMO* REF # 24248181167000125263094 **********7021 |
| 2073 | 6/17/2021 | Personal Spending | AG Interior Design | (1,045) | Lounge Chair Cover |
| 2073 | 6/18/2021 | Ut lities | Debit Purchase - VISA | (100) | On 061621 Visa Direct NY VENMO* REF # 24248181169000122504194 **********206 |
| 2073 | 6/18/2021 | Personal Spending | Debit Purchase - VISA | (349) | On 061621 849-5 REF # 21169004835237DN0O 1992052494PAID SCGC 0200778309 |
| 0153 | 6/21/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Bqzr335 on 06/19/21 |
| 0153 | 6/21/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (473,000) | Checking xxxxxx6540 Ref #Ib0Bqz4bb on 06/19/21 |
| 2073 | 6/21/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (350,000) | To Account ████ 3495 |
| 2073 | 6/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 061901 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621171017189480551 **********206 |
| 2073 | 6/21/2021 | Personal Spending | Debit Purchase - VISA | (1) | On 062021 HENDERSON NV TRADER JOE'S #28 REF # 24493981173100204242255 **********206 |
| 2073 | 6/22/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | To Account ████ 3495 |
| 2073 | 6/22/2021 | Crypto Currency / Investments | Electronic Withdrawal | (29,924) | To COINBASE INC. REF=211730095899030N0O 1327000623889087930247U6888 |
| 2073 | 6/22/2021 | Crypto Currency / Investments | Electronic Withdrawal | (1,952) | To COINBASE INC. REF=211730095899010N0O 132700062388908793025V6B8LV |
| 2073 | 6/22/2021 | Personal Spending | Debit Purchase - VISA | (92) | On 062121 HENDERSON NV CHEVRON 0205625 REF # 24692161172100669298739 **********206 |
| 2073 | 6/23/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 062121 HTTPSINSTACA CA INSTACART REF # 24492161172000022502964 **********7021 |
| 2073 | 6/23/2021 | Personal Spending | Debit Purchase - VISA | (495) | On 062021 877-3284538 OH ATHLETA ONLINE REF # 24789301173892301137113 ********** 2062 Card 2062 With |
| 2073 | 6/23/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 062221 877-3284538 OH ATHLETA ONLINE REF # 24789301173892301156006 **********7021 |
| 2073 | 6/24/2021 | Personal Spending | Electronic Withdrawal | (100) | To PAYPAL REF=2117400491410DN0O PAYPALSI77NST XFER USPS |
| 2073 | 6/24/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (14) | To Account ████ 5473 |
| 0153 | 6/25/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (19,000) | xxxxxx5598 Ref #Ib0Bs7GrJ2 on 06/25/21 |
| 0153 | 6/28/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Bsguygk on 06/26/21 |
| 0153 | 6/28/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (608,000) | Checking xxxxxx6540 Ref #Ib0Bsgsjx4 on 06/26/21 |
| 2073 | 6/28/2021 | Personal Spending | Debit Purchase - VISA | (80) | On 062521 Visa Direct NY VENMO* REF # 24248181176000315316300 **********7021 |
| 2073 | 6/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SDLEIL ASGN MGMT REF=211790033693330N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 6/28/2021 | Personal Spending | Electronic Withdrawal | (96) | To PAYPAL REF=2117900378289510N0O PAYPALSI77NST XFER ATHLETA |
| 2073 | 6/30/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account ████ 5473 |
| 2073 | 6/30/2021 | Personal Spending | Electronic Withdrawal | (11,533) | To CHASE CREDIT CRD REF=21 800150463250N0O 5760039224EPAY 5367177842 |
| 2073 | 6/30/2021 | Personal Spending | Electronic Withdrawal | (22) | On 062921 Visa Direct NY VENMO* REF # 24248181290180N0O PAYPALSI77NST XFER Card 7021 Withdrawal |
| 2073 | 6/30/2021 | Personal Spending | Electronic Withdrawal | (1) | To PAYPAL REF=21180018129018DN0O PAYPALSI77NST XFER ATHLETA |
| 2073 | 7/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To USBANK LOAN REF=211820055013480Y0O 580580024PAYMENT 000000463603466 ACCT ████ 3466 EFFEC |
| 2073 | 7/1/2021 | Personal Spending | Debit Purchase - VISA | (268) | On 070121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24011341182000004208471 **********2062 |
| 2073 | 7/2/2021 | Personal Spending | Debit Purchase - VISA | (69,500) | To AMEX EPAYMENT REF=211820131457250N0O 000500000BACH PMT M1354 |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (300) | On 070221 Visa Direct NY VENMO* REF # 24248181182000215411311 **********7021 |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (150) | To SOUTHERN CALIFOR REF=211830056694280N0O 9500000000ONLINE PMTUS850728663ZPOS |
| 2073 | 7/2/2021 | Personal Spending | Debit Purchase - VISA | (92) | On 070121 Visa Direct NY VENMO* REF # 24248181182000142168010 **********7021 |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (60) | To ONLINE PAYROLL REF=211830064126470N0O 1364350777PR MO FEE |
| 0153 | 7/6/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Bv5Kny on 07/03/21 |
| 0153 | 7/6/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (468,000) | Checking xxxxxx6540 Ref #Ib0Bv5Ryjm on 07/03/21 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 070221 1INFINITELOO CA APPLE CASH REF # 24055231184091860548218 **********2062 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 070421 Visa Direct NY VENMO* REF # 24248181185000071000712 **********7021 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (186) | On 070121 Visa Direct NY VENMO* REF # 24118701192639300N0O PAYPAL SI77NST XFER ATHLETA |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (35) | On 070421 CARSON CA 20DIGNITY HEALTH REF # 24000971186961701508347 **********7021 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (1) | On 070421 CARSON CA 20DIGNITY HEALTH REF # 24000971186961701525705 **********7021 |
| 2073 | 7/7/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (425,000) | To Account ████ 3495 |
| 2073 | 7/7/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (72,000) | To Account ████ 5473 |
| 2073 | 7/7/2021 | Personal Spending | Electronic Withdrawal | (16,893) | To CHASE CREDIT CRD REF=21 870239137220N0O 5760039224EPAY 5381291940 |
| 2073 | 7/7/2021 | Personal Spending | Debit Purchase - VISA | (119) | To Card Member Serv REF=21187003314396DY0O 8411881896Loan Pmt 4798531383035 |
| 2073 | 7/8/2021 | Personal Spending | Debit Purchase - VISA | (300) | MACY'S NEWPORT BEACCA 363652 On 070721 MAESTERM REF 363652 **********7021 |
| 2073 | 7/8/2021 | Ut lities | Electronic Withdrawal | (150) | To WEST COAST LIFE REF=211880090772630N0O 9940971315ANDL PREM WC1025053436 |
| 2073 | 7/9/2021 | Personal Spending | Debit Purchase - VISA | (150) | To Dominion Energy REF=211880082288920N0O 1927035877DOC 3631301698882456 |
| 2073 | 7/9/2021 | Personal Spending | Debit Purchase - VISA | (41) | On 070921 Visa Direct NY VENMO* REF # 24248181189000203764025 **********2062 |
| 2073 | 7/9/2021 | Personal Spending | Debit Purchase - VISA | (10) | Huntington Surf Huntington BCA 439000 On 070821 IUNILNK REF 119020439000 **********7021 |
| 0153 | 7/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | On 070721 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791189500584752992 **********206 |
| 0153 | 7/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (610,000) | Checking xxxxxx6540 Ref #Ib0Bwjmnc on 07/10/21 |
| 2073 | 7/12/2021 | Personal Spending | Debit Purchase - VISA | (17,000) | xxxxxx5598 Ref #Ib0Bwjrcj on 07/10/21 |
| 2073 | 7/12/2021 | Miscellaneous | ATM Withdrawal | (83) | On 072121 Visa Direct NY VENMO* REF # 24248181192000019 Kane withdrawal |
| | | | | | 500 S. BAY FRONT NEWPORT BEAC CA **********2062 Serial No. 897996231145PLUSTERM |

| Acct | Date | Category | Description | Amount | Detail |
|---|---|---|---|---|---|
| 2073 | 7/12/2021 | Personal Spending | Electronic Withdrawal | (50) | To PAYPAL REF=211900090427780N00 PAYPALSI77NST XFER FABLETICSLL |
| 2073 | 7/12/2021 | Miscellaneous | Electronic Withdrawal | (3) | ATM Withdrawal At Other Network |
| 2073 | 7/13/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 071121 1INFINITELOO CA APPLE CASH REF # 240523119409197242603S ***********2062 |
| 0153 | 7/14/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (50) | To Account ****3495 |
| 2073 | 7/14/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (57,000) | Checking xxxxxx6540 Ref #Rfqb on 07/14/21 |
| 2073 | 7/16/2021 | Personal Spending | Electronic Withdrawal | (400) | On 071221 HUNTINGTON B CA 24 HOUR FITNESS REF # 242697911945008949028745 ***********206 |
| 2073 | 7/16/2021 | Ut Ilties | Electronic Withdrawal | (300) | To NEVADA POWER CO REF=211960083696300N00 9500000000ONLINE PMT US8507286632PO5 |
| 2073 | 7/16/2021 | Personal Spending | Electronic Withdrawal | (300) | To CA SUBMETERS REF=211960083655140N00 9500000000ONLINE PMT US8507286632PO5 |
| 2073 | 7/16/2021 | Ut Ilties | Electronic Withdrawal | (69) | To SO CAL GAS REF=211970101501160N00 1992052494PAID SCGC 1688918318 |
| 0153 | 7/19/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0by3Tkrs on 07/17/21 |
| 2073 | 7/19/2021 | Personal Spending | Electronic Withdrawal | (338,000) | On 071421 xxxxxx6540 Ref #fb0By3Tth on 07/17/21 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (25,301) | To AMEX EPAYMENT REF=212000115234820N00 0005000000BACH PMT M3588 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (997) | On 071621 800-613-9545 GA SYNCB PAYMENT REF # 241382911988883876509 ***********2062 |
| 2073 | 7/19/2021 | Horizon Trust Company | Debit Purchase - VISA | (340) | To HORIZON TRUST CO REF=212000093064340N00 19111877999May June S01000114 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 071721 Visa Direct NY VENMO* REF # 242481811970017470575 ***********7021 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 071621 RUGGABLEC AY5 CA SP * RUGGABLE.CO REF # 244921611970001350530S ***********20 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 071721 Visa Direct NY VENMO* REF # 242481811990001622262246 ***********7021 |
| 2073 | 7/20/2021 | Personal Spending | Debit Purchase - VISA | (40) | To KIMBERLY PARKER REF=212010021594890N00 921598620S5ALE |
| 2073 | 7/20/2021 | Ut Ilties | Debit Purchase - VISA | (350) | To SO CAL GAS REF=212010021776120N00 1992052494PAID SCGC 0200778309 |
| 0153 | 7/21/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (950,000) | To Account ****3495 |
| 2073 | 7/21/2021 | Personal Spending | Debit Purchase - VISA | (190) | On 071921 702-704-1768 NV SASSY BLOWTIQUE REF # 207956212010170195992S3 ***********206 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 072121 IRVINE CA TARGET 00 REF # 241640712020910165026333 ***********2062 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 072121 Visa Direct NY VENMO* REF # 242481812020054120535 ***********7021 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (28) | On 072021 Irvine CA SQ *SOMISOMI REF # 244921612021008080869495 ***********2062 |
| 2073 | 7/23/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 072221 Visa Direct NY VENMO* REF # 242481812030001243080896 ***********7021 |
| 0153 | 7/26/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0Jm3Vm on 07/24/21 |
| 2073 | 7/26/2021 | Personal Spending | Debit Purchase - VISA | (365,000) | On 072421 HUNTINGTON B CA TARGET 00 REF # 241640712060010160010889 ***********2062 Card Withdr |
| 2073 | 7/26/2021 | Personal Spending | Electronic Withdrawal | (100) | To PAYPAL REF=212070087273030N00 PAYPALSI77NST XFER MICROSOFT MICRO |
| 2073 | 7/27/2021 | Personal Spending | Debit Purchase - VISA | (19,773) | On 072421 8009444667 WI MUSICNOTES.COM REF # 244921511205719520418140 ***********2062 |
| 2073 | 7/28/2021 | Personal Spending | Korea AV | (19,773) | AV Corona Del Mar |
| 0153 | 7/28/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (1,000,000) | To Account ****3495 |
| 2073 | 7/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (50) | To SOLEIL ASSN MGMT REF=212080120464840N00 0000000000ONLINE PMT US8507286632PO5 |
| 2073 | 7/30/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 073021 Visa Direct NY VENMO* REF # 242481812110000216697447 ***********7021 Card 7021 Withdraw |
| 0153 | 8/2/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0CZKmht on 07/31/21 |
| 2073 | 8/2/2021 | Nevada Pro Pest Control Inc #6540 | Electronic Withdrawal | (338,000) | Checking xxxxxx6540 Ref #b0CZHrkON on 07/31/21 |
| 2073 | 8/2/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=212140114532070N00 5805800224PAYMENT 0000004636064 ACCT **********466 EFFEC |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (400) | On 073021 1INFINITELOO CA APPLE CASH REF # 240523312120919794106# **7062 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 080121 Visa Direct NY VENMO* REF # 242481812130001149424096 ***********7021 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 080221 Visa Direct NY VENMO* REF # 242481812130001491954979 ***********7021 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 073021 HENDERSON NV CHEVRON 0205625 REF # 246921612110083158906 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 073021 HENDERSON NV CHIPOTLE 0366 REF # 244310612210914600021 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 073121 800-591-3869 MN TARGET.COM * REF # 244310612120883616599355 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 072921 702-704-1768 NV SASSY BLOWTIQUE REF # 240916212130670283837 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (5) | On 072921 HUNTINGTON B CA 24 HOUR FITNESS REF # 242697912115005434217099 ***********2062 |
| 2073 | 8/3/2021 | Beasley Group | Online Transfer to Beasley Law Group PC Business Checking | (17,000) | xxxxxx5598 Ref #b0C3QJ4Y on 08/02/21 |
| 2073 | 8/3/2021 | Personal Spending | Electronic Withdrawal | (150) | To SOUTHERN CALIFOR REF=212140202330050N00 9500000000ONLINE PMT US8507286632PO5 |
| 2073 | 8/3/2021 | Personal Spending | Electronic Withdrawal | (100) | To ONLINE PAYROLL REF=212140210368010N00 1364350777PR MO FEE |
| 2073 | 8/4/2021 | Personal Spending | Debit Purchase - VISA | (80) | On 080121 702-4909348 NV PROTOGYM REF # 240009712140602929999114 ***********7060 |
| 0153 | 8/4/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (900,000) | To Account ****3495 |
| 2073 | 8/5/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 080321 HTTPSWWW.LUL CA LULUS.COM REF # 240113412150004928836 ***********2062 |
| 2073 | 8/5/2021 | Personal Spending | Debit Purchase - VISA | (180) | On 080421 Visa Direct NY VENMO* REF # 242481812160000728165071 ***********7021 |
| 2073 | 8/6/2021 | Personal Spending | Debit Purchase - VISA | (182) | On 080521 877-417-4551 CA SQ *THE CHEESE B REF # 244921512173854544241883 ***********20 |
| 0153 | 8/9/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0C4MjKp on 08/07/21 |
| 2073 | 8/9/2021 | Personal Spending | Electronic Withdrawal | (432,000) | Checking xxxxxx6540 Ref #b0C4MfBP on 08/07/21 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (28,487) | To AMEX EPAYMENT REF=212210066902240N00 0005000000BACH PMT M542 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (166) | To WEST COAST LIFE REF=212180077616040N00 9940971S1AINS. PREM. WC1205053436 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 080621 1INFINITELOO CA APPLE CASH REF # 240523312190912932598191 ***********7062 |
| 2073 | 8/9/2021 | Personal Spending | Electronic Withdrawal | (50) | To PAYPAL REF=212210033105270N00 PAYPALSI77NST XFER FABLETICSLL |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 080621 Newport Beac CA SQ *IRVINE PARK REF # 246921612191007615638B9 ***********20 |
| 2073 | 8/9/2021 | Ut Ilties | Electronic Withdrawal | (9) | To Dominion Energy REF=212210023059930N00 1870155877OGC 3631303698835b5 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (2) | On 080621 NEWPORT BEAC CA PANDA EXPRESS #2 REF # 244310612198380551311924 ***********20 |
| 2073 | 8/30/2021 | Personal Spending | Smart Tuition | (8,158) | Seth Wilfred # ****22436 |
| 0153 | 8/11/2021 | Judd Family #5473 | Mobile Banking Transfer | (425,000) | To Account ****5473 |
| 0153 | 8/11/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (150,000) | To Account ****3495 |
| 2073 | 8/11/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (150,000) | To Account ****0331 |
| 2073 | 8/11/2021 | Personal Spending | Electronic Withdrawal | (8,641) | To SAVVY INTERIORS REF=212220300847128O0N00 921598620Z5ALE |
| 2073 | 8/11/2021 | Personal Spending | Debit Purchase - VISA | (235) | On 080321 Visa Direct NY VENMO* REF # 242481812220001556756 ***********7021 |
| 2073 | 8/11/2021 | Personal Spending | Debit Purchase - VISA | (84) | On 080321 Visa Direct NY VENMO* REF # 242481812220001451284299 ***********7021 |
| 2073 | 8/12/2021 | Personal Spending | Debit Purchase | (84) | STAPLES 1491 HENDERSON NV 46882O On 081021 ILK1TERM REF 1222214688O2 ***********7062 |
| 2073 | 8/12/2021 | Crypto Currency / Investments | Electronic Withdrawal | (10,000) | To FOOTHILLS MONTES REF=212301566871590N00 147025904070240707090559764 |
| 2073 | 8/16/2021 | Crypto Currency / Investments | Electronic Withdrawal | (35) | To FOOTHILLS MONTES REF=212230156687160N00 147025904070240707090559770 |
| 2073 | 8/16/2021 | Crypto Currency / Investments | Electronic Withdrawal | (35) | To FOOTHILLS MONTES REF=212230157180N00 147025904070240707090549081 |
| 0153 | 8/16/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0C62Qdpn on 08/14/21 |
| 2073 | 8/16/2021 | Personal Spending | Electronic Withdrawal | (413,000) | Checking xxxxxx6540 Ref #b0C62Qg63 on 08/14/21 |
| 2073 | 8/16/2021 | Personal Spending | Debit Purchase - VISA | (21,089) | To CHASE CREDIT CRD REF=212280058564420N00 176003822REPAY 545091B836 |
| 2073 | 8/17/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 081421 Visa Direct NY VENMO* REF # 242481812250001726108B37 ***********7021 |
| 2073 | 8/17/2021 | Miscellaneous | Nevada Department of Motor Vehicles | (1,393) | Lexus GKT477 |
| 0153 | 8/18/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (950,000) | To Account ****3495 |
| 2073 | 8/18/2021 | Personal Spending | Creative Closets & Cabinetry | (3,485) | Garage Cabinets |
| 2073 | 8/18/2021 | Ut Ilties | Electronic Withdrawal | (250) | To SO CAL GAS REF=212230009463104ON00 1992052494PAID SCGC 0200778309 |
| 2073 | 8/18/2021 | Horizon Trust Company | Electronic Withdrawal | (87) | To HORIZON TRUST CO REF=212290170523650N00 19111877999Keel Fee S01000114 |
| 2073 | 8/18/2021 | Ut Ilties | Electronic Withdrawal | (85) | To SO CAL GAS REF=212300096810330N00 1992052494PAID SCGC 1688918318 |
| 2073 | 8/20/2021 | Personal Spending | Luxury Estate Solutions | (100) | 9 Sky Ave Court |
| 2073 | 8/20/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 081921 Visa Direct NY VENMO* REF # 242481812310001366807726 ***********7021 |
| 0153 | 8/23/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0C7Nv42T on 08/21/21 |
| 2073 | 8/23/2021 | Personal Spending | Electronic Withdrawal | (303,000) | Checking xxxxxx6540 Ref #b0C7NvkM on 08/21/21 |
| 2073 | 8/23/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 082021 Visa Direct NY VENMO* REF # 242481813340001168610025 ***********7021 |
| 2073 | 8/23/2021 | Personal Spending | Debit Purchase - VISA | (82) | On 081921 702-704-1768 NV SASSY BLOWTIQUE REF # 240916212132031702064171 ***********2062 Card 2062 Wit |
| 2073 | 8/24/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 082321 WWW.DOORDASH CA DOORDASH*MARIE C REF # 244310612350601722049 ***********7021 |
| 2073 | 8/25/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (850,000) | To Account ****0331 |
| 2073 | 8/26/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,200) | To COINBASE INC. REF=213701006398560N00 132700622388B90B7930AGMK6ZKR |
| 2073 | 8/27/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=213910027605470N00 0000000000ONLINE PMT US8507286632PO5 |
| 2073 | 8/27/2021 | Personal Spending | Debit Purchase - VISA | (500) | On 082621 Visa Direct NY VENMO* REF # 242481813380001715154567 ***********7021 |
| 0153 | 8/30/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0C92KCx on 08/28/21 |
| 2073 | 8/30/2021 | Beasley Group | Online Transfer to Beasley Law Group PC Business Checking | (30,000) | xxxxxx5598 Ref #b0C92N0 on 08/28/21 |
| 2073 | 8/30/2021 | Personal Spending | Debit Purchase - VISA | (14,000) | On 083021 Visa Direct NY VENMO* REF # 242481813420022207185 ***********7021 Card 7021 Withdraw |
| 2073 | 8/30/2021 | Personal Spending | Debit Purchase - VISA | (22) | To PAYPAL REF=212420106470060N00 PAYPALSI77NST XFER COSTABARN |
| 0153 | 9/1/2021 | Judd Family #5473 | Mobile Banking Transfer | (1,000,000) | To Account ****5473 |
| 2073 | 9/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=212440087706210N00 5805800224PAYMENT 0000046360344 ACCT **********466 EFFEC |
| 2073 | 9/1/2021 | Personal Spending | Debit Purchase - VISA | (334) | On 083121 WWW.NOBULLPR.MA SP * NOBULL REF # 244921612430021626576 ***********7021 |
| 2073 | 9/2/2021 | Personal Spending | Electronic Withdrawal | (200) | On 090121 Visa Direct NY VENMO* REF # 242481813430020233276B4 ***********7021 |
| 2073 | 9/2/2021 | Personal Spending | Debit Purchase - VISA | (167) | To PAYPAL REF=212450108235290N00 PAYPALSI77NST XFER BULLTBAR |
| 2073 | 9/3/2021 | Personal Spending | Debit Purchase - VISA | (600) | On 090221 Visa Direct NY VENMO* REF # 242481813440221729947ROLL 3588960 |
| 2073 | 9/3/2021 | Personal Spending | Electronic Withdrawal | (84) | To SOUTHERN CALIFOR REF=212450200716480N00 9500000000ONLINE PMT US8507286632PO5 |
| 2073 | 9/3/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 090121 702-4909348 NV PROTOGYM REF # 240009712451916074750S ***********7060 |
| 2073 | 9/3/2021 | Ut Ilties | Electronic Withdrawal | (7) | On 090221 LAS VEGAS NV THE JUICE BAR AT REF # 242697912460000576079685 ***********7062 |
| 0153 | 9/7/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0CbrTD6 on 09/04/21 |
| 2073 | 9/7/2021 | Personal Spending | Electronic Withdrawal | (549,000) | Checking xxxxxx6540 Ref #b0Cbr9Nt on 09/04/21 |
| 2073 | 9/7/2021 | Beasley Group | Online Transfer to Beasley Law Group PC Business Checking | (10,258) | xxxxxx5598 Ref #b0CC92Q4Y on 09/07/21 |
| 2073 | 9/7/2021 | Beasley Group | Online Transfer to Beasley Law Group PC Business Checking | (10,000) | xxxxxx5598 Ref #b0CC92Q4Y on 09/07/21 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase - VISA | (5,657) | To CHASE CREDIT CRD REF=212460060970384N00 176003922REPAY 5484703364 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase | (100) | ATHLETA US 4786 NEWPORT BEACCA 1339666 On 090321 ILK14TERM REF 1241930688S4U ***********4 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 090621 SANTA ANA CA VONS #1626 REF # 243316812490777889B6 ***********206 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 090621 702-466-4766 NV TST* GOOD PIE - REF # 241374612491005157636766 ***********2062 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase - VISA | (32) | On 090321 HUNTINGTON B CA 24 HOUR FITNESS REF # 242697912475006724676666 ***********2062 |
| 2073 | 9/7/2021 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=212510127778860N00 9940971S1AINS. PREM. WC1205053436 |
| 2073 | 9/9/2021 | Vehicles & Related | Traxion Motorcars | (258,021) | Bentley B1241/094770 |
| 2073 | 9/10/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 090921 Visa Direct NY VENMO* REF # 242481812520000922960099 ***********7021 |
| 0153 | 9/13/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (603,000) | Checking xxxxxx6540 Ref #b0CdBPUm on 09/11/21 |
| 0153 | 9/13/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | | Checking xxxxxx6540 Ref #b0CdBPUm on 09/11/21 |

| Acct | Date | Category | Description | Amount | Details |
|---|---|---|---|---|---|
| 2073 | 9/13/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 091221 Visa Direct NV VENMO* REF # 24248181255000153073681 **********7021 |
| 2073 | 9/13/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 091221 Visa Direct NV VENMO* REF # 24248181254000146022598 **********7021 |
| 2073 | 9/13/2021 | Personal Spending | Electronic Withdrawal | (50) | xxxxxx5598 Ref #b0CD5754L on 09/14/21 |
| 0153 | 9/14/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (1,000,000) | xxxxxx5598 Ref #b0CD5795w on 09/14/21 |
| 0153 | 9/14/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (1,000,000) | xxxxxx5598 Ref #b0CD5775 on 09/14/21 |
| 0153 | 9/14/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (585,000) | xxxxxx5598 Ref #b0CD5775 on 09/14/21 |
| 2073 | 9/14/2021 | Crypto Currency / Investments | Electronic Withdrawal | (16,771) | To COINBASE INC. REF=21560175883620N00 132700062388890887930EHMT7ZTR |
| 2073 | 9/14/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 091421 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011341257000021534982 ********** |
| 2073 | 9/15/2021 | Personal Spending | Debit Purchase - VISA | (2,225) | To SOUTHERN CALIFOR REF=21257011147870N00 95000000000NLINE PMTUSB507286632PO5 |
| 2073 | 9/15/2021 | Personal Spending | Electronic Withdrawal | (266) | To PAYPAL REF=21257009212610N00 PAYPALSI77NST XFER COSMOPROF |
| 2073 | 9/15/2021 | Personal Spending | Debit Purchase - VISA | (35) | On 091421 Visa Direct NV VENMO* REF # 24248181257000146776915 **********7021 |
| 2073 | 9/15/2021 | Ut ilties | Electronic Withdrawal | (25) | To SO CAL GAS REF=21258002780783N00 1992052494PAIO SCGC 1688918318 |
| 2073 | 9/16/2021 | Personal Spending | Debit Purchase | (177) | WHOLEFDS HEN 102 HENDERSON NV 31441 On 091521 ILNK/LNK REF 125821311641 ********** 20 |
| 2073 | 9/17/2021 | Personal Spending | Debit Purchase - VISA | (500) | On 091621 Visa Direct NV VENMO* REF # 24248181259000149556060 **********7021 |
| 2073 | 9/17/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 091621 Visa Direct NV VENMO* REF # 24248181260000123162966 **********7021 |
| 2073 | 9/17/2021 | Ut ilties | Electronic Withdrawal | (84) | To SO CAL GAS REF=21260006290323N00 199205249APAIO SCGC 0200778309 |
| 2073 | 9/17/2021 | Personal Spending | Debit Purchase - VISA | (75) | On 091721 Visa Direct NV VENMO* REF # 24248181259000173936251 **********7021 |
| 2073 | 9/20/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | On 091621 HENDERSON NV EXPRESS 56 REF # 24431061260838800289292 ********** 206L |
| 2073 | 9/20/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (880,000) | Checking xxxxxx6540 Ref #b0Cfr7827 on 09/18/21 |
| 2073 | 9/20/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 092021 Visa Direct NV VENMO* REF # 24248181262000175682232 ********** 7021 |
| 2073 | 9/20/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 092021 Visa Direct NV VENMO* REF # 24248181263000159000NK ********** |
| 2073 | 9/20/2021 | Personal Spending | Debit Purchase | (76) | WHOLEFDS HEN 102 HENDERSON NV 037153 On 091821 ILKT/LRM REF 126117037153 ********** 20G |
| 2073 | 9/21/2021 | Personal Spending | Electronic Withdrawal | (39) | On 091721 HENDERSON NV WALGREENS #6545 REF # 24445001261004743952 ********** 206 |
| 2073 | 9/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 091921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091612263001701947145 ********** 206 |
| 2073 | 9/22/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (385,000) | To Account ████████ 5473 |
| 2073 | 9/22/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 092221 HTTPSCLEANSI UT SP * CLEANSIMPLE REF # 24492161265000004824624 ********** 206 |
| 2073 | 9/23/2021 | Personal Spending | Electronic Withdrawal | (30,293) | On 092221 HTTPSHITNUT WY SP * HIIT NUT REF # 24492161265000004740499 ********** 2062 |
| 2073 | 9/23/2021 | Personal Spending | Electronic Withdrawal | (12,468) | To AMEX EPAYMENT REF=21265012381367N00 0050000000BACH PMT M7082 |
| 2073 | 9/23/2021 | Crypto Currency / Investments | Debit Purchase | (9,333) | To CHASE CREDIT CRD REF=21265000027630N00 57600039224EPAY 5517978486 |
| 2073 | 9/23/2021 | Personal Spending | Debit Purchase - VISA | (134) | To COINBASE INC. REF=21265011156428XN00 1327000623888908793080NQ5Z5d |
| 2073 | 9/23/2021 | Personal Spending | Debit Purchase - VISA | (25) | DILLARDS 941 FAS LAS VEGAS NV 133240 On 092221 MAESTERM REF 133240 ********** 2062 |
| 2073 | 9/24/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 092221 702-5586778 NV PRESSEDFORJUICE_ REF # 24789301265278501718937 ********** 206 |
| 2073 | 9/24/2021 | Personal Spending | Debit Purchase - VISA | (180) | On 092321 Visa Direct NV VENMO* REF # 24248181266000628826 ********** 7021 |
| 2073 | 9/24/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 092221 HENDERSON AV AUBERTSONS #0002 REF # 24231681266837556134210 ********** 206 |
| 0153 | 9/27/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0ChBC9H on 09/25/21 |
| 0153 | 9/27/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (122,000) | Checking xxxxxx6540 Ref #b0ChBC9w on 09/25/21 |
| 2073 | 9/27/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 092621 Visa Direct NV VENMO* REF # 24248181269000111701229 ********** 7021 |
| 2073 | 9/27/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 092621 Visa Direct NV VENMO* REF # 24248181269000113766829 ********** 7021 |
| 2073 | 9/27/2021 | Personal Spending | Electronic Withdrawal | (209) | To SOLEIL ASSN MGMT REF=21270014230382N00 950000000NLINE PMTUSB507286632PO5 |
| 2073 | 9/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | On 092721 WWW.DOORDASH CA DOORDASH*P.F. CH REF # 24011341270000228523337 ********** |
| 2073 | 9/28/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 092621 Visa Direct NV VENMO* REF # 24248181269000113764829 ********** 7021 |
| 2073 | 9/29/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (480,000) | To Account ████████ 5473 |
| 2073 | 9/29/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (220,000) | To Account ████████ 0331 |
| 2073 | 9/29/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (150,000) | To Account ████████ 5473 |
| 2073 | 9/29/2021 | Personal Spending | Debit Purchase - VISA | (1,800) | On 092821 WWW.NOBULLPR MA SP * NOBULL REF # 24492161271000034741020 ********** 7021 |
| 2073 | 9/29/2021 | Personal Spending | Debit Purchase - VISA | (345) | On 092821 WWW.AGOS.COM DE AGOS US SALES LL REF # 248039412729100110001174 ********** 20 |
| 2073 | 9/29/2021 | Personal Spending | Debit Purchase - VISA | (299) | On 092821 Visa Direct NV VENMO* REF # 24248181270000123766639 ********** 7021 |
| 2073 | 9/30/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (105,000) | To Account ████████ 3495 |
| 2073 | 9/30/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 092921 Visa Direct NV VENMO* REF # 24248181272000209533 ********** 7021 Card 2062 Wit |
| 2073 | 9/30/2021 | Personal Spending | Recurring Debit Purchase | (25) | On 092921 702-456-5688 NV FSP*BOWTIES BRID REF # 24445001272300518712 US1 ********** 2062 Card 2062 Wit |
| 2073 | 9/30/2021 | Personal Spending | Electronic Withdrawal | (17,505) | To PAYPAL REF=21272016846645QN00 PAYPALSI77NST XFER COCOABARRNU |
| 2073 | 10/1/2021 | Personal Spending | Electronic Withdrawal | (6,000) | To AMEX EPAYMENT REF=21273018018800N00 0050S00000BACH PMT M0470 |
| 2073 | 10/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To USBANK LOAN REF=21274002795968DN00 58059002APAYMENT 0000004636034666 ACC7 03466 EFFEC |
| 2073 | 10/1/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (677) | To PAYPAL REF=21273015523484DN00 PAYPALSI77NST XFER K DLVE |
| 2073 | 10/1/2021 | Personal Spending | Debit Purchase - VISA | (165) | On 093021 Visa Direct NV VENMO* REF # 24248181273000143663153 ********** 7021 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 093021 Visa Direct NV VENMO* REF # 24091612273017019931706 ********** 7021 |
| 0153 | 10/4/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0CjeyhP on 10/02/21 |
| 0153 | 10/4/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (932,000) | Checking xxxxxx6540 Ref #b0CjxyhB on 10/02/21 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (813) | On 093021 800-309-2500 PA ANTHROPOLOGIE.CO REF # 24445001274100138720063 ********** 2073 |
| 2073 | 10/4/2021 | Personal Spending | Electronic Withdrawal | (411) | To SHEN ZHEN HUI ME REF=21277017052254DN00 770510487CIAT PAYPAL16075988269 WELLS FARGO B N SHEN ZHEN* |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 100321 Visa Direct NV VENMO* REF # 24248181275000185373829 ********** 7021 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (117) | On 100121 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341276000016465041 ********** 20 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (69) | On 100121 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341274700002607465 ********** |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 100121 WWW.DOORDASH CA DOORDASH*METRO P REF # 24011341275000021607465 ********** |
| 2073 | 10/4/2021 | Personal Spending | Electronic Withdrawal | (10) | To ONLINE PAYROLL REF=21277011208668DN00 000021727PAYROLL 2115810 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 100221 Visa Direct NV VENMO* REF # 24248181275000166438803 ********** 7021 |
| 2073 | 10/5/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 100121 702-4909348 NV PROTOGYM REF # 24000971276316811628154 ********** 7021 |
| 2073 | 10/5/2021 | Personal Spending | Electronic Withdrawal | (28) | To Digital Trust REF=21277023929127DN00 191118795BFees Colle3010002033 |
| 2073 | 10/6/2021 | Personal Spending | Debit Purchase - VISA | (21) | On 100421 CHEM LIT DUSH BURRITO REF # 24493081278400322693 ********** 2062 |
| 2073 | 10/6/2021 | Personal Spending | Debit Purchase - VISA | (708) | On 100521 CRUMBL REF # 24492151277637210900413 ********** 7021 |
| 2073 | 10/6/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 100521 855-8274654 CA BLT*Tadashi Shoj REF # 24906411278115476362299 ********** 2062 |
| 2073 | 10/6/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 100521 SALT LAKE Ci UT TST* BLUE LEMON REF # 24137461278100142688062 ********** 7021 |
| 2073 | 10/7/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (1,000,000) | To Account ████████ 495 |
| 2073 | 10/7/2021 | Personal Spending | Debit Purchase - VISA | (165) | On 100521 818-8713024 NV CHEESECAKE 0187 REF # 24789301279333600529638 ********** 2062 |
| 2073 | 10/7/2021 | Personal Spending | Debit Purchase - VISA | (16) | To WEST COAST LIFE REF=21279010731430N00 994097115ANNL PREM WC1050534365 |
| 2073 | 10/7/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 100621 702-5586778 NV PRESSEDFORJUICE_ REF # 24789301279337120251347 ********** 206 |
| 2073 | 10/7/2021 | Ut ilties | Electronic Withdrawal | (7) | To Dominion Energy REF=21279010508931N00 187015587QGC 36313036938646 |
| 2073 | 10/8/2021 | Personal Spending | Debit Purchase - VISA | (464) | DILLARDS 941 FAS LAS VEGAS NV 470964 On 100721 MAESTERM REF 470964 ********** 2062 |
| 2073 | 10/8/2021 | Personal Spending | Debit Purchase - VISA | (2) | On 100721 LAS VEGAS NV SQ *LUV-IT FROZE REF # 24692161282100814831557 ********** 7021 |
| 0153 | 10/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0CkhdZY on 10/09/21 |
| 0153 | 10/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (767,000) | Checking xxxxxx6540 Ref #b0CkhdZw on 10/09/21 |
| 2073 | 10/12/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (275,000) | To Account ████████ 3495 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (400) | On 100821 Visa Direct NV VENMO* REF # 24248181281000134313394 ********** 7021 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (223) | On 100921 HENDERSON NV TARGET 00 REF # 24164071283091016204117 ********** 2062 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (133) | On 100121 Visa Direct NV VENMO* REF # 24248181283000113752687 ********** 7021 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (120) | To PAYPAL REF=21285007249977DN00 PAYPALSI77NST XFER HESTERCOOK |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (115) | On 100921 WWW.DOORDASH CA DOORDASH*CLUBANO REF # 24011341282000241474401 ********** |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (66) | On 100821 WWW.DOORDASH CA DOORDASH*F REF # 24011341282100025141200 ********** |
| 2073 | 10/13/2021 | Personal Spending | FMS | (35) | Khloe Judd Pizza |
| 2073 | 10/13/2021 | Judd Family Member | Debit Purchase - VISA | (300) | On 101221 Visa Direct NV VENMO* REF # 24248181285000135440614 ********** 7021 |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 101221 Visa Direct NV VENMO* REF # 24248181285000094310410 ********** 7021 |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (140) | On 101221 Visa Direct NV VENMO* REF # 24248181285000135943714 ********** 7021 |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase | (149) | WHOLEFDS HEN 102 HENDERSON NV 328073 On 101121 ILKSTERM REF 128620328073 ********** 2C |
| 2073 | 10/14/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (250,000) | To Account ████████ 5473 |
| 2073 | 10/14/2021 | Personal Spending | Debit Purchase - VISA | (1,500) | On 101421 Visa Direct NV VENMO* REF # 24248181286000234121775 ********** 7021 |
| 2073 | 10/14/2021 | Personal Spending | Debit Purchase - VISA | (59) | On 101421 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341287000015521205 ********** |
| 2073 | 10/14/2021 | Personal Spending | Debit Purchase - VISA | (57) | On 101321 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341286000019222075 ********** |
| 0153 | 10/18/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0Cn3xmfr on 10/16/21 |
| 0153 | 10/18/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (686,000) | Checking xxxxxx6540 Ref #b0Cn3Spgr on 10/16/21 |
| 2073 | 10/18/2021 | Personal Spending | Electronic Withdrawal | (10,112) | To CHASE CREDIT CRD REF=21288012552559DN00 576003922EPAY 5559322502 |
| 2073 | 10/18/2021 | Personal Spending | Electronic Withdrawal | (204) | To Digital Trust REF=21291008799240DN00 191118795BFees Colle3010001114 |
| 2073 | 10/18/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 101721 Visa Direct NV VENMO* REF # 24248181290000121563094 ********** 7021 |
| 2073 | 10/18/2021 | Ut ilties | Electronic Withdrawal | (52) | To SO CAL GAS REF=21291006769670N00 1992052494PAIO SCGC 1688918318 |
| 2073 | 10/19/2021 | Personal Spending | Debit Purchase - VISA | (93) | On 101721 WWW.DOORDASH CA DOORDASH*THE GRE REF # 24011341290000028616022 ********** |
| 2073 | 10/20/2021 | Personal Spending | Debit Purchase - VISA | (434) | On 101821 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341291000008322033 ********** |
| 2073 | 10/20/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 101921 Visa Direct NV VENMO* REF # 24248181292000126171 ********** 7021 |
| 2073 | 10/20/2021 | Ut ilties | Electronic Withdrawal | (41) | To SO CAL GAS REF=21293000793003N00 1992052494PAIO SCGC 0200778309 |
| 2073 | 10/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 101921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091612293017018969975 ********** 206 |
| 0153 | 10/22/2021 | Judd Family Member | PersonalUmbrella.com | (1,821) | Jeff Judd Policy MP1 |
| 0153 | 10/25/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0Cp9cirr on 10/23/21 |
| 0153 | 10/25/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (10,000) | Checking xxxxxx6540 Ref #b0Cp9cirb on 10/23/21 |
| 2073 | 10/25/2021 | Personal Spending | Electronic Withdrawal | (9) | To CHASE CREDIT CRD REF=21295005938370N00 576003922EPAY 5572217784 |
| 2073 | 10/25/2021 | Personal Spending | Electronic Withdrawal | (171) | To PAYPAL REF=21295005653331DN00 PAYPALSI77NST XFER BUILTBAR |
| 2073 | 10/25/2021 | Personal Spending | Debit Purchase - VISA | (70) | WHOLEFDS HEN 102 HENDERSON NV 448996 On 102521 ILKTERM REF 129817448996 ********** 2062 Card 2062 W |
| 2073 | 10/25/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 102321 HENDERSON NV SEPHORA GREEN VA REF # 24692161296100638328678 ********** 206 |
| 2073 | 10/25/2021 | Personal Spending | Debit Purchase - VISA | (18) | On 102321 HENDERSON NV TARGET 00 REF # 24164071296002021574413 ********** 7021 |
| 2073 | 10/26/2021 | Personal Spending | Debit Purchase - VISA | (575) | On 102521 Visa Direct NV VENMO* REF # 24248181298000213954665 ********** 7021 |
| 2073 | 10/26/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 102521 Visa Direct NV VENMO* REF # 24248181298000133956460 ********** 7021 |
| 2073 | 10/28/2021 | Taxes / Treasury | Electronic Withdrawal | (45,525) | To ORANGE COUNTY REF=21301018962060N00 9956000082TAX COLL 95033504 |
| 2073 | 10/28/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (25,000) | To Account ████████ 5473 |
| 2073 | 10/28/2021 | Taxes / Treasury | Electronic Withdrawal | (14,281) | To ORANGE COUNTY REF=21301001138 130PN00 9956000082TAX COLL 93739464 |
| 2073 | 10/28/2021 | Personal Spending | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=21300014231438N00 950000000NLINE PMTUSB507286632PO5 |
| 2073 | 10/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | On 102821 Visa Direct NV VENMO* REF # 24248181301000086836857 ********** 7021 Card 7021 Withdr |
| 2073 | 10/29/2021 | Personal Spending | Electronic Withdrawal | (71) | To PAYPAL REF=21301013207964DN00 PAYPALSI77NST XFER MAJESTICREP MAJ |

| | | | | | |
|---|---|---|---|---|---|
| 0153 | 11/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0CR3Q6Pp on 10/30/21 |
| 0153 | 11/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (853,000) | Checking xxxxxx6540 Ref #Ib0CR3Q8Kc on 10/30/21 |
| 2073 | 11/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=213050114114090Y00 580580024PAYMENT 000000463603466 ACCT [redacted] 3466 EFFEC |
| 2073 | 11/1/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213050070663810N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/1/2021 | Personal Spending | Debit Purchase - VISA | (33) | On 103121 WWW.DOORDASH CA DOORDASH*PANERA REF # 24011341304000009510031 ************ |
| 2073 | 11/1/2021 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=213050053936680N00 PAYPALSI77INST XFER COCOABARINJ |
| 2073 | 11/1/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 102921 HENDERSON NV WALGREENS #6615 REF # 24445001303000674220897 ************2062 |
| 2073 | 11/1/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 103021 8884727594 IL PARKWHIZ INC. REF # 24492151303717116333682 ************2062 |
| 2073 | 11/1/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 103121 8884727594 IL PARKWHIZ INC. REF # 24492151304715233271115 ************2062 |
| 2073 | 11/2/2021 | Crypto Currency / Investments | Electronic Withdrawal | (21,836) | To Wasatch County REF=213060027782670N00 0000122031WasatchCou618037cf-SIP-36 |
| 2073 | 11/2/2021 | Crypto Currency / Investments | Electronic Withdrawal | (6,470) | To Wasatch County REF=213060027782680N00 0000122031WasatchCou61803882-SIP-36 |
| 2073 | 11/2/2021 | Personal Spending | Electronic Withdrawal | (60) | To ONLINE PAYROLL REF=213060029201860N00 0000217279PAYROLL 4475799 |
| 2073 | 11/3/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 110121 702-4909348 NV PROTOGYM REF # 24000971306445206874067 ************7021 |
| 2073 | 11/4/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (40,000) | To Account [redacted] 5473 |
| 2073 | 11/4/2021 | Personal Spending | Debit Purchase - VISA | (749) | On 110321 954-6846868 FL IN *H20 PROTECTI REF # 24692161307100178440260 ************2062 |
| 0153 | 11/8/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Csw3Gg4 on 11/06/21 |
| 0153 | 11/8/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0Csw3J3N on 11/06/21 |
| 0153 | 11/8/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (15,000) | Checking xxxxxx6540 Ref #Ib0Csw3Kfv on 11/06/21 |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (2,600) | On 110721 1INFINITELOO CA APPLE CASH REF # 24055231312091532865984 ************2062 |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 110621 Visa Direct NY VENMO* REF # 24248181309000195461361 ************7021 |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (980) | On 110521 1INFINITELOO CA APPLE CASH REF # 24055231310091507545894 ************2062 |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 110621 Visa Direct NY VENMO* REF # 24248181309000192067245 ************7021 |
| 2073 | 11/8/2021 | Personal Spending | Electronic Withdrawal | (106) | To PAYPAL REF=213090069902000N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/8/2021 | Personal Spending | Electronic Withdrawal | (100) | To PAYPAL REF=213120033035690N00 PAYPALSI77INST XFER V C DJS |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (94) | On 110721 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341311000010989068 ************ |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (65) | On 110821 Visa Direct NY VENMO* REF # 24248181311000163487055 ************7021 |
| 2073 | 11/8/2021 | Personal Spending | Electronic Withdrawal | (50) | To PAYPAL REF=213120062526280N00 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 11/8/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213090061603880N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/8/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213120023080220N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (33) | On 110621 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341310000012777702 ************ |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (16) | On 110721 8884727594 IL PARKWHIZ INC. REF # 24492151311745045048527 ************2062 |
| 2073 | 11/8/2021 | Ut lities | Electronic Withdrawal | (15) | To Dominion Energy REF=213090069589890N00 1870155877QGC 363130369851591 |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 110721 Las Vegas NV SQ *CREAM ME REF # 24692161311100346261246 ************2062 |
| 2073 | 11/8/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 110521 8884727594 IL PARKWHIZ INC. REF # 24492151309743793781146 ************2062 |
| 2073 | 11/9/2021 | Personal Spending | Debit Purchase - VISA | (882) | On 110821 Visa Direct NY VENMO* REF # 24248181312000063956430 ************7021 |
| 2073 | 11/9/2021 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=213120095093770N00 994097115AINS. PREM.WC1Z05053436 |
| 2073 | 11/10/2021 | Personal Spending | Electronic Withdrawal | (302) | To KIMBERLY PARKER REF=213140080115100N00 9215986202SALE |
| 2073 | 11/12/2021 | Personal Spending | Debit Purchase - VISA | (1,279) | On 111121 702-2813800 NV IN *THE IDEA ROO REF # 24692161315100362437189 ************2062 |
| 2073 | 11/12/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213160107559100N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/12/2021 | Miscellaneous | DMV | (20) | Title Replacement |
| 2073 | 11/12/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 111121 HENDERSON NV TST* TOGO'S - HE REF # 24137461315500765432504 ************2062 |
| 2073 | 11/12/2021 | Personal Spending | Debit Purchase - VISA | (18) | On 111221 8884727594 IL PARKWHIZ INC. REF # 24492151316713623634782 ************2062 |
| 2073 | 11/12/2021 | Personal Spending | Debit Purchase - VISA | (16) | On 111221 8884727594 IL PARKWHIZ INC. REF # 24492151316713628786124 ************2062 |
| 2073 | 11/12/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 110921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621314017018511186 ************206 |
| 0153 | 11/15/2021 | Orc Holdings LLC | Online Transfer to Orc Holdings LLC Business Checking | (1,000,000) | xxxxxx2818 Ref #Ib0Cvf4655 on 11/13/21 |
| 0153 | 11/15/2021 | Orc Holdings LLC | Online Transfer to Orc Holdings LLC Business Checking | (1,000,000) | xxxxxx2818 Ref #Ib0Cvf483G on 11/13/21 |
| 0153 | 11/15/2021 | Orc Holdings LLC | Online Transfer to Orc Holdings LLC Business Checking | (70,000) | xxxxxx2818 Ref #Ib0Cvf49Vh on 11/13/21 |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (1,429) | On 111221 wayfair.com MA WAYFAIR*Wayfair REF # 24906411316134160950218 |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (917) | On 111421 800-314-0980 NY BOMBAS LLC REF # 24492151318719969037595 ************2062 |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (500) | On 111221 1INFINITELOO CA APPLE CASH REF # 24055231318091619505291 ************2062 |
| 2073 | 11/15/2021 | Personal Spending | Electronic Withdrawal | (246) | To PAYPAL REF=213190030660830N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (192) | On 111421 800-922-9934 CA POTTERYBARN.COM REF # 24692161318100758101784 ************206 |
| 2073 | 11/15/2021 | Personal Spending | Electronic Withdrawal | (117) | To PAYPAL REF=213190071932250N00 PAYPALSI77INST XFER CREATIONS |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (80) | On 111421 800-932-9304 UT BUILT BAR REF # 24492151318743975165695 ************2062 |
| 2073 | 11/15/2021 | Personal Spending | Electronic Withdrawal | (71) | To PAYPAL REF=213190072602430N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 111221 WWW.DOORDASH CA DOORDASH*COOKIE REF # 24011341317000012136761 ************ |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 111221 Visa Direct NY VENMO* REF # 24248181316000136992822 ************7021 |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (32) | On 111121 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341316000011420506 ************ |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 111321 WWW.DOORDASH CA DOORDASH*KNEADER REF # 24011341317000037513952 ************ |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (24) | On 111221 WWW.DOORDASH CA DOORDASH*IHOP REF # 24011341317000010344904 ************20 |
| 2073 | 11/15/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 111321 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621318017067026306 ************206 |
| 2073 | 11/16/2021 | Crypto Currency / Investments | Electronic Withdrawal | (49,673) | To CHASE CREDIT CRD REF=213190120979110N00 5760039224EPAY 5615392700 |
| 2073 | 11/16/2021 | Personal Spending | Electronic Withdrawal | (15,448) | To AMEX EPAYMENT REF=213190154053650N00 0005000008ACH PMT M6818 |
| 2073 | 11/16/2021 | Personal Spending | Cameron Powell | (3,000) | Christmas Lights |
| 2073 | 11/17/2021 | Personal Spending | Debit Purchase - VISA | (94) | On 111621 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011341321000010087382 ************ |
| 2073 | 11/17/2021 | Ut lities | Electronic Withdrawal | (50) | To SO CAL GAS REF=213210081851870N00 1992052494PAID SCGC 1688918318 |
| 2073 | 11/17/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 111521 1INFINITELOO CA APPLE CASH REF # 24055231321091654735964 |
| 2073 | 11/18/2021 | Personal Spending | Electronic Withdrawal | (71) | To PAYPAL REF=213210147620870N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/18/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 111721 Visa Direct NY VENMO* REF # 24248181321000183678848 ************7021 |
| 2073 | 11/18/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213210147620920N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/19/2021 | Personal Spending | Debit Purchase - VISA | (750) | On 111821 Visa Direct NY VENMO* REF # 24248181322000144696300 ************7021 |
| 2073 | 11/19/2021 | Personal Spending | Electronic Withdrawal | (293) | To Digital Trust REF=213220148263710N00 1911187958Wallet Fee5010001114 |
| 2073 | 11/19/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 111821 Visa Direct NY VENMO* REF # 24248181322000124122947 ************7021 |
| 2073 | 11/19/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 111821 718-8557955 NY Etsy.com - neptu REF # 24204291322305804065855 ************2062 |
| 2073 | 11/19/2021 | Personal Spending | Debit Purchase - VISA | (16) | On 111821 718-8557955 NY Etsy.com - Cards REF # 24204291322304689848725 ************2062 |
| 2073 | 11/19/2021 | Ut lities | Electronic Withdrawal | (7) | To SO CAL GAS REF=213230075692450N00 1992052494PAID SCGC 0200778309 |
| 0153 | 11/22/2021 | Orc Holdings LLC | Online Transfer to Orc Holdings LLC Business Checking | (1,000,000) | xxxxxx2818 Ref #Ib0Cx2H6Bq on 11/20/21 |
| 0153 | 11/22/2021 | Orc Holdings LLC | Online Transfer to Orc Holdings LLC Business Checking | (918,000) | xxxxxx2818 Ref #Ib0Cx2H7TX on 11/20/21 |
| 2073 | 11/22/2021 | Personal Spending | Electronic Withdrawal | (484) | To PAYPAL REF=213260064112390N00 PAYPALSI77INST XFER CARDSETCETE |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 112121 Visa Direct NY VENMO* REF # 24248181325000154284473 ************7021 |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (135) | On 112021 Visa Direct NY VENMO* REF # 24248181324000136346276 ************7021 |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 111921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621325017022035955 ************206 |
| 2073 | 11/22/2021 | Personal Spending | Electronic Withdrawal | (106) | To PAYPAL REF=213260057090090N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (96) | On 111921 HENDERSON NV CHEVRON 0205625 REF # 24692161323100756968880 ************2062 |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (71) | On 112021 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341325000014690476 ************ |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (66) | On 111921 WWW.DOORDASH CA DOORDASH*COOKIE REF # 24011341323000044871627 ************ |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (65) | On 112021 CUDDLECLONES KY SP * CUDDLE CLON REF # 24011341324000051695900 ************20 |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase | (62) | WALGREENS STORE HENDERSON NV 308815 On 111921 ILNKILNK REF 132322308815 ************20 |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (14) | On 111821 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621323017020080757 ************206 |
| 2073 | 11/22/2021 | Personal Spending | Debit Purchase - VISA | (5) | On 112121 Las Vegas NV SQ *TABLE 8 PROD REF # 24692161326100606933800 ************2062 |
| 2073 | 11/23/2021 | Personal Spending | Debit Purchase - VISA | (41) | On 112121 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341326000014549143 ************ |
| 2073 | 11/24/2021 | Personal Spending | Electronic Withdrawal | (2,679) | To SAVVY INTERIORS REF=213280030703650N00 9215986202SALE |
| 2073 | 11/24/2021 | Personal Spending | Debit Purchase - VISA | (225) | On 112321 Visa Direct NY VENMO* REF # 24248181327000152509879 ************7021 |
| 2073 | 11/24/2021 | Personal Spending | Electronic Withdrawal | (162) | To PAYPAL REF=213270035923730N00 PAYPALSI77INST XFER CARDSETCETE |
| 2073 | 11/24/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 112321 Visa Direct NY VENMO* REF # 24248181327000145337784 ************7021 |
| 2073 | 11/24/2021 | Personal Spending | Debit Purchase - VISA | (14) | On 112321 LAS VEGAS NV KABOB GRILL REF # 24943001328091197000013 ************2062 |
| 2073 | 11/24/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 112221 LAS VEGAS NV THE JUICE BAR AT REF # 24269791328001082255749 ************2062 |
| 2073 | 11/26/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=213300034360530N00 9500000000ONLINE PMTUSB507286632POS |
| 2073 | 11/26/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 112421 Visa Direct NY VENMO* REF # 24248181328000165664678 ************7021 Card 7021 Withdrawa |
| 2073 | 11/26/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 112521 Visa Direct NY VENMO* REF # 24248181329000086630500 ************7021 |
| 2073 | 11/29/2021 | Personal Spending | Electronic Withdrawal | (28,826) | To AMEX EPAYMENT REF=213330042435520N00 0005000008ACH PMT M3088 |
| 2073 | 11/29/2021 | Personal Spending | Electronic Withdrawal | (71) | To PAYPAL REF=213330040301170N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 11/29/2021 | Personal Spending | Debit Purchase - VISA | (59) | On 112721 LAS VEGAS NV TST* GOOD PIE - REF # 24137461331100239942467 ************2062 |
| 2073 | 11/29/2021 | Personal Spending | Debit Purchase - VISA | (28) | On 112721 LAS VEGAS NV TST* GOOD PIE - REF # 24137461331100239942384 ************2062 |
| 2073 | 11/29/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 112621 8884727594 IL PARKWHIZ INC. REF # 24492151331717311094077 |
| 2073 | 11/29/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 112721 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621332017059663712 |
| 2073 | 11/29/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 112721 LAS VEGAS NV TST* TACOTARIAN REF # 24137461332100519833500 ************2062 |
| 2073 | 11/29/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 112821 Las Vegas NV SQ *TABLE 8 PROD REF # 24692161333100204574346 ************2062 |
| 2073 | 11/30/2021 | Personal Spending | Debit Purchase - VISA | (517) | On 112921 WWW.NOBULLPR MA SP * NOBULL REF # 24492161333000040045489 ************2062 Card 2062 With |
| 2073 | 11/30/2021 | Personal Spending | Debit Purchase - VISA | (74) | On 112821 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341333000011296020 ************ |
| 2073 | 11/30/2021 | Personal Spending | Debit Purchase - VISA | (37) | On 112921 REDBUBBLE.CO CA WWW.REDBUBBLE.CO REF # 24492161334000005592011 ************2 |
| 2073 | 11/30/2021 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=213330138006080N00 PAYPALSI77INST XFER COCOABARINJ |
| 0153 | 12/1/2021 | WF Transfer | WF Direct Pay-Payment- Judd Portion of Balance Due for | (27,197) | October. -Tran ID Dp22765460 |
| 2073 | 12/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To USBANK LOAN REF=213350027761640Y00 580580024PAYMENT 000000463603466 ACC [redacted] 3466 EFFEC |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (539) | On 113021 wayfair.com MA WAYFAIR*Wayfair REF # 249064113341354071056 [redacted] ************2062 |
| 2073 | 12/1/2021 | Judd Family Member | US Department of State | (170) | Jen Judd Passport Expedited |
| 2073 | 12/1/2021 | Judd Family Member | US Department of State | (170) | Jeff Judd Passport Expedited |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 113021 Visa Direct NY VENMO* REF # 24248181334000152465289 ************7021 |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (65) | On 113021 HENDERSON NV TARGET 00 REF # 24164071334091007140626 ************2062 |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 113021 Visa Direct NY VENMO* REF # 24248181334000175367694 ************7021 |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (70,000) | To AMEX EPAYMENT REF=213360059827370N00 0005000008ACH PMT M0548 |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 120121 Visa Direct NY VENMO* REF # 24248181335000172292662 ************7021 |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (132) | On 113021 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341335000016755846 ************ |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (60) | To ONLINE PAYROLL REF=213360057948040N00 0000217279PAYROLL 8313839 |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213350123987020N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213350123986940N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=213360057952890N00 PAYPALSI77INST XFER MAJESTICREP MAJ |
| 2073 | 12/3/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (20,000) | To Account 153 [redacted] |
| 2073 | 12/3/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 120321 Visa Direct NY VENMO* REF # 24248181336000235702532 ************7021 |

| | | | | | |
|---|---|---|---|---|---|
| 2073 | 12/3/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 120121 702-4909348 NV PROTOGYM REF # 24000971336570007906090 ***********7021 |
| 2073 | 12/3/2021 | Personal Spending | Debit Purchase - VISA | (7) | On 120221 8884727594 IL PARKWHIZ INC. REF # 24492151337745064538994 ***********2062 |
| 2073 | 12/6/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (550,000) | To Account ██████5473 |
| 2073 | 12/6/2021 | Crypto Currency / Investments | Electronic Withdrawal | (24,505) | To COINBASE INC. REF=2134000577918100010 1327000623888908793OLCYPGBUA |
| 2073 | 12/6/2021 | Crypto Currency / Investments | Electronic Withdrawal | (8,259) | To COINBASE INC. REF=2134000579917900610 1327000623888908793OE2VHBU94 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 120421 wayfair.com MA WAYFAIR*Wayfair REF # 24906411338135797837433 ***********2062 |
| 2073 | 12/6/2021 | Personal Spending | Electronic Withdrawal | (167) | To WIBROS GRBH REF=2133700976253BDN00 7705104B7CIAT PAYPALI7172818134 WELLS FARGO B N MAINZ*L |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 120421 WWW.DOORDASH.CA DOORDASH*CHIPOTL REF # 24011341339000011174403 ***********206 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (54) | On 120221 WWW.DOORDASH.CA DOORDASH*CHICKEN REF # 24011341337000014512064 ***********206 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (55) | On 120321 WWW.DOORDASH.CA DOORDASH*THE CHE REF # 24011341338000014226524 ***********206 |
| 2073 | 12/6/2021 | Ut ities | Electronic Withdrawal | (14) | To Dominion Energy REF=2133700855631000N00 187015587QGC 3631303600B0096 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (28) | On 120421 WWW.DOORDASH.CA DOORDASH*IHOP REF # 24011341338000038681050 ***********21 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 120321 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621339017022001134 ***********206 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 120321 LAS VEGAS NV THE JUICE BAR AT REF # 24269779339000098079171 ***********2062 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 120521 8884727594 IL PARKWHIZ INC. REF # 24492151340173452909131 ***********2062 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (27,261) | To CHASE CREDIT CRD REF=2134001489464DND00 576003922AEPAY 5654299043 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (127) | On 120621 WWW.DOORDASH.CA DOORDASH*VENTANO REF # 24011341341000010304841 ***********2062 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (24) | On 120621 718-8557955 NY Etsy.com - FabPa REF # 24204291340390147665858 ***********2062 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (24) | On 120621 718-8557955 NY Etsy.com - FabPa REF # 24204291340390156890061 ***********2062 |
| 2073 | 12/8/2021 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=2134101286693NDN00 9940971215AINS. PREM.WC1ZD5053436 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (24) | On 120721 WWW.DOORDASH.CA DOORDASH*WEISS R REF # 24011341342000010357113 ***********206 |
| 2073 | 12/8/2021 | Personal Spending | Debit Purchase - VISA | (43) | On 120721 718-8557955 NY Etsy.com - Heidi REF # 24204291342001267704941 ***********2062 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 120821 Visa Direct NV VENMO* REF # 24248181342000017154030 ***********7021 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 120821 Visa Direct NV VENMO* REF # 24248181342000026091982 ***********7021 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 120921 Visa Direct NV VENMO* REF # 24248181342000231166245 ***********7021 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (17) | On 120721 HENDERSON NV SHOW BOY BAKE SH REF # 24687201340330019153293 ***********206 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 120721 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621342017019011100 ***********206 |
| 2073 | 12/10/2021 | Personal Spending | Debit Purchase - VISA | (76) | To PAYPAL REF=2134302112D00 PAYPALSI77NST XFER SOLDELANEIR |
| 2073 | 12/10/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 120921 800-932-9304 UT BUILT BAR REF # 24492151343745880438413 ***********2062 |
| 2073 | 12/10/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 120821 HENDERSON NV PP*PRESSED FOR J REF # 24310391341000019880450 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 121021 1INFINITELOO CA APPLE CASH REF # 240552334609021617433 ***********7021 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (191) | On 121221 HTTPSINSTACA CA INSTACART REF # 24011341346000030473779 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase | (78) | WALGREENS STORE LAS VEGAS NV 431763 On 121121 ILK1TERM REF 134522431763 ***********206G |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (97) | On 121021 HENDERSON NV CHEVRON 0205625 REF # 24692161344100541160236 ***********206G |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (73) | On 120921 WWW.DOORDASH.CA DOORDASH*THE CHE REF # 24011341344000013729124 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (51) | On 121221 WWW.DOORDASH.CA DOORDASH*LUNA GR REF # 24011341346000012867279 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 121021 WWW.DOORDASH.CA DOORDASH*PROTEIN REF # 24011341345000016057829 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (17) | On 121121 WWW.DOORDASH.CA DOORDASH*PANDA E REF # 24011341345000015638553 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (17) | On 121121 LAS VEGAS NV FREEDS DESSERT S REF # 24069501346017066544409 ***********2062 |
| 2073 | 12/14/2021 | Personal Spending | Debit Purchase - VISA | (310) | On 121121 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621346017065013351 ***********206 |
| 2073 | 12/14/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 121321 143-1228 PA STOCKX REF # 24492151348715477178669 ***********2062 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (1,805) | On 121321 WWW.DOORDASH.CA DOORDASH*RACHELS REF # 24011341347000016839530 ***********206 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 121421 qlou.com NV *CITY BLOSSOM REF # 24692151349100245373155 ***********2062 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 121421 Visa Direct NV VENMO* REF # 24248181348000151998011 ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 121421 Visa Direct NV VENMO* REF # 24248181348000176006675 ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (75) | On 121421 Visa Direct NV VENMO* REF # 24248181348001744003042 ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Electronic Withdrawal | (8) | To PAYPAL REF=2134900016B122DND00 PAYPALSI77NST XFER FABLETICSLL |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 121321 LAS VEGAS NV THE JUICE BAR AT REF # 24269779349000118003612 ***********2021 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (4) | On 121321 LAS VEGAS NV THE JUICE BAR AT REF # 24269779349001101176668 ***********206 |
| 2073 | 12/16/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (135,000) | To Account ██████5473 |
| 2073 | 12/16/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (50,000) | To Account ██████5473 |
| 2073 | 12/16/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 121521 180-08630028 NY SP * CREATIVE GO REF # 24011341350000105171181 ***********206 |
| 2073 | 12/16/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 121521 Visa Direct NV VENMO* REF # 24248181349001740112032 ***********7021 |
| 2073 | 12/16/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 121421 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621349017019715124 ***********206 |
| 2073 | 12/17/2021 | Personal Spending | Electronic Withdrawal | (23,827) | To AMEX EPAYMENT REF=2135001032377700D0 000500008ACH PMT M5768 |
| 2073 | 12/17/2021 | Personal Spending | Electronic Withdrawal | (487) | To PAYPAL REF=2135001206039100ND0 PAYPALSI77NST XFER THERAGUN |
| 2073 | 12/17/2021 | Personal Spending | Electronic Withdrawal | (75) | To PAYPAL REF=2135100366670SDND0 PAYPALSI77NST XFER JOYPOLIE |
| 2073 | 12/17/2021 | Ut ities | Electronic Withdrawal | (61) | To SO CAL GAS REF=2135100350463SDND0 199205234WPAID SCGC 1688918318 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (1,000) | PMT To CHRISTOPHER A. On 12/18/21 PMT iD=u5BmMfH6&XhL |
| 2073 | 12/20/2021 | Personal Spending | Electronic Withdrawal | (484) | To PAYPAL REF=2135081601670ND0 PAYPALSI77NST XFER BOSE CORP |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (385) | On 121721 HTTPSUS.HONE DE SP * HONEY BIRDE REF # 24492161351000030162838 ***********206 |
| 2073 | 12/20/2021 | Ut ities | Electronic Withdrawal | (279) | To Digital Trust REF=2135401350750BDN00 19111879S8Fees Cofe501000114 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 121821 Visa Direct NV VENMO* REF # 24248181351000023196440 ***********7021 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 121821 WWW.DOORDASH.CA DOORDASH*EINSTEI REF # 24011341353000030214786 ***********1 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 121721 WWW.DOORDASH.CA DOORDASH*CHICK-F REF # 24011341351000039124946 ***********2 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 121821 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621353017066167404 ***********206 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (537) | On 122021 HENDERSON NV WALGREENS #3871 REF # 24445001355000098588723 ***********2062 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (338) | On 121921 HENDERSON NV KOHLS #0667 REF # 24445001355000109771344 ***********2062 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 121921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621354017019008107 ***********2062 |
| 2073 | 12/21/2021 | Ut ities | Electronic Withdrawal | (52) | To SO CAL GAS REF=2135500064296000 199205234WPAID SCGC 0200778309 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (24) | Range Rover Purchase Kennedy Judd |
| 2073 | 12/22/2021 | Vehicles & Related | JLR Henderson | (90,898) | |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 122121 800-591-3869 MN TARGET.COM * REF # 24431061356083044224365 ***********2062 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (192) | On 122121 HTTPSINSTACA CA INSTACART REF # 24011341355000031684877 ***********2 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 122121 HTTPSWWW.LAU NY LGC*DOORDASH GIF REF # 24011341356000000324819 ***********2 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 122121 WWW.DOORDASH.CA DOORDASH*TROPICA REF # 24011341356000010241557 ***********206 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (28) | On 122021 GRUBHUB.COM NV GRUBHUBANERABBE REF # 24492151357154081406 ***********2 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 122021 WWW.DOORDASH.CA DOORDASH*KNEADER REF # 24011341355000017030202 ***********206 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (132) | On 122221 HTTPSINSTACA CA INSTACART*2246 REF # 24011341357000010797367 ***********206 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (35) | On 122221 Visa Direct NV VENMO* REF # 24248181356000125105049 ***********7021 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (77) | On 122121 GRUBHUB.COM NV GRUBHUBWEISSREST REF # 24492151356371958891033 ***********21 |
| 2073 | 12/24/2021 | Personal Spending | Electronic Withdrawal | (42,474) | To CHASE CREDIT CRD REF=2135700942846DND0 576003922AEPAY 5684994768 |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122221 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621357017023009426 ***********206 |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122321 Visa Direct NV VENMO* REF # 24248181357001250182566 |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase | (21) | SPROUTS FARMERS HENDERSON NV 886632 On 122421 ILNKILNK REF 135816885632 ***********206 |
| 2073 | 12/27/2021 | Personal Spending | Ze le Instant | (2,250) | PMT To STEVE BEYER On 12/27/21 PMT iD=d3ll45ZHIMnv |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase - VISA | (198) | On 122421 HTTPSINSTACA CA INSTACART REF # 24011341358000028680794 ***********2062 |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (195) | To PAYPAL REF=2136011064236DND0 PAYPALSI77NST XFER BARNESNOBLE |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (100) | To Account ██████5473 |
| 2073 | 12/28/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | |
| 2073 | 12/28/2021 | Personal Spending | Debit Purchase - VISA | (1,200) | On 122821 Visa Direct NV VENMO* REF # 24248181361000225966525 |
| 2073 | 12/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (500) | To SOLEIL ASSIN HABIT REF=2136102055138700ND 950000000000NLINE PMTdat5072886320POS |
| 2073 | 12/28/2021 | Judd Family Member | National Advisors Trust | (500) | Judd Insurance |
| 2073 | 12/28/2021 | Personal Spending | Electronic Withdrawal | (114) | To PAYPAL REF=2 61018591520ND0 PAYPALSI77NST XFER UNDERLINING |
| 2073 | 12/29/2021 | Personal Spending | Electronic Withdrawal | (98) | To ONLINE PAYROLL REF=2136200217017DD0N00 00002172779PAYROLL 46231383 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (28,367) | To AMEX EPAYMENT REF=2136200884938DND00 000500008ACH PMT M1828 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (95) | On 122821 702-8850750 NV IN *POST WORTHY REF # 24601611362100628456212 ***********206 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (491) | On 122821  gcvg.com NV SQ *DESSERT REF # 24611613609344670010 ***********7021 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (146) | On 122921 Visa Direct NV VENMO* REF # 24248181362000224512262 ***********7021 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 122921 HENDERSON NV ALBERTSONS #0002 REF # 24231681363837002158526 ***********206 |
| 2073 | 12/30/2021 | Personal Spending | Electronic Withdrawal | (45) | To PAYPAL REF=2136301005938330ND0 PAYPALSI77NST XFER COCOABARINJ |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 122821 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621363017019469541 ***********206 |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (2,000) | Jeff's Birthday Security |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (500) | Rental Fee Jeff's 50th |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (139) | On 123021 HTTPSINSTACA CA INSTACART*159 REF # 24011341364000033995167 ***********2062 Card 260 With |
| 2073 | 1/3/2022 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=2200300748889DDY00 580580D24PAYMENT D0000046360346 3466 EFFEC |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (500) | On 010222 888-8374587 UT WWW.REALTECKON COM REF # 24207852002171100037 **********2 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 010222 Visa Direct NV VENMO* REF # 24248181002000166975140 ***********7021 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (90) | On 010122 407-828-5630 FL WDW WORLD OF DIS REF # 24943002002893002400813 ***********206 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (65) | On 122721 877-263-9300 CA LULULEMONCOM* REF # 24692161000127090634 ***********2 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010122 407-828-5630 FL THE MARA REF # 24943002002132973 727PLYROLL 8305596 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (40) | On 010222 407-828-5630 FL THE MARA REF # 24943002002893002400689 ***********206 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (36) | On 010122 702-4909348 NV PROTOGYM REF # 24000972002893002400613 ***********206 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (26,496) | To CHASE CREDIT CRD REF=2200301533845DND0 576003924EPAY 5705531531 |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (1,967) | On 010322 gcvg.com NV SQ *CITY BLOSSOM REF # 24692162003100075048336 ***********7 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (900) | On 010322 Visa Direct NV VENMO* REF # 24248182003000183096578 ***********7021 |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (250) | To PAYPAL REF=2200301553190070N00 PAYPALSI77NST XFER ANANGOLDGI |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (107) | To PAYPAL REF=2200301535990070N00 PAYPALSI77NST XFER NMGHOLDINGC |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (85) | On 010322 WWW.DOORDASH.CA DOORDASH*JERSEY REF # 24011342004000021237187 ***********2 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (61) | On 010222 407-828-5630 FL PINOCCHIO VILLAG REF # 24943002003893004400183 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (53) | On 010122 407-828-5630 FL NEW SATL'U CANT REF # 24943002003893004445524005 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (26) | On 010222 407-828-5630 FL THE MARA REF # 24943002003893004401471 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (19) | On 010222 407-828-5630 FL SUNSHINE TREE MO REF # 24943002003893003421071 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (18) | On 010222 407-828-5630 FL SUNSHINE TREE MO REF # 24943002003893003421071 ***********206 |

| Acct | Date | Category | Description | Amount | Reference |
|---|---|---|---|---|---|
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (1) | On 010322 HUNT VALLEY MD NAYAX VENDING 14 REF # 240133920030002516399970 ************20 |
| 2073 | 1/5/2022 | Personal Spending | The Gift of Time | (3,809) | |
| 2073 | 1/5/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (726) | To PAYPAL REF=220040176589100N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Personal Spending | Electronic Withdrawal | (645) | To PAYPAL REF=220040157579220N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (575) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113420640002850136O ************20 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (139) | On 010422 HTTPSINSTACA CA INSTACART REF # 240113420040000131022O1 ************20 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (107) | On 010422 888-892-9953 CA ZAZZLE INC REF # 244921520047130043118 ************206 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (60) | On 010322 KISSAMBEE FL CHICK-FIL-A #028 REF # 244273320047100147904O1 ************2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113420640002855183S ************20 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 010422 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 240113420640000245480861 ********** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 010522 407-828-5630 FL THE WALT DISNEY CO REF # 249400520048930044166 ************20 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 010522 407-828-5630 FL ROSE'S ALL-AMER REF # 249430020048930043610 ************2062 |
| 2073 | 1/6/2022 | Horizon Trust Company | Wire Debit REF004372 | (65,000) | BANK OF GEORGE LAS 220106039418 WF=HORIZON TRUST COMPANY 6301 INDIAN SCHOOL RD |
| 2073 | 1/6/2022 | Personal Spending | Electronic Withdrawal | (482) | To PAYPAL REF=220050193926300N00 PAYPALSI77INST XFER CARDSETCETE |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase | (213) | NORDSTROM RACK # HENDERSON NV 340455 On 010522 ILNKILNK REF 200601340455 ************20 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (89) | On 010522 Visa Direct NV VENMO* REF # 242481820050001533708 15 ************7021 |
| 2073 | 1/6/2022 | Ut ilites | Electronic Withdrawal | (165) | WALGREENS STORE HENDERSON NV 135947 On 010622 ILKSTERM REF 200621135947 ************20 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (119) | To Dominion Energy REF=220050125760590N00 187015587QSGC 361130500888 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (85) | On 010522 Visa Direct NV VENMO* REF # 242481820050001360355S0 ************7021 |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (26,713) | To AMEX EPAYMENT REF=220060080326280N00 000500000BACH PMT M6890 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (18,125) | On 010622 CHASE CREDIT CRD REF=220060050556470N00 5760039224EPAY 571098148 4 |
| 2073 | 1/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (794) | To PAYPAL REF=220070007472160N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (144) | To WEST COAST LIFE REF=220060037098160N00 99409711SAINS PREM WC1225053436 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (100) | On 010622 Visa Direct NV VENMO* REF # 242481820050001865962386 ************7021 |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (19) | To PAYPAL REF=220060054366890N00 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 010622 LAS VEGAS NV PANDA EXPRESS #1 REF # 244331062003680651171 ************2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (2,000) | On 010822 Visa Direct NV VENMO* REF # 242481820080001017943866 ************7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (1,529) | On 010722 855-8274654 CA BLT*tadashi Shoji REF # 249064120071381091341S8 ************206 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (660) | On 010922 Visa Direct NV VENMO* REF # 242481820090001640494S ************7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (600) | To PAYPAL REF=220100069777130N00 PAYPALSI77INST XFER CARTOONVEGA |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (313) | On 010722 800-289-6229 OH MACYS .COM REF # 244457320086000701938S75 ************2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (300) | On 010722 Visa Direct NV VENMO* REF # 242481820070001411707662 ************7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase | (28) | HOMEGOODS 2950 S HENDERSON NV 111341 On 011022 MAESTERM REF 111341 ************20 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (211) | On 010922 gosq.com NV SQ *PAPERBAGBEAU REF # 246921620091006123022S16 ************2062 |
| 2073 | 1/10/2022 | Personal Spending | Electronic Withdrawal | (76) | On 010822 WWW.DOORDASH CA DOORDASH*THE CHE REF # 240113420090001564264334 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (24) | On 010822 HENDERSON NV SHELL OIL 57443 4 REF # 243160520094680722689 ************2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010622 702-4909348 NV PROTOGYM REF # 240090720077220067662573 ************2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010822 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220090170574710165 ************206 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010622 LAS VEGAS NV THE JUICE BAR AT REF # 242697920080090453797 ************2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (52) | On 010322 gosq.com NV SQ *CAKED REF # 246921620101008995143040 ************2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (75) | On 010822 HENDERSON NV PP*PRESSED FOR J REF # 243103320101060001248365 ************206 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (51) | On 010222 HENDERSON NV TRADER JOE'S #28 REF # 244699820111191000510206 ************2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (21) | On 010722 LAS VEGAS NV 402682 On 011022 ILNKILNK REF 201020240268 ************2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase | (15) | WALGREENS STORE HENDERSON NV 305440 On 011022 ILNKILNK REF 201020305440 ************20 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 010622 LAS VEGAS NV THE JUICE BAR AT REF # 242697920100040412 07371 ************206 |
| 2073 | 1/12/2022 | Personal Spending | Debit Purchase - VISA | (14) | To PAYPAL REF=220120190647580N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (324) | On 011222 gosq.com NV SQ *THE JOY POP REF # 246921620121005508507S9 ************2062 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011122 702-4909348 NV PROTOGYM REF # 240090720121007062688692 ************2062 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011222 HENDERSON NV PANDA EXPRESS #1 REF # 244331062013838009440709 ************2062 |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011222 HENDERSON NV RAISING CANE'S 4 REF # 242316820126981240071 16 ************2062 |
| 2073 | 1/14/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (295,000) | To Account ██████5473 |
| 2073 | 1/14/2022 | Personal Spending | Electronic Withdrawal | (372) | To PAYPAL REF=220130063234960N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (95) | On 011222 702-4909348 NV PROTOGYM REF # 240090720137400075443079 ************7021 |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011222 LAS VEGAS NV THE JUICE BAR AT REF # 242697920140009026013117 ************2062 |
| 2073 | 1/18/2022 | Personal Spending | Electronic Withdrawal | (2,157) | To PAYPAL REF=220180073109290N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/18/2022 | USB Loan Paydown | Electronic Withdrawal | (2,147) | To USBANK LOAN REF=220180148031860N00 5805800242PAYMENT 000000465936338 ACC ███████DFFEC |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (331) | On 011522 WWW.VIOCOLL CA VIO COLLECTION REF # 244921620160000110934 23 ************20 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (129) | On 011422 800-888-1500 OH VICTORIAS SECRET REF # 244914420150007046140 10 ************206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (179) | On 011722 718-8557955 NY Etsy.com - Heart REF # 242042920180021047000134 ************20 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (156) | On 011622 888-8374587 UT WWWBALTICBORNCOM REF # 242075820161723002121317 ************2 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (127) | On 011522 WWW.DOORDASH CA DOORDASH*THE CHE REF # 240113420160000288883036 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 011622 WWW.DOORDASH CA DOORDASH*VENTANO REF # 240113420170000214960S8 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (81) | On 011722 718-8557955 NY Etsy.com - Heart REF # 242042920180021616305852 ************20 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011722 Visa Direct NV VENMO* REF # 242481820170000951026S ************7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011322 WWW.DOORDASH CA DOORDASH*KNEADER REF # 240113420140000515321539 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011322 702-4909348 NV PROTOGYM REF # 240090720147840080451231 ************7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011322 WWW.DOORDASH CA DOORDASH*TWISTED REF # 240113420140000105094425 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011522 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220160170642683411 ************206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011622 LAS VEGAS NV PANDA EXPRESS #1 REF # 244310620173878007295242 ************2062 |
| 2073 | 1/19/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (1,300,000) | To Account ██████5473 |
| 2073 | 1/19/2022 | Personal Spending | Electronic Withdrawal | (100,000) | To PAYPAL REF=220190088000020N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (224) | On 011822 Visa Direct NV VENMO* REF # 242481820050002564281 ************7021 |
| 2073 | 1/19/2022 | Ut ilites | Electronic Withdrawal | (80) | To Digital Trust REF=220180232422130N00 191187958Fees CoRe5010001114 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (13) | To SO CAL GAS REF=220190075278110N00 199205249APAID SCGC 168958518 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011822 WWW.DOORDASH CA DOORDASH*RACHELS REF # 240113420180000102957S3 ********** |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 011722 LAS VEGAS NV RACHELS KITCHEN C REF # 242697920180504406723910 ************2062 |
| 2073 | 1/20/2022 | J&J Entity | Online Transfer to J and J Purchasing LLC Business Checking | (10,000) | PMT To DOUG NEIGHBORS On 01/20/22 PMT ID=USBw90WfDKp |
| 2153 | 1/20/2022 | Personal Spending | Ze le Instant | (3,241) | xxxox7037 Ref #8tkO0xgpwph8 on 01/20/22 |
| 2073 | 1/20/2022 | Personal Spending | Ze le Instant | (549) | On 011922 800-613-0545 GA SYNCB PAYMENT REF # 241382820198985211208N64 ************20 |
| 2073 | 1/20/2022 | Personal Spending | Ze le Instant | (130) | On 011922 Visa Direct NV VENMO* REF # 242481820190001357037N6 ************7021 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (46) | On 011922 WWW.DOORDASH CA DOORDASH*KNEADER REF # 240113420200000119025379 ********** |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 011922 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 240113420200000116974006 ********** |
| 2073 | 1/21/2022 | Vehicles & Related | Ferrari Maserati of Las Vegas | (521,240) | 2019 Ferrari |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (1,000) | PMT To JULIE TRAINER On 01/21/22 PMT ID=USB3zisK9tUjx |
| 2073 | 1/21/2022 | Personal Spending | Ze le Instant | (650) | PMT To JESSICA On 01/21/22 PMT ID=USBfXuk9fV8R |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (360) | On 011922 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220200170188062 ************7021 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (150) | On 012022 Visa Direct NV VENMO* REF # 242481820200001330379 ************7021 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011822 LAS VEGAS NV THE JUICE BAR AT REF # 242697920200040215892 ************7021 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 012022 LAS VEGAS NV THE JUICE BAR AT REF # 242697920210008461453 ************2062 |
| 2073 | 1/21/2022 | Ut ilites | Electronic Withdrawal | (7) | To SO CAL GAS REF=220210249968060N00 199205249APAID SCGC 02800778309 |
| 2073 | 1/24/2022 | Immaculate Restoration and Carpet Care | Electronic Withdrawal | (4,500) | Tile Cleaning |
| 2073 | 1/24/2022 | Personal Spending | Ze le Instant | (2,100) | On 012122 WWW.DOORDASH CA DOORDASH*THE CHE REF # 240113420220000540944 ********** |
| 2073 | 1/24/2022 | Judd Family Member | Ze le Instant | (2,045) | PMT To KENNEDY JUDD On 01/24/22 PMT ID=USBUj6q9gunW |
| 2073 | 1/24/2022 | Personal Spending | Ze le Instant | (500) | PMT To ALEXANDRA CHAVEZ On 01/24/22 PMT ID=USBFr5q9sgMxL |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (491) | On 012122 800-782-6724 MO USPS.COM POSTAL REF # 241374620226001417N6344 ************206 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (302) | On 012222 COSTA MESA CA SOUTH COAST GA- REF # 241374620220220095972N471 ************206 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 012022 702-4909348 NV PROTOGYM REF # 240090720217780098179S1 ************7021 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (18) | On 012122 WWW.DOORDASH NV RACHELS KITCHEN REF # 242697920210008867882 ************2062 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 012122 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220222701707521 ************7021 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 012122 LAS VEGAS NV THE JUICE BAR AT REF # 242697920230008393393 ************7021 |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (34,861) | On 012522 gosq.com NV ********** |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (14,939) | On 012522 gosq.com NV ********** |
| 2073 | 1/26/2022 | Crypto Currency / Investments | Electronic Withdrawal | (24) | On 012522 gosq.com NV ********** |
| 2073 | 1/26/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account ██████5473 |
| 2073 | 1/26/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (100,000) | To Account ██████0331 |
| 2073 | 1/26/2022 | BJ Holdings LLC #0010 (Beaubie Entity) | Mobile Banking Transfer | (16,000) | To Account ██████0010 |
| 2073 | 1/26/2022 | Personal Spending | Electronic Withdrawal | (290) | To PAYPAL REF=220250070388450N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (166) | On 012522 Visa Direct NV VENMO* REF # 242481820250001371349 ************7021 Card 7021 Withdraws |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (153) | On 012522 WWW.DOORDASH*SPICY T REF # 240113420260000164425O4 ********** |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 012522 Visa Direct NV VENMO* REF # 242481820250001588957 ************7021 |
| 2073 | 1/27/2022 | Personal Spending | Electronic Withdrawal | (60,000) | To AMEX EPAYMENT REF=220260027946080N00 00050000BACH PMT M6856 |
| 2073 | 1/27/2022 | Crypto Currency / Investments | Debit Purchase - VISA | (235) | On 012522 1INFINITELOO CA APPLE CASH RE # 240552320270013370011 ************20 |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase | (75) | HOMEGOODS 517 N HENDERSON NV 016758 On 012622 MAESTERM REF 016758 ************20 |
| 2073 | 1/28/2022 | Personal Spending | Debit Purchase - VISA | (8) | On 012622 HENDERSON NV PANDA EXPRESS #1 REF # 244310620272830141471S3 ************206 |
| 2073 | 1/28/2022 | Personal Spending | Electronic Withdrawal | (42,924) | WALGREENS STORE HENDERSON NV 118716 On 012722 ILKSTERM REF 202623118716 ************20 |
| 2073 | 1/28/2022 | Personal Spending | Electronic Withdrawal | (19,342) | To AMEX EPAYMENT REF=220270082779800N00 000500000BACH PMT M5842 |
| 2073 | 1/31/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (26) | To CHASE CREDIT CRD REF=220270115560580N00 55900000000LINE PMT USB0728663206 |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (24,304) | To COINBASE INC. REF=220310019084910N00 1327000622888908999004LE FFUNDS VIRTU |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (2,355) | To COINBASE INC. REF=220310020849160N00 1327000622888908999004LE VIRTU |
| 2073 | 1/31/2022 | Personal Spending | Electronic Withdrawal | (1,042) | On 012822 gosq.com NV SQ *PAPERBAGBEAU REF # 246921620281060400250S96 |
| 2073 | 2/1/2022 | Crypto Currency / Investments | Electronic Withdrawal | (22) | To PAYPAL REF=220310025169960N00 PAYPALSI77INST XFER COCOABARINU |
| 2073 | 2/1/2022 | Personal Spending | Debit Purchase - VISA | (3,437) | REF=220320016166610N00 585589024PAYMENT 0000000466466 ACC ███████ 3466 EFFECTIVE 02/0 |
| 2073 | 2/1/2022 | Personal Spending | Electronic Withdrawal | (260) | VENMO* REF # 242481820310001833132 ************7021 |
| 2073 | 2/2/2022 | Personal Spending | Electronic Withdrawal | (9) | VENMO* REF # 242481820310001853132 ************7021 |
| 2073 | 2/2/2022 | Personal Spending | Ze le Instant | (2,250) | On 02/02/22 PMT ID=USB7kde9jKJC |

| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (875) | APPLE CASH REF # 240552320330917698Z0419 ***********2062 |
|---|---|---|---|---|---|
| 2073 | 2/2/2022 | Personal Spending | Electronic Withdrawal | (60) | REF=220330106292780N00 0000217279PAYROLL 4331586 |
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (34) | DOORDASH*TWISTED REF # 240113420330001355114Z ***********2062 |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (2,500) | Security Fee 54425 |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (1,400) | Rental Fee 51338 |
| 2073 | 2/3/2022 | Personal Spending | Debit Purchase - VISA | (132) | REF=220332039339720N00 PAYPAL577INST XFER LANEIGE |
| 2073 | 2/3/2022 | Personal Spending | Debit Purchase - VISA | (30) | PROTOGYM REF # 240009720338107083052 ***********7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (162) | @PUNCHDRENCB REF # 244921620340001848532B ***********7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (73) | VENMO* REF # 242481820340001124724S9 ***********7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (43) | HALLMARK CREATIO REF # 244129520348972601737AB ***********2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (35) | THE JUICE BAR AT REF # 242697920350008208458X9 ***********2062 |
| 2073 | 2/7/2022 | Sun West Homes | Debit Purchase - VISA | (30,000) | Design Deposit |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (2,025) | VENMO* REF # 242481820350001422981632 ***********7021 |
| 2073 | 2/7/2022 | Personal Spending | Electronic Withdrawal | (1,046) | REF=220380115596D30N00 PAYPAL577INST XFER MILLERSMP0X |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (655) | LULUS.COM REF # 240113420370000915373 ***********7021 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (135) | VENMO* REF # 242481820350001930110Z7 ***********7021 |
| 2073 | 2/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (127) | REF=220380102734410N00 18701558770GC 3631303698046442 |
| 2073 | 2/7/2022 | Personal Spending | Ze le Instant | (50) | On 02/07/22 PMT ID=USB4KC39KEZE |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (55) | SASSY BLOWTIQUE REF # 240916220370170629661N8 ***********2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (20) | SASSY BLOWTIQUE REF # 240916220350170184104GB ***********2062 |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (50) | THE JUICE BAR AT REF # 242697920350055515315B ***********2062 |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (1,194) | VICI COLLECTION REF # 244921620380000188292T4 ***********2062 |
| 2073 | 2/8/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (86) | REF=220390053286930N00 PAYPAL577INST XFER BOOTB4NINC |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (35) | PINKBOX DOUGHNUT REF # 242697920382001280203050 ***********2062 |
| 2073 | 2/9/2022 | Crypto Currency / Investments | Electronic Withdrawal | (6,722) | REF=220390026770040N00 136435077740FZP 4PZP 4PZP |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (164) | REF=220390080553309N00 994097115AINS PREM WC1205053436 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (160) | FREEPEOPLE.COM REF # 244450020391001069078T1 ***********2062 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (33) | VENMO* REF # 242481820390001453936669 ***********7021 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (10) | INSTACART*2246 REF # 240113420400000124x1789 ***********7021 |
| 2073 | 2/10/2022 | Miscellaneous | Electronic Withdrawal | (80,000) | REF=240001191407N00 0005000008ACH PMT M2078 |
| 2073 | 2/10/2022 | Crypto Currency / Investments | Electronic Withdrawal | (25,000) | REF=220400096508320N00 576003224PAY 577283130 |
| 2073 | 2/10/2022 | Personal Spending | Debit Purchase - VISA | (9) | RAISING CANE'S 4 REF # 242316820406986409840869 ***********2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (71) | PP*PRESSED FOR J REF # 243103320419007041977364I ***********2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (45) | TST* MAKAI PACIF REF # 241374620411004217304D ***********2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (13) | SASSY BLOWTIQUE REF # 240916220410170188493S2 ***********2062 |
| 2073 | 2/14/2022 | Vehicles & Related | Electronic Withdrawal | (43,820) | VIN 5XYPSDHC7NG211851 PAYOFF GARY JUDD ACCT 52271 |
| 2073 | 2/14/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (813) | REF=220450034785250N00 PAYPAL577INST XFER REVOLVE |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (576) | NOBULL REF # 244921620420001345558Z ***********2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (215) | MACYS .COM REF # 244457320430006376179 ***********2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (149) | DOORDASH*COOKIE REF # 240113420430001668509 ***********2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (56) | DOORDASH*THE CHE REF # 240113420420001660509 ***********7021 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (50) | VENMO* REF # 242481820420001624281799 ***********7021 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (50) | REF=220450063546110N00 PAYPAL577INST XFER FABLETICSLL |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (40) | SASSY BLOWTIQUE REF # 240916220440170648085I49 |
| 2073 | 2/15/2022 | Personal Spending | Debit Purchase | (17) | 251340 On 021422 ILNKILNK REF 204520251340 |
| 2073 | 2/15/2022 | Personal Spending | Electronic Withdrawal | (2,147) | REF=220460084826330N00 5805B000024PAYMENT 00000004630638 ACCT- 33B EFFECTIVE 02/1 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (919) | DOORDASH*RED REF # 240113420450001405189 ***********7021 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (513) | FRG*MLSSTORE.COM REF # 242316820477009301020569 ***********2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (375) | DECKERS*HOKA ONE REF # 246921620461003220447331 ***********2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase | (134) | 128655 On 021522 ILNKILNK REF 204611128655 ***********2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (74) | ALBERTSONS #0002 REF # 242316820468370012514Z7 ***********7021 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase | (15) | 410338 On 021622 ILNKILNK REF 204718410338 ***********2062 |
| 2073 | 2/17/2022 | Personal Spending | Electronic Withdrawal | (180) | REF=220480099407330N00 191118795BFees ColleS010001114 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (99) | REF=220480102856130N00 199205245HPAD SCGC 1688918318 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (55) | TST* PUCKS COOKI REF # 241374620480010117414228 ***********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (150) | MIKESRECOVERY REF # 244921620480000267662992 ***********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (38) | SASSY BLOWTIQUE REF # 240916220480170186278A3 ***********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (27) | PP*PRESSED FOR J REF # 243103320480001028896J ***********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (16) | PANERA BREAD #20 REF # 246921620481008846523291 ***********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (10) | THE JUICE STANDA REF # 240009720488937001429371 ***********2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (250) | VENMO* REF # 242481820490016590453G6 ***********7021 Card 7021 Withdrawals Subtotal |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (135) | VENMO* REF # 242481820520001450669629 ***********7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (100) | VENMO* REF # 242481820490016237240A ***********7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (52) | DOORDASH*RACHELS REF # 240113420500000374357J0 ***********7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (35) | TST* MAKAI PACIF REF # 241374620510026032153SH ***********2062 |
| 2073 | 2/22/2022 | Personal Spending | Electronic Withdrawal | (34) | REF=220530082924770N00 199205249APAID SCGC 0200778309 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (10) | SASSY BLOWTIQUE REF # 240916220510170211688477 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE BAR AT REF # 242697920510008104812B3 |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (7,947) | REF=220540088347400ND0D2 13270006238889087930H5B4TGUM |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (31,308) | REF=220540195181410N00 0005000008ACH PMT M5412 |
| 2073 | 2/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (19,580) | REF=220540191865400N00 5760039224EPAY 579975732Ø |
| 2073 | 2/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (26,000) | REF=220560095585850V00 A5819168220015O300 012431 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (38) | THE JUICE BAR AT REF # 242697920550005226122739 ***********2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE BAR AT REF # 242697920550052613812 ***********2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE STANDA REF # 240009720550027003638630 ***********2062 |
| 2073 | 2/28/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (603) | REF=220590031387370N00 950000000ONLINE PMTUS850728663JPOS |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (68) | REF=220590073008380N00 PAYPAL577INST XFER SAKSCOMALL |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (35) | PP*PRESSED FOR J REF # 243103320580000115004n9 ***********2062 Card 2062 Withdrawals Subto |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (27) | ONE BITE REF # 249430020570910B900308 ***********7021 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase | (10) | 31368ϑ On 022522 ILNKILNK REF 205701313689 ***********2062 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (10) | SASSY BLOWTIQUE REF # 240916220580170630235149 ***********2062 |
| 2073 | 3/1/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (490,000) | To Account ████ 5473 |
| 2073 | 3/1/2022 | USB Loan Paydown | Electronic Withdrawal | (3,104) | To USBANK LOAN REF=220600037537340Y00 5805800024PAYMENT 0000004636036466 ACCT- 466 EFFEC |
| 2073 | 3/1/2022 | Personal Spending | Debit Purchase - VISA | (225) | To PAYPAL REF=220590152667050N00 PAYPAL577INST XFER COLOGUARD3NU |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (135) | On 022822 19FINITELO CA APPLE CASH REF # 240552320610912246013TS ***********7021 |
| 2073 | 3/2/2022 | Personal Spending | Electronic Withdrawal | (100) | To ONLINE PAYROLL REF=220610054632990N00 000021277PAYROLL 0362378 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 022822 LAS VEGAS NV THE JUICE BAR AT REF # 242697920610009651228S1 ***********2062 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 030122 702-4909348 NV PROTOGYM REF # 240009720610615075802469 ***********7021 |
| 2073 | 3/4/2022 | Personal Spending | Ze le Instant | (1,700) | PMT To CHRISTOPHER A On 03/04/22 PMT ID=USB3CNQ9ZQ9 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (896) | On 030222 19FINITELO CA APPLE CASH REF # 240552320630912571442181 ***********7021 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 030322 LAS VEGAS NV CDSMGPOL-SELF PA REF # 249430020630164490072B2 ***********7021 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 030222 LAS VEGAS NV THE JUICE BAR AT REF # 242697920630009848060638 ***********2062 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (26,754) | To AMEX EPAYMENT REF=220660087236480N00 0005000008ACH PMT M5472 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (425) | On 030422 Visa Direct NY VENMO* REF # 242481820630001145002062 ***********7021 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (420) | On 030422 Visa Direct NY VENMO* REF # 242481820630001159703420 ***********7021 |
| 2073 | 3/9/2022 | Ut ilies | Electronic Withdrawal | (3,782) | To Dominion Energy REF=220660069929430N00 187015587TQGC 3631303698B4024 |
| 2073 | 3/9/2022 | Personal Spending | Debit Purchase - VISA | (136) | On 030722 19INFINITELO CA APPLE CASH REF # 240552320680913370536G7 ***********7021 |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (50) | To WEST COAST LIFE REF=220670053896750N00 994097115AINS PREM WC1205053436 |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (50) | To PAYPAL REF=220670107331610N00 PAYPAL577INST XFER FABLETICSLL |
| 2073 | 3/10/2022 | Miscellaneous | Customer Withdrawal | (10,000) | To Account |
| 2073 | 3/11/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (5,000) | To Account ████ 5473 |
| 2073 | 3/11/2022 | Personal Spending | Ze le Instant | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=USB3Rm9tPDV |
| 2073 | 3/11/2022 | Personal Spending | Zelle Standard | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=USB4Hhz9t2WD |
| 2073 | 3/11/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (4,000) | To Account ████ 0331 |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 031122 Visa Direct NY VENMO* REF # 242481820690002356334N6 ***********7021 |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (240) | On 031122 Visa Direct NY VENMO* REF # 242481820690002524278 ***********7021 |
| 2073 | 3/14/2022 | Miscellaneous | Customer Withdrawal | (10,000) | To Account |
| 2073 | 3/14/2022 | Personal Spending | Debit Purchase | (1,625) | APPLE STORE R219 LAS VEGAS NV 834582 On 031422 MAESTERM REF 83407 |
| 2073 | 3/15/2022 | USB Loan Paydown | Electronic Withdrawal | (1,939) | To USBANK LOAN REF=220740071558010Y00 5805800024PAYMENT 0000004636036338 ACCT- 6338 EFFEC |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (3) | On 031422 LAS VEGAS NV GAUDIN PORSCHE O REF # 246133920740001656207480B ***********7021 |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (1) | On 031422 844-4727577 IL PARKINGCOM REF # 240133920740001585174696 ***********7021 |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (200) | To Digital Trust REF=220800095655750N00 19111879SBFees ColleS010001114 |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (135) | On 031922 702-704-1768 NV SASSY BOUTIQUE O REF # 240916220790170660023196 ***********2062 Card 2062 With |
| 2073 | 3/21/2022 | Ut ilies | Electronic Withdrawal | (121) | To SO CAL GAS REF=220800061597130N00 199205249APAID SCGC 1688918318 |
| 2073 | 3/23/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 032022 LAS VEGAS NV LAS AIRPORT REF # 246254620790000130625405 ***********7021 Card 7021 Withdraw |
| 2073 | 3/23/2022 | Vehicles & Related | Win & G Vehicle Registration | (1,344) | Car Titles |
| 2073 | 3/23/2022 | Ut ilies | Electronic Withdrawal | (6) | To SO CAL GAS REF=220820087993870N00 199205249APAID SCGC 0200778309 |

# SCHEDULE 9

# SCHEDULE 9

| 1-Year Donations - (USD) | | | | Total: $ | (1,227,300) | |
|---|---|---|---|---|---|---|
| **Account** | **Transfer Date** | **Category** | **Payee** | **Cashflow** | **Memo** | |
| 2073 | 3/23/2021 | Church / Donation | Electronic Withdrawal | (200,300) | To Ch JesusChrist REF=2108101535726900N00 1 | 4341DONATION 73484920 |
| 2073 | 5/11/2021 | Church / Donation | Positively Arts | (25,000) | Non-profit Donation | |
| 2073 | 7/30/2021 | Church / Donation | Electronic Withdrawal | (200,500) | To Ch JesusChrist REF=2121001186112200N00 | 4341DONATION 79076404 |
| 2073 | 10/5/2021 | Church / Donation | Electronic Withdrawal | (300,500) | To Ch JesusChrist REF=2127702187666200N00 | 4341DONATION 81934033 |
| 2073 | 11/1/2021 | Church / Donation | Electronic Withdrawal | (300,500) | To Ch JesusChrist REF=2130201159185400N00 | 4341DONATION 83153258 |
| 2073 | 12/29/2021 | Church / Donation | Electronic Withdrawal | (200,500) | To Ch JesusChrist REF=2136200766770500N00 | 341DONATION 86018847 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re   **J & J Consulting Services, Inc.**

_____
Debtor(s)

Case No.   **22-10942-mkn**

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | * |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

\* Garman Turner Gordon has filed an application to be employed (the "Employment Application"), which is on file at ECF No. 115. The terms of GTG's employment are set forth therein. To date, Debtor has not received payment, but anticipates receiving payment based on its hourly fees as set forth in the Employment Application after notice and court approval.

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

06/02/2022
_____
Date

/s/ Teresa M. Pilatowicz
_____
**Teresa M. Pilatowicz 9605**
*Signature of Attorney*
**Garman Turner Gordon LLP**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**tpilatowicz@gtg.legal**
*Name of law firm*

DocuSign Envelope ID: 1696F513-71BF-4E60-9F4C-F0EE4DA9AA40

# United States Bankruptcy Court
## District of Nevada

In re **J & J Consulting Services, Inc.**

Debtor(s)

Case No. **22-10942-mkn**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey Judd**<br>**9 Sky Arc Court**<br>**Henderson, NV 89012** | **Stock** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  6/2/2022

Signature  *DocuSigned by:*
6B0C64C8C5664E0...
**Peter Kravitz**

*Penalty for making a false statement of concealing property*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re   **J & J Consulting Services, Inc.**

Debtor(s)

Case No.   **22-10942-mkn**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **J & J Consulting Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

06/02/2022

Date

*/s/ Teresa M. Pilatowicz*

**Teresa M. Pilatowicz 9605**
Signature of Attorney or Litigant
Counsel for   **J & J Consulting Services, Inc.**
**Garman Turner Gordon LLP**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**tpilatowicz@gtg.legal**

Name, Address, Telephone No. & I.D. No.
**Teresa M. Pilatowicz 9605**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**9605 NV**

## UNITED STATES BANKRUPTCY COURT
### District of Nevada

In Re
**J & J Consulting Services, Inc.**

Debtor(s)

BANKRUPTCY NO. **22-10942-mkn**
CHAPTER NO. **11**

## DECLARATION RE: ELECTRONIC FILING OF PETITION
## SCHEDULES, STATEMENTS AND PLAN (if applicable)

### PART I - DECLARATION OF PETITIONER

I [We] ___**Peter Kravitz**___ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 6/2/2022

Signed: _____
**Peter Kravitz/Chief Restructuring Officer**
(Applicant)

### PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: 06/02/2022

Signed: _/s/ Teresa M. Pilatowicz_____
**Teresa M. Pilatowicz 9605**
Attorney for Debtor(s)