GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6665
E-mail: ggarman@gtg.legal
WILLIAM M. NOALL, ESQ.
Nevada Bar No.3549
E-mail: wnoall@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
TERESA M. PILATOWICZ, ESQ.
Nevada Bar No. 9605
E-mail: tpilatowicz@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000
[Proposed] *Counsel to the Debtor*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-22-10942-MKN<br>Chapter 11 |
| J & J CONSULTING SERVICES, INC. | |
| ☐      Affects this Debtor. | **LEAD CASE** |
| | **Jointly Administered with:** |
| In re: | |
| J AND J PURCHASING, LLC | Case No. BK-22-10943-MKN<br>Chapter 11 |
| ☒      Affects this Debtor. | |

**GLOBAL NOTES, RESERVATION OF RIGHTS, AND STATEMENT OF
LIMITATIONS, METHODOLOGY, AND DISCLAIMER REGARDING
DEBTOR'S SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS**

J & J Purchasing, LLC ("Debtor"), debtor and debtor-in-possession, consented to entry for an order for relief after the filing of an involuntary petition against it under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). As a result, Debtor has commenced a chapter 11 case (the "Chapter 11 Case") in the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

On April 15, 2022, and as confirmed by *Order Granting Emergency Agreed Application for Entry of an Order Authorizing the Retention, Employment, and Appointment of Peter Kravitz as the Alleged Debtor's Chief Restructuring Officer* dated April 26, 2022, Peter Kravitz was appointed as the Debtor's Chief Restructuring Officer ("Mr. Kravitz" or the "CRO"). The CRO, on behalf of Debtor, with the assistance of Debtor's advisors, have prepared and filed Debtor's Schedules of Assets and Liabilities (as amended, the "Schedules") and Statement of Financial Affairs (as amended, the "SOFA") pursuant to Section 521 of the Bankruptcy Code and Rule 1007

of the Federal Rules of Bankruptcy Procedures (the "<u>Bankruptcy Rules</u>") with the Bankruptcy Court.

Debtor is accused of operating a *Ponzi* scheme, and Mr. Kravitz was retained to replace management to manage the Debtor and, among other things, pursue recoveries for the benefit of all creditors.  To date, Mr. Kravitz has been denied access to Debtor's books and records, which Mr. Kravitz understands have been seized by the Federal Bureau of Investigation (the "<u>FBI Seized Documents</u>").  Mr. Kravitz has also been denied access to certain of Debtor's assets, including bank accounts, due to an *Order Entering Preliminary Injunction, Asset Freeze, and Other Equitable Relief* (the "<u>SEC Asset Freeze</u>") imposed at the request of the Securities and Exchange Commission. Mr. Kravitz has been working to obtain access to Debtor's books, records, and assets, but in the meantime, has compiled the information set forth from third-party and other sources, including through issued subpoenas.  As such, the Schedules and SOFA are not anticipated to be complete. Mr. Kravitz will continue to review the information gathered by Debtor's advisors and provide periodic updates to the Schedules and SOFA as is necessary and appropriate.

Mr. Kravitz has signed the Schedules and SOFA as the Debtor's CRO in this Chapter 11 Case. In reviewing and signing the Schedules and SOFA, Mr. Kravitz has necessarily relied upon information gathered to date by Debtor's advisors.  Mr. Kravitz has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors.

The Debtor contemporaneously files these *Global Notes, Reservation of Rights, and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtor's Schedules and Statements of Financial Affairs* (the "<u>Global Notes</u>") as a supplement to and integral part of the Schedules and SOFA. These Global Notes are incorporated by reference into the Schedules and SOFA and should be reviewed in connection with any review of the Schedules and SOFA.

The Debtor's Schedules and SOFA do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("<u>GAAP</u>"), nor are they intended to be fully reconciled to Debtor's financial statements. The Schedules and SOFA contain unaudited information that is subject to further review and potential adjustment. The Schedules and SOFA reflect Debtor's reasonable best efforts to report its assets and liabilities of Debtor in accordance with the information available to the CRO as of their filing.

In preparing the Schedules and SOFA, the Debtor relied on financial data derived from the records that were available at the time of such preparation.  Although Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, subsequent information or discovery may result in material changes to the Schedules and SOFA.  As a result, inadvertent errors or omissions may exist.  The Debtor reserves all rights to amend, supplement, or otherwise modify the Schedules and SOFA as is necessary or appropriate.

Debtor is filing its Schedule and SOFA at the same time as J &J Consulting Services, Inc. ("<u>Consulting</u>"), with which its case is being jointly administered.  As the CRO is still in the process of obtaining, reviewing, and analyzing relevant documents, the Schedules and SOFA for Debtor and Consulting are substantially similar, with the assets (other than bank accounts that have been identified solely in the name of Consulting) and liabilities identified in duplicate amounts for each

1  debtor.  Debtor reserves its right to amend the allocation of assets and liabilities to the extent

2  necessary.

3  Nothing contained in the Schedules and SOFA shall constitute a waiver of any of the Debtor's rights or an admission with respect to its Chapter 11 Case, including, without limitation,

4  any issues involving equitable subordination, defenses or causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code, and any other relevant applicable laws to recover

5  assets or avoid transfers.

6  **Reservation of Rights**

7  In particular, the Debtor notes that the listing of a claim or a contract does not constitute

8  an admission by the Debtor of the legal rights of the claimant, or a waiver of the Debtor's right to disclaim or dispute such claim or contract as attributable to the Debtor.  The Debtor reserves the

9  right to remove any contract or claim from the Schedules and SOFA whether by amending the Schedules and SOFA or in another appropriate filing.  Additionally, the Debtor reserves the right

10  to object to any listed claim on the grounds that, among other things, such claim has already been satisfied.  The Debtor reserves the right to dispute or assert offsets or defenses to, any claim

11  reflected on the Schedules as to amount, liability or classification and reserves the right to recharacterize, reclassify, recategorize, or redesignate any claim as "disputed," "contingent"

12  and/or "unliquidated, whether by amending the Schedules and SOFA or in another appropriate

13  filing.

14  Listing a claim (i) on Schedule D as "secured," (ii) on Schedule E/F, part 1 as "unsecured priority" or (iii) on Schedule E/F, part 2 as "unsecured nonpriority," does not constitute a waiver

15  of any of the Debtor's right to recharacterize, reclassify, recategorize, or redesignate such claim. Further, listing a contract on Schedule G as "executory" or "unexpired," does not constitute an

16  admission by the Debtor that such contract or agreement is an executory contract or unexpired lease, and is not a waiver of Debtor's right to recharacterize, reclassify or dispute the validity,

17  status or enforceability of any contracts, agreements or leases set forth on Schedule G, if any, and

18  to amend or supplement such Schedule, as necessary.

19  Despite its reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third parties as assets in the Schedules

20  and SOFA, including causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant nonbankruptcy laws to recover assets or avoid transfers.  The Debtor

21  may hold contingent and/or unliquidated claims or causes of action against affiliated persons and entities, including Chapter 5 avoidance actions, and Debtor reserves all of its rights with respect

22  to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim in connection with any contract, breach of duty

23  imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind

24  or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected

25  or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract

26  or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of

27  Action") it may have, and neither these Global Notes nor the Schedules nor the SOFA shall be

28

deemed a waiver of any Causes of Action or in any way prejudice or impair the assertion of any such Causes of Action.

Any specific reservation of rights contained elsewhere in these Global Notes does not limit in any respect the foregoing general reservation of rights.

**Totals**

All totals that are included in the Schedules and SOFA represent totals of all known and estimated amounts included in the Schedules and SOFA.  To the extent there are unknown, disputed, contingent, unliquidated, or otherwise undetermined amounts, the actual total may be materially different than the listed total.  The description of an amount as "unknown," "disputed," "contingent," "unliquidated," or "undetermined" is not intended to reflect upon the materiality of such amount.  Due to unliquidated, contingent and/or disputed claims, summary statistics in the Schedules, SOFA and Global Notes may significantly understate the Debtor's liabilities.

**Recharacterization**

Notwithstanding that the Debtor has made reasonable best efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and SOFA, the Debtor nonetheless may have improperly characterized, classified, categorized or designated certain items.  Thus, the Debtor reserves all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and SOFA at a later time as is necessary or appropriate.

**Liabilities**

The Debtor has allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and SOFA.  As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. The Debtor reserves its right to modify, amend or supplement the Schedules and SOFA as is necessary or appropriate.

**Exclusions**

The Debtor has excluded certain categories of assets and liabilities from the Schedules and SOFA such as certain intangible assets.  Other non-material assets and liabilities may have also been excluded.

**Currency**

Unless otherwise indicated, all amounts listed are in United States dollars.

**Estimates**

To prepare and file the Schedules and SOFA in a timely manner, the Debtor was required to make certain estimates and assumptions that affected the reported amounts of these assets and

liabilities as of the Petition Date. The Debtor reserves the right to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

**Intellectual Property Rights**

The exclusion of any intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

**Global Notes Control**

The Debtor's Schedules and SOFA are subject to and qualified by these Global Notes. In the event that the Schedules and SOFA differ from these Global Notes, ***these Global Notes shall control.***

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SCHEDULES

**Schedule A/ B— Identification of Assets**

The Debtor has been prevented from full access to its books and records regarding its assets, as well as the assets, as a result of the FBI Seized Documents and SEC Asset Freeze. The Debtor identifies the assets of which it is aware, but believes there are additional assets that will be further identified in the future.

The Debtor's characterization of an asset listed in these schedules is not a legal characterization. The Debtor reserves its right to re-categorize and/or recharacterize such assets at a later time as appropriate. Furthermore, the Debtor believes that other parties are or may be holding assets that should properly be titled in the name of the Debtor. The Debtor intends to pursue actions to recover such assets and, as such, the failure to identify an asset held by another that should be held in the name of the Debtor, shall not be deemed an admission that Debtor is not the proper owner of such asset.

**Schedule A/B – Question 10 – Debtor's Accounts Receivable**

The Debtor held a substantial number of "Purchase Agreements" purportedly negotiated by the Beasley Law Group as counsel for Debtor. Pursuant to the Purchase Agreements, amounts are due and owing to Debtor. However, Debtor understands that the counter-parties to the Purchase Agreements may be fraudulent and therefore, has not listed each obligation owed therefrom as a separate account receivable. Ultimately, the CRO is informed and believes that the funds utilized for the Purchase Agreements were advanced based on the Purchase Agreements executed by the Debtor and the Debtor is entitled to recover on the same, whether characterized as an account receivable, contract claim, litigation claim, or other.

**Schedule A/B – Question 74 and 75 – Causes of Action Against Third Parties**

The Debtor has identified multiple parties against which Debtor believes it has viable claims. The Debtor believes that are significantly more parties against whom it may, and will, asserts claims for recovery for the benefit of the estate. Thus, despite reasonable efforts, the Debtor does not expect it has identified and/or set forth all of its causes of action (filed or potential) against

third parties as assets in its Schedules and SOFA. The Debtor reserves all rights with respect to any causes of action and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver of any such causes of action.

The Debtor is also entitled to, and will, pursue any and all derivative claims properly owned by the estate. The Debtor has identified these claims thus far as the following causes of action, for which Debtor has, or will, be making demand for turnover: *Murphy, et al. v. Beasley et al.*, Case No. 22-01066-MKN pending before the United States Bankruptcy Court for the District of Nevada; *Lewis, et al. v. Wells Fargo Bank, N.A., et al.*, Case No. 2:22-cv-00658-GMN-NJK pending before the United States District Court for the District of Nevada; *Henzel, et al. v. Wells Fargo Bank, N.A.*, Case No. 2:22-cv-00529-GMN-NJK pending before the United States District Court for the District of Nevada; *Dowdy v. Wells Fargo Bank, N.A.*, Case No. 2:22-cv-00632-GMN-NJK pending before the United States District Court for the District of Nevada; *PMM3, et al. v. Wells Fargo Bank, N.A.*, Case No 2:22-cv-00654-GMN-NJK pending before the United States District Court for the District of Nevada; and *RPS Properties, LLC v. Murphy*, *et al*, Case No. A-22-850808-B pending before the Eighth Judicial District Court.

**Schedule A/B – Question 77 – Other Property of Any Kind Not Already Listed.**

The Debtor believes that multiple parties may be holding assets in constructive trust or otherwise for the Debtor, as the funds used to purchase those assets were owned by Debtor. These may include, but are not limited to, sports licenses, vehicles, and real property. The Debtor is working to identify these assets for return to the estate and will supplement the Schedules as necessary and appropriate.

The Debtor intends to pursue monies owed, whether characterized as accounts receivable, contractual claims, commercial tort claims, avoidance actions or otherwise, which, based on the Debtor's reconciliation to date of funds paid to, paid through, paid pursuant to a contract with, or distributed from Debtor, totals approximately $500,000,000.

**Schedule E / F – Creditors Holding Unsecured Priority and/or Non-Priority Claims**

The claims listed on Schedule F are based on a review of records available to the Debtor that identify individuals and entities that may have provided funds, or received funds, from the Debtor or on behalf of an investment made through the Debtor. The Debtor has not yet been able to reconcile the total amounts contributed and the total amounts received by the various creditors and therefore, has identified the creditors by name only except where otherwise previously included on the Top 20 List of Unsecured Creditors. However, Debtor estimates the total claims to be approximately $500,000,000 based on its review of records to date and has included the total amount of estimated liabilities in the Schedules. The Debtor will continue its efforts to reconcile the total amounts, if any, owed to the various creditors and will supplement the Schedules as necessary and appropriate.

**Schedule G – Executory Contracts and Unexpired Leases**

The Debtor held a substantial number of "Purchase Agreements" purportedly negotiated by the Beasley Law Group as counsel for Debtor. Pursuant to the Purchase Agreements, amounts are due and owing to Debtor. However, Debtor understands that the counter-parties to the

Purchase Agreements may be fraudulent and therefore, has not listed each obligation owed therefrom as a separate executory contract.

The CRO is also informed and believes that the Debtor also is a party to contracts with investors identified as creditors identified in Schedule E/F. Despite reasonable efforts to date, the CRO has not been provided access to these contracts and therefore, has not separately determined whether they should be identified on Schedule G. The Debtor reserves its rights to amend the Schedule G to include such contracts and nothing herein shall be construed as a waiver with respect thereto.

**Schedule H — Codebtors**

The Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counter-claims against other parties. Because the Debtor has treated (or will treat, in the event that such claims have not yet been asserted) all such claims as contingent, disputed, or unliquidated, any claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtor's Schedule and SOFA.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S SOFA

**SOFA -  Questions 3 and 4  – Transfers Made Before Filing Bankruptcy**

The Debtor has identified certain transfers made within 90 days and certain transfers believed to be to insiders or for the insiders' benefits within one year before the filing of the Chapter 11 Case based on a review of the Debtor's bank statements. The Debtor believes there are substantially more transfers that were made outside of the bank statements and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of transfers subject to avoidance, the characterization of parties as insiders and specifically including the right to identify other parties as insiders, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such transfer.

**SOFA – Question 7  — Legal Actions or Assignments**

The Debtor has identified all cases that, to the CRO's knowledge, have been filed against the Debtor regardless of whether the action was filed before or after the filing of this Chapter 11 Case. All cases against the Debtor, including those filed after the commencement of the Chapter 11 Case are stayed and/or void *ab initio* as being filed in violation of the automatic stay. The Debtor has commenced making demand for dismissal of the claims improperly brought against the Debtor and reserves all rights with respect thereto.

**SOFA - Question 8 – Assignments and Receiverships**

On or about March 30, 2022, in the case styled *Murphy v. Beasley, et al*, Case No. A-22-849806, an *Order Appointing Receiver* (the "Receiver Order") was entered which purported to appoint Danial Ayala as the receiver over the Debtor. As the Receiver Order was entered after the

commencement of the Chapter 11 Case, it is void. Nonetheless, it is unclear whether Mr. Ayala is holding any assets pursuant to the Receiver Order.

Furthermore, on or about April 13, 2022 and April 21, 2022, respectively, the United States District Court for the District of Nevada, in the case styled *Securities and Exchange Commission v. Beasley, et al*, Case No. 2:22-cv-00612-JCM-EJY, issued a *Temporary Restraining Order and Orders: (1) Freezing Assets; (2) Requiring Accountings; (3) Prohibiting the Destruction of Documents and (4) Granting Expedited Discovery; and (5) Order to show Cause re: Preliminary injunction* and the SEC Asset Freeze. The SEC has also sought the appointment of a receiver, which request remains pending. It is unclear whether the SEC is holding any assets pursuant to the Asset Freeze Order.

**SOFA – Question 9 – Certain Gifts and Charitable Contributions**

The Debtor has identified various transfers that may be gifts and/or charitable contributions based on a review of the Debtor's available bank statements. The Debtor believes there may be additional gifts and charitable contributions and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of certain gifts and charitable contributions subject to avoidance, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such gift and/or charitable contribution.

**SOFA – Question 13 and 30 – Transfers, Payments, Distributions, or Withdrawals Not Already Listed on SOFA/Payments, Distributions, or Withdrawals Credited or Given to Insiders**

The Debtor has identified the transfers identified in the Schedules and SOFA for the 90 days preceding the filing of the Chapter 11 Case, or the one year period preceding the Chapter 11 Case for known insiders, based on a review of the Debtor's available bank statements. The Debtor believes there are substantially more transfers, payments, distributions, and/or withdrawals that were made outside of the bank statements and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of transfers subject to avoidance, including the identification of insiders, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such transfer.

**SOFA – Question 25 – Other Businesses in Which the Debtor Has or Has Had an Interest**

The Debtor believes there may be other businesses in which the Debtor has or has had an interest and is still working to gather the information with respect thereto. The Debtor reserves all rights with respect to identification of transfers subject to avoidance, and nothing in these Global Notes or the Schedules and SOFA shall be deemed a waiver related to any such interest.

**General Disclaimer**

The Debtor has prepared the Schedules and SOFA based on the information contained in the Debtor's books and records. However, as the Debtor's books and records have not been audited, the Debtor cannot warrant the accuracy of these documents. The Debtor has made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtor will amend and/or supplement the Schedules and/or SOFA.

**Fill in this information to identify the case:**

Debtor name    **J and J Purchasing, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF NEVADA**

Case number (if known)    **22-10943-mkn**

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    6/2/2022      X _____
                                Signature of individual signing on behalf of debtor

                                **Peter Kravitz**
                                Printed name

                                **Chief Restructuring Officer**
                                Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __J and J Purchasing, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __22-10943-mkn__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................................ $ _____0.00_

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................................ Approximately $ _____500,000,000.00_

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*............................................................................................ Approximately $ _____500,000,000.00_

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................. $ _____0.00_

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $ _____0.00_

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................ Approximately +$ _____500,000,000.00_

4. **Total liabilities** ..................................................................................................
   Lines 2 + 3a + 3b
   Approximately $ _____500,000,000.00_

**Fill in this information to identify the case:**

Debtor name        **J and J Purchasing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **22-10943-mkn**

☐ Check if this is an
    amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.          **Accounts receivable**

| | 11a. 90 days old or less: | **0.00** | - | **0.00** | = .... | **Unknown** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

12.          **Total of Part 3.**
             Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | **$0.00** |
|---|---|

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **J and J Purchasing, LLC**                    Case number *(If known)* **22-10943-mkn**
          Name

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

**Current value of
debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit
       has been filed)**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J and J Purchasing, LLC**
_____
Name

Case number *(If known)*    **22-10943-mkn**

**Commercial tort claims, causes of action for recovery of fraudulent and preferential transfers, as well as breach of fiduciary duties claims, against multiple parties including, but not limited to Jeffrey Judd; Jennifer Judd; Jeffrey J. Judd and Jennifer Judd as Trustees of Judd Nevada Trust, dated December 15, 2020; Shane Jager; Willow Jager; Karsen Jager; Shane M. Jager and Willow A. Jager, as Trsutees of Jager Family Trust dated June 30, 2009; Matthew Beasley; Beasley Law Group, PC; Paula Beasley; Stirling Consulting, L.L.C.; Jason Jongeward; John Cannen, as Trustee of the Carolina Chase Trust; Mark Murphy; Mark Murphy Ltd; American Colocation Services, LLC; Black Rock Business Services, LLC; Mark A. Murphy Foundation; Steel Dust Properties, LLC; Patriot Business Services, LLC; Rockin K Ranch, LLC; Virvinia A. Kirkendall Foundation; Triangle Consultants, LLC; Wells Fargo; US Bank; and all related trusts and/or entities**

**Unknown**

Nature of claim
_____
Amount requested            $0.00

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
**Debtor is entitled to, and will, pursue any and all derivative claims on behalf of the estate.  Debtor has identified these claims thus far as the following causes of action, for which Debtor has or will be making demand for turnover: Murphy, et al. v. Beasley et al., Case No. 22-01066-MKN pending before the United States Bankruptcy Court for the District of Nevada; Lewis, et al. v. Wells Fargo Bank, N.A., et al., Case No. 2:22-cv-00658-GMN-NJK pending before the United States District Court for the District of Nevada; Henzel, et al. v. Wells Fargo Bank, N.A., Case No. 2:22-cv-00529-GMN-NJK pending before the United States District Court for the District of Nevada; Dowdy v. Wells Fargo Bank, N.A., Case No. 2:22-cv-00632-GMN-NJK pending before the United States District Court for the District of Nevada; PMM3, et al. v. Wells Fargo Bank, N.A., Case No 2:22-cv-00654-GMN-NJK pending before the United States District Court for the District of Nevada; and RPS Properties, LLC v. Murphy, et al, Case No. A-22-850808-B pending before the Eighth Judicial District Court.**

**Unknown**

Nature of claim
_____
Amount requested            $0.00

---

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

Debtor    **J and J Purchasing, LLC**                                    Case number *(If known)*  **22-10943-mkn**
_____
Name

**The Debtor intends to pursue monies owed, whether
characterized as accounts receivable, contractual
claims. commercial tort claims, avoidance actions or
otherwise, which, based on the Debtor's reconciliation
to date of funds paid to, paid through, paid pursuant to
a contract with, or distributed from Debtor, totals
approximately $500,000,000.**

Approximately
**$500,000,000.00**

---

Approximately

| 78. | **Total of Part 11.** | |
|-----|----------------------|---|
|     | Add lines 71 through 77. Copy the total to line 90. | **$500,000,000.00** |

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

---

Debtor    **J and J Purchasing, LLC**                              Case number *(if known)*  **22-10943-mkn**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + Approximately $500,000,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | Approximately $500,000,000.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | Approximately $500,000,000.00 |

**Fill in this information to identify the case:**

Debtor name __**J and J Purchasing, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __**22-10943-mkn**__

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __J and J Purchasing, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __22-10943-mkn__

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**2018 H.T. Bradford Family Trust**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.2** | Nonpriority creditor's name and mailing address
**22 Investments LLC**
**Joseph A. Pezzuto**
**9900 Wilbur May Pkwy #404**
**Reno, NV 89521**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.3** | Nonpriority creditor's name and mailing address
**2nd Technologies**
**Gaylord Karen**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.4** | Nonpriority creditor's name and mailing address
**3Dg Capital**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                              50329                              Best Case Bankruptcy

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**824 Capital, LLC**
**Nathan Tanner**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.6** | Nonpriority creditor's name and mailing address
**99 Celsius LLC**
**Jordan Wade**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.7** | Nonpriority creditor's name and mailing address
**99 Celsius, LLC**
**Jordan Wade**
**2111 W River Birch Road**
**Mapleton, UT 84664**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.8** | Nonpriority creditor's name and mailing address
**A Superior Home**
**Dallin Greenberg**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.9** | Nonpriority creditor's name and mailing address
**A4BC LLC**
**Chris Mabeus**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.10** | Nonpriority creditor's name and mailing address
**Aabba Interests LLC**
**Deron Stadler**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

**3.11** | Nonpriority creditor's name and mailing address
**Aaron Christiansen**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

Unknown

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Aaron Phillips** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Aca Investments LLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Acaa Partners LLC** | ■ Contingent | |
| | **Amy Steele** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Acadian Builders Inc.** | ■ Contingent | |
| | **Scott Bradford** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Accredited Pool Services** | ■ Contingent | |
| | **Jeff Eno** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Acquisition Capital** | ■ Contingent | |
| | **DSC Management, LLC** | ■ Unliquidated | |
| | **Daniel Coletti** | ☐ Disputed | |
| | **6675 S. Cimmaron Road, Suite 100** | | |
| | **Las Vegas, NV 89113** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Adam Clark** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Addi Johnson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AEN Capital LLC**
**Yacoob Koren**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**AGDS NV Management LLC**
**Eric Marshall**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Aj Eliason**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Abittan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Abittan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Alan Nolan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Amelburu**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alex Shahabe**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alfredo Limon**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Alii Investments LLC**
**Dan Francis**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Allan L Carso**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Amatoulaye Balde**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**American Colocation Services LLC**
**c/o Nevada Corporate Agent Services, Inc**
**Virginia Kirkendall, Registered Agent**
**2700 E. Sunset Rd., Ste 9**
**Las Vegas, NV 89120**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Amy Booty** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Andrea Boe**<br>10046 Ashiem St<br>Las Vegas, NV 89183 | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Andrew D. Ramirez** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Andrew Hansen** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Andrew M Rivas** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Angel Clark Properties**<br>**Rob Clark** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Anita Peterson** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ann Beck INC**
**Ann Beck**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**ANP Global**
**Alan Noble**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $431,800.00 |
|---|---|---|---|

**Anthony Bonafazio**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Archangel Global LLC**
**Gabe Shirey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Archimedes Consulting**
**Shawn Moon**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ari Yazdanpanah**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $477,500.00 |
|---|---|---|---|

**Aric Gastwirth**
**Run It Up LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                        Case number (if known)    **22-10943-mkn**
          _____
          Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**Arthur Cambeiro**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**Ast LLC - At Home Rentals**
**Amber Taylor**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**Austin M Harris**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**Auxanos LLC**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**B Smith**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**B Sunflower**
**Jeremey Chatfield**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|------|------|------|------|

**B2 Hospitality**
**Mike Belles**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BAM**
**Brent Jongeward**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BAM Investments L.L.C.**
**c/o Michael Gonzalez II, Registered Agen**
**9211 Marlia St.**
**Las Vegas, NV 89123**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Barbara & Michael**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Barbara Rosemeier**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Barbose Functiionalmedrx**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Bbjmrhs, LLC**
**Brandon Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**BCB5 Investments**
**Brad Bowers**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **J and J Purchasing, LLC**                                    Case number (if known)  **22-10943-mkn**
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BD & Associates CPAs PLLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bellaire Investments**
**Drew Lopez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Benjamin W Paska**
**5937 1st Street N**
**Arlington, VA 22203**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bennett Industries LLC**
**Chris Bennett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Berg & Chatfield CPA**
**Aaron Chatfield**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Beyond Bliss Inc.**
**Kerry Tepedino**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BK One LLC**
**Batel Koresh**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?   ■ No   ☐ Yes

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$462,500.00** |
|---|---|---|---|
| | **Blake & Julie Stock** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Blake Stock** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Blue And Associates** | ■ Contingent | |
| | **Lisa Blue** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Blue Bolt LLC** | ■ Contingent | |
| | **Steve Borgquist** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Blue Holdings LLC** | ■ Contingent | |
| | **Terry Blue** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **BM Investments 1** | ■ Contingent | |
| | **Brett Bohn** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bmp Wholesale LLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **J and J Purchasing, LLC**                              Case number (if known)    **22-10943-mkn**

Name

| | | |
|---|---|---|
| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Bob Bosek**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Bob Crickon**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Bob Mills**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Bob Shenum**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Bobbie Uerkvitz**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Brad (poss. Bradley) Beach**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Brad Berrett**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad Lea**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad Maloff**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brad Nowell**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $601,278.00 |
|---|---|---|---|

**Brad Perry**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradford Trust Dated December 9, 2013**
**Andrew Bradford**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradley Scott Melis**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bradley Wallace**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandi Self**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Andra**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brandon Mcdonald**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Breach Holdings LLC**
**Bryant Zollinger**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brenda Pang**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brenda Rowles**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brennan Capital Partners, LLC**
**Mark Brennan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brennen J Bastian**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brent D Barlow CPA PLLC**
**Brent Barlow**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brent Jensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brent Kesler**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brent Norcutt**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,466,250.00 |
|---|---|---|---|

**Bret Armatas**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bret Fuqua**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

**3.103** | Nonpriority creditor's name and mailing address
**Bret Hannig**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.104** | Nonpriority creditor's name and mailing address
**Brett Hulet**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105** | Nonpriority creditor's name and mailing address
**Brett Primack**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106** | Nonpriority creditor's name and mailing address
**Brett Primack**
**Colony Lake LLC**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                **$1,038,125.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107** | Nonpriority creditor's name and mailing address
**Brett Schaefer**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108** | Nonpriority creditor's name and mailing address
**Brett Taitz**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address
**Brett Walchuck**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                      **Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian & Sofia**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Adrian - Polar Ice Shack**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Bourey**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Eno**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Fisher**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Jobbins**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Brian Riffel**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brian Schumann**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brittany Bailey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brooke Eno**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Brooke Shaw**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Broondilane LLC**
**Donna Childs**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bruce Ward**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bryan Granthum**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryan Wagner**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryce and Vail Barnes**
**Bryce Barnes**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000,000.00** |
|---|---|---|---|

**Bryce Bussey**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryce Calaway**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryce Mahonri Bussey**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Bryson Young**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Built By Hand LLC**
**Jeremy Lefler**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bypass Trust Diane Karp Trustee**
**Diane Karp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**C Maverick LLC**
**Maverick Watson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calaway Holdings Limited**
**Alex Calaway**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Calvin Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cam Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Camelot International**
**Tom Robinson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron J Hogan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J and J Purchasing, LLC**

Name

Case number (if known)    **22-10943-mkn**

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cameron King**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Camille Starr**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cammie Mann**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Campill LLC**
**Anthony Didata**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caren Igert**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Carlos Andrean LLC**
**Carlos Jones**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Caskade Green**
**Randy Mcgee**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Catherine Casasola**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Catherine Casasola-Vane**
**Simply Pure, LLC**
**3824 Civic Center Dr.**
**North Las Vegas, NV 89030**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cathy S Self**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cenname Business Group LLC**
**2656 Sundy Grace Drive**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cesar Maurtua**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Cesar Muartua**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**CG Oncology**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Barns**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chad Saward**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chard Rohner**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charlene Hutto**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Rosemeier**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Charles Rosemeir**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chelsea Court Townhomes LLC
Larry Franks**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cherrylle Garnes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cherylle Garnes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chevy Hastings**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Hunter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $509,500.00 |
|---|---|---|---|

**Chris Mabeus/Ann Mabeus /Kristy Mabeus**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chris Madsen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Christian Oliphant**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.166 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christine Birmingham**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher M. Collins**
**6512 Crestview Lane**
**Cheney, WA 99004**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Pizza**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Riggot**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Smith**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Christopher Weitzel**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**CJ Investments LLC**
**Jessica Humphries**
**726 Glowing Horizon St**
**Henderson, NV 89052**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **CK Supply/ CK Specialies** | ■ Contingent | |
| | **Karina Clifford** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Clair Hawkins** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Classic Events & Services** | ■ Contingent | |
| | **Grant Rice** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Clint Mcdaniels** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **CM4 Investments LLC** | ■ Contingent | |
| | **Chet Hymus** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **CM4 Investments LLC** | ■ Contingent | |
| | **Chet Hymus** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Cody Haycock** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cody Petersen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Cole Butcher**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Coleen Whetman LLC**
**Coleen Whetman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Colin Jager**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collins Professional Properties**
**Chris Collins**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Collins Rental Properties**
**Chris Collins**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Colony Lake**
**Brett Primack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **J and J Purchasing, LLC**                                    Case number (if known)   **22-10943-mkn**
         _____
         Name

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Coltyn Simmons** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Connie Baird** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Connie Embree** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Corey Keri Bass** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **CorpInvest LLC** | ■ Contingent | |
| | **Richard Volz** | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cory Holmes** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Cory Turner** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor  **J and J Purchasing, LLC**
_____
 Name

Case number (if known)   **22-10943-mkn**
_____

| | | |
|---|---|---|
| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Courtney L Yin Lavoie**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**CR Kuonen**
**Christina Ramirez**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**CR6 LLC**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Craig Border**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Craig Taylor**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Crestview Capital LLC**
**Marshall Gibbs**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Crownseven Inc**
**Jerry Bohn**

**Unknown**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J and J Purchasing, LLC**                                  Case number (if known)    **22-10943-mkn**
_____
Name

| | | |
|---|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Curt Samlaska** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown** (at top right of entry 3.201)

| | | |
|---|---|---|
| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **D4J LLC** | ■ Contingent |
| | **David Ober** | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **DAE KEKK** | ■ Contingent |
| | **Daisy Greve** | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Dakoda Muda** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Dale Mcintire** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Dalen Howell** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| | | |
|---|---|---|
| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Dan Kouretas** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | |
| | | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

**Unknown**

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dan Price**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dance Fusion LLC**
**Kathy Humphries**
**1535 W. Warm Springs**
**Ste. 100**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dane Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Danial East**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Coletti**
**10 Magic Stone Ln**
**Las Vegas, NV 89135**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Colletti**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Daniel Shreeve**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Danlie Investments** | ■ Contingent | |
| | **Myron Hodgens** | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Danny Burguillos** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Danny Check** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Darcy Fitch** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $799,000.00 |
|---|---|---|---|
| | **Darius & Kristen Rafie** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Darius Jessup** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Darius Rafie** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darlene Davis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darlene Zaragoza**
**7940 Forespence Ct.**
**Las Vegas, NV 89166**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Darren George**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dave Cook**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dave Herman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dave Richards**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dave Riske**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Dave Weber**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David B. Hill**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.231 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Favreau**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.232 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Garcia**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.233 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Miceli**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.234 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Smith Family Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.235 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David Wolfgramm**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Debbie Tuss**
9259 Marlia St
Las Vegas, NV 89123

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Deborah Fredericks**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Debra A Wycoff**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Demetrious Kouretas**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Denta Source**
**Bill Schupe**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Dera Coryell**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Derek Black Trust**
**Derek Black**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                          Case number (if known)    **22-10943-mkn**
_____
Name

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek K Rafie 401K Trust**
**Derek K Rafie**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek Klopfer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek Ronnebaum LLC**
**Derek Ronnebaum**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derek T Day**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derik Budig  LLC**
**Derek Budig**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Derrick Fletcher**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Diane Karp Trustee**
**Diane Karp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DM Lopez**
**Asdrubal Lopez**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DNL Bowers LLC**
**David Bowers**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dom Camp**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Dominick Adams**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Don Jennings**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donald J. Kolcz**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Donna Jones**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

**3.257** | Nonpriority creditor's name and mailing address
**Doug Christensen**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.258** | Nonpriority creditor's name and mailing address
**Doug Hill**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.259** | Nonpriority creditor's name and mailing address
**Doug R Bennett**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.260** | Nonpriority creditor's name and mailing address
**Doug Rogers**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.261** | Nonpriority creditor's name and mailing address
**Douglas Krieg**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.262** | Nonpriority creditor's name and mailing address
**Douglas P. Richards Retirement, Inc. Pla**
**Douglas P. Richards**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.263** | Nonpriority creditor's name and mailing address
**Dr John McDonough**
**Meadow Park Investments**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,787,200.00**

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

**3.264** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$925,000.00**
**Dr Michael Levin**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.265** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Dumpling LLC**
**Kristie Hoiles**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.266** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Dusty Haycock**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.267** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**E Goiia LLC**
**Elena Forbes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.268** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Eag Investments LLC**
**Hal Rosen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.269** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**East Farms Investments**
**Jason Sackmann**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.270** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Eddie Moreno**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                                          Case number (if known)    **22-10943-mkn**
_____
Name

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Edwin Flowers**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Efrain Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**EH Designs LLC**
**Ed Hogan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**El Dorado Assests**
**Corrine Packard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elge Sereke Corp**
**Jean Marie Bills**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eli Hagemeyer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eli Shahmoon**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   ☐ Yes

---

Debtor   **J and J Purchasing, LLC**                                           Case number (if known)   **22-10943-mkn**
_____
Name

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Elite Entrepreneurs LLC**
**George Bills**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eloy P Flores**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Emily Newberry**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Empire Investment Group**
**Kurt Killian**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Enduro Development LLC**
**Jeff Richards**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Envizmed**
**Envizmed**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Envizmed Ltd**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**

_____
Name

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Bennett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Hedin**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Lopez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Smith**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eric Weisbart**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erica Berrett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erica Boardman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?    ■ No    ☐ Yes

---

Debtor    **J and J Purchasing, LLC**
_____
Name

Case number (if known)    **22-10943-mkn**
_____

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Erik Astramecki**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ernest A Mahard**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Eroom Holding Ltd Partnership**
**Barry Moore**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Esther Keiko Branford**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ET Mack Holdings**
**Erick Mack**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Schneider**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Evan Sher Teff**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.299 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Faith Nukida**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fajardo Enterprises**
**Ken Mcgehee**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.301 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Feather River Inc**
**Herb Henderson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.302 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Finse LLC - Troy Odynski**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.303 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Flying W Ventures LLC**
**Justin Wanlass**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fort Union, LLC**
**Ron Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.305 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Fotsch Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor      **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**
            _____
            Name

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Lonza Neal**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frank Stukie Dentworks**
**Frank Stukie**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Frankie T Politelli**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gabe Shirey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gage Madsen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Galen Davis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Border**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor      **J and J Purchasing, LLC**                                    Case number (if known)      **22-10943-mkn**
                  Name

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Hannig**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Judd**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Lundin**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Mangum**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Nielson**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Sorensen**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Gary Tanner**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _                    ☐ Disputed

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No   ☐ Yes

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **GCPD Investing** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gene Ladassor** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gerald Bridgewater LLC** | ■ Contingent | |
| | **Gerald Bridgewater** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **GG Management LLC** | ■ Contingent | |
| | **Amy Brantner** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Gilberto Limon Rodriguez** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Giselle Bennett** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Glenn Wood** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.327 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Global Legacy Group**
**Anthony Zolecki**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Graham Thompson and Company**
**Sassoon House**
**Shirley Street and Victoria Avenue**
**Box N-213**
**Nassau, Bahamas**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Grant Cropper**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Green Image, LLC**
**c/o Eric Lorenz**
**7 Commerce Center Dr.**
**Henderson, NV 89014**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greg Hyde**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greg Johnson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Greg Pancirov**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.334 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Greg Perron** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.335 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Gret Hart** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.336 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Guy Ghanem** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.337 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Ham Omana** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.338 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Hank Humphries** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.339 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Harry Wildgen** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

| 3.340 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Hayden Young** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No   ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Helen Kim**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henry Louie**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Henzelhaus LLC**
**Barrett Henzelhaus**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hidden Beauty LLC**
**Claudia Serino**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hollywood Construction Company**
**Kit Stokes**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Homer King**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HSK**
**James H. Hoag**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**HT2 Investments**
**Johnathon Burton**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hulet, Ben**
**Ben Hulet**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Humphreys Family Trust**
**Henry Humphreys**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hunter Johnson**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Hytiva Holdings LLC**
**c/o Phillips Ballenger**
**3605 S. Town Center Dr. Ste. B**
**Las Vegas, NV 89135**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ike Warrington**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Individual**
**Phillip Zobrist Sr.**

Date(s) debt was incurred __
Last 4 digits of account number __

☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor   **J and J Purchasing, LLC**
_____
Name

Case number (if known)   **22-10943-mkn**
_____

| | | |
|---|---|---|
| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **Infrastructure Tech** | ■ Contingent |
| | **Chris Greve** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **Inter Alia** | ■ Contingent |
| | **Lane Simmons** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **Investaedge LLC** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **Ivan Enciso** | ■ Contingent |
| | **6683 Mammoth Cave LN** | ■ Unliquidated |
| | **Las Vegas, NV 89156** | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **Ivan Enciso** | ■ Contingent |
| | | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **J Sunflower** | ■ Contingent |
| | **Jeremy Chatfield** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   **Unknown** |
| | **J&J Legacy Ventures** | ■ Contingent |
| | **Jake Stone** | ■ Unliquidated |
| | | ☐ Disputed |
| | Date(s) debt was incurred __ | |
| | Last 4 digits of account number __ | **Basis for the claim:** __ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.362 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **J.J. Cage Investments** | ■ Contingent | |
| | **Craig Bellnap** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.363 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jack Gillingham** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.364 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jack Pine LLC** | ■ Contingent | |
| | **Jed Whitaker** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.365 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jacob Bastian** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.366 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jaime Velez** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.367 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Jake Wagstaff** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.368 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **JAL Investments** | ■ Contingent | |
| | **Amilkar Lopez** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** __ | | |
| | **Last 4 digits of account number** __ | **Basis for the claim:** __ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Fischer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $960,000.00 |
|---|---|---|---|

**James Gibson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James H. Hoag**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James H. Hoag 2014 Irrevocable Trust**
**James H. Hoag**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James I Gibson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Stone**
**4005 Kristina Lynn Ave.**
**North Las Vegas, NV 89081**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jamison Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Janelle Ozawa**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jared Bonnell**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jared Gunderson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jaren Davis**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jaret Blinn**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jarom Rogers**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Jason Burkett**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No   ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Gerber**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Jenne**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Mitchel**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Richards**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Tracy**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Yazdanpanah**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jay And Karen Bradford Family Trust**
**Jay Bradford**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.390 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jay Spongberg**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.391 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**JCKCI LLC**
**Caren Igert**
**916 Spiracle AVE**
**Henderson, NV 89002**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.392 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jdh LLC**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.393 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeannie Jongeward**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.394 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jed Goeckeritz**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.395 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeff Calaway**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| 3.396 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jeff Calaway**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☑ No  ☐ Yes

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff E Moxley**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Lang**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeff Spiegal**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Allen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey Eno**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey M Peason**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeffrey P Richards Sep IRA**
**Jeffrey P Richards**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.404 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jen Harvey**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.405 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Blinn**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.406 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Cerny**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.407 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Holladay**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer K Mccullough Evans**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.409 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jennifer Miceli**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.410 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jeremy Lefler**
**1307 Panini Drive**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **J and J Purchasing, LLC**                                     Case number (if known)    **22-10943-mkn**
_____
Name

| 3.411 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse Chase**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.412 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse Farrer**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.413 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jesse Mangum**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.414 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jessica Black Trust**
**Jessica Black**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.415 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jim Krahenbul**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.416 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jimmy Lewis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.417 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JJM Investments**
**Jared Mack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JK Free**
**Jason Karren**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JL2 Investments**
**Jason Jongeward**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JLF Investments**
**Larry Frostad**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JNS 2705 LLC**
**Jaysen Surber**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**JNWard LLC**
**Josh Ward**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Joan Herz**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jody Butler**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                      Case number (if known)    **22-10943-mkn**
_____
Name

| 3.425 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joe Barashy** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.426 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joe Camp** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.427 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joe Cordone** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.428 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joe Miceli** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.429 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joel Dickson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.430 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John and Margo W Family Partnership** | ■ Contingent | |
| | **John Ward** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.431 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **John Arishita** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Bartel**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John D Mandere**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John D. Mandere**
**10906 S. Sunnyslope Rd.**
**Medical Lake, WA 99022**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Fernandes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Fernandes**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Henry**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown** |
|---|---|---|---|

**John Hilyard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J and J Purchasing, LLC**
_____
Name

Case number (if known)   **22-10943-mkn**
_____

| 3.439 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John James**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.440 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John K Walters**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.441 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Kinney**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Myers**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.443 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Newton**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.444 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Roby**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.445 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**John Siegrist**
**12817 Slipknot St**
**Las Vegas, NV 89141**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|

Name

---

| 3.446 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jolene Goetz**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jon Letsinger**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jon Tucker**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jordan T Bastian**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jordan Taylor**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jordan Wade**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jordan Wade**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J and J Purchasing, LLC**

Case number (if known)    **22-10943-mkn**

Name

---

| 3.453 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jori Kaeser** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.454 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jose Investments** | ■ Contingent | |
| | **Condelario Lopez Sr.** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.455 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Jose Montes** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.456 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Eldridge** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.457 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Kovacevic** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.458 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph Miceli** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.459 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Joseph R Nicola** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **josh leukenga** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | | |
| | | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Joshua S Hall** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | | |
| | | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Jp Hamilton** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | | |
| | | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **JTB Investments LLC** | ■ Contingent | |
| | **Troy Gaylon** | ■ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | | |
| | | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Judd Whitney** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | | |
| | | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Jule M. Mayer-Hyman** | ■ Contingent | |
| | **2328 Tedesca Dr.** | ■ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | **Date(s) debt was incurred __** | | |
| | **Last 4 digits of account number __** | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Julian Potugal** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred __** | ☐ Disputed | |
| | **Last 4 digits of account number __** | | |
| | | **Basis for the claim: __** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

---

**3.467** | Nonpriority creditor's name and mailing address

Julie Ann Hoag
6881 Mallard Way
Hugo, MN 55038

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.468** | Nonpriority creditor's name and mailing address

Julie Mayer

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.469** | Nonpriority creditor's name and mailing address

Julie Spragins

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.470** | Nonpriority creditor's name and mailing address

Julio Calva "Doug"

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.471** | Nonpriority creditor's name and mailing address

Just the 2 of us LLC
Jason Pritchett

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.472** | Nonpriority creditor's name and mailing address

Justin Barker

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

**3.473** | Nonpriority creditor's name and mailing address

Justin Bingel

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.474 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Justin Farmer** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.475 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $822,500.00 |
|---|---|---|---|
| | **Justin Taylor** | ☐ Contingent | |
| | **New Start Auto** | ☐ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Justin Wallin** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **K and J James Holdings LLC** | ■ Contingent | |
| | **Kevin James** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **K2K Investments** | ■ Contingent | |
| | **Bryce Kelley** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kade Hendershot** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kai Rasmussen** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **J and J Purchasing, LLC**                                              Case number (if known)    **22-10943-mkn**
Name

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kaitlin Admin Trust B Mahard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kaitlin Mahard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KAMBs LLC**
**Ben Hulme**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karen M. Bradford Separate Trust (Includ**
**Karen M. Bradford**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kari Lee Consulting LLC**
**Kari Lee**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karina Jett**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Karolina A Rafie**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kathy Nolan**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kay-Geez Stock, LC**
**Kurt Goodfellow**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kayo LLC**
**Aaron Weymann**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KC Vacation rentals**
**Casey Ashdown**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**KDSM LLC**
**Kyle Mayer**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Mcgehee**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Keith Ozawa**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.495 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly Buchanan**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kelly Self**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kencam LLC**
**Mike Erikson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kennedy Mulen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kenneth ("Ken") Sarna**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kent Duit**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kent Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.502 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$720,000.00** |
|---|---|---|---|
| | **Kent Rohner Trust** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.503 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kenya C McCloud DCPA inc** | ■ Contingent | |
| | **Kenya Mccloud** | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.504 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Keri And Corey Bass** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.505 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kevin Mitchell** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.506 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kevin Roberts** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.507 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kevin Rohner** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.508 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Kevin Swanson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **J and J Purchasing, LLC**
_____
                    Name

Case number (if known)    **22-10943-mkn**
_____

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kevin Swanson (Doctor)**
830 E. Bryan Ave.
Salt Lake City, UT 84105

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Kevin Whitney**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Killian Consulting**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Killian Legacy LLC**
**Joseph Killlian**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Kim Capps**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.514 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Kim Capps**
**Kim Capps**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.515 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Kim Ence**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                        Case number (if known)    **22-10943-mkn**
Name

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **KJAM Properties** | ■ Contingent | |
| | **Susan Nielson** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kolby Ashton** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kolby Kemp** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kristie Young** | ■ Contingent | |
| | **105 Fountainhead** | ■ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kristopher Kemp** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kristy Herlean** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Kristy Obannon** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**
_____
Name

| 3.523 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Hawkins**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| 3.524 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Kyle Lewis**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| 3.525 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lacambra LLC**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| 3.526 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lajiness INC**
**Josh Lajiness**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| 3.527 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lance Maningo**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| 3.528 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Landon Saldana**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| 3.529 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Larry Murray**

■ Contingent
■ Unliquidated
□ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?   ■ No   □ Yes

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Larry R Newton or John F Newton**
Lawrence R. Newton
2403 El Cid Ct.
Henderson, NV 89014

☐ Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Las Vegas Fit Mama LLC**
**Courtney Lavoie**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laura A. Sorensen**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laura Carroll**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laura Shaffer**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Laureen Clark**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Lauren Pew**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

---

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lawrence Pew**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leah Barker**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leavitt Family Trust**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leavitt Family Trust Dated Jan 5**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lebron Bird LLC**
**Brandon Doyle**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Leroy Loerwald**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lesismore Investments LLC**
**Lester Iguchi**

Date(s) debt was incurred __
Last 4 digits of account number __

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.544 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Libby Tracy**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.545 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Limpert Commerical Appraisals**
**Matt Limpert**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.546 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Brake**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.547 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Hartzell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.548 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linda Jaslonski**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.549 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Lindsey Schwarz**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.550 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Linehan Family Trust**
**c/o Kirk Linehan**
**9331 E Calle De Valle Dr**
**ScottsdaleqAZ  85255**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.551 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lisa Sakowski**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.552 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lisa Toland**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.553 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Loan Dudez, LLC**
**Travis Roundy**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.554 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Loren Marshall**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.555 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lori B. Killian**
**3180 Fern Nook Ave.**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.556 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lori Carr**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.557 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Lori Killian**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|

Name

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Lou Greco**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Lou Murdica**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.560** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**LQS Investments LLC**
**Mike Hunter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.561** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Lucro, Ltd**
**Vance Petersen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.562** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**Lyman King**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.563** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**M And M Contractors**
**Todd Sansom**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.564** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown**
**M And M Contractors**
**Kirt Davis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J and J Purchasing, LLC**
_____
Name
Case number (if known)    **22-10943-mkn**
_____

| 3.565 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**M. Rhyatt LLC**
**c/o Tony Baird, Registered Agent**
**5728 S Ravencrest Dr.**
**Spokane, WA 99224**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.566 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MacGrigg Makes Inc**
**Stacey Grigg**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.567 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mahalia Jessup**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marc Arreolla**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.569 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marc Mac Const**
**Marc Mac Const**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.570 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marcus Barton**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.571 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maren Mcintire**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                      Case number (if known)    **22-10943-mkn**
Name

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maren Rohner**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria M Cuesta Lopez**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Maria Poulson Real Estate LLC**
**Travis Poulsen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Marisa Border**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark A Elisaldez**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Allegre**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mark Camp**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Chimenti**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Goings**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Guyot**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Koenig**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark M Watson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Peters**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mark Pollard**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | | Case number (if known) | 22-10943-mkn |
|---|---|---|---|---|
| | Name | | | |

---

**3.586** | **Nonpriority creditor's name and mailing address**
**Mark VI Holdings**
**Michael Cannon**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.587** | **Nonpriority creditor's name and mailing address**
**Marshall F. Gibbs**
**6314 Crestview Lane**
**Cheney, WA 99004**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.588** | **Nonpriority creditor's name and mailing address**
**Marta Mott**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.589** | **Nonpriority creditor's name and mailing address**
**Martha Rogers**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.590** | **Nonpriority creditor's name and mailing address**
**Martin K Cordova**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.591** | **Nonpriority creditor's name and mailing address**
**Marty Stybel**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.592** | **Nonpriority creditor's name and mailing address**
**Marvin Walchuck**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.593 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mary Johnson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.594 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mathew Oghigian** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.595 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Mathew Paul Laudenslager** | ■ Contingent | |
| | **6 Golf Crest Ct.** | ■ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.596 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Brooks** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.597 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Cummins** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.598 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Laud** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.599 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Matt Mangum** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.600 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Matt Mangum** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.601 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Matt Rubin** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.602 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Matt Sarner** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.603 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Matt Schlieman** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.604 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Matt Zollinger** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.605 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Matthew Sinnock** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.606 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|
| | **Max Chesebro** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.607 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mcgehee Family Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mcgregor Equity Group, LLC**
**Mark Mcgregor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**McIntire Adventures**
**Brad Mortensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MCMH**
**Ryan Robinson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ME14**
**Efrian Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**ME14**
**E. E. Ramirez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Meadow Park Investments**
**John McDonough**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mel Shingleton**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Melissa Dana**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Memory Lane 2 LLC**
**Bill Pizza**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Cyrkiel**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael J Progren**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael L Peteres**
**1 S Encino, Laguna Beach, CA 92651**
**Laguna Beach, CA 92651**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Michael Levin**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Oghigian**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Peters**
**A Better Choice Pregnancy Services**
**860 E. Sahara**
**Las Vegas, NV 89104**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.623 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Sansom**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.624 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Santens**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.625 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Self**
**10 Grand Corniche Drive**
**Henderson, NV 89011**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.626 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Self**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.627 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Sullivan**

Date(s) debt was incurred _
Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **J and J Purchasing, LLC**                                   Case number (if known)    **22-10943-mkn**
_____
Name

| 3.628 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Van**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.629 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Vasquez**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.630 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michaelina Zavala**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.631 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle Edmonds**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.632 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michelle George**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.633 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mick Lopez**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

| 3.634 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mighty Watts LLC**
**Mark Watson**

☑ Contingent
☑ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor  **J and J Purchasing, LLC**
_____
Name

Case number (if known)   **22-10943-mkn**
_____

| 3.635 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mihir Pimpale**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.636 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike Anderson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.637 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike Dierking**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.638 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike Levin**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.639 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike Rasch**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.640 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mike Tabeek**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.641 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mills & Anderson LLC**
**Byron Mills**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.642 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Minchenberg Family Trust**
**Richard Minchen**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.643 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Mitch Olorenshaw**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.644 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**MLB Properties**
**Landon Blatter**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.645 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Moneybags Land Holdings LLC**
**Craig Taylor**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.646 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Montresor Corp**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.647 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**More NW LLC**
**Kiely More**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.648 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Morganstyleistic LLC**
**c/o Benjamin Morgan, Registered Agent**
**2084 Crosswaters Drive**
**Dacula, GA 30019**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|

Name

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Moto Properties**
**Sam Hammond**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mpr LLC (Mama LLC)**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**MRRV Investments LLC**
**30 N Gould St Ste R**
**Sheridan, WY 82801**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mtn Blu**
**George Sakin**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Capital LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Legacy One LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Legacy Three LLC**
**Eric Muehle**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.656 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Muehle Legacy Two LLC**
**Eric Muehle**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Murray Adventures**
**Evan Murray**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.658 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**My Lakehouse LLC**
**Harvey Parrot**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.659 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Myers RV LLC**
**Mathew Myers**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.660 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nana & Pappy Investments**
**Herb Henderson**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.661 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nancy Alain**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.662 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nancy Cook**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**
_____
　　　　　Name

Case number (if known)    **22-10943-mkn**
_____

| | | |
|---|---|---|
| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Natalie Loris** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Nate Finochio** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Nate Lords** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Nate Mayer** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Nathan Barnes** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Nathan Hall** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| | | |
|---|---|---|
| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*　　　**Unknown** |
| | **Nathan Tanner** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No  ☐ Yes |

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.670 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **National Sports Consulting Agency LLC** | ■ Contingent | |
| | **Chris Fulce** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.671 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Neal Mathis** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.672 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Neal Matthews** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.673 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Neil Dutson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.674 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Neilan And Associates Cpa, Inc.** | ■ Contingent | |
| | **Kurt Neilan** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.675 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nellis Group Enterprises** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.676 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Nelson Silva Mayo** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.677 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevada Housing Solutions LLC**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.678 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nevada State Properties LLC**
**Travis Nelson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**New Investments LLC**
**Eric Lorenz**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nicholas Neibaur**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.681 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nick Leukenga**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.682 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Nikko Rosa**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Norman A. Maxfield**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Old Bean Farm LLC** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Oliver Erickson** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Ollanis Hernandez** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Omid Shahabe** | ■ Contingent | |
| | **105 Fountainhead** | ■ Unliquidated | |
| | **Henderson, NV 89052** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Onadeon Investments** | ■ Contingent | |
| | **Harvey Parrot** | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **One Source Commercial Solutions LLC** | ■ Contingent | |
| | **Stac Johnson, Mary** | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **One Way Drug LLC** | ■ Contingent | |
| | **Robert Seik** | ■ Unliquidated | |
| | **7367 Laramie Ave** | ☐ Disputed | |
| | **Las Vegas, NV 89113** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **J and J Purchasing, LLC**                                        Case number (if known)   **22-10943-mkn**
         _____
         Name

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**One Way Drug LLC**
**7367 Laramie Ave**
**Las Vegas, NV 89113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Osvaldo Fernandez (Ozzy)**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Owen Ondrisko**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Parker**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pat Cave**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pat Marsch**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia and John Siegrest**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                 Case number (if known)    **22-10943-mkn**
_____
Name

| 3.698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patricia Chapman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Santoro**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Patrick Thomsen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Bradford**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.702 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Dudzinski**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.703 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul Gilchrist**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Paul M. Bradford**
**Majestic Realty Co.**
**c/o Fennemore Craig, P.C**
**300 S. Fourth St., Suite 1400**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|--------|------------------------------|-------------------------|-------------------|
| | Name | | |

---

| 3.705 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Paul Maalouf**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Paul Ranieri**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Paul Ruhl**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Peak Investments**
**Anibal Lopez**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Perfect Beta LLC**
**Ty Muse**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Performance Builders Inc**
**Randy Sorensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Peter Murray**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **J and J Purchasing, LLC**

Name

Case number (if known)   **22-10943-mkn**

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pezzuto/ 22Investments**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phillip Sean Wendell**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Phillip Zobrist Sr.**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Picture and Poster LLC**
**Rusty Bridges**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pine Valley**
**Jason Briggs**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pizza Party Of 5, LLC**
**Chris Pizza**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pizzano Partners**
**Jim Stone**

■ Contingent

■ Unliquidated

☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**
_____
Name

| 3.719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plum Investments**
**Jeremy Mcgee**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Plutus Ltd**
**Joey Petersen**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Portz Holdings**
**CJ Portz**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Pratt-Watson Family Trust**
**JD Pratt**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prestige Consulting LLC**
**823 South Sixth Street**
**Ste 100**
**Las Vegas, NV 89101**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Prestige Consulting LLC**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Preston Judd**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.726 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Preston Minor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.727 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PRG Capital**
**Dallas Rosevear**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.728 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PRH Holdings**
**Perry Hartman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.729 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Project Neptune & Co**
**Anthony Puterman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.730 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**Promier Brad**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.731 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**PWHE Inc**
**Kirk Fuhriman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.732 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **Unknown** |
|---|---|---|---|

**QIC Investments**
**Jerry Ward**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.733 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Quinn Robinson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.734 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Quinten Mayer**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.735 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**R and N Home Maintenance Services LLC**
**Nelson Ortiz**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rachel Hadad**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RAD Investment Group**
**Angela Radtke**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rafie Family Trust**
**Darius F. & Kristin H. Rafie, TRS, Rafi**
**4985 Ghost Dance Circle**
**Las Vegas, NV 89149**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ralph R. Neilson Family Trust (Exempt Tr**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Schedule E/F: Creditors Who Have Unsecured Claims**

Best Case Bankruptcy

Debtor    **J and J Purchasing, LLC**
_____
Name

Case number (if known)    **22-10943-mkn**
_____

| 3.740 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ramon San Nicolas**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Combs**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.742 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Randy Performance**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.743 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ray Homer**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.744 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RCF Investments LLC**
**Richard Flint**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.745 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RCM Settlements Inc.**
**30 N Gould St Ste R**
**Sheridan, WY 82801**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reform HCM Ltd**
**Scott Villamor**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.747 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Reign Investment LLC**
**Bryce Huff**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.748 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rendon Inc**
**Scott Bjelke**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.749 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rev River Capital Dallas**
**Dj Rosevear**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.750 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rex Mitchell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.751 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rey Maldonado**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.752 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rhett Merek**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.753 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rice Safari Group LLS**
**Lowell Rice**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.754 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rich Cothran**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.755 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Brooksby**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Harper**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Marino**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.758 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard Markay Englestead**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.759 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Richard S Douglas CPA LLC**
**Richard Douglas**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.760 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Doria**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Golden**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rick Swanson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rickay Investments**
**Rick Henderson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricky Khamis**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ricore Services, LLC**
**Richard Hadlock**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Riley Hunter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Riley Keohen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|

Name

---

| 3.768 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RKTLZ Investments**
**Richard Zollinger**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.769 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RLZ LLC**
**Rickson Zollinger**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.770 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**RNR Portfolio**
**Ron Chatfield**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.771 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Hagopian**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.772 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Matthew Burton**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.773 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Mckechnie**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.774 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Robert Simmons**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Robin Mcquown**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rocky Steele**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rod Woods**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Rohner7. Enterprises**
**Kyle Rohner**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ron Beiker**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ron Chatfield**

Date(s) debt was incurred _
Last 4 digits of account number _

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $475,750.00 |
|---|---|---|---|

**Ron Ray**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**
_____
Name

| 3.782 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ron Stuart**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.783 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronald D Ray**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.784 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronda Queen**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Ronlad J Caruso**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.786 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rosen Family LLC**
**Hal Rosen**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.787 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Rowley Consolidated INC**
**Victor Rowley**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.788 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Roy Bilile**

Date(s) debt was incurred __
Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor **J and J Purchasing, LLC**

Name

Case number (if known) **22-10943-mkn**

---

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Roy Nelson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RPM**
**Patrick Santoro**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RR & C LLC**
**Ryan Pietranton**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RRM Deals**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruby Ventures**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ruger Fund**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell Cook**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**

Name

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Russell Wiley**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**RWL Investments Company Ltd**
**Bill Larson**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan English**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan J Gardner**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Jessop**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Love**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Ryan Nelson**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|--------|------------------------------|---|------------------------|------------------|
| | Name | | | |

---

| 3.803 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Ryan Tack**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Ryan Turner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Ryan Whitney**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.806 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Ryker Sweat**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**S&H Aircraft Communications, LLC**
**Marvin Swensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**SA Brewing LP**
**Clyne Long**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|-------|------------------------------------------------|----------------------------------------------------------------------|---------|

**Sal Delvecchio**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|--------|-------------------------|------------------------|--------------|
| | Name | | |

| 3.810 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Salem Holdings LLC**
**Shane Karren**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.811 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Samantha Godfrey**
**878 Dancing Vines Ave**
**Las Vegas, NV 89183**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.812 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Samson Family Trust**
**Chris Samson**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.813 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Sancor Construction, LLC**
**c/o Thomas Santoli, Registered Agent**
**6445 S. Tenaya Way, Ste. 125**
**Las Vegas, NV 89113**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.814 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Sandee Mcduffie Ltd**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.815 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Sansom Pension Trust**
**Mike Sansom**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.816 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|------------------------------------------------------------------|---------|

**Saw Properties LLC**
**Dr. Steve Wilson**

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ■ No   ☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.817 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Black**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.818 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Hunt**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.819 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Kanter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.820 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Rawlinson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.821 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Shreeve**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.822 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Scott Weaver**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.823 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**SDLW Enterprises Inc**
**Edward Wake**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

**3.824** | Nonpriority creditor's name and mailing address
**Sean Abid**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.825** | Nonpriority creditor's name and mailing address
**Sean Taylor**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.826** | Nonpriority creditor's name and mailing address
**Seth Johnson**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.827** | Nonpriority creditor's name and mailing address
**Seth Johnson & Cam Rohner**
**Prestige consulting LLC**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$3,217,250.00**

---

**3.828** | Nonpriority creditor's name and mailing address
**Seth Webster**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.829** | Nonpriority creditor's name and mailing address
**Shad S Williams LLC**
**Shad Williams**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

**3.830** | Nonpriority creditor's name and mailing address
**Shane Absoulte**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**Unknown**

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.831 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Caniglia**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shane Thurston**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Moxley**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharon Nelson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.835 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Sharp Realty**
**Ryan Sharp**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.836 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shauna Yergensen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Shawn Cropper**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.838 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shawn F Ruybal** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.839 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shawn Sterling** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.840 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shawna Fesler** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.841 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shayne Howell** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.842 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shea Thueringer** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.843 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Shelly Wagner** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.844 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Sheri Dierking** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sherman Holdings**
**Kris Sherman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sherri Grossberg**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shimmer Holdings LLC**
**Shane Shimada**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shipwreck Holdings LLC**
**Brent Borgquist**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shonsuras Investments**
**Sean Holladay**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sidney Carter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Singing Cowboy Trust**
**Dalln Langston**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Skip Sanchez**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Skyler Griffin**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**SLIC Consulting Services LLC**
**Coe Michaelson**
**1979 Grace St**
**Riverside, CA 92504**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.855 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Smiling Man Investments**
**Bret Armatas**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.856 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Social Lab Media LLC**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.857 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sophia Filosa**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.858 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**South Ridge Real Estate**
**Aaron Sharp**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.859 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spacestation Trust 1 LLC**
**Tim Holladay**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spencer Pinter**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Spicy Tuna, Inc.**
**Edwin Lee**
**2382 Sunburst View St.**
**Henderson, NV 89052**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SS Portz LLC**
**Steve Portz**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**SSR Investments**
**Rick Henderson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stanley Dowdy**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Stephen and Karen Murray  Investments**
**Stephen Murray**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

**3.866** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stephen Marshall**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Stephen Olsen**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500,000.00**

**Steve Borgquist**
**Bluebolt LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steve Dougherty**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steve Dougherty**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steve Hawkes**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Steve Millions**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **J and J Purchasing, LLC**
_____
Name

Case number (if known)   **22-10943-mkn**
_____

| | | |
|---|---|---|
| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Steve Thueringer** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Steven  Eugene Murray** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Steven Davidson** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Steven Lang** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Steven Schneider** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Stewart Berger** | ■ Contingent |
| | | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| | | |
|---|---|---|
| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Stone Cabin And Livestock LLC** | ■ Contingent |
| | **John Limpe** | ■ Unliquidated |
| | **Date(s) debt was incurred** _ | ☐ Disputed |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ |
| | | Is the claim subject to offset? ■ No ☐ Yes |

Unknown

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Summermark LLC**
**Howard Puterman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Summit Adventures**
**Nate Rassmussen**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Summit Adventures, LLC**
**c/o Incorp Services Inc., Registered Age**
**1226 W South Jordan Pkwy, Ste. B**
**South Jordan, UT 84095**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sunflower Family Investments**
**Jeremy Chatfield**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Superior Home LLC**
**Denise M. Kay**
**422 Roberts St.**
**Reno, NV 89502**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sylvia Haberl**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Sylvia Haberl**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|--------|------------------------------|------------------------|-------------------|
|        | Name |  |  |

| 3.887 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**TAB Capital**
**Tim Barker**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.888 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**TAD Moody LLC**
**Troy Moody**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.889 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Tanner Capital Group LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.890 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Tanner Henrie**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.891 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Tate Stock**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.892 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Taylor Media Consulting**
**Colin Taylor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| 3.893 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|-------|--------------------------------------------------|----------------------------------------------------------------------|---------|

**Teal Holdings LLC**
**Will Watanabe**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?   ■ No   ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.894 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Teddie Liu**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.895 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Bradford 2012 Irrevocable Trust (Jay
Jay Bradford**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.896 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Brickscape LLC
Enirique**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.897 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Craig And Bonnie Crosland Family Liv
Craig Crosland**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.898 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Douglas P And Geraldine F Richards T
Doug Richards**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.899 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Douglas P. Richards LLC
Douglas P. Richards**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.900 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**The Pallet Place Inc.
Keith Carver**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                              Case number (if known)    **22-10943-mkn**
_____
Name

| 3.901 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Parrish Foundation**
**Alex Parrish**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.902 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Paver Guy**
**Bryan Mata**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.903 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Pingree Family Trust**
**Dave Pingree**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.904 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Whitaker Frost Family Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.905 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**The Woodshop LLC**
**c/o Tamra Kelecy, Registered Agent , Las**
**7942 Blue Lake Peak St.**
**Las Vegas, NV 89166**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.906 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Theressa Smith**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.907 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thiels Investing LLC**
**Ryan Thielman**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**
_____
Name

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**THM Partners LLC**
**Jessica Belben**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Genthe**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Mcnalley**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Thomas Watson**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Three Thermals LTD**
**Aspen Jacoby**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Bodnar, Reagan Bodnar**
**8480 W. Verde Way**
**Las Vegas, NV 89149**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Bodner**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No   ☐ Yes

Debtor     **J and J Purchasing, LLC**

Case number (if known)    **22-10943-mkn**

Name

---

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Kuptz**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Marose**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Naylor**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tim Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Titan Golden Eagle, LLC**
**Ron Tanner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TJ Blackwell Investments**
**Trevor Blackwell**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TJI Investments**
**Tammy Jongeward**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tjn Holdings LLC**
**Jeremy Neves**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TKB Ventures**
**c/o Brad Perry, Agent for Service of Pro**
**7 Starlight Isle**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tkb Ventures**
**Brad Perry**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Bailey**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.926 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Mcdevitt**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.927 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Todd Mcdevitt Procor**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.928 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tom Brletic**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor      **J and J Purchasing, LLC**                                    Case number (if known)    **22-10943-mkn**

Name

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $812,700.00 |
|---|---|---|---|
| | **Tom Brletic** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tom Browne** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tom Ditter** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tony Baird** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tony Murdica** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tony Racanelli** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|
| | **Tony Zockoll** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | | |
| | | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **J and J Purchasing, LLC**
_____
Name

Case number (if known)    **22-10943-mkn**
_____

| 3.936 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tower 18 Fund LP**
**Kevin Stanley**
**2535 Corte Casitas**
**Carlsbad, CA 92009**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tower Of Babel LLC**
**Farrah**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.938 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**TPM Acquisitions**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Fenton**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Goldrup**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.941 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.942 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Rose**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

---

| 3.943 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Travis Thurman**
525 W 1250 S
Lehi, UT 84043

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.944 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Treven Hansen**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.945 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevethan**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.946 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trevor Blackwell**
**Umbrella Research, Inc.**
818 Charter Street
Redwood City, CA 94063

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.947 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trina M Murray**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.948 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Trinity Cleaning LLC**
**Leleo Trindade**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.949 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Triple 7 Capital LLC**
**Derek Rafie**

Date(s) debt was incurred __

Last 4 digits of account number __

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim: __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,100,000.00** |
|---|---|---|---|
| | **Triple 7 Capital, LLC** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Triple Threat Basketball, LLC** | ■ Contingent | |
| | **1671 W Horizon Ridge Pkwy** | | |
| | **Suite 220** | ■ Unliquidated | |
| | **Henderson, NV 89012** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Triva Bilile** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **TRX Holdings, LLC** | ■ Contingent | |
| | **John Truex** | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **TTT Partners** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Twelve27 INC** | ■ Contingent | |
| | **Scott Williams** | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Ty Leatherman** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **J and J Purchasing, LLC**
Name

Case number (if known)    **22-10943-mkn**

| 3.957 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyler Cenname**
**2656 Sundy Grace Drive**
**Henderson, NV 89052**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.958 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyson Oldroyd**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.959 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyson Rohner**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.960 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Tyson Weaver**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.961 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unique Advisors LLC**
**Jason Bradley**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.962 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Unwinded LLC**
**David Hand**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.963 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vail Brennan Barnes**
**1201 Barnford Mill Rd**
**Wake Forst, NC 27587**

☑ Contingent
☑ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valiant Capital**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Valley Stone**
**Tim Rohner**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vance Pederson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Velvet Hammer LLC**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Venesta Jones**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vic Filosa**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Vince Pezzuto**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **J and J Purchasing, LLC** | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|
| | Name | | |

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Virgina Parsekian**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Vista Land Solutions**
**Rod Michaelis**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,782,500.00 |
|---|---|---|---|

**Vyonne Mendenhall**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walker Fitch**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Walter Lau**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**WE Capital Inv. LLC**
**Jared Wiberg**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Wendy M Dulaney**
**3737 El Jobean Rd, #L3**
**Port Charlotte, FL 33953**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **J and J Purchasing, LLC** | | Case number (if known) | **22-10943-mkn** |
|---|---|---|---|---|
| | Name | | | |

| 3.978 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wesle Fakes** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.979 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wesley Settles** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.980 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William Knell** | ■ Contingent | |
| | | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.981 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **William R. Larson Trust** | ■ Contingent | |
| | **Bill Larson** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.982 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Woodshop LLC** | ■ Contingent | |
| | **Tony Baird** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.983 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **Wwf Holdings LLC** | ■ Contingent | |
| | **Cory Watson** | ■ Unliquidated | |
| | Date(s) debt was incurred _ | ☐ Disputed | |
| | Last 4 digits of account number _ | | |
| | | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.984 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
| | **XXVI LLC** | ■ Contingent | |
| | **William Boyd** | ■ Unliquidated | |
| | **30 N Gould St Ste R** | ☐ Disputed | |
| | **Sheridan, WY 82801** | | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**XXVI LLC**
**Scot Allen**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zach Caniglia**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zack Groesbeck**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zerorez Atlanta**
**Patrick Spencer**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zerorez Denver**
**Shane Karen**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zerorez Salt Lake City**
**Jake Stone**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Zerorez Texas**
**Jim Stone**

- ☑ Contingent
- ☑ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | J and J Purchasing, LLC | Case number (if known) | 22-10943-mkn |
|---|---|---|---|
| | Name | | |

| 3.992 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zerorez Texas, Inc.
c/o William R. Shupe, Registered Agent
1000 W Crosby Road, Ste 124
Carrollton, TX 75006

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.993 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zevo Media, LLC
Josh Lindsay

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.994 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

ZPS Consulting Services
c/o Robert Zobrist
28 Calle Boveda
San Clemente, CA 92673

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.995 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

ZPS Consulting Services LLC
c/o Legalinc Corporate Services, Inc., R
1810 E. Sahara Ave., Ste. 215
Las Vegas, NV 89104

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.996 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

Zzyzx Capital LLC

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ Approximately 500,000,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ Approximately 500,000,000.00 |

---

**Fill in this information to identify the case:**

Debtor name    **J and J Purchasing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **22-10943-mkn**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | **See Global Notes** |

**Fill in this information to identify the case:**

Debtor name __J and J Purchasing, LLC__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) __22-10943-mkn__

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                                                 *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.2 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.3 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |
| 2.4 | | Street | | ☐ D ☐ E/F ☐ G |
| | | City          State          Zip Code | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name        **J and J Purchasing, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)    **22-10943-mkn**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**  **Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **Unknown** |
| **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **Unknown** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **J and J Purchasing, LLC**                    Case number *(if known)*  **22-10943-mkn**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached Schedule 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.    **See attached Schedule 4** | | **$0.00** | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.    **Murphy, et al. v. Beasley, et al.**<br>**A-22-849806-B** | | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2.    **Securities and Exchange Commission v. Beasley, et al.**<br>**2:22-cv-00612-JCM-EJY** | | **US District Court, District of Nevada**<br>**333 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | **J and J Purchasing, LLC** | | Case number *(if known)* | **22-10943-mkn** |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **Henzel, et al. v. Judd, et a.**<br>**2:22-cv-00529** | | **US District Court, District of Nevada**<br>**333 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Hollywood Construction Co. v. Beasley, et al.**<br>**A-22-851763-B** | | **Eighth Judicial District Court**<br>**Regional Justice Center**<br>**200 Lewis Avenue**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Bonifazio, et al. v. Judd, et al.**<br>**Adv. Case No. 22-01061** | | **USBC, District of Nevada**<br>**Foley Federal Building and U.S. Courthou**<br>**300 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Bonifazio, et al. v. Judd, et al.**<br>**Adv. Case No. 22-01062** | | **USBC District of Nevada**<br>**Foley Federal Building and U.S. Courthou**<br>**300 Las Vegas Blvd South**<br>**Las Vegas, NV 89101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and Address | Describe the property | Value |
|---|---|---|
| **See Global Notes** | | **$0.00** |
| | **Case title** | **Court name and address** |
| | **Case number** | |
| | **Date of order or assignment** | |

| **Part 4:** | **Certain Gifts and Charitable Contributions** |

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **See attached Schedule 9** | | | **$0.00** |
| | **Recipients relationship to debtor** | | | |

| **Part 5:** | **Certain Losses** |

**10.** All losses from fire, theft, or other casualty within 1 year before filing this case.

Debtor    J and J Purchasing, LLC                                Case number *(if known)*  **22-10943-mkn**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See Global Notes** | | | **$0.00** |
| | **Relationship to debtor** | | | |

## Part 7:   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

| Debtor | J and J Purchasing, LLC | Case number *(if known)* | 22-10943-mkn |

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

Debtor    J and J Purchasing, LLC _____    Case number *(if known)*    22-10943-mkn

---

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **See Global Notes** | | **EIN:**<br><br>**From-To** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Mark A. Murphy, Ltd.**<br>**2700 E. Sunset Road, Suite 9**<br>**Las Vegas, NV 89120** | **2005 - Petition Date** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

---

Debtor    **J and J Purchasing, LLC**                          Case number *(if known)*  **22-10943-mkn**

within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Jeffrey Judd**<br>**9 Sky Arc Court**<br>**Henderson, NV 89012** | **Debtor's books and records were seized by the Federal Bureau of Investigation prior to the commencement of the Chapter 11 Case.** |
| 26c.2. **Federal Bureau of Investigation**<br>**1782 W. Lake Mead Blvd.**<br>**Las Vegas, NV 89106** | **The Federal Bureau of Investigation seized Debtor's books and records prior to the commencement of the Chapter 11 Case but was advised that access could not be granted without a request to the District Court and an order therefrom. Debtor has made demand** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jeffrey Judd** | **9 Sky Arc Court**<br>**Henderson, NV 89012** | **Member and Manager** | **100** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ■ No
    ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Debtor     J and J Purchasing, LLC _____     Case number *(if known)*  22-10943-mkn

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | See Global Notes | | | |
| | Relationship to debtor | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     6/2/2022 _____

_____     **Peter Kravitz**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **Chief Restructuring Officer** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
■ Yes

# SCHEDULE 3

# SCHEDULE 3

| 90-Day Payments - (USD) | | | | Total: $ | (16,304,084) |
|---|---|---|---|---|---|
| Account | Transfer Date | Category | Payee | Cashflow | Memo |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (77) | On 122121 GRUBHUB.COM NY GRUBHUB4WEISSREST REF # 244921513567195889110 *********** |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 122221 Visa Direct NY VENMO* REF # 244361836000125105049 ***********7021 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (132) | On 122221 HTTPSINSTACA CA INSTACART*2246 REF # 240113413570000107973637 ***********20 |
| 0153 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 122221 Visa Direct NY VENMO* REF # 244248181356000142723097 ***********7021 |
| 2073 | 12/23/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Op24867660 | (118,000) | |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (21) | SPROUTS FARMERS HENDERSON NV 8856320 On 122421 ILNKILNK REF 135816886632 *********** |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122321 Visa Direct NY VENMO* REF # 242481813570001250182266 |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 122221 702-704-1768 NV SASSY BLOWTIQUE REF # 240916231357013029426 ***********7021 |
| 2073 | 12/24/2021 | Electronic Withdrawal | Electronic Withdrawal | (71) | To CHASE CREDIT CRD REF=213570094284610N00 576003922FEPAY 568999476B |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase - VISA | (100) | To PAYPAL REF=213610110642930N00 PAYPALSI77INST XFER BARNESNOBLE |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (131) | On 122421 WWW.DOORDASH CA DOORDASH*EINSTEI REF # 240113413580005071130 *********** |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase - VISA | (198) | On 122421 HTTPSINSTACA CA INSTACART*459 REF # 231153800028680794 ***********2062 |
| 2073 | 12/27/2021 | Personal Spending | Zelle Instant | (2,250) | PMT To STEVE BEYER On 12/27/21 PMT ID=U58R5vY6evve |
| 2073 | 12/27/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Op25027972 | (492,000) | |
| 0153 | 12/28/2021 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2112281464171 Srf# | (15) | 00081933627713117 Trn#211228146471 Rfb# |
| 2073 | 12/28/2021 | Personal Spending | Electronic Withdrawal | (44) | To ONLINE PAYPAL REF=213610025791700N00 000021273PAYROLL 4621383 |
| 2073 | 12/28/2021 | Personal Spending | Electronic Withdrawal | (114) | To PAYPAL REF=213610185193520N00 PAYPALSI77INST XFER UNDERLINING |
| 2073 | 12/28/2021 | Judd Family Member | National Advisors Trust | (500) | Judd Insurance |
| 2073 | 12/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=213610205513870N00 950000000000NLINE PMTUS850728663820S |
| 2073 | 12/28/2021 | Personal Spending | Debit Purchase - VISA | (1,200) | On 122821 Visa Direct NV VENMO* REF # 242481813610002259665525 |
| 2073 | 12/28/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account **********5473 |
| 2073 | 12/29/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Op25093728 | (500,000) | |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 122821 HENDERSON NV TARGET 00 REF # 241640713620070151800 ***********2062 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 122821 Visa Direct NV VENMO* REF # 242481813620002123300023 ***********7021 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122921 Visa Direct NV VENMO* REF # 242481813620002224512622 ***********7021 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (401) | On 122821 gosq.com NV SQ *CAKED REF # 246921613631009344670020 ***********2062 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (991) | On 122821 702-8850750 NV IN *POST WORTHY REF # 246921613621008028456621 ***********20 |
| 2073 | 12/29/2021 | Taxes / Treasury | United States Treasury | (11,861) | CPS048 - Judd Family Trust *********889 |
| 2073 | 12/29/2021 | Personal Spending | Electronic Withdrawal | (20,367) | To AMEX EPAYMENT REF=213620088498330N00 9800000000ACH PMT M1828 |
| 2073 | 12/29/2021 | Church / Donation | Electronic Withdrawal | (200,500) | To Ch JesusChrist REF=213620075050N00 287083434100NATION 86018847 |
| 2073 | 12/29/2021 | WF Transfer | WF Direct Pay-Payment- Tran ID Op25181716 | (372,500) | |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 122821 702-704-1768 NV SASSY BLOWTIQUE REF # 240916231363017019469541 ***********20 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (22) | On 122921 713631005983380N00 PAYPALSI77INST XFER COCOAB4RINI |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 122821 HENDERSON NV ALBERTSONS #0002 REF # 242316813638370021585296 ***********20 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (454) | On 122921 Visa Direct NV VENMO* REF # 242481813630001735516563 ***********7021 Card 2021 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (139) | On 123021 HTTPSINSTACA CA INSTACART*159 REF # 240113413640000339161667 ***********2062 Card 2062 Wit |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (1,050) | Rental Fee Jeff's 50th |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (2,000) | Jeff's Birthday Security |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010122 407-828-5630 FL THE MARA REF # 249430020028930024006689 ***********2062 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010122 702-4909348 NV PROTOGYM REF # 240009720020093071446565 ***********7021 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (40) | On 010122 407-828-5630 FL THE MARA REF # 249430020028930024006689 ***********2062 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (50) | To ONLINE PAYROLL REF=220030034406630N00 000021772PPAYROLL 830596 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (86) | On 122721 877-263-9300 CA LULULEMONCOM* REF # 246921620011007290634 ***********2062 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (89) | On 010122 407-828-5630 FL WDW WORLD OF DIS REF # 249430020028930024009813 ***********20 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 123021 WWW.DOORDASH*JERSEY REF # 240113420040001227187 *********** |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (107) | To PAYPAL REF=220030155390070N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 010322 Visa Direct NV VENMO* REF # 242481820030001315171981 ***********7021 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (273) | On 123021 Visa Direct NV VENMO* REF # 242481820030002000096768341 ***********7021 |
| 2073 | 1/3/2022 | Transfer to Account #1373 | Transfer | (508) | To Account *********1373 |
| 2073 | 1/3/2022 | Miscellaneous | Electronic Withdrawal | (600) | |
| 2073 | 1/3/2022 | Personal Spending | Electronic Withdrawal | (1,200) | To SOUTHERN CALIFOR REF=220030025199470N00 950000000000NLINE PMTUS850728663820S |
| 2073 | 1/3/2022 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=220030074888900N00 580580024PAYMENT 000000466031466 ACCT********3466 EFFE |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (15) | On 010322 HUNT VALLEY MD NAYAX VENDING 14 REF # 240133920030025161639970 *********** |
| 0153 | 1/4/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201041040077 Srf# | (15) | 00756790037AO157 Trn#220104104077 Rfb# |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (15) | On 010222 407-828-5630 FL SUNSHINE TREE MO REF # 249430020038930024121071 ***********20 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010222 407-828-5630 FL THE MARA REF # 249430020038930024006687 ***********2062 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (36) | On 010222 407-828-5630 FL WDW SAT/U U CANT REF # 249430020038930024118655 ***********2C |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (61) | On 010222 882-889-9953 CA PINOCCHIO VILLAG REF # 249430020038930024120883 ***********2C |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (35) | On 010322 WWW.DOORDASH*JERSEY REF # 240113420040001227187 *********** |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (107) | To PAYPAL REF=220030155390070N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 010322 Visa Direct NV VENMO* REF # 242481820030001315171981 ***********7021 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (273) | On 123021 Visa Direct NV VENMO* REF # 242481820030000096768341 ***********7021 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (600) | On 010322 Visa Direct NV VENMO* REF # 242481820030000099678621 ***********7021 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (1,947) | On 01032 gosq.com NV SQ *CITY BLOSSOM REF # 246921620031005670548336 ***********206 |
| 0153 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (26,496) | To CHASE CREDIT CRD REF=220030153186540N00 576003922FEPAY 570553151S1 |
| 2073 | 1/4/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Op25738040 | (499,000) | |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 010322 407-828-5630 FL ROSIE'S ALL-AMER REF # 249430020048930041661 *********** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 010322 407-828-5630 FL THE MARA REF # 249430020048930044068 ***********2062 |
| 2073 | 1/5/2022 | Personal Spending | Electronic Withdrawal | (36) | On 010422 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 240113420040000245808061 *********** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (34) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113420040001835535 ***********2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (48) | On 010323 KISSIMMEE FL CHICK-FIL-A #028 REF # 244273320047100147906681 *********** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (59) | On 010422 888-892-9953 CA ZAZZLE INC REF # 249921520047130043118 *********** |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (139) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113420040003111026 ***********2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (107) | To PAYPAL REF=220040157559460N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Personal Spending | Electronic Withdrawal | (645) | To PAYPAL REF=220040157579220N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (726) | To PAYPAL REF=220040176589100N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Personal Spending | The Gift of Time | (3,000) | |
| 2073 | 1/5/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Op25861368 | (15,000) | |
| 0153 | 1/5/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Op25861366 | (450,500) | |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 010522 Visa Direct NV VENMO* REF # 242481820050001360355550 ***********7021 |
| 2073 | 1/6/2022 | Utilities | Electronic Withdrawal | (119) | To Dominion Energy REF=220050121760590N00 187013587LQSC 363130368B09570 |
| 2073 | 1/6/2022 | Personal Spending | Electronic Withdrawal | (165) | WALGREENS STORE HENDERSON NV 135947 On 010622 ILKITERM REF 200621135947 *********** |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (200) | On 010522 Visa Direct NV VENMO* REF # 242481820050001315853815 ***********7021 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase | (213) | NORDSTROM RACK # HENDERSON NV 340455 On 010522 ILNKILNK REF 200601340455 *********** |
| 2073 | 1/6/2022 | Personal Spending | Electronic Withdrawal | (482) | To PAYPAL REF=220050193926120N00 PAYPALSI77INST XFER CARDSETZETE |
| 2073 | 1/6/2022 | Horizon Trust Company | Wire Debit REF004372 | (60,000) | BANK OF GEORGE LAS 220106039418 BNF=HORIZON TRUST COMPANY 6301 INDIAN SCHOOL RD |
| 2073 | 1/6/2022 | Bank of George | Wire Debit REF004339 | (89,000) | BANK OF GEORGE LAS 220106039819 BNF=HORIZON TRUST 6301 INDIAN SCHOOL RD COMPANY |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 010622 LAS VEGAS NV PANDA EXPRESS #1 REF # 244310620078380061173 *********** |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010622 Visa Direct NV VENMO* REF # 242481820060001366196286 ***********7021 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (133) | On 010622 Visa Direct NV VENMO* REF # 242481820060001315171981 ***********7021 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (500) | To WEST COAST LIFE REF=220060037098160N00 994097115AINS. PREM.WC1205053436 |
| 2073 | 1/7/2022 | Transfer to Account #1373 | Transfer | (550) | To Account *********1373 |
| 2073 | 1/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (726) | To PAYPAL REF=220070007472160N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (18,125) | To CHASE CREDIT CRD REF=220060053056470N00 576003922FEPAY 571098148A |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (26,713) | To AMEX EPAYMENT REF=220060080316280N00 9800000000ACH PMT M6890 |
| 0153 | 1/10/2022 | Miscellaneous | Direct Pay Individual Pymt Trans | (6) | |
| 2073 | 1/10/2022 | Personal Spending | Direct Pay Monthly Base | (10) | |
| 0153 | 1/10/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201101074706 Srf# | (15) | On 010622 LAS VEGAS NV THE JUICE BAR AT REF # 246970320080009453797 ***********20C |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (15) | On 010822 702-704-1768 NV SASSY BLOWTIQUE REF # 240916231070300 *********** |
| 2073 | 1/10/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201101096191 Srf# | (15) | 00756790102119T Trn#220110196191 Rfb# |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (70) | On 010822 702-4909348 NV PROTOGYM REF # 240009720072700765253 ***********7021 |
| 0153 | 1/10/2022 | Miscellaneous | Direct Pay WF Business Pymt Trans | (76) | |
| 2073 | 1/10/2022 | Personal Spending | Electronic Withdrawal | (103) | On 010822 WWW.DOORDASH THE CHE REF # 241134200900016426334 |
| 0153 | 1/10/2022 | Miscellaneous | Direct Pay Nonwf Bus Pymt Trans | (183) | |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (211) | On 010922 gosq.com NV SQ *PAPERBAGBEAU REF # 246921620091005671302216 ***********206 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (218) | HOMEGOODS 2900 S HENDERSON NV 111341 On 010822 MAESTERM REF 111341 *********** |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (86) | On 010822 MACYS .COM REF # 244457320099007019385 ***********2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (600) | To PAYPAL REF=220100069777130N00 PAYPALSI77INST XFER CARTOONVEGA |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (200) | On 010922 Visa Direct NV VENMO* REF # 242481820090001640469491 ***********7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (1,529) | On 010722 855-8274654 CA BLT*Tadashi Shoji REF # 249064120071700139516 *********** |
| 2073 | 1/10/2022 | Personal Spending | Electronic Withdrawal | (2,000) | To PAYPAL REF=220100082490530N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/10/2022 | Miscellaneous | Electronic Withdrawal | (6,795) | To PAYROLL SERVICE REF=220100029891505N00 136436572FEPAY 571809540A |
| 2073 | 1/10/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Op26277064 | (380,000) | |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (5) | On 010822 LAS VEGAS NV THE JUICE BAR AT REF # 246970320100048187200 ***********20C |
| 0153 | 1/11/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201110747061 Srf# | (28) | 2020111100023857 Trn#220111074706 Rfb# 379920970 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase | (44) | WALGREENS STORE HENDERSON NV 305440 On 010822 ILNKILNK REF 201100305440 ***********2 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase | (44) | WALGREENS STORE HENDERSON NV 402682 On 010122 ILNKILNK REF 201022402682 ***********2 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010822 HENDERSON NV TRADER JOE'S #28 REF # 244939820110023920 ***********20 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (56) | On 010822 HENDERSON NV PP PROTOGYM FOR J REF # 240009720112410120001248830 *********** |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (442) | On 01102 gosq.com NV SQ *CAKED REF # 246921620101003951430 ***********2062 |
| 0153 | 1/11/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Op26377978 | (493,500) | |
| 0153 | 1/12/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Op26434912 | (290,500) | |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011122 HENDERSON NV PANDA EXPRESS #1 REF # 244310620113380094070116 *********** |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011122 702-4909348 NV PROTOGYM REF # 240009720127407062868932 ***********7021 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (324) | On 011222 gosq.com NV SQ *THE JOY POP REF # 246921620121005580050759 ***********2062 |
| 2073 | 1/13/2022 | Personal Spending | Electronic Withdrawal | (604) | To PAYPAL REF=220120196847580N00 PAYPALSI77INST XFER REVOLVE |

| Acct | Date | Category | Description | Amount | Memo |
|---|---|---|---|---|---|
| 0153 | 1/13/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq26599400 | (7,000) | |
| 0153 | 1/13/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq26599402 | (305,000) | |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011222 LAS VEGAS NV THE JUICE BAR AT REF # 24269792014000922651312 **********20G |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 011922 Direct NV VENMO* REF # 24248182013000192431990 **********7021 |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (95) | On 011222 702-4909348 NV PROTOGYM REF # 24000972013745007536571 **********7021 |
| 2073 | 1/14/2022 | Service Charges & Fees | Analysis Service Charge | (133) | |
| 2073 | 1/14/2022 | Personal Spending | Electronic Withdrawal | (372) | To PAYPAL REF=220130063234960N00 PAYPALS77INST XFER REVOLVE |
| 0153 | 1/14/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq26785226 | (250,000) | |
| 2073 | 1/18/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (295,000) | To Account [redacted] 5473 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011622 LAS VEGAS NV PANDA EXPRESS #1 REF # 24431062017838007295242 **********20G |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 011522 702-704-1768 NV SASSY BLOWTIQUE REF # 24091622016017064283341 ********** |
| 0153 | 1/18/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201182888243 Srf# | | 00756790186068038 Trn#220182888243 Rfb# |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011322 WWW.DOORDASH CA DOORDASH*TWISTED REF # 24011342014000015046025 **********20 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 011322 702-4909348 NV PROTOGYM REF # 24000972014749308452131 **********7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011322 WWW.DOORDASH CA DOORDASH*KNEADER REF # 24011342014001153215399 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (59) | On 011722 Visa Direct NV VENMO* REF # 24248182017000091670165 **********7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (81) | On 011722 718-8557955 NY Etsy.com - Heart REF # 24204292018002161305852 **********20G |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (117) | On 011622 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011342017000021496058 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (127) | On 011522 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011342016000028883036 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (156) | On 011622 888-8374587 UT WWWBALTICBORNCOM REF # 24207852016172300212317 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (175) | On 011622 702-8883-1500 OH VICTORIAS SECRET REF # 24941442015083766166134 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (299) | On 011422 800-888-1500 OH VICTORIAS SECRET REF # 24941442015083766166134 ********** |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (331) | On 011522 WWW.VICICOLL CA VICI COLLECTION REF # 24492162016000010594235 **********2C |
| 0153 | 1/18/2022 | USB Loan Paydown | Electronic Withdrawal | (2,147) | To USBANK LOAN REF=220180148031860Y00 580580024PAYMENT 000000463356338 ACCT **********338 EFFE |
| 2073 | 1/18/2022 | Personal Spending | Electronic Withdrawal | (2,157) | To PAYPAL REF=220180071092990N00 PAYPALS77INST XFER SAKSCOMLLC |
| 0153 | 1/18/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq26927516 | (233,500) | |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 011722 LAS VEGAS NV RACHELS KITCHEN REF # 24269792018500440672910 **********20G |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011822 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011342019000010295733 ********** |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (85) | On 011822 Visa Direct NV VENMO* REF # 24248182018000143669040 **********7021 |
| 2073 | 1/19/2022 | Utilities | Electronic Withdrawal | (95) | To SO CAL GAS REF=220190075278110N00 199205249APAID SCGC 168891B318 |
| 2073 | 1/19/2022 | Personal Spending | Electronic Withdrawal | (224) | To Digital Trust REF=220180232421230N00 191118795BFees CoReS0100011114 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (1,800) | On 011822 Visa Direct NV VENMO* REF # 24248182018000102564281 **********7021 |
| 2073 | 1/19/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account [redacted] 5473 |
| 0153 | 1/19/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27059988 | (488,500) | |
| 2073 | 1/20/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (1,300,000) | To Account [redacted] 5473 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011922 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 24011342020000011674065 ********** |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (46) | On 011922 WWW.DOORDASH CA DOORDASH*KNEADER REF # 24011342020000011902573 ********** |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (131) | On 011922 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011342020000011902573 ********** |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (549) | On 011922 800-613-9545 GA SYNCB PAYMENT REF # 24138292019898521208904 ********** |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (3,241) | On 011922 DOUG NEIGHBORS OH 01/20/22 PMT ID=USBSyo09fKkp |
| 2073 | 1/20/2022 | J&J Entity | Online Transfer to J and J Purchasing  LLC Business Checking | (10,000) | xxxxx7037 Ref #Ib0Odpwqd9 on 01/20/22 |
| 0153 | 1/20/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27199830 | (395,000) | |
| 2073 | 1/21/2022 | Utilities | Electronic Withdrawal | (7) | To SO CAL GAS REF=220220940966000N00 199205249APAID SCGC 020077B309 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011822 LAS VEGAS NV THE JUICE BAR AT REF # 24269792020500402380946 **********20G |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 011922 LAS VEGAS NV THE JUICE BAR AT REF # 24269792021000881469025 **********20G |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (75) | On 012022 Visa Direct NV VENMO* REF # 24248182020000135919179 **********7021 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (450) | On 011922 702-704-1768 NV SASSY BLOWTIQUE REF # 24091622019301057815 ********** |
| 2073 | 1/21/2022 | Personal Spending | Zelle Instant | (1,000) | On 01/21/22 PMT ID=USBKAuK9VXR |
| 0153 | 1/21/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27347676 | (15,000) | |
| 2073 | 1/21/2022 | Personal Spending | Zelle Instant | (1,000) | PMT To JULIE TRAINER On 01/21/22 PMT ID=USB3cxA9fUJx |
| 0153 | 1/21/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27347678 | (50,000) | |
| 2073 | 1/24/2022 | Vehicles & Related | Ferrari Maserati of Las Vegas | (521,240) | 2019 Ferrari |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (12) | On 011222 LAS VEGAS NV THE JUICE BAR AT REF # 24269792023000843993933 **********20G |
| 2073 | 1/24/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201241912244 Srf# | | 00756790249888378 Trn#220124191224 Rfb# |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 20202 HENDERSON NV RACHELS KITCHEN REF # 24269792021500398578882 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (39) | On 012022 702-4909348 NV PROTOGYM REF # 24000972021778207721370 **********20 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (102) | On 012222 COSTA MESA CA SOUTH COAST CA- REF # 24137462023000955572471 ********** |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (193) | On 012222 800-782-6724 MO USPS.COM POSTAL REF # 24137462022600141784164 **********2 |
| 2073 | 1/24/2022 | Judd Family Member | Zelle Instant | (600) | PMT To ALEXANDRA CHAVEZ On 01/24/22 PMT ID=USB7csNgMoL |
| 2073 | 1/24/2022 | Judd Family Member | Zelle Instant | (2,045) | PMT To KENNEDY JUDD On 01/23/22 PMT ID=USBUjdqBgunW |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 012122 Visa Direct NV VENMO* REF # 24248182021000064540944 **********7021 |
| 2073 | 1/24/2022 | Personal Spending | Immaculate Restoration and Carpet Care | (4,500) | Tile Cleaning |
| 0153 | 1/24/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27425400 | (50,000) | |
| 2073 | 1/24/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27425398 | (439,000) | |
| 2073 | 1/25/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 012422 WWW.DOORDASH CA DOORDASH*IHOP REF # 24011342024000039793992 ********** |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (14,939) | To COINBASE INC. REF [redacted] 0N00 13270006238889DB7930KHBB5R7K |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (36,841) | To COINBASE INC. RE [redacted] 30N00 1327000623888908793DKP4SGGUH |
| 0153 | 1/25/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27495804 | (37,500) | |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (16) | On 012522 Visa Direct NV VENMO* REF # 24248182025000011358895? **********7021 |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (153) | On 012522 WWW.DOORDASH CA DOORDASH*SPICY T REF # 24011342026000016442510 ********** |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (200) | On 012522 Visa Direct NV VENMO* REF # 24248182025000113713449 ********** |
| 2073 | 1/26/2022 | Personal Spending | Electronic Withdrawal | (290) | To PAYPAL REF=220250703844960N00 PAYPALS77INST XFER REVOLVE |
| 2073 | 1/26/2022 | Transfer to Account #5735 | Mobile Banking Transfer | (3,000) | To Account [redacted] 5735 |
| 2073 | 1/26/2022 | Miscellaneous | Mobile Banking Transfer | (3,004) | To Reserve Line |
| 2073 | 1/26/2022 | BJ Holdings LLC #0010 (Beasley Entity) | Mobile Banking Transfer | (16,000) | To Account [redacted] 0010 |
| 2073 | 1/26/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account [redacted] 5473 |
| 2073 | 1/26/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (100,000) | To Account [redacted] 0331 |
| 2073 | 1/26/2022 | Judd Family Trust #6245 | Mobile Banking Transfer | (100,000) | To Account [redacted] 6245 |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (3) | On WALGREENS STORE HENDERSON NV 118716 On 012622 REF 202302316716 ********** |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (4) | On 011622 HENDERSON NV PANDA EXPRESS #1 REF # 24431062027838001470153 ********** |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (51) | On HOMEGOODS 517 N HENDERSON NV 016758 On 012622 MAESTERM REF 016758 **********2062 |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (235) | On 012522 UNFINITELOD CA APPLE CASH REF # 24055233027006166763819 **********2062 |
| 2073 | 1/27/2022 | Personal Spending | Electronic Withdrawal | (60,000) | To AMEX EPAYMENT REF=220260177066880N00 00050000008ACH PMT M5856 |
| 2073 | 1/28/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLIEL ASSN MGMT REF=220270115560SD0N00 950000000000NLINE PMT/USB5072866320 |
| 2073 | 1/28/2022 | Personal Spending | Debit Purchase - VISA | (19,342) | To CHASE CREDIT CRD REF=220270075838770N00 760039224EPAY 5747998768 |
| 2073 | 1/28/2022 | Personal Spending | Electronic Withdrawal | (42,924) | To AMEX EPAYMENT REF=220270091471170N00 00050000000BACH PMT M3842 |
| 0153 | 1/28/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27816514 | (45,000) | |
| 2073 | 1/31/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2201312323245 Srf# | | 00756790315002829 Trn#220131232345 Rfb# |
| 2073 | 1/31/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 011822 702-704-1768 NV SASSY BLOWTIQUE REF # 24091622030017038040103 **********2C |
| 2073 | 1/31/2022 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=220310025169960N00 PAYPALS77INST XFER COCOABARJNJ |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (1,042) | On 012822 gosq.com NV SQ *PAPERBAGBEAU REF # 24692162028100966412027I **********0062 Card 2062 Wit |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (2,355) | To COINBASE INC. REF [redacted] 0N00 13270006238889087930SAWYA4DC |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (24,304) | To COINBASE INC. RE [redacted] 30N00 132700062388890879305AWYA4DC |
| 0153 | 1/31/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq27975220 | (448,000) | |
| 2073 | 2/1/2022 | Crypto Currency / Investments | Electronic Withdrawal | (250) | VENMO* REF # 24248182031000183513324 **********7021 |
| 2073 | 2/1/2022 | Crypto Currency / Investments | Electronic Withdrawal | (280) | VENMO* REF # 24248182031000183538371 **********7021 |
| 2073 | 2/1/2022 | Crypto Currency / Investments | Electronic Withdrawal | (3,437) | REF=220320101616950Y00 580580024PAYMENT 000000463603466 ACCT **********3466 EFFECTIVE 02 |
| 0153 | 2/1/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq28150218 | (37,000) | |
| 0153 | 2/1/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dq28150220 | (355,000) | |
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (34) | DOORDASH*TWISTED REF # 24011342033000013551142 **********2062 |
| 2073 | 2/2/2022 | Personal Spending | Electronic Withdrawal | (60) | REF=220330106292780N00 000021727PAYROLL 4331586 |
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (875) | APPLE CASH REF # 24055233033917698204819 **********2062 |
| 2073 | 2/2/2022 | Personal Spending | Electronic Withdrawal | (1,250) | On 02/02/22 PMT ID=USB7kde9JbZC |
| 2073 | 2/3/2022 | Personal Spending | Debit Purchase - VISA | (30) | PROTOGYM REF # 24000972033382810708352 **********7021 |
| 2073 | 2/3/2022 | Personal Spending | Electronic Withdrawal | (132) | REF=220330209339720N00 PAYPALS77INST XFER LANEIGE |
| 2073 | 2/3/2022 | Transfer to Account #1373 | Transfer | (600) | To Account [redacted] |
| 2073 | 2/3/2022 | Miscellaneous | Electronic Withdrawal | (1,200) | REF=220330210994230N00 950000000000NLINE PMT/US8507286632POS |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (1,400) | Rental Fee 51338 |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (2,500) | Security Fee 54425 |
| 2073 | 2/3/2022 | Transfer to Account #??? | Mobile Banking Transfer | (300,000) | To Account [redacted] |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE BAR AT REF # 24269792035000802008420839 **********2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (43) | HALLMARK CREATIO REF # 24412952034897260173748 **********2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (75) | VENMO* REF # 24248182034000112472456 **********7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (162) | @PUNCHDENERGY REF # 24490162034000184851329 **********2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (8) | THE JUICE BAR AT REF # 24269792037600355153158 **********2062 |
| 2073 | 2/7/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 2202071710067 Srf# | | 00756790382704579 Trn#220207171006? Rfb# |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (43) | SASSY BLOWTIQUE REF # 24091622035017014816680 **********2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (55) | SASSY BLOWTIQUE REF # 24091622037017062966348 **********2062 |
| 2073 | 2/7/2022 | Personal Spending | Zelle Instant | (90) | On 02/07/22 PMT ID=USB6KCt9kKZE |
| 2073 | 2/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (127) | REF=220380102734410N00 187015587GQGC 3631303698004642 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (128) | REF # 24248182035000193010272 **********7021 |
| 2073 | 2/7/2022 | Transfer to Account #1373 | Transfer | (550) | To Account [redacted] |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (655) | LULUS.COM REF # 24011342037000049157373 **********2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (1,046) | VENMO* REF # 22038011559603000 PAYPALS77INST XFER MILLERSMPIX |
| 2073 | 2/7/2022 | Personal Spending | Sun West Homes | (30,000) | Design Deposit |

| Acct | Date | Category | Description | Amount | Memo / Reference |
|---|---|---|---|---|---|
| 0153 | 2/7/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp28671398 | (357,000) | |
| 0153 | 2/8/2022 | Miscellaneous | Direct Pay Individual Pymt Trans | (10) | |
| 0153 | 2/8/2022 | Miscellaneous | Direct Pay Monthly Base | (10) | |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (86) | PINKBOX DOUGHNUT REF # 24269792038200128030350 ************2062 |
| 2073 | 2/8/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (117) | REF=220390053286930N00 PAYPALSI77INST XFER BOOT8ARNINC |
| 2073 | 2/8/2022 | Miscellaneous | Direct Pay WF Business Pymt Trans | (117) | |
| 2073 | 2/8/2022 | Personal Spending | Direct Pay Nomel Bus Pymt Trans | (195) | |
| 0153 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (1,194) | VICI COLLECTION REF # 24492162038000018829274 ************2062 |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp28797942 | (500,000) | |
| 2073 | 2/9/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220209159016 Srf# | (15) | 006365604006729971ref220209159016 #Ib# |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (70) | INSTACART*524 REF # 24011342040000012041799 ************2062 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (85) | VENMO* REF # 24248182039000145393669 *************7021 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (160) | FREEPEOPLE.COM # REF # 24445002039100106907811 ************2062 |
| 2073 | 2/9/2022 | Personal Spending | Electronic Withdrawal | (166) | REF=220390080655530N00 994097115AINS. PREM WC120505S436 |
| 2073 | 2/9/2022 | Crypto Currency / Investments | Electronic Withdrawal | (6,722) | REF [redacted] 0N00 13643507774P2P 4P2P 4P2P |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp28869206 | (12,500) | |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp28869214 | (45,000) | |
| 2073 | 2/9/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp28869216 | (66,000) | |
| 2073 | 2/10/2022 | Personal Spending | Debit Purchase - VISA | (9) | RAISING CANE'S # REF # 24231682040698408698420 ************2062 |
| 2073 | 2/10/2022 | Crypto Currency / Investments | Electronic Withdrawal | (6,500) | |
| 2073 | 2/10/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29002670 | (25,000) | REF [redacted] 0N00 57600392240PAY 5772833130 |
| 2073 | 2/10/2022 | Miscellaneous | Electronic Withdrawal | (80,000) | REF [redacted] 70N00 0005000000ACH PMT M2078 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (45) | SASSY BLOWTIQUE REF # 24016292040170188495352 ************2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (50) | TST* MAKAI PACIF REF # 24137462041100442173040 ************2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (79) | PP*PRESSED FOR J REF # 24310332041900019773641 ************2062 |
| 2073 | 2/11/2022 | Transfer to Account #??? | Mobile Banking Transfer | (60,000) | |
| 0153 | 2/14/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220214171234 Srf# | (15) | 0075679045700020 Trot220214171234 Rfb# |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (17) | 251340 On 021422 ILNKILNK REF 204520251340 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (40) | SASSY BLOWTIQUE REF # 24091622044017064808549 |
| 2073 | 2/14/2022 | Personal Spending | Electronic Withdrawal | (50) | REF=220406354110N00 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (50) | VENMO* REF # 24248182042000162428799 *************7021 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (73) | DOORDASH*CHIPOTL REF # 24013422040000026685589 ************2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (149) | DOORDASH*COOKIE REF # 24013420043000166589269 ************2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (215) | MACYS .COM REF # 24445732043200086376379 ************2062 |
| 2073 | 2/14/2022 | Service Charges & Fees | Analysis Service Charge | (287) | |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (576) | NOBULL REF # 24492162042000013455582 ************2062 |
| 2073 | 2/14/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (813) | REF=220450034785250N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 2/14/2022 | Taxes / Treasury | Clark County Treasurer | (22,605) | |
| 2073 | 2/14/2022 | Vehicles & Related | Kia Motors Finance | (43,820) | VIN SXYP5DHC7NG211851 PAYOFF GARY JUDD ACCT [redacted] 271 |
| 2073 | 2/15/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29287344 | (488,000) | |
| 2073 | 2/15/2022 | Personal Spending | Electronic Withdrawal | (165) | DOORDASH*THE CHE REF # 24011342045000014051809 ************2062 |
| 2073 | 2/15/2022 | Transfer to Account #??? | Mobile Banking Transfer | (2,147) | REF=220460084826330Y00 580580024PAYMENT 000000463596338 ACCT [redacted] 6338 EFFECTIVE O2 |
| 2073 | 2/15/2022 | Personal Spending | Mobile Banking Transfer | (10,000) | |
| 2073 | 2/15/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29428898 | (12,500) | |
| 2073 | 2/15/2022 | Transfer to Account #??? | Mobile Banking Transfer | (200,000) | |
| 2073 | 2/15/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29428900 | (476,000) | |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (12) | 410338 On 021622 ILNKILNK REF 204718410338 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase | (76) | ALBERTSONS #0002 REF # 24231682046837001251427 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase | (134) | 128655 On 021522 ILNKILNK REF 204617128655 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (375) | DECKERS*HOKA ONE REF # 24492162046100322044731 ************2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (513) | FRG*MLSSTORE.COM REF # 24231682047700933120569 ************2062 |
| 2073 | 2/16/2022 | Crypto Currency / Investments | Electronic Withdrawal | (220,000) | |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (14) | TST* PUCKS COOKI REF # 24137462048001011741428 ************2062 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (99) | REF=220480299407330N00 1911187958Fees Colle5010001114 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (180) | THE JUICE STANDA REF # 24000972048893170014297 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (9) | PANERA BREAD #20 REF # 24692162048100886452393 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (27) | PP*PRESSED FOR J REF # 24310332049800019208963 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (35) | SASSY BLOWTIQUE REF # 24016292048017018627843 ************2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (158) | MIKESRECOVERY REF # 24492162048000002676292 ************2062 |
| 0153 | 2/18/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29750572 | (7,000) | |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (10) | THE JUICE BAR AT REF # 24269792051000810481263 |
| 0153 | 2/22/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220222286757 Srf# | (15) | 0075679053945960 Trot220222286757 Rfb# |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (20) | SASSY BLOWTIQUE REF # 24091622051017021168847 |
| 2073 | 2/22/2022 | Personal Spending | Electronic Withdrawal | (34) | REF=220530829247700N00 1992052494PAID SCGC 0200778309 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (35) | TST* MAKAI PACIF REF # 24137462051002603213156 ************2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (52) | DOORDASH*RACHELS REF # 24011342050000037435700 ************2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (100) | VENMO* REF # 24248182049000162372404 *************7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (135) | VENMO* REF # 24248182052000145066929 *************7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (250) | VENMO* REF # 24248182050000165904526 *************7021 Card 7021 Withdrawals Subtotal |
| 2073 | 2/22/2022 | Transfer to Account #??? | Mobile Banking Transfer | (2,000) | |
| 2073 | 2/22/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29826392 | (50,000) | |
| 0153 | 2/22/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29826394 | (436,000) | |
| 2073 | 2/23/2022 | Crypto Currency / Investments | Electronic Withdrawal | (7,947) | REF [redacted] 0N00 132700062388890B7930H8G4TGUM |
| 2073 | 2/23/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29923556 | (88,000) | |
| 2073 | 2/23/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp29923558 | (262,500) | |
| 2073 | 2/23/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp30014614 | (16,000) | |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (19,580) | REF [redacted] 40N00 57600392240PAY 5799757326 |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (31,308) | REF [redacted] 10N00 0005000000ACH PMT M5412 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE STANDA REF # 24000972055612770063830 ************2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (14) | THE JUICE BAR AT REF # 24269792055500522612812 ************2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (38) | RACHELS KITCHEN REF # 24269792055500522612739 ************2062 |
| 2073 | 2/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (26,000) | REF [redacted] 0Y00 4301916822001503001121431 |
| 2073 | 2/28/2022 | Service Charges & Fees | Wire Trans Svc Charge - Sequence: 220228270817 Srf# | (15) | 00756790598846611 Trot220228270817 Rfb# |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (37) | 313689 On 022522 ILNKILNK REF 205701313689 ************2062 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (43) | ONE BITE REF # 24943002057091089000308 ************2062 |
| 2073 | 2/28/2022 | Personal Spending | Electronic Withdrawal | (603) | PP*PRESSED FOR J REF # 24310332058900013743141 ************2062 Card 2062 Withdrawals Subt |
| 2073 | 2/28/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | REF=220590031387370N00 9500000000ONLINE PMTUS8507286630POS |
| 2073 | 3/1/2022 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=220590152667050N00 PAYPALSI77INST XFER COCOABARINJ |
| 2073 | 3/1/2022 | USB Loan Payment | Electronic Withdrawal | (3,104) | To USBANK LOAN REF=220600037357340Y00 5805800024PAYMENT 00000046360466 ACCT [redacted] 466 EFFE |
| 2073 | 3/1/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (489,000) | To Account [redacted] 5473 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 022822 LAS VEGAS NV THE JUICE BAR AT REF # 24269792061000965122801 ************20G |
| 2073 | 3/2/2022 | Personal Spending | Electronic Withdrawal | (14) | To ONLINE PAYROLL REF=220610054632990N00 0000217279YAYROLL 0362378 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (225) | On 022822 1INFINITELOO CA APPLE CASH REF # 24055232061091224601375 ************7021 |
| 2073 | 3/2/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp30515124 | (415,000) | |
| 2073 | 3/2/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp30515126 | (437,000) | |
| 2073 | 3/2/2022 | Transfer to Account #1373 | Transfer | (600) | To Account [redacted] 1373 |
| 2073 | 3/3/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 030122 702-4909348 NV PROTOGYM REF # 24000972061945322867469 ************7021 |
| 2073 | 3/3/2022 | Miscellaneous | Electronic Withdrawal | (1,200) | To SOUTHERN CALIFOR REF=220610167262110N00 950000000ONLINE PMTUS8507286632POS |
| 2073 | 3/3/2022 | WF Transfer | WF Direct Pay-Payment- Tran ID Dp30626388 | (133,000) | |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 030222 LAS VEGAS NV COSMOPOL-SELF PA REF # 24943002063091649007282 ************70 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (15) | On 030222 1INFINITELOO CA APPLE CASH REF # 24055232063091251744218 ************7021 |
| 2073 | 3/4/2022 | Personal Spending | Zelle Instant | (1,700) | PMT To CHRISTOPHER A On 03/04/22 PMT ID=US83CNQ9HOG2 |
| 2073 | 3/7/2022 | Ut Ilties | Electronic Withdrawal | (112) | To Dominion Energy REF=220660069929430N00 1870155877QGC 361130369894024 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (420) | On 030422 Visa Direct NV VENMO* REF # 24248182063000115970420 ************7021 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (490) | On 030422 Visa Direct NV VENMO* REF # 24248182063000114150206 ************7021 |
| 2073 | 3/7/2022 | Transfer to Account #1373 | Transfer | (550) | To Account [redacted] 1373 |
| 2073 | 3/7/2022 | Personal Spending | Electronic Withdrawal | (26,754) | To AMEX EPAYMENT REF=220660087236480N00 0005000000ACH PMT M1472 |
| 0153 | 3/8/2022 | Miscellaneous | Direct Pay Individual Pymt Trans | (10) | |
| 0153 | 3/8/2022 | Miscellaneous | Direct Pay Monthly Base | (10) | |
| 0153 | 3/8/2022 | Miscellaneous | Direct Pay WF Business Pymt Trans | (132) | |
| 0153 | 3/8/2022 | Personal Spending | Direct Pay Nomel Bus Pymt Trans | (195) | |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (166) | To PAYPAL REF=220670107331610N00 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=220700518967500N00 994097115AINS. PREM WC12D505S436 |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (3,782) | On 030722 1INFINITELOO CA APPLE CASH REF # 24055232069000133705657 ************7021 |
| 2073 | 3/10/2022 | Personal Spending | Customer Withdrawal | (10) | |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (240) | On 031122 Visa Direct NV VENMO* REF # 24248182069000023542678 ************7021 |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 031122 Visa Direct NV VENMO* REF # 24248182069000023563456 ************7021 |
| 2073 | 3/11/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (4,000) | To Account [redacted] 0331 |
| 2073 | 3/11/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (5,000) | To Account [redacted] 5473 |
| 2073 | 3/11/2022 | Personal Spending | Ze le Standard | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=US83Rirn9tPOV |
| 2073 | 3/11/2022 | Personal Spending | Ze le Standard | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=USBHihz9tQWO |
| 2073 | 3/11/2022 | Service Charges & Fees | Analysis Service Charge | (48) | |
| 2073 | 3/14/2022 | Personal Spending | Debit Purchase - VISA | (1,625) | APPLE STORE R219 LAS VEGAS NV 834582 On 031422 MAESTERM REF 834582 ************7021 |
| 2073 | 3/14/2022 | Miscellaneous | Customer Withdrawal | (10,000) | |

| | | | | | |
|---|---|---|---|---|---|
| 2073 | 3/15/2022 | USB Loan Paydown | Electronic Withdrawal | (1,939) | To USBANK LOAN REF=220740071SS8010Y00 580580024PAYMENT 000000463596338 ACCT ███████ 6338 EFFE |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (1) | On 031422 844-4727577 IL PARKINGCOM REF # 24013392074001585174696 * ****7021 |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (2,350) | On 031422 LAS VEGAS NV GAUDIN PORSCHE O REF # 24013392074001600794809 ***********70. |
| 2073 | 3/16/2022 | Taxes / Treasury | Electronic Withdrawal | (27,449) | To IRS REF=220740113357070N00 338770200DUSATAXPYMT220247574328039 |
| 2073 | 3/18/2022 | Mark Murphy - Colocation | Mark Murphy | (2,000) | Taxes |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (18) | On 032022 LAS VEGAS NV LAS AIRPORT REF # 24625462079900013062405 ***********7021 Card 7021 Withdr |
| 2073 | 3/21/2022 | Ut lities | Electronic Withdrawal | (121) | To SO CAL GAS REF=220800061597130N00 1992052494PAID SCGC 1688918318 |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (125) | On 031922 702-704-1768 NV SASSY BLOWTIQUE REF # 24091620790170661021196 ***********2062 Card 2062 W |
| 2073 | 3/21/2022 | Personal Spending | Electronic Withdrawal | (200) | To Digital Trust REF=220800095655750N00 1911187958Fees Colle5010001114 |
| 2073 | 3/23/2022 | Ut lities | Electronic Withdrawal | (6) | To SO CAL GAS REF=220820087993870N00 1992052494PAID SCGC 0200778309 |
| 2073 | 3/23/2022 | Vehicles & Related | Win & G Vehicle Registration | (1,344) | Car Titles |

# SCHEDULE 4

# SCHEDULE 4

**1-Year Insider Transfers - (USD)**  Total: $ (81,725,875)

| Account | Transfer Date | Category | Payee | Cashflow | Memo |
|---|---|---|---|---|---|
| 2073 | 3/23/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (395,000) | To Account **** 3495 |
| 2073 | 3/23/2021 | Crypto Currency / Investments | Electronic Withdrawal | (19,662) | To ROBINHOOD RE ********* 8DNOO ********* 6776Funds ********* 03142 |
| 2073 | 3/23/2021 | Personal Spending | Electronic Withdrawal | (15,948) | On 032221 Amzn.com/bill WA Amazon.com*XO0LL REF # 246921610821005262628% ********* 20 |
| 2073 | 3/23/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 032221 Amzn.com/bill WA Amazon.com*XO0LL REF # 246921610821005262628% ********* 20 |
| 2073 | 3/23/2021 | Personal Spending | Electronic Withdrawal | (165) | On 032121 HENDERSON NV COLOR NAILS & SP REF # 24431861081030029707604 ********* 20 |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 032221 Visa Direct NY VENMO* REF # 24248181081000156640148 ********* 7021 |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (790) | On 032321 1INFINITELOO CA APPLE CASH REF # 24055231083091671281339 ********* 2062 |
| 2073 | 3/24/2021 | Personal Spending | Electronic Withdrawal | (350) | To PAYPAL REF>2108201691918BDNOO PAYPALSI77INST XFER MACY S |
| 2073 | 3/24/2021 | Personal Spending | Electronic Withdrawal | (118) | To PAYPAL REF>2108201691900DNOO PAYPALSI77INST XFER BUILTBAR |
| 2073 | 3/24/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 032321 1INFINITELOO CA APPLE CASH REF # 24055231083091676584828 ********* 2062 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (1,250) | On 032421 Visa Direct NY VENMO* REF # 24248181083000134349151 ********* 7021 |
| 2073 | 3/25/2021 | Personal Spending | Electronic Withdrawal | (724) | On 032521 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24011341084000010893786 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (185) | On 032521 HTTPSINSTACA CA INSTACART*1102 REF # 24011341084000010893786 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (135) | On 032421 1INFINITELOO CA APPLE CASH REF # 24055231084091683637715 |
| 2073 | 3/25/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 032421 1INFINITELOO CA APPLE CASH REF # 24055231084091679839947 |
| 2073 | 3/26/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (395,000) | To Account **** 0331 |
| 2073 | 3/26/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF>2108400876413DNOO 95O000000ONLINE PMTUS850728663ZPO5 |
| 0153 | 3/29/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (104,000) | Checking xxxxx6540 Ref #0b0858ROls on 03/27/21 |
| 0153 | 3/29/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (1,500) | On 032921 Visa Direct NY VENMO* REF # 24248181087000196919704 ********* 7021 Card 7021 Withdraw |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (1,510) | On 032821 1INFINITELOO CA APPLE CASH REF # 24055231088091732713317 ********* 2062 |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (59) | On 032621 HUNTINGTN BC CA NORTH SHORE POKE REF # 24453511087017029199682 ********* 20 |
| 2073 | 3/29/2021 | Personal Spending | Electronic Withdrawal | (2) | To PAYPAL REF>2108801022026670N00 PAYPALSI77INST XFER JIBJAB.COM |
| 2073 | 3/29/2021 | Personal Spending | Debit Purchase - VISA | (2) | On 032521 HUNTINGTN BC CA CITY OF HB PARKI REF # 24755421085160856404780 ********* 702 |
| 2073 | 3/30/2021 | Personal Spending | Electronic Withdrawal | (128) | To Dominion Energy REF>2109101324080DN00 187D15877DGC 363130369817526 |
| 0153 | 3/31/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (175,000) | Checking xxxxx5598 Ref #0b085Vlfpy on 03/31/21 |
| 2073 | 3/31/2021 | Personal Spending | Debit Purchase - VISA | (945) | On 033021 1INFINITELOO CA APPLE CASH REF # 24055231090091752775506 ********* 2062 Card 2062 Withdr |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 033021 COSTA MESA CA TST* BAIA FISH T REF # 24137461089100166633786 ********* 7021 |
| 2073 | 4/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF>2109101182570DN00 5805800249PAYMENT 00000463663466 ACC 3466 EFFEC |
| 2073 | 4/1/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,000) | To COINBASE INC. REF ********* N00D 132700062388890879308T1B7IGVU |
| 2073 | 4/1/2021 | Personal Spending | Electronic Withdrawal | (1,510) | On 040121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24011341091000012618396 ********* 20 |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 040121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24011341091000012658399 ********* 20 |
| 2073 | 4/1/2021 | Personal Spending | Debit Purchase - VISA | (9) | On 040121 HTTPSINSTACA CA INSTAC REF # 24011341091000001265630 ********* 20 |
| 2073 | 4/2/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (198,000) | To Account **** 5473 |
| 2073 | 4/2/2021 | Ut litess | Electronic Withdrawal | (128) | To S CA EDISON REF>2109101933203DN00 9000000000000000 PMTUS850728663ZPO5 |
| 2073 | 4/5/2021 | Personal Spending | Electronic Withdrawal | (300) | To ONLINE PAYROLL REF>2109201375308DN00 136435077TPM MD FEE |
| 0153 | 4/5/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #0b08Ilmr0S on 04/03/21 |
| 0153 | 4/5/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (159,000) | Checking xxxxx6540 Ref #0b0BAfm0rS on 04/03/21 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (733) | On 040221 877-833-7397 FL FRG*FANATICS.COM REF # 24231681093709973972319 ********* 20 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (697) | On 040221 NEWPORT BEAC NC LAS OLAS SUMMER REF # 24275391092900414900055 ********* 20 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (753) | On 040321 877-SEPHORA CA SEPHORA.COM REF # 24692161093100357226579 ********* 206 |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (489) | On 040221 877-833-7397 FL FRG*FANATICS.COM REF # 24231681093700074237373 ********* 206 |
| 2073 | 4/5/2021 | Personal Spending | Electronic Withdrawal | (365) | To PAYPAL REF>2109501226064DN00 PAYPALSI77INST XFER MACY S |
| 2073 | 4/5/2021 | Personal Spending | Electronic Withdrawal | (54) | To PAYPAL REF>2109501226064DN00 PAYPALSI77INST XFER MACY S |
| 2073 | 4/5/2021 | Personal Spending | Debit Purchase - VISA | (54) | On 040521 718-8557955 NY Etsy.com REF # 24483471094091086233270 ********* 2062 |
| 2073 | 4/6/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (700,000) | On 040321 702-4909348 NV PROTOGYM REF # 24003971092499108443644 ********* 7021 |
| 2073 | 4/6/2021 | Judd Family Member | Tonya Toubi | (3,000) | To Account **** 0331 |
| 2073 | 4/6/2021 | Personal Spending | Debit Purchase - VISA | (256) | Help in Kansas City Preston Judd |
| 2073 | 4/7/2021 | Personal Spending | Electronic Withdrawal | (300,000) | On 040521 HTTPSINSTACA CA INSTACART*1102 REF # 24011341095000003466483O ********* 206 |
| 2073 | 4/7/2021 | BJ Holdings LLC #0010 (Beasley Entity) | Mobile Banking Transfer | (100,000) | To Account **** 0331 |
| 2073 | 4/7/2021 | Ut litess | Electronic Withdrawal | (500) | To NEVADA POWER CO REF>2109601667000DN00 95O000000ONLINE PMTUS850728663ZPO5 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (478) | On 040621 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24011341096000046653796 ********* 20 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (175) | To SOLEIL ASSN MGMT REF>2109601667085DNOO 95O000000ONLINE PMTUS850728663ZPO5 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (168) | On 040521 702-8208624 NV DICED KITCHEN REF # 24755421096280960310678 ********* 2062 |
| 2073 | 4/7/2021 | Personal Spending | Debit Purchase - VISA | (50) | To WEST COAST LIFE REF>2109601028014DN00 994097115AINS. PREM.WC1205053436 |
| 2073 | 4/8/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (250,000) | To Account **** 0331 |
| 2073 | 4/9/2021 | Personal Spending | Debit Purchase - VISA | (134) | On 040821 WWW.VICICOL CA SP * VICI COLLEC REF # 24492151098637544385386 ********* 206 |
| 2073 | 4/9/2021 | Personal Spending | Debit Purchase - VISA | (9) | On 040721 LAS VEGAS NV THE JUICE BAR AT REF # 24269791099008955372607 ********* 7021 |
| 0153 | 4/12/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #0b0872Wqy on 04/10/21 |
| 0153 | 4/12/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (218,000) | Checking xxxxx6540 Ref #0b0872Xxn on 04/10/21 |
| 2073 | 4/12/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account **** 5473 |
| 2073 | 4/12/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (18,453) | To CHASE CREDIT CRD REF>21099011154965DN00 5760039224EPAY 5228242819 |
| 2073 | 4/12/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 041021 Visa Direct NY VENMO* REF # 24248181100000143409109 ********* 7021 |
| 2073 | 4/12/2021 | Personal Spending | Debit Purchase - VISA | (117) | On 040921 800-933-9304 UT BUILT BAR REF # 24492151099743321609664 ********* 7021 |
| 2073 | 4/12/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 041021 Visa Direct NY VENMO* REF # 24248181100000141260462 ********* 7021 |
| 2073 | 4/13/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 041221 Visa Direct NY VENMO* REF # 24248181102000016243342 ********* 7021 |
| 2073 | 4/14/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account **** 3495 |
| 2073 | 4/14/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 041321 702-8208624 NV DICED KITCHEN REF # 24755421103740742117 ********* 2062 |
| 2073 | 4/14/2021 | Personal Spending | Debit Purchase - VISA | (107) | On 041321 1INFINITELOO CA APPLE CASH REF # 24055231104091903623400 ********* 2062 |
| 2073 | 4/14/2021 | Judd Family Member | FMS | (90) | On 041321 SYDNEY BONDIBOOST REF # 746176311030000426220R ********* 2062 Currency Type: U.S. DOLLAR Exchg Amt |
| 2073 | 4/15/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (248,000) | Xileo Judd PPE |
| 2073 | 4/15/2021 | Personal Spending | Debit Purchase | (363) | To Account **** 3495 |
| 2073 | 4/15/2021 | Personal Spending | Debit Purchase - VISA | (271) | POTTERY BARN 074 HENDERSON NV 117246 On 041421 MAESTERM REF 016599 ********* 2062 |
| 2073 | 4/15/2021 | Personal Spending | Electronic Withdrawal | (50) | HOMEGOODS 517 N HENDERSON NV 0556 On 041421 MAESTERM REF 016599 ********* 2062 |
| 2073 | 4/16/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (50,000) | On 041421 1INFINITELOO CA APPLE CASH REF # 24055231105091951584444 ********* 2062 |
| 2073 | 4/16/2021 | Personal Spending | Debit Purchase - VISA | (18,455) | To PAYPAL REF>2104200274BDN00 PAYPALSI77INST XFER FABLETICSLL |
| 2073 | 4/16/2021 | Personal Spending | Electronic Withdrawal | (560) | To Account **** 5473 |
| 2073 | 4/16/2021 | Horizon Trust Company | Electronic Withdrawal | (14) | To AMEX EPAYMENT REF>2110600990991DN00O 0005000099ACH PMT M0242 |
| 2073 | 4/19/2021 | Ut litess | Electronic Withdrawal | (1,000,000) | To HORIZON TRUST CO REF>2110501019463DN00 191118779Wallet Fee5010001114 |
| 0153 | 4/19/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (75,000) | To SO CAL GAS REF>2110600348735DN0O 199205299APAID SCGC 1688918318 |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (3,000) | Checking xxxxx6540 Ref #0b089Ngyf on 04/17/21 |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (500) | Checking xxxxx6540 Ref #0b089Njng on 04/17/21 |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 041821 Visa Direct NY VENMO* REF # 24248181109000156330 ********* 7021 XFER COSMOPROF |
| 2073 | 4/19/2021 | Personal Spending | Debit Purchase - VISA | (174) | To PAYPAL REF>2111000045858HDN00 PAYPALSI77INST XFER COSMOPROF |
| 2073 | 4/20/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | On 041921 HTTPSINSTACA CA INSTACART REF # 24011341108000172614 ********* 206 |
| 2073 | 4/20/2021 | Personal Spending | Electronic Withdrawal | (603) | To Account **** 3495 |
| 2073 | 4/20/2021 | Personal Spending | Debit Purchase - VISA | (263) | To PAYPAL REF>2110901298049DN00 PAYPALSI77INST XFER WAYFAIR |
| 2073 | 4/20/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 041921 702-8208624 NV DICED KITCHEN REF # 24755421109261098388S21 ********* 2062 |
| 2073 | 4/20/2021 | Personal Spending | Debit Purchase - VISA | (26) | To PAYCHEX TPS REF>2110901039838IDN00 116112416674ATS 0214400133628x |
| 2073 | 4/21/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | On 042221 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341100002609467 ********* 206 |
| 2073 | 4/21/2021 | Personal Spending | Electronic Withdrawal | (25,882) | To Account **** 3495 |
| 2073 | 4/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | To PAYPAL REF>2111001007454235DN00 PAYPALSI77INST XFER WALSTORECOM |
| 2073 | 4/21/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 041921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621110013333291602 ********* 206 |
| 2073 | 4/23/2021 | Crypto Currency / Investments | Online Transfer to Beasley Law Group PC Business Checking | (58,000) | On 042221 Visa Direct NY VENMO* REF # 24248181111200012643967 ********* 7021 |
| 2073 | 4/23/2021 | Personal Spending | Electronic Withdrawal | (50,676) | xxxxx5598 Ref #0b0Buy4y on 04/21/21 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (134) | To COINBASE INC. RE ********* 9ON00 132700062388890879303737CUBAB |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (237) | On 042221 1INFINITELOO CA 12032 GREEN VALL REF # 24692161112710004823000 ********* 2062 |
| 0153 | 4/26/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (1,000,000) | On 042221 1INFINITELOO CA APPLE CASH REF # 24055231113091009597430 ********* 2062 |
| 0153 | 4/26/2021 | Nevada Pro Post Control Inc #6540 | Online Transfer to Nevada Pro Post Control Inc. Business | (71,000) | Checking xxxxx6540 Ref #0b08c2Mrwp on 04/24/21 |
| 0153 | 4/26/2021 | Beasley Group | Online Transfer to Beasley Law Group PC Business Checking | (30,000) | xxxxx5598 Ref #0b08c2LIr6 on 04/24/21 |
| 2073 | 4/26/2021 | Personal Spending | Electronic Withdrawal | (11,716) | To AMEX EPAYMENT REF>2111600854514ZDN00 0005000008ACH PMT M7158 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (468) | On 042321 WWW.VICICOL CA SP * VICI COLLEC REF # 24492151113637178910856 ********* 2062 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (195) | On SHANG HAI JI GAO REF>2111600807850RON00 77051D48TCIAT PAYPALS0733274630B WELLS FARGO B N SHANG HAI* |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (185) | On 042421 1INFINITELOO CA APPLE CASH REF # 24055231115091028097972 ********* 2062 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (128) | On 042521 LULULEMONCOM* REF # 24692161115510038902568 ********* 206 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 042421 WWW.VICICOL CA SP * VICI COLLEC REF # 24492151114637244864277 ********* 2062 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (56) | On 042521 877-263-9300 CA LULULEMONCOM* REF # 24692161115510038020542 ********* 206 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 042421 1INFINITELOO CA APPLE CASH REF # 24055231116091028237476 ********* 2062 |
| 2073 | 4/26/2021 | Personal Spending | Debit Purchase - VISA | (42) | On 042521 877-263-9300 CA LULULEMONCOM* REF # 24692161115510038020542 ********* 206 |
| 2073 | 4/27/2021 | Personal Spending | Debit Purchase - VISA | (535) | On 042521 LAS VEGAS NV THE JUICE BAR AT REF # 24269791114008991602772 ********* 7021 |
| 2073 | 4/27/2021 | Personal Spending | Debit Purchase - VISA | (578) | On 042321 855-1803575 OR On Inc REF # 24204291117000010217817 ********* 7021 |
| 2073 | 4/27/2021 | Personal Spending | Debit Purchase - VISA | (208) | On 042621 Visa Direct NY VENMO* REF # 24248181118000166951 ********* 7021 |
| 2073 | 4/28/2021 | Personal Spending | Debit Purchase - VISA | (21) | On 042621 HENDERSON NV WALGREENS #6615 REF # 24445011117000158871035 ********* 7021 |
| 2073 | 4/28/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account **** 3495 |
| 2073 | 4/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF>2111702049841DN00 95O000000ONLINE PMTUS850728663ZPO5 |
| 2073 | 4/29/2021 | Personal Spending | Debit Purchase - VISA | (338) | On 042821 877-263-9300 CA LULULEMONCOM* REF # 24692161118100551500366 ********* 7021 |

| Acct | Date | Category | Type | Amount | Description |
|---|---|---|---|---|---|
| 2073 | 4/29/2021 | Personal Spending | Debit Purchase - VISA | (139) | On 042821 877-263-9300 CA LULULEMONCOM* REF # 246921611181005514938444 ************206... |
| 2073 | 4/29/2021 | Personal Spending | Debit Purchase - VISA | (96) | On 042821 877-263-9300 CA LULULEMONCOM* REF # 246921611181005515559693 ************206... |
| 2073 | 4/30/2021 | Personal Spending | Circus AV | (10,971) | Flights Orange County |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (336) | To KIMBERLY PARKER REF=211200059876780N00 9215986202SALE |
| 2073 | 4/30/2021 | Personal Spending | Debit Purchase | (291) | On 042921 ILNXLNK REF 111923167686 *********7021 Card 7021 Wi... |
| 2073 | 4/30/2021 | Personal Spending | Debit Purchase - VISA | (193) | On 042921 877-263-9300 CA LULULEMONCOM* REF # 246921611191003665665 *************2062 Card 2062 Wit... |
| 2073 | 4/30/2021 | Personal Spending | Debit Purchase - VISA | (140) | On 042921 UNFINITELOO CA APPLE CASH REF # 240552311200910912590 *************2062 |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (60) | On 042921 Visa Direct NY VENMO* REF # 242481811190001468809941 **********7021 |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (50) | To PAYPAL REF=211290124534250N00 PAYPALSI77NST XFER BUILTBAR |
| 2073 | 4/30/2021 | Personal Spending | Electronic Withdrawal | (37) | To PAYPAL REF=211190124534020N00 PAYPALSI77NST XFER COCOABARINU |
| 0153 | 5/3/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #0b0Bnvy3R on 05/01/21 |
| 0153 | 5/3/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (98,000) | Checking xxxxxx6540 Ref #0b0Bnvytz on 05/01/21 |
| 2073 | 5/3/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To USBANK LOAN REF=211230119184050Y00 5805800204PAYMENT 000000463603466 ACCT 3466 EFFEC |
| 2073 | 5/3/2021 | Personal Spending | Electronic Withdrawal | (150) | To S CA EDISON REF=212123005772908DN00 9500000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/3/2021 | Personal Spending | Debit Purchase | (66) | ARCO #42259 HUNTINGTON BCA 303413 On 043021 MAESTERM REF 303413 *************7021 |
| 2073 | 5/3/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 050321 Visa Direct NY VENMO* REF # 242481811220001739202N07 **********7021 |
| 2073 | 5/3/2021 | Personal Spending | Electronic Withdrawal | (30) | On 052121 702-4909348 NV PHOTOGYM REF # 240009711226510092460B ********7021 |
| 2073 | 5/3/2021 | Personal Spending | Debit Purchase - VISA | (30) | To SO CAL GAS REF=212130060013870N00 199202494PAID SCGE 1688918318 |
| 2073 | 5/4/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (300,000) | To Account xxxx3495 |
| 2073 | 5/4/2021 | Personal Spending | Sunset Oasis | (55,000) | Landscape |
| 2073 | 5/4/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (28,500) | xxxxx5598 Ref #0b0BF7Nv3N on 05/04/21 |
| 2073 | 5/4/2021 | Personal Spending | Sunset Oasis | (6,600) | 12 months Landscape |
| 2073 | 5/4/2021 | Personal Spending | Debit Purchase - VISA | (705) | On 050321 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113411230000549113G ***********2062 |
| 2073 | 5/4/2021 | Personal Spending | Electronic Withdrawal | (126) | On 050221 702-8208624 NV DICED KITCHEN REF # 247554211232612390107IB ***********2062 |
| 2073 | 5/4/2021 | Personal Spending | Electronic Withdrawal | (106) | To PAYPAL REF=212130191206830N00 PAYPALSI77NST XFER LULULEMONUS |
| 2073 | 5/4/2021 | Personal Spending | Electronic Withdrawal | (60) | On 050321 WAYFAIR.com MA WAYFAIR*Wayfair REF # 240064111211270N00 136435077TPW MD FEE |
| 2073 | 5/4/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 050321 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113411230000549003B9 ***********20 |
| 2073 | 5/5/2021 | Personal Spending | Electronic Withdrawal | (200,000) | To AMEX EPAYMENT REF=211240127975IO0N00 000500000 PMT M1794 |
| 2073 | 5/5/2021 | Miscellaneous | Customer Withdrawal | (33,781) | |
| 2073 | 5/5/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,616) | To ROBINHOOD REF 130N00 776Funds 3142 |
| 2073 | 5/5/2021 | Personal Spending | Electronic Withdrawal | (96) | 420N00 PAYPALSI77NST XFER LULULEMONUS |
| 2073 | 5/5/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (60) | To Account xxxx3495 |
| 2073 | 5/6/2021 | Vehicles & Related | Kia Motors Finance | (59,698) | 0847 Gary Judd |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 050521 Visa Direct NY VENMO* REF # 242481811250001361619916 **********7021 |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 050521 Visa Direct NY VENMO* REF # 242481811250001260096IH **********7021 |
| 2073 | 5/7/2021 | Personal Spending | Electronic Withdrawal | (212) | To PAYPAL REF=211260146538270N00 PAYPALSI77NST XFER LULULEMONUS |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (160) | To WEST COAST LIFE REF=212601147161I0N00 994097115AINS. PREM WC1ZD5053436 |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 050621 877-263-9300 CA LULULEMONCOM* REF # 246921611261007455288103 ***************206... |
| 2073 | 5/7/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 050621 877-263-9300 CA LULULEMONCOM* REF # 246921611261007455337O2 US1 ***********206... |
| 2073 | 5/7/2021 | Utilities | Electronic Withdrawal | (82) | To Dominion Energy REF=211260113892520N00 18701558707QGC 3631303698466380 |
| 0153 | 5/10/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #0b0BG6Kwhg on 05/08/21 |
| 0153 | 5/10/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (98,000) | Checking xxxxxx6540 Ref #0b0BG4KY5M on 05/08/21 |
| 2073 | 5/10/2021 | Personal Spending | Electronic Withdrawal | (18,576) | To CHASE CREDIT CRD REF=211270117629210N00 5760039224EPAY 5276564879 |
| 2073 | 5/10/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,000) | To PAYPAL REF=212130056701500N00 PAYPALSI77NST XFER WOW TICKETS |
| 2073 | 5/10/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,000) | 0N00 1327000623888908793033WXLXGZ |
| 2073 | 5/10/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,000) | 0N00 1327000623888908793043LXQ2X |
| 2073 | 5/10/2021 | Personal Spending | Debit Purchase - VISA | (14) | On 050721 CENTRAL OPPDESIGN.IP REF # 744813212270000008155SB *********2062 Currency Typ= U.S. DOLLAR Exchg Rate= |
| 2073 | 5/11/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (350,000) | To Account xxxx3495 |
| 2073 | 5/11/2021 | Personal Spending | Debit Purchase - VISA | (405) | To PRIME TRUST LLC REF=211300167759350N00 18122366234ZQF BINAN4D3C24EF824445 |
| 2073 | 5/11/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 050521 Visa Direct NY VENMO* REF # 242481811300001812804Z4 **********7021 |
| 2073 | 5/11/2021 | Personal Spending | Recurring Debit Purchase | (2) | On 051021 949-727-4800 CA THE TOLL ROADS O REF # 246921611311000537O2 US1 **********702... |
| 2073 | 5/12/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account xxxx3495 |
| 2073 | 5/12/2021 | Crypto Currency / Investments | Debit Purchase - VISA | (1,502) | 50N00 1327000623888908793050X5ZBKRP |
| 2073 | 5/12/2021 | Personal Spending | Debit Purchase - VISA | (240) | On 051121 877-833-7397 FL FNQ*FANATICS.COM REF # 242316811327009779735462 ***********206 |
| 2073 | 5/12/2021 | Personal Spending | Debit Purchase - VISA | (186) | On 051121 Visa Direct NY VENMO* REF # 242481811310001257506L *************206... |
| 2073 | 5/12/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (60) | To Account xxxx3495 |
| 2073 | 5/13/2021 | Crypto Currency / Investments | Electronic Withdrawal | (51,206) | 60N00 1327000623888908793059T8N2P5 |
| 2073 | 5/13/2021 | Crypto Currency / Investments | Electronic Withdrawal | (3,607) | 60N00 1327000623888908793091F5R9VQS |
| 2073 | 5/13/2021 | Personal Spending | Debit Purchase | (84) | On 051121 Visa Direct NY VENMO* REF # 242481811316001815995997 ***********2062 |
| 2073 | 5/13/2021 | Crypto Currency / Investments | Electronic Withdrawal | (20) | To PAYPAL REF=211320178711550N00 PAYPALSI77NST XFER TREATDOGLLC |
| 2073 | 5/14/2021 | Crypto Currency / Investments | Electronic Withdrawal | (50,709) | To COINBASE INC. REF 330N00 1327000623888908793091N6N00 ... |
| 2073 | 5/14/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 051321 Visa Direct NY VENMO* REF # 242481811330001501532 **********7021 |
| 2073 | 5/14/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 051321 Visa Direct NY VENMO* REF # 242481811330001419I041 **********7021 |
| 2073 | 5/14/2021 | Personal Spending | Debit Purchase - VISA | (3) | On 051221 LAS VEGAS NV ROSS STORE 424 REF # 246163411330402233017O ***********2062 |
| 2073 | 5/14/2021 | Personal Spending | Debit Purchase - VISA | (3) | On 051221 LAS VEGAS NV THE JUICE BAR AT REF # 242697911336008719917176 ***********2062 |
| 0153 | 5/17/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #0b0Bhyy8jA on 05/15/21 |
| 0153 | 5/17/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (207,000) | Checking xxxxxx6540 Ref #0b0Bhyy8xE on 05/15/21 |
| 2073 | 5/17/2021 | Personal Spending | Electronic Withdrawal | (36,857) | To AMEX EPAYMENT REF=211370135175750N00 000500000BACH PMT M5644 |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (1,490) | On 051521 HTTPSMINVCO UT SP * MINVY COUTLU REF # 244921511356371616728I4 ************20 |
| 2073 | 5/17/2021 | Utilities | Electronic Withdrawal | (600) | To NEVADA POWER CO REF=211370093724730N00 9500000000ONLINE PMTUSB5072866J3POS |
| 2073 | 5/17/2021 | Utilities | Electronic Withdrawal | (500) | To NEVADA POWER CO REF=211370093724720N00 9500000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/17/2021 | Utilities | Debit Purchase - VISA | (500) | To VERIZON REF=211370093748380N00 9500000000ONLINE PMTUSB5072866J3POS |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (350) | To SOUTHWEST GAS REF=211370093733800N00 9500000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/17/2021 | Utilities | Electronic Withdrawal | (300) | To COX CABLE REF=211370093706240N00 9500000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (95) | To BARCLAYCARD US REF=211370097882020N00 2510427073CREDITCARD 788845480 |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (86) | On 051421 702-8208624 NV DICED KITCHEN REF # 247554211342813643150Z7 ***********206... |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (60) | To CA SUBMETERS REF=211370093694510N00 9500000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 051721 Visa Direct NY VENMO* REF # 242481811360011239251392 ***********7021 |
| 2073 | 5/17/2021 | Personal Spending | Debit Purchase - VISA | (30) | To SO CAL GAS REF=211370088544720N00 199202494PAID SCGE 1688918318 |
| 2073 | 5/18/2021 | Personal Spending | Electronic Withdrawal | (2,000) | To PRIME TRUST LLC REF=211370189097720N00 18122368231VAH BINANA19EC543CC24A2 |
| 2073 | 5/18/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | To PRIME TRUST LLC REF=211370189097760N00 18122368376XK BINAN40C8334CA75473 |
| 2073 | 5/18/2021 | Personal Spending | Electronic Withdrawal | (590) | On 051721 wayfair.com MA WAYFAIR*Wayfair REF # 249064111371214747S3690 ************2062 |
| 2073 | 5/18/2021 | Utilities | Electronic Withdrawal | (155) | On 051721 wayfair.com MA WAYFAIR*Wayfair REF # 249064111371214747S3693 ***********2062 |
| 2073 | 5/18/2021 | Personal Spending | Debit Purchase - VISA | (127) | On 051721 wayfair.com MA WAYFAIR*Wayfair REF # 249064111371214746978 ***********2062 |
| 2073 | 5/19/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (150,000) | To Account xxxx3495 |
| 2073 | 5/19/2021 | BJ Holdings LLC #0010 (Beasley Entity) | Mobile Banking Transfer | (75,000) | To Account 0010 |
| 2073 | 5/19/2021 | Crypto Currency / Investments | Electronic Withdrawal | (72,807) | To COINBASE INC. REF= 50N00 1327000623888908793046JV9X596 |
| 2073 | 5/19/2021 | Crypto Currency / Investments | Electronic Withdrawal | (13,220) | To COINBASE INC. REF= 0N00 1327000623888908793091JNK6PY |
| 2073 | 5/19/2021 | Personal Spending | Debit Purchase - VISA | (770) | On 051821 1INFINITELOO CA APPLE CASH REF # 240552311390913311260143 ***********206... |
| 2073 | 5/19/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (667) | To S CA EDISON REF=211380150896760N00 9500000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/20/2021 | Personal Spending | Debit Purchase | (90) | On 051921 Visa Direct NY VENMO* REF # 242481811390016282423 *************7021 |
| 2073 | 5/20/2021 | Horizon Trust Company | Electronic Withdrawal | (251) | To HORIZON TRUST CO REF=211400137787140N00 191118779HWallet Fee501000114 |
| 2073 | 5/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 051921 702-704-1768 NV SASSY BLONTIQUE REF # 240045921141400L2703176403 ************206... |
| 0153 | 5/24/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #0b0Bk43GbG on 05/22/21 |
| 0153 | 5/24/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (95,000) | Checking xxxxxx6540 Ref #0b0Bk435id on 05/22/21 |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (32,541) | 0N00 1327000623888908793044N92NW8 |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (5,483) | 0N00 1327000623888908793069FBMXNL |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,386) | 0N00 1327000623888908793074SCYSD5M |
| 2073 | 5/24/2021 | Personal Spending | Debit Purchase - VISA | (1,061) | On 052221 HTTPSINSTACA CA INSTACART REF # 240113411420000700752G78 **********206... |
| 2073 | 5/24/2021 | Personal Spending | Debit Purchase - VISA | (990) | To COINBASE INC. REF 0N00 1327000623888908793045VNMR2E |
| 2073 | 5/24/2021 | Crypto Currency / Investments | Electronic Withdrawal | (840) | To COINBASE INC. REF 0N00 1327000623888908793050MDSCKHM |
| 2073 | 5/24/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 052221 HTTPSINSTACA CA INSTACART REF # 240113411420009069S3520 **********206... |
| 2073 | 5/24/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 052221 Visa Direct NY VENMO* REF # 242481811410090179NN8S **********7021 |
| 2073 | 5/24/2021 | Personal Spending | Debit Purchase - VISA | (156) | On 052321 NORDSTROM NV TARGET 00 REF # 246140711410910071962 ***********7021 |
| 2073 | 5/25/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (400,000) | To Account xxxx3495 |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 052321 HUNTINGTN BC CA NORTH SHORE POK REF # 244535111440170277I0630 **********206... |
| 2073 | 5/26/2021 | Crypto Currency / Investments | Electronic Withdrawal | (60) | To ROBINHOOD REF=211450179795I20N00 776Funds 3142 |
| 2073 | 5/26/2021 | Personal Spending | Konex AV | (39,284) | AV CDM |
| 2073 | 5/26/2021 | Personal Spending | Electronic Withdrawal | (20,000) | |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (119) | On 052521 COSTA MESA CA TST* BAJA FISH T REF # 241374611451001I87420306 **********2062 |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 052521 Visa Direct NY VENMO* REF # 242481811450001936920024 ***********7021 |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 052521 Visa Direct NY VENMO* REF # 242481811450091462728 **********7021 |
| 2073 | 5/26/2021 | Personal Spending | Electronic Withdrawal | (35) | To PAYPAL REF=211450174062660N00 PAYPALSI77NST XFER HITNUTRITI |
| 2073 | 5/26/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 052421 ANAHEIM CA DLR TOMORROWLAND REF # 249430011458941450107I7 ***********206 |
| 2073 | 5/27/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | To Account xxxx3495 |
| 2073 | 5/28/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (5,000) | xxxxx5598 Ref #0b0Bmk45Pd on 05/27/21 |
| 2073 | 5/28/2021 | Personal Spending | Electronic Withdrawal | (500) | To SOLEIL ASSN MGMT REF=211470112833020N00 950000000ONLINE PMTUSB5072866J2POS |
| 2073 | 5/28/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 052721 Visa Direct NY VENMO* REF # 242481811470001431290118N09 **********7021 |
| 2073 | 5/28/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 052621 HUNTINGTON B CA 24 HOUR FITNESS REF # 242697911471002440009861 ***********2062 Card 2062 Wit... |
| 0153 | 6/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #0b0Bhh35h on 05/29/21 |
| 0153 | 6/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (50,000) | Checking xxxxxx6540 Ref #0b0Bhh35Ir on 05/29/21 |
| 2073 | 6/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,000) | To USBANK LOAN REF=211520108791060Y00 5805800204PAYMENT 000000463603466 ACCT 3466 EFFEC |
| 2073 | 6/1/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 052821 Visa Direct NY VENMO* REF # 242481811480001565994I0 **********7021 |

| Acct | Date | Category | Transaction | Amount | Description |
|---|---|---|---|---|---|
| 2073 | 6/1/2021 | Miscellaneous | ATM Withdrawal | (104) | 500 PACIFIC COAS HUNTINGTON B CA *********7021 Serial No. 922200215151PLUSTERM |
| 2073 | 6/1/2021 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=21152004606998ON0D PAYPALSI77NST XFER COCOABARINI |
| 2073 | 6/1/2021 | Miscellaneous | Fee | (3) | ATM Withdrawal At Other Network |
| 2073 | 6/2/2021 | Judd Family Foundation #3495 | Electronic Withdrawal | (300,000) | To Account ████ 3495 |
| 2073 | 6/2/2021 | Personal Spending | Electronic Withdrawal | (312) | To SO CAL GAS REF=21152018272586ON00 199205249APAID SCGC 0200778309 |
| 2073 | 6/2/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 062221 HTTPSINSTACA CA INSTACART REF # 24248181152000104739855 *************7021 |
| 2073 | 6/2/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 060221 3105661424 NY LGCDOORDASH GIFT REF # 24492151152171455173319 *************206 |
| 2073 | 6/2/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 062221 HTTPSINSTACA CA INSTACART REF # 24011341153000490429079 *************2062 |
| 2073 | 6/3/2021 | Personal Spending | Electronic Withdrawal | (250,000) | To ONLINE PAYROLL REF=21153005366522ON00 136435077EPR MO FEE |
| 2073 | 6/3/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 3495 |
| 0153 | 6/3/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (69,450) | Checking xxxxx5598 Ref #tb08vn6yp on 06/03/21 |
| 2073 | 6/3/2021 | Personal Spending | Electronic Withdrawal | (150) | To S CA EDISON REF=21153016898091ON00 950000000NLINE PMTUS85072866302POS |
| 2073 | 6/3/2021 | Personal Spending | Electronic Withdrawal | (100) | On 060121 702-4909348 NV PROTOGYM REF # 24000971153805060764198 *************7021 |
| 2073 | 6/4/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 3495 |
| 2073 | 6/4/2021 | Personal Spending | Electronic Withdrawal | (904) | To PAYPAL REF=21154014833080ON00 PAYPALSI77NST XFER ATHLETA |
| 2073 | 6/4/2021 | Personal Spending | Debit Purchase | (70) | WHOLEFDS NPT #10 NEWPORT BEACCA 758190 On 060321 ILK1TERM REF 115500758190 *************2 |
| 0153 | 6/7/2021 | Nevada Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #tb0b57kvv on 06/05/21 |
| 0153 | 6/7/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (443,000) | Checking xxxxx6540 Ref #tb0b57kvv on 06/05/21 |
| 2073 | 6/7/2021 | Personal Spending | Debit Purchase - VISA | (48) | On 060621 Visa Direct NY VENMO* REF # 24048181155001001360251 *************7021 |
| 2073 | 6/7/2021 | Ut lities | Debit Purchase - VISA | (3) | On 060321 NEWPORT BEAC CA BARNES & NOBLE # REF # 24137461155100258195651 *************206 |
| 2073 | 6/7/2021 | Personal Spending | Debit Purchase - VISA | (3) | On 060521 8439586471 SC CHARLESTON CITY REF # 24493981156028465021387 *************7021 |
| 2073 | 6/8/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 060721 HTTPSINSTACA CA INSTACART REF # 24311341158000397113374 *************2062 |
| 2073 | 6/9/2021 | Judd Family Foundation #3495 | Electronic Withdrawal | (200,000) | To Account ████ 3495 |
| 2073 | 6/9/2021 | Personal Spending | Electronic Withdrawal | (15,487) | To AMEX EPAYMENT REF=21159008783947ON00 000500000BACH PMT M6596 |
| 2073 | 6/9/2021 | Personal Spending | Electronic Withdrawal | (250) | On 060821 Visa Direct NY VENMO* REF # 24048181159000735277466 *************7021 |
| 2073 | 6/9/2021 | Personal Spending | Electronic Withdrawal | (200) | On 060821 Visa Direct NY VENMO* REF # 24248181159000072272341 *************7021 |
| 2073 | 6/9/2021 | Personal Spending | Electronic Withdrawal | (164) | To WEST COAST LIFE REF=21159005108604ON00 994097115APAID PREM WC1205503436 |
| 2073 | 6/9/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 060821 Visa Direct NY VENMO* REF # 24248181159000091462514 *************7021 |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (15,196) | To CHASE CREDIT CRD REF=21 600051589800N0 576003922APAY 5532158563 |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (1,000) | To SOUTHWEST GAS REF=21160011039061ON00 950000000NLINE PMTUS85072866302POS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (500) | To S CA EDISON REF=21160011038860ON00 950000000NLINE PMTUS85072866302POS |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (577) | ATHLETA US 4632 HENDERSON NV 327017 On 060921 ILK1TERM REF 116021327017 *************206 |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (300) | To NEVADA POWER CO REF=21160011038007ON00 950000000NLINE PMTUS85072866302POS |
| 2073 | 6/10/2021 | Ut lities | Electronic Withdrawal | (300) | To NEVADA POWER CO REF=21160011038008ON00 950000000NLINE PMTUS85072866302POS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (290) | To PAYPAL REF=21160005071230ON00 PAYPALSI77NST XFER BRETCONTTER |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (250) | To CA SUBMETERS REF=21160013052920N00 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (250) | To COX CABLE REF=21160011036602ON0D 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (250) | To VERIZON REF=21160011039904ON00 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (158) | To SHEN ZHEN SHI MU REF=21160010169101ON00 7705104ATCAT PAYPAL141108708 WELLS FARGO B N SHENZHEN L |
| 2073 | 6/10/2021 | Personal Spending | Electronic Withdrawal | (150) | To REPUBLIC SERVICE REF=21160011038706ON0D 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/10/2021 | Personal Spending | Debit Purchase | (70) | On 060221 IUNKLNK REF 116117835599 *********7021 |
| 2073 | 6/11/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (500,000) | To Account ████ 3495 |
| 2073 | 6/11/2021 | Personal Spending | Sunwest Custom Homes | (5,000) | |
| 2073 | 6/11/2021 | Personal Spending | Sunwest Custom Homes | (1,757) | |
| 2073 | 6/11/2021 | Personal Spending | Electronic Withdrawal | (1,409) | To KIMBERLY PARKER REF=21162001212002ON00 921598620SALE |
| 2073 | 6/11/2021 | Personal Spending | Electronic Withdrawal | (181) | To KIMBERLY PARKER REF=21162001212002ON00 921598620SALE |
| 2073 | 6/11/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 061021 Visa Direct NY VENMO* REF # 24248181161000125492335 *************7021 |
| 0153 | 6/14/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #tb08p4j71z on 06/12/21 |
| 0153 | 6/14/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (307,000) | Checking xxxxx6540 Ref #tb08p4j5Yr on 06/12/21 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (151) | On 061121 Visa Direct NY VENMO* REF # 24248181162000533964279 *************7021 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 061221 goog.com CA SG *P A D E R I REF # 24692161163100516182 *************2062 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 061021 LAS VEGAS NV THE JUICE BAR AT REF # 24269791163000939540715 *************7021 |
| 2073 | 6/14/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 061221 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791164100372449439 *************2062 |
| 2073 | 6/15/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (250,000) | To Account ████ 3495 |
| 2073 | 6/15/2021 | Personal Spending | Albion SC | (14,925) | Albion 05/04 EA Sponsor |
| 2073 | 6/15/2021 | Personal Spending | Electronic Withdrawal | (300) | To DU BURSAR REF=21166005186563ON00 684040423101U ACH TN 220576 |
| 2073 | 6/15/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 061421 1INFINITELOO CA APPLE CASH REF # 24025231166091638138226 *************7021 |
| 2073 | 6/16/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (11,000) | Pool Heater (new) |
| 2073 | 6/16/2021 | Personal Spending | Sunset Oasis | (11,000) | Pool Heater (new) |
| 2073 | 6/16/2021 | Ut lities | Electronic Withdrawal | (400) | To SOUTHERN CALIFOR REF=21166013093676ON00 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/16/2021 | Personal Spending | Electronic Withdrawal | (68) | To NEVADA POWER CO REF=21166013092796ON00 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/16/2021 | Ut lities | Electronic Withdrawal | (55) | To SOUTHWEST GAS REF=21166013093685ON00 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/17/2021 | Personal Spending | Debit Purchase - VISA | (500) | On 061421 AMEX EPAYMENT REF=21167011801891ON00 000500000BACH PMT M3524 |
| 2073 | 6/17/2021 | Personal Spending | Electronic Withdrawal | (350) | On 061621 Visa Direct NY VENMO* REF # 24248181167000525309 *************7021 |
| 2073 | 6/17/2021 | Personal Spending | Electronic Withdrawal | (1,200) | On 061621 Visa Direct NY VENMO* REF # 24248181167000125263094 *************7021 |
| 2073 | 6/17/2021 | AG Interior Design | Electronic Withdrawal | (1,045) | Lounge Chair Cover |
| 2073 | 6/18/2021 | Ut lities | Debit Purchase - VISA | (100) | On 061621 Visa Direct NY VENMO* REF # 24248181167000125254565 *************7021 |
| 2073 | 6/18/2021 | Personal Spending | Electronic Withdrawal | (349) | To SO CAL GAS REF=21169004853370N00 199205249APAID SCGC 0200778309 |
| 0153 | 6/21/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | On 061721 HENDERSON NV METRO PIZZA GREE REF # 24013391168002696347219 *************206 |
| 2073 | 6/21/2021 | Personal Spending | Electronic Withdrawal | (473,000) | Checking xxxxx6540 Ref #tb08gzt35 on 06/19/21 |
| 2073 | 6/21/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (350,000) | To Account ████ 3495 |
| 2073 | 6/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 061901 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621171071894685551 *************206 |
| 2073 | 6/22/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (200,000) | On 062021 HENDERSON NV TRADER JOE'S #28 REF # 24493981173191000342356 *************206 |
| 2073 | 6/22/2021 | Crypto Currency / Investments | Electronic Withdrawal | (29,924) | To Account ████ 3495 |
| 2073 | 6/22/2021 | Crypto Currency / Investments | Electronic Withdrawal | (1,952) | To COINBASE INC. REF ██████ N00SD 1327000623889308793024TUt6B88 |
| 2073 | 6/22/2021 | Personal Spending | Debit Purchase - VISA | (92) | To COINBASE INC. REF ██████ N00SD 1327000638897930Z6V868LV |
| 2073 | 6/22/2021 | Personal Spending | Debit Purchase - VISA | (49) | On 062121 HENDERSON NV CHEVRON 0205625 REF # 24692161172100996929739 *************7021 |
| 2073 | 6/23/2021 | Personal Spending | Debit Purchase - VISA | (495) | On 062121 HTTPSINSTACA CA INSTACART REF # 24789301173891300125223 *************7021 |
| 2073 | 6/23/2021 | Personal Spending | Electronic Withdrawal | (300) | On 062221 877-3284538 OH ATHLETA ONLINE REF # 24789301173891300125223 *************2062 Card 2062 Withdrawal |
| 2073 | 6/23/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 062221 877-3284538 OH ATHLETA ONLINE REF # 24789301173891300125223 *************2062 Card 2062 |
| 2073 | 6/24/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (14,000) | On 062221 Visa Direct NY VENMO* REF # 24248181173000191178947 *************7021 |
| 0153 | 6/25/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (19,000) | To Account ████ 5473 |
| 2073 | 6/28/2021 | Personal Spending | Electronic Withdrawal | (608,000) | To PAYPAL REF=21174008491610N0D PAYPALSI77NST XFER USPS |
| 0153 | 6/28/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (608,000) | xxxxx5598 Ref #tb08sgjug on 06/26/21 |
| 2073 | 6/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | Checking xxxxx6540 Ref #tb08sgjxd on 06/26/21 |
| 2073 | 6/28/2021 | Personal Spending | Electronic Withdrawal | (96) | On 062521 Visa Direct NY VENMO* REF # 24248181176000515161003 *************7021 |
| 2073 | 6/30/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To SOLEIL ASSN MGMT REF=21179003369330ON00 950000000NLINE PMTUS85072866320POS |
| 2073 | 6/30/2021 | Personal Spending | Electronic Withdrawal | (11,533) | To PAYPAL REF=21179003782891ON0D PAYPALSI77NST XFER ATHLETA |
| 2073 | 6/30/2021 | Personal Spending | Electronic Withdrawal | (22) | To Account ████ 5473 |
| 2073 | 7/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To CHASE CREDIT CRD REF=21 8001504625260N0 576003922APAY 5367177842 |
| 2073 | 7/1/2021 | Personal Spending | Debit Purchase - VISA | (268) | On 062901 Visa Direct NY VENMO* REF # 24248181180000388081 *************7021 Card 7021 Withdrawal |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (69,500) | To USBANK LOAN REF=21182005501348OYO0 580580024PAYMENT 000000463603466 ACCT ████ 3466 EFFEC |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (300) | On 070121 HTTPSINSTACA CA COSTCO BY INSTAC REF # 24011341182000004208671 *************206 |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (300) | To AMEX EPAYMENT REF=21182013145725ON00 000500000BACH PMT M1354 |
| 2073 | 7/2/2021 | Personal Spending | Electronic Withdrawal | (150) | On 070221 Visa Direct NY VENMO* REF # 24248181182000215413311 *************7021 |
| 2073 | 7/2/2021 | Personal Spending | Debit Purchase - VISA | (99) | To SOUTHERN CALIFOR REF=21183005669428ON00 950000000NLINE PMTUS85072866320POS |
| 2073 | 7/2/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 070121 Visa Direct NY VENMO* REF # 24248181182000142168091 *************2062 |
| 2073 | 7/6/2021 | Personal Spending | Electronic Withdrawal | (1,000,000) | To ONLINE PAYROLL REF=21183006412647ON00 136435077EPR MO FEE |
| 0153 | 7/6/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (468,000) | Checking xxxxx6540 Ref #tb08v5kvyu on 07/03/21 |
| 2073 | 7/6/2021 | Personal Spending | Electronic Withdrawal | (300) | On 070221 1INFINITELOO CA APPLE CASH REF # 24055231184908452411818 *************2062 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (186) | On 070421 Visa Direct NY VENMO* REF # 24248181185000071000712 *************7021 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 070121 702-4909348 NV PROTOGYM REF # 24000971183931004076824 *************7021 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (35) | On 070421 CARSON CA 2DIGNITY HEALTH REF # 24000971186945701505847 *************7021 |
| 2073 | 7/6/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 070421 CARSON CA 2DIGNITY HEALTH REF # 24000971186945701521705 *************7021 |
| 2073 | 7/7/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (425,000) | To Account ████ 3495 |
| 2073 | 7/7/2021 | Personal Spending | Electronic Withdrawal | (72,000) | To Account ████ 5473 |
| 2073 | 7/7/2021 | Personal Spending | Electronic Withdrawal | (16,893) | To CHASE CREDIT CRD REF=21 8702391373200N0 576003922APAY 5381291940 |
| 2073 | 7/8/2021 | Personal Spending | Debit Purchase - VISA | (119) | To Card Member Serv REF=21187023314396OYO0 841188189Pym FMH 479821321382035 |
| 2073 | 7/8/2021 | Personal Spending | Debit Purchase - VISA | (300) | MACY'S NEWPORT BEACCA 363652 On 070721 MAESTERM REF 363652 *************7021 |
| 2073 | 7/8/2021 | Ut lities | Debit Purchase - VISA | (300) | To WEST COAST LIFE REF=21188009072763ON00 994097115ANNL PREM WC1205053436 |
| 2073 | 7/8/2021 | Personal Spending | Debit Purchase - VISA | (100) | To Dominion Energy REF=21188008826891ON00 187015000PAY 8613030698825CO |
| 2073 | 7/9/2021 | Personal Spending | Debit Purchase - VISA | (44) | On 070921 Visa Direct NY VENMO* REF # 24248181189000203766025 *************2062 |
| 2073 | 7/9/2021 | Personal Spending | Debit Purchase - VISA | (41) | Huntington Surf Huntington BCA 439000 On 070721 ILK1TERM REF 116020439000 *************2062 |
| 2073 | 7/9/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 070721 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791189100508475292 *************7021 |
| 0153 | 7/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #tb08wjvrc on 07/10/21 |
| 0153 | 7/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (410,000) | Checking xxxxx6540 Ref #tb08wjvrc on 07/10/21 |
| 2073 | 7/12/2021 | Personal Spending | Debit Purchase - VISA | (17,000) | xxxxx5598 Ref #tb08wjrjc on 07/10/21 |
| 2073 | 7/12/2021 | Miscellaneous | ATM Withdrawal | (83) | On 072121 Visa Direct NY VENMO* REF # 24248181192000219549 *************7021 |
| | | | | | 500 S. BAY FRONT NEWPORT BEAC CA *********2062 Serial No. 897996231145PLUSTERM |

| Acct | Category | Type | Amount | Description |
|---|---|---|---|---|
| 2073 | 7/12/2021 | Personal Spending | Electronic Withdrawal | (50) | To PAYPAL REF=21190009042778ON0 PAYPALSI77NST XFER FABLETICSLL |
| 2073 | 7/12/2021 | Miscellaneous | Fee | (5) | ATM Withdrawal At Other Network |
| 2073 | 7/13/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 071121 1INFINITELOO CA APPLE CASH REF # 2405523119409197242603S ***********2062 |
| 0153 | 7/14/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (57,000) | Checking xxxxx540 Ref #bfbvq on 07/14/21 |
| 2073 | 7/14/2021 | Personal Spending | Online Transfer to Nevada Pro Control Inc. Business | (57,000) | On 071221 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791194500049492874S ***********206 |
| 2073 | 7/16/2021 | Personal Spending | Electronic Withdrawal | (400) | To ATHLETA REF=21196008365113ON00 950000000ONLINE PMTUSB5072866320S5 |
| 2073 | 7/16/2021 | Ut ilies | Electronic Withdrawal | (300) | To NEVADA POWER CO REF=21196008369630DN00 950000000000ONLINE PMTUSB5072866320S5 |
| 2073 | 7/16/2021 | Personal Spending | Electronic Withdrawal | (500) | To CA SUBMETERS REF=21196008365514ON00 9500000000ONLINE PMTUSB5072866320S5 |
| 2073 | 7/16/2021 | Ut ilies | Electronic Withdrawal | (69) | To SO CAL GAS REF=21197010150116DN00 1993052494PAID SCGC 16889918318 |
| 0153 | 7/19/2021 | Personal Spending | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | On 071421 Irvine CA 541 "SDMISOMI REF # 24692161196100250993158 *************1 |
| 0153 | 7/19/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0ly3Tkrs on 07/17/21 |
| 2073 | 7/19/2021 | Personal Spending | Electronic Withdrawal | (338,000) | On 071621 xxxxx6540 Ref #b0By3Tith on 07/17/21 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (25,301) | To AMEX EPAYMENT REF=21200011523482ON00 0005000000BACH PMT M3588 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (997) | On 071621 800-613-9545 CA SYNCB PAYMENT REF # 24138291198888387565009 *************206 |
| 2073 | 7/19/2021 | Horizon Trust Company | Debit Purchase - VISA | (340) | To HORIZON TRUST CO REF=21200093064340N00 191118779SMay June S0102001114 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 071721 Visa Direct NY VENMO* REF # 24248181197000174705775 ***********7021 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 071621 RUGGABLE MY5 CA SP * RUGGABLE.CO REF # 24492161197000013595309 ***********206 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 071721 Visa Direct NY VENMO* REF # 24248181197000017653627 ***********7021 |
| 2073 | 7/19/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 071721 Visa Direct NY VENMO* REF # 24248181199000162226246 ***********7021 |
| 2073 | 7/20/2021 | Personal Spending | Debit Purchase - VISA | (350) | To KIMBERLY PARKER REF=21201002159489ON00 9215986202SALE |
| 2073 | 7/20/2021 | Personal Spending | Debit Purchase - VISA | (50) | To SO CAL GAS REF=21201021776120N00 1993052494PAID SCGC 02007778309 |
| 0153 | 7/21/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (950,000) | Checking xxxxx 3495 |
| 2073 | 7/21/2021 | Personal Spending | Debit Purchase - VISA | (900) | On 071921 702-704-1768 NV SASSY BLONTIQUE REF # 24705612201017019599293 ***********206 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (190) | On 072121 IRVINE CA TARGET 00 REF # 24164071202091016502633 ***********7021 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 072121 Visa Direct NY VENMO* REF # 24248181202000141253134 ***********7021 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (28) | On 072021 Irvine CA SQ "SDMISOMI REF # 24692161202100880808495 ***********2062 |
| 2073 | 7/22/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 072221 Visa Direct NY VENMO* REF # 24248181203000124308006 ***********7021 |
| 0153 | 7/26/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0dh83Dcv on 07/24/21 |
| 0153 | 7/26/2021 | Personal Spending | Online Transfer to Nevada Pro Control Inc. Business | (365,000) | Checking xxxxx6540 Ref #b0dh83Dcv on 07/24/21 |
| 2073 | 7/26/2021 | Personal Spending | Debit Purchase - VISA | (146) | On 072421 HUNTINGTON B CA TARGET 00 REF # 24164071206092031600188S ***********2062 Card 2062 Withdr |
| 2073 | 7/26/2021 | Personal Spending | Electronic Withdrawal | (100) | To PAYPAL REF=21207008727303ON00 PAYPALSI77NST XFER MICROSOFT MICRO |
| 2073 | 7/26/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 072421 8009444667 MI MUSICNOTES.COM REF # 24492151205719520418140 ***********2062 |
| 2073 | 7/27/2021 | Personal Spending | Fee | (19,773) | AV Corona Del Mar |
| 2073 | 7/27/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | | Checking xxxxx 23895 |
| 2073 | 7/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (1,000,000) | To SOLEIL ASSN MGMT REF=21208120601860ON00 76910013MAR APR May |
| 2073 | 7/30/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 073021 Visa Direct NY VENMO* REF # 24248181210000216697447 ***********7021 Card 7021 Withdrawal |
| 0153 | 8/2/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | To PAYPAL REF=21210012861100DN02 PAYPALSI77NST XFER COODABARINU |
| 0153 | 8/2/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (338,000) | Checking xxxxx6540 Ref #b0C2HmiIN on 07/31/21 |
| 2073 | 8/2/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=21214011453270DY00 5805800024PAYMENT 0000004636034466 ACCT _____ 466 EFFEC |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 073021 1INFINITELOO CA APPLE CASH REF # 24055231212091197443664 ************7062 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 080121 Visa Direct NY VENMO* REF # 24248181213000114942496 ***********7021 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 080221 Visa Direct NY VENMO* REF # 24248181213000193195479 ***********7021 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 073021 HENDERSON NV CHEVRON 0205625 REF # 24692161211308315589606 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 073021 HENDERSON NV CHIPOTLE 0366 REF # 24431061212091460000213 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (15) | On 073121 800-591-3869 MN TARGET.COM * REF # 24431061212091465999313595 ***********206 |
| 2073 | 8/2/2021 | Personal Spending | Debit Purchase - VISA | (5) | On 072921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621211013020838837 ***********206 |
| 2073 | 8/3/2021 | Personal Spending | Debit Purchase - VISA | | On 072921 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791211500543421709 ***********206 |
| 0153 | 8/3/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (17,000) | xxxxx5598 Ref #b0C33QAY on 08/01/21 |
| 2073 | 8/3/2021 | Personal Spending | Electronic Withdrawal | (150) | To SOUTHERN CALIFOR REF=21214020233050N00 950000000ONLINE PMTUSB5072866320S5 |
| 2073 | 8/3/2021 | Personal Spending | Electronic Withdrawal | (100) | To ONLINE PAYROLL REF=21214021036010N00 1364350777PR MO FEE |
| 2073 | 8/3/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 080121 702-4909348 NV PROTOGYM REF # 24000971214602099929914 ***********7021 |
| 2073 | 8/3/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (900,000) | To Account _____ 3495 |
| 2073 | 8/4/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 080321 HTTPSWWW.1UL CA LULUS.COM REF # 24011341215000492888836 ***********2062 |
| 2073 | 8/5/2021 | Personal Spending | Debit Purchase - VISA | (180) | On 080321 Visa Direct NY VENMO* REF # 24248181216000072565971 ***********7021 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (182) | On 080521 877-417-4551 CA SQ *THE CHEESE B REF # 24492151217854544241883 ***********206 |
| 0153 | 8/9/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0C4M6jk on 08/07/21 |
| 0153 | 8/9/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (432,000) | Checking xxxxx6540 Ref #b0C4MffP on 08/07/21 |
| 2073 | 8/9/2021 | Personal Spending | Electronic Withdrawal | (28,487) | To AMEX EPAYMENT REF=21221008367620N00 0005000000BACH PMT M5442 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (166) | To WEST COAST LIFE REF=21218007761640N00 994097115AINS. PREM.WC1D505S3436 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 080621 1INFINITELOO CA APPLE CASH REF # 24055231219091293259819 ***********7062 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (50) | To PAYPAL REF=21221003310257ON00 PAYPALSI77NST XFER FABLETICSLL |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (9) | On 080621 Newport Beac CA "HUDSONS COOK REF # 24692161219100761563889 ***********204 To |
| 2073 | 8/9/2021 | Ut ilies | Electronic Withdrawal | (9) | To Dominion Energy REF=21221002305993ON00 187015587PAID SCGC 3631303698935501 |
| 2073 | 8/9/2021 | Personal Spending | Debit Purchase - VISA | (2) | On 080621 NEWPORT BEAC CA PANDA EXPRESS #2 REF # 24431061219838005311924 ***********20 |
| 2073 | 8/30/2021 | Personal Spending | Smart Tuition | (8,158) | Seth Wilfred # _____ 22436 |
| 2073 | 8/11/2021 | Judd Family Foundation #3473 | Mobile Banking Transfer | (425,000) | To Account _____ 5473 |
| 0153 | 8/11/2021 | Nevada Pro Pest Control Inc #6540 | Mobile Banking Transfer | (150,000) | To Account _____ 0331 |
| 2073 | 8/11/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (150,000) | To Account _____ 0331 |
| 2073 | 8/11/2021 | Personal Spending | Electronic Withdrawal | (8,641) | To SAVVY INTERIORS REF=212230006471288ON00 9215986202SALE |
| 2073 | 8/11/2021 | Personal Spending | Debit Purchase - VISA | (235) | On 080321 Visa Direct NY VENMO* REF # 24248181222000315565788 ***********7021 |
| 2073 | 8/11/2021 | Personal Spending | Debit Purchase - VISA | (84) | On 080321 Visa Direct NY VENMO* REF # 24248181222000145128429 ***********7021 |
| 2073 | 8/12/2021 | Personal Spending | Debit Purchase | (30) | STAPLES 1491 HENDERSON No 488022 On 081021 ILK1TERM REF 12221468862 ***********7021 |
| 2073 | 8/16/2021 | Foothills Montes Ref | Electronic Withdrawal | (50) | To FOOTHILLS MONTES REF _____ 0N00 147025940702407079095595764 |
| 2073 | 8/16/2021 | Foothills Montes Ref | Electronic Withdrawal | (35) | To FOOTHILLS MONTES REF _____ 5N00 147025940702407079095595081 |
| 0153 | 8/16/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0C62Qdqn on 08/14/21 |
| 0153 | 8/16/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (413,000) | Checking xxxxx6540 Ref #b0C62Qg63 on 08/14/21 |
| 2073 | 8/16/2021 | Personal Spending | Debit Purchase - VISA | (21,089) | To CHASE CREDIT CRD REF=212280058564420N00 1760039224EPAY 5450918836 |
| 2073 | 8/16/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 081421 Visa Direct NY VENMO* REF # 24248181225000172610817 ***********7021 |
| 2073 | 8/17/2021 | Miscellaneous | Nevada Department of Motor Vehicles | (1,393) | Lexus GX7477 |
| 2073 | 8/18/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (950,000) | To Account _____ 3495 |
| 2073 | 8/18/2021 | Personal Spending | Creative Closets & Cabinetry | (3,485) | Garage Cabinets |
| 2073 | 8/18/2021 | Ut ilies | Electronic Withdrawal | (250) | To SO CAL GAS REF=21230009683104ON00 1993052494PAID SCGC 02007778309 |
| 2073 | 8/18/2021 | Horizon Trust Company | Fee | (200) | To HORIZON TRUST CO REF=21229017052365DN00 191118779Wallet Fee50102001114 |
| 2073 | 8/18/2021 | Ut ilies | Electronic Withdrawal | (87) | To SO CAL GAS REF=21230009683103ON00 1993052494PAID SCGC 16889183318 |
| 2073 | 8/20/2021 | Personal Spending | Luxury Estate Solutions | (100) | 9 Sky Ave Court |
| 2073 | 8/20/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 081921 Visa Direct NY VENMO* REF # 24248181231000136680726 ***********7021 |
| 0153 | 8/23/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0C7Nvt2T on 08/21/21 |
| 0153 | 8/23/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (303,000) | Checking xxxxx6540 Ref #b0C7Nvv02 on 08/21/21 |
| 2073 | 8/23/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 082021 Visa Direct NY VENMO* REF # 24248181234000116861020 ***********7021 |
| 2073 | 8/23/2021 | Personal Spending | Debit Purchase - VISA | (82) | On 081921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621231020770266541 ***********206 Card 2062 Witt |
| 2073 | 8/24/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 082321 WWW.DOORDASH CA DOORDASH*MARIE C REF # 24011341235000013259 ***********7021 |
| 2073 | 8/26/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | | To Account _____ 0331 |
| 2073 | 8/26/2021 | Crypto Currency / Investments | Electronic Withdrawal | (2,200) | To COINBASE INC. REF=21237010063986ON00 132770042388890879330AMACCOUNT |
| 2073 | 8/27/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF=21238009080450ON00 9500000000ONLINE PMTUSB5072866320S5 |
| 2073 | 8/27/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 082621 Visa Direct NY VENMO* REF # 24248181238000151563467 ***********7021 |
| 0153 | 8/30/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0C92K6w on 08/28/21 |
| 0153 | 8/30/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (549,000) | Checking xxxxx6540 Ref #b0C92K1y0 on 08/28/21 |
| 0153 | 8/30/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (74,000) | xxxxx5598 Ref #b0C79ht on 08/28/21 |
| 2073 | 8/30/2021 | Personal Spending | Debit Purchase - VISA | (22) | On 082721 Visa Direct NY VENMO* REF # 24248181241000022037185 ***********7021 Card 7021 Withdrawa |
| 2073 | 8/30/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (200,000) | To Account _____ 5473 |
| 2073 | 9/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=21244008770621DY00 5805800024PAYMENT 0000004636034466 ACCT _____ 466 EFFEC |
| 2073 | 9/1/2021 | Personal Spending | Debit Purchase - VISA | (334) | On 083121 WWW.NOBULLPR.MA SP * NOBULL REF # 24492161243000022626578 ***********2062 |
| 2073 | 9/1/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 090121 Visa Direct NY VENMO* REF # 24248181243000223227686 ***********7021 |
| 2073 | 9/1/2021 | Personal Spending | Electronic Withdrawal | (167) | To PAYPAL REF=21245010950036ON00 PAYPALSI77NST XFER BULLTEAR |
| 2073 | 9/3/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 090121 Visa Direct NY VENMO* REF # 24248181246000035172991 ***********7021 |
| 2073 | 9/3/2021 | Personal Spending | Debit Purchase - VISA | (84) | To SOUTHERN CALIFOR REF=21245020071640N00 950000000ONLINE PMTUSB5072866320S5 |
| 2073 | 9/3/2021 | Ut ilies | Electronic Withdrawal | (50) | On 090121 702-4909348 NV PROTOGYM REF # 24000971246602099929914 ***********7021 |
| 2073 | 9/3/2021 | Personal Spending | Debit Purchase - VISA | (7) | On 090121 LAS VEGAS NV THE JUICE BAR AT REF # 24269791246000953679605 ***********7021 |
| 0153 | 9/7/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #b0C0v7D6 on 09/04/21 |
| 0153 | 9/7/2021 | Personal Spending | Online Transfer to Nevada Pro Control Inc. Business | (10,258) | Checking xxxxx6540 Ref #b0Cbr0S1 on 09/04/21 |
| 0153 | 9/7/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (10,000) | xxxxx5598 Ref #b0CC92Q4Y on 09/07/21 |
| 2073 | 9/7/2021 | Personal Spending | Electronic Withdrawal | (5,657) | To CHASE CREDIT CRD REF=21246006970584ON00 1760039224EPAY 5484703364 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase | (100) | ATHLETA US 4786 NEWPORT BEACCA 339846 On 090321 ILMEUNC REF 12241133986 ***********720 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 090321 SANTA ANA CA VONS #1626 REF # 24315681246101970888 ***********2062 |
| 2073 | 9/7/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 090621 702-466-4766 NV TST* GOOD PIE - REF # 24137461249510075763674G ***********7021 |
| 2073 | 9/9/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 090321 HUNTINGTON B CA 24 HOUR FITNESS REF # 24269791247500672467446 ***********206 |
| 2073 | 9/9/2021 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=21251007778860N00 994097115AINS. PREM.WC1D505S3436 |
| 2073 | 9/10/2021 | Vehicles & Related | Fradon Motorcars | (258,021) | Bentley B1241/0E470 |
| 0153 | 9/13/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (1,000,000) | On 090921 Visa Direct NY VENMO* REF # 24248181252000092500372 ***********7021 |
| 0153 | 9/13/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Control Inc. Business | (603,000) | Checking xxxxx6540 Ref #b0CBFum0 on 09/11/21 |

| | | | | | |
|---|---|---|---|---|---|
| 2073 | 9/13/2021 | Personal Spending | Debit Purchase - VISA | (60) | On 091221 Visa Direct NY VENMO* REF # 24248181255000153073681 *************7021 |
| 2073 | 9/13/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 091221 Visa Direct NY VENMO* REF # 24248181254000146022598 *************7021 |
| 2073 | 9/13/2021 | Personal Spending | Electronic Withdrawal | (50) | xxxxx5598 Ref #bbOCD5754L on 09/14/21 |
| 0153 | 9/14/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (1,000,000) | xxxxx5598 Ref #bbOCD576Kw on 09/14/21 |
| 0153 | 9/14/2021 | Beasley Law Group | Online Transfer to Beasley Law Group PC Business Checking | (585,000) | xxxxx5598 Ref #bbOCD576Kw on 09/14/21 |
| 2073 | 9/14/2021 | Crypto Currency / Investments | Electronic Withdrawal | (16,771) | To COINBASE INC. REF _____ DN00 132700062388890879306HMT7ZTR |
| 2073 | 9/14/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 091421 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011341257000021534982 *********** |
| 2073 | 9/15/2021 | Personal Spending | Debit Purchase - VISA | (2,225) | To SOUTHERN CALIFOR REF+212570115114787ON0 95000000000NLINE PMTUS850728663PGS |
| 2073 | 9/15/2021 | Personal Spending | Electronic Withdrawal | (266) | To PAYPAL REF+21257009212610N00 PAYPALSI77NST XFER COSMCPROF |
| 2073 | 9/15/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 091421 Visa Direct NY VENMO* REF # 24248181257000146774995 *************7021 |
| 2073 | 9/15/2021 | Ut ilities | Electronic Withdrawal | (25) | To SO CAL GAS REF+21258002780783ON00 1992052494PAID SCGC 1688918318 |
| 2073 | 9/16/2021 | Personal Spending | Debit Purchase | (177) | WHOLEFDS HEN 102 HENDERSON NV 31144\ On 091521 ILNXLINK REF 125821311441 ***********20 |
| 2073 | 9/17/2021 | Personal Spending | Debit Purchase - VISA | (500) | On 091621 Visa Direct NY VENMO* REF # 24248181259000141955060 *************7021 |
| 2073 | 9/17/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 091621 Visa Direct NY VENMO* REF # 24248181260000023162966 *************7021 |
| 2073 | 9/17/2021 | Ut ilities | Debit Purchase - VISA | (84) | To SO CAL GAS REF+21260002901230N00 1992052494PAID SCGC 0200778309 |
| 2073 | 9/17/2021 | Personal Spending | Electronic Withdrawal | (75) | On 091721 Visa Direct NY VENMO* REF # 24248181259000173936251 *************7021 |
| 0153 | 9/20/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | On 091621 HENDERSON NV TARGET# 0037 REF # 24415002168300000206 *************206 |
| 0153 | 9/20/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (880,000) | Checking xxxxx6540 Ref #bbOCr7IZd on 09/18/21 |
| 2073 | 9/20/2021 | Personal Spending | Debit Purchase - VISA | (130) | Checking xxxxx6540 Ref #bbOCr7C62 on 09/18/21 |
| 2073 | 9/20/2021 | Personal Spending | Debit Purchase | (76) | On 092021 Visa Direct NY VENMO* REF # 24248181262000175685232 *************7021 |
| 2073 | 9/20/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 091921 Visa Direct NY VENMO* REF # 24248181262000112633531 *************7021 |
| 2073 | 9/21/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (385,000) | WHOLEFDS HEN 102 HENDERSON NV 037153 On 091821 ILXTLRM REF 126117037153 ***********20 |
| 2073 | 9/22/2021 | Personal Spending | Debit Purchase - VISA | (150) | To Account _____ 5473 |
| 2073 | 9/22/2021 | Personal Spending | Electronic Withdrawal | (50,293) | On 092221 HTTPSCLEANSI UT SP * CLEANSIMPLE REF # 24492161265000004824624 ***********206 |
| 2073 | 9/23/2021 | Personal Spending | Electronic Withdrawal | (12,468) | On 092221 HTTPSHITHUT WY SP * HIIT NUT REF # 24492161265000004740499 ***********2062 |
| 2073 | 9/23/2021 | Crypto Currency / Investments | Debit Purchase | (9,333) | To AMEX EPAYMENT REF+21265012381367ON00 000500000BACH PMT M70B2 |
| 2073 | 9/23/2021 | Personal Spending | Debit Purchase | (134) | To CHASE CREDIT CRD REF+21265010002763ON00 PAYD3924EPAY 551797846 |
| 2073 | 9/23/2021 | Personal Spending | Debit Purchase - VISA | (25) | On COINBASE INC. REF _____ 8DN00 132700062388908793008A9QJZ5E |
| 2073 | 9/24/2021 | Personal Spending | Debit Purchase - VISA | (25) | DILLARDS 941 FAS LAS VEGAS NV 133240 On 092221 MAESTERM REF 133240 ***********206 |
| 2073 | 9/24/2021 | Personal Spending | Debit Purchase - VISA | (180) | On 092221 702-5586778 NV PRESSEDFORJUICE_ REF # 24789301265278501718937 *************206 |
| 2073 | 9/24/2021 | Personal Spending | Electronic Withdrawal | (53) | On 092321 Visa Direct NY VENMO* REF # 24248181266000628820 *************7021 |
| 0153 | 9/27/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | On 092221 HENDERSON NV WALGREENS #6002 REF # 2431481342N1342130 ***********206 |
| 0153 | 9/27/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (122,000) | Checking xxxxx6540 Ref #bbOChBC3w on 09/25/21 |
| 2073 | 9/27/2021 | Personal Spending | Debit Purchase - VISA | (130) | Checking xxxxx6540 Ref #bbOChBC5H on 09/25/21 |
| 2073 | 9/27/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 092621 Visa Direct NY VENMO* REF # 24248181269000111701229 *************7021 |
| 2073 | 9/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | On 092621 Visa Direct NY VENMO* REF # 24248181269000135768451 *************7021 |
| 2073 | 9/28/2021 | Personal Spending | Debit Purchase - VISA | (209) | To SOLEIL ASSN MGMT REF+212700142308280N00 9500000000NLINE PMTUS850728663PGS |
| 2073 | 9/29/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (480,000) | On 092721 WWW.DOORDASH*P.F. CH REF # 24011341270000022852337 *************** |
| 2073 | 9/29/2021 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (220,000) | To Account _____ 5473 |
| 2073 | 9/29/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account _____ 0331 |
| 2073 | 9/29/2021 | Personal Spending | Debit Purchase - VISA | (1,800) | To Account _____ 5473 |
| 2073 | 9/29/2021 | Personal Spending | Debit Purchase - VISA | (345) | On 092821 Visa Direct NY VENMO* REF # 24248181271000178363 *************7021 |
| 2073 | 9/29/2021 | Personal Spending | Debit Purchase - VISA | (299) | On 092821 WWW.ASOS.COM OE ASOS US SALES LL REF # 24803941273500110011214 ***********20 |
| 2073 | 9/30/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (105,000) | To Account _____ 3495 |
| 2073 | 9/30/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 092921 Visa Direct NY VENMO* REF # 24248181272000202915250 *************7021 Card 7021 Withdraws |
| 2073 | 9/30/2021 | Personal Spending | Recurring Debt Purchase | (25) | On 092921 702-456-5688 NV FSP*BOWTIES BRID REF # 24445001272300518712 US1 *************7021 Card 2062 Wit |
| 2073 | 9/30/2021 | Personal Spending | Debit Purchase - VISA | (17,505) | To PAYPAL REF+21272016846645ON00 PAYPALSI77NST XFER COCOABARNU |
| 2073 | 10/1/2021 | Personal Spending | Electronic Withdrawal | (3,326) | To AMEX EPAYMENT REF+21273018013800N00 000500000BACH PMT M0470 |
| 2073 | 10/1/2021 | USB Loan Paydown | Electronic Withdrawal | (677) | To USBANK LOAN REF+212740027959680N00 580580024PAYMENT 000000463603466 ACT 03466 EFFEC |
| 2073 | 10/1/2021 | Paypal / Venmo Transfer | Debit Purchase - VISA | (165) | To PAYPAL REF+21273015523484ON00 PAYPALSI77NST XFER X QLVE |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 093021 Visa Direct NY VENMO* REF # 24248181273000143643751 *************7021 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 092921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091612273017018937706 ***********206 |
| 0153 | 10/4/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #bbOCjqhf on 10/02/21 |
| 0153 | 10/4/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (932,000) | Checking xxxxx6540 Ref #bbOCjxypk on 10/02/21 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (813) | On 093021 800-309-2500 PA ANTHROPOLOGIE.CO REF # 24445001274100188269 WELLS FARGO B N SHEN ZHEN* |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (411) | To SHEN ZHEN HUI ME REF+212770170522540N00 77051048TCIAT PAYPAL1607598B269 WELLS FARGO B N SHEN ZHEN* |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 100321 Visa Direct NY VENMO* REF # 24248181275000185375829 *************7021 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (117) | On 100121 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341274000001465041 *************** |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (39) | On 100121 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341274000025874943 *************** |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (5) | On 100121 WWW.DOORDASH CA DOORDASH*METRO P REF # 24011341275000026025962 *************** |
| 2073 | 10/4/2021 | Personal Spending | Electronic Withdrawal | (10) | To ONLINE PAYROLL REF+21277011208668ON00 000021727PAYROLL 2115810 |
| 2073 | 10/4/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 100221 Visa Direct NY VENMO* REF # 24248181275000166418883 *************7021 |
| 2073 | 10/5/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 100121 702-4909348 NV PROTOGYM REF # 24000971276316811628154 *************7021 |
| 2073 | 10/5/2021 | Personal Spending | Electronic Withdrawal | (28) | To Digital Trust REF+212770239291270N00 191118795\Fees Colle30102002033 |
| 2073 | 10/6/2021 | Personal Spending | Electronic Withdrawal | (21) | On 100421 CHEM UT FLUSH BURRITO REF # 24493981278400265000093 *************206 |
| 2073 | 10/6/2021 | Personal Spending | Debit Purchase - VISA | (708) | On 100421 CRUMBL REF # 24492151277637190004013 *************7021 |
| 2073 | 10/6/2021 | Personal Spending | Debit Purchase - VISA | (150) | On 100521 855-8274654 CA BLT*Tadashi Shoj REF # 2490641127813167426232 *************206 |
| 2073 | 10/7/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (1,000,000) | On 100521 SALT LAKE CI UT TST* BLUE LEMON REF # 24137461278100120488062 *************206 |
| 2073 | 10/7/2021 | Personal Spending | Debit Purchase - VISA | (185) | To Account _____ 495 |
| 2073 | 10/7/2021 | Personal Spending | Debit Purchase - VISA | (160) | On 100521 818-8713024 NV CHEESECAKE 0187 REF # 24789301279333600529638 *************206 |
| 2073 | 10/7/2021 | Personal Spending | Debit Purchase - VISA | (15) | To WEST COAST LIFE REF+212790107031430N00 9940971513ANS\ PREM WC1D5053436 |
| 2073 | 10/8/2021 | Personal Spending | Debit Purchase - VISA | (2) | On 100621 702-5586778 NV PRESSEDFORJUICE_ REF # 24789301279337122075147 *************206 |
| 0153 | 10/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | To Dominion Energy REF+212790109810N00 187015877QGC 363130698036546 |
| 0153 | 10/12/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (767,000) | DILLARDS 941 FAS LAS VEGAS NV 470964 On 100721 MAESTERM REF 470964 ***********2062 |
| 2073 | 10/12/2021 | Judd Family Foundation #3495 | Mobile Banking Transfer | (275,000) | On 100721 LAS VEGAS NV SQ *LUV-IT FRO REF # 24692161280100418533357 *************206 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (400) | To Account _____ 3495 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (223) | On 100821 Visa Direct NY VENMO* REF # 24248181283000134131334 *************7021 |
| 2073 | 10/12/2021 | Personal Spending | Electronic Withdrawal | (33) | On 100921 HENDERSON NV TARGET 00 REF # 24164071283091016204117 *************206 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (120) | On 100221 Visa Direct NY VENMO* REF # 24248181283000111754487 *************7021 |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (115) | To PAYPAL REF+21285007249977DN00 PAYPALSI77NST XFER HESTERCOOK |
| 2073 | 10/12/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 100921 WWW.DOORDASH CA DOORDASH*CUBANO REF # 24011341282000024147401 *************** |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 100821 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341282000024147402 *************** |
| 2073 | 10/13/2021 | Judd Family Member | FMS | (35) | Khloe Judd Pizza |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 101221 Visa Direct NY VENMO* REF # 24248181285000135449614 *************7021 |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 101221 Visa Direct NY VENMO* REF # 24248181285000094310410 *************7021 |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (149) | WHOLEFDS HEN 102 HENDERSON NV 328073 On 101121 ILX1TERM REF 128620328073 ***********2C |
| 2073 | 10/13/2021 | Personal Spending | Debit Purchase - VISA | (63) | To Account _____ 5473 |
| 2073 | 10/14/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (250,000) | On 101421 Visa Direct NY VENMO* REF # 24248181286000233412775 *************7021 |
| 2073 | 10/14/2021 | Personal Spending | Debit Purchase - VISA | (1,500) | On 101421 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341287000015225 *************** |
| 2073 | 10/14/2021 | Personal Spending | Debit Purchase - VISA | (57) | On 101321 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341287000025942001 *************** |
| 0153 | 10/18/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #bbOCn35mfn on 10/16/21 |
| 0153 | 10/18/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (686,000) | Checking xxxxx6540 Ref #bbOCn35qzr on 10/16/21 |
| 2073 | 10/18/2021 | Personal Spending | Electronic Withdrawal | (10,112) | To CHASE CREDIT CRD REF+21288012552359DN00 5760392242EPAY 5559322592 |
| 2073 | 10/18/2021 | Personal Spending | Electronic Withdrawal | (204) | On 101321 Visa Direct NY VENMO* REF # 24248181289000199404900 *************7021 |
| 2073 | 10/18/2021 | Personal Spending | Debit Purchase - VISA | (130) | To Digital Trust REF+21291010879924ON00 191118795\Fees Colle31010001114 |
| 2073 | 10/18/2021 | Ut ilities | Debit Purchase - VISA | (93) | On 101721 Visa Direct NY VENMO* REF # 24248181290000121563096 *************7021 |
| 2073 | 10/18/2021 | Personal Spending | Electronic Withdrawal | (52) | To SO CAL GAS REF+21291006769670N00 1992052494PAID SCGC 1688918318 |
| 2073 | 10/19/2021 | Personal Spending | Debit Purchase - VISA | (34) | On 101821 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341291000016023293 *************** |
| 2073 | 10/20/2021 | Personal Spending | Debit Purchase - VISA | (436) | On 101921 Visa Direct NY VENMO* REF # 24248181292000136675177 *************7021 |
| 2073 | 10/20/2021 | Ut ilities | Debit Purchase - VISA | (62) | On 101821 Visa Direct NY VENMO* REF # 24248181293000096792 *************7021 |
| 2073 | 10/21/2021 | Personal Spending | Debit Purchase - VISA | (41) | To SO CAL GAS REF+21293007930990N00 1992052494PAID SCGC 0200778309 |
| 2073 | 10/21/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 101921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091612293017018937706 ***********206 |
| 0153 | 10/22/2021 | Judd Family Member | PersonalUmbrella.com | (1,821) | Jeff Judd Policy MPI |
| 0153 | 10/25/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxx6540 Ref #bbOCjztch on 10/23/21 |
| 0153 | 10/25/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (686,000) | Checking xxxxx6540 Ref #bbOCjztlfr on 10/23/21 |
| 2073 | 10/25/2021 | Personal Spending | Electronic Withdrawal | (171) | To CHASE CREDIT CRD REF+21295013515099DN00 5760392242EPAY 5572211784 |
| 2073 | 10/25/2021 | Personal Spending | Electronic Withdrawal | (76) | To PAYPAL REF+21295006533310N00 PAYPALSI77NST XFER BUILTBAR |
| 2073 | 10/25/2021 | Personal Spending | Debit Purchase - VISA | (76) | WHOLEFDS HEN 102 HENDERSON NV 448996 On 102521 ILX1TERM REF 129817448996 ***********2062 Card 2062 W |
| 2073 | 10/25/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 102321 HENDERSON NV SEPHORA GREEN VA REF # 24692161296100063836678 ***********206 |
| 2073 | 10/25/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 102421 WWW.DOORDASH CA DOORDASH*GEN REF # 24011341298000010235840 *************** |
| 2073 | 10/28/2021 | Taxes / Treasury | Electronic Withdrawal | (575) | On 102621 Visa Direct NY VENMO* REF # 24248181299000155467896 *************7021 |
| 2073 | 10/28/2021 | Personal Spending | Debit Purchase - VISA | (45,525) | To ORANGE COUNTY REF+21299011389621DN00 9956000083AX COLL 05033504 |
| 2073 | 10/28/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (25,000) | To Account _____ 5473 |
| 2073 | 10/28/2021 | Taxes / Treasury | Electronic Withdrawal | (14,281) | To ORANGE COUNTY REF+21300011388 REF _____ 132700 9956000928TAX COLL 93719464 |
| 2073 | 10/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (650) | To SOLEIL ASSN MGMT REF+213000142313830N00 9500000000NLINE PMTUS850728663PGS |
| 2073 | 10/29/2021 | Personal Spending | Debit Purchase - VISA | (72) | On 102821 Visa Direct NY VENMO* REF # 24248181300000866538657 ***********7021 Card 7021 Withdraws |
| 2073 | 10/29/2021 | Personal Spending | Electronic Withdrawal | (71) | To PAYPAL REF+21301013207964ON00 PAYPALSI77NST XFER MAJESTICREP MAJ |

| Acct | Date | Name | Description | Amount | Memo |
|---|---|---|---|---|---|
| 0153 | 1/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #Ib0CR3Q6Pp on 10/30/21 |
| 0153 | 1/1/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (853,000) | Checking xxxxxx6540 Ref #Ib0CR3QBKc on 10/30/21 |
| 2073 | 1/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=2130501141134090Y00 580580024PAYMENT 000000463603466 ACCT 3466 EFFEC |
| 2073 | 1/1/2021 | Personal Spending | Debit Purchase - VISA | (74) | To PAYPAL REF=21305005393668DN00 PAYPALS77INST XFER COCOABARIN) |
| 2073 | 1/1/2021 | Personal Spending | Debit Purchase - VISA | (33) | On 103121 WWW.DOORDASH CA DOORDASH*PANERA REF # 24011341304000005110031 ************; |
| 2073 | 1/1/2021 | Personal Spending | Debit Purchase - VISA | (19) | To PAYPAL REF=21305005366808DN00 PAYPALS77INST XFER COCOABARIN) |
| 2073 | 1/1/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 102921 HENDERSON NV WALGREENS #6615 REF # 24445001303000674220897 ************206; |
| 2073 | 1/1/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 103021 8884727594 IL PARKWHIZ  INC. REF # 24492151303717116333682 ************2062 |
| 2073 | 1/1/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 103121 8884727594 IL PARKWHIZ  INC. REF # 24492151303725211115 ************2062 |
| 2073 | 1/2/2021 | Crypto Currency / Investments | Electronic Withdrawal | (21,836) | To Wasatch County REF=21306000122031WasatchCoudEd1803T-SIP-36 |
| 2073 | 1/2/2021 | Crypto Currency / Investments | Electronic Withdrawal | (6,470) | To Wasatch County REF=21306000122031WasatchCoud1803Ed1803T-SIP-36 |
| 2073 | 1/2/2021 | Personal Spending | Debit Purchase - VISA | (60) | To ONLINE PAYROLL REF=21306002520186ON00 0000217279PAYROLL 4475799 |
| 2073 | 1/3/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 110121 702-4909348 NV PROTO[1M REF # 24009713306445206874067 ************7021 |
| 2073 | 1/4/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (40,000) | To Account 5473 |
| 2073 | 1/4/2021 | Personal Spending | Debit Purchase - VISA | (749) | On 10321 954-6846868 FL IN *H20 PROTECTI REF # 24692161307100178440260 ************2062 |
| 0153 | 1/8/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0Cxw3GgK on 11/06/21 |
| 0153 | 1/8/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (1,000,000) | Checking xxxxxx6540 Ref #b0Cxw31JN on 11/06/21 |
| 0153 | 1/8/2021 | Nevada Pro Pest Control Inc #6540 | Online Transfer to Nevada Pro Pest Control Inc. Business | (15,000) | Checking xxxxxx6540 Ref #b0Ccw3KFv on 11/06/21 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (2,600) | On 110721 1INFINITLOO CA APPLE CASH REF # 24055231312095112865984 ************2062 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 110721 1INFINITLOO CA APPLE CASH REF # 24055231310095110754584 ************7021 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 110621 Visa Direct NY VENMO* REF # 24248181309000105540945 ************7021 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (150) | To PAYPAL REF=21309006990200DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (100) | To PAYPAL REF=21312003033556DN00 PAYPALS77INST XFER V C DUS |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (94) | On 110721 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341313000010989068 ********** |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 110821 Visa Direct NY VENMO* REF # 24248181311000163487055 ************7021 |
| 2073 | 1/8/2021 | Personal Spending | Electronic Withdrawal | (41) | To PAYPAL REF=21312006252828DN00 PAYPALS77INST XFER FABLETICS1L |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (36) | To PAYPAL REF=21309006160388DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (36) | To PAYPAL REF=21312003208222DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (36) | On 110621 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341310000123777202 ************2062 |
| 2073 | 1/8/2021 | Utilities | Electronic Withdrawal | (35) | To Dominion Energy REF=21309006958989DN00 18701SS877GGC 3613360985591 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 110721 Las Vegas NV SQ *CREAM ME REF # 24692161311100346261246 ************2062 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 110521 8884727594 IL PARKWHIZ  INC. REF # 24492151309743793781146 ************7021 |
| 2073 | 1/8/2021 | Personal Spending | Debit Purchase - VISA | (882) | On 110821 Visa Direct NY VENMO* REF # 24248181312000539102300 ************7021 |
| 2073 | 1/9/2021 | Personal Spending | Debit Purchase - VISA | (166) | To WEST COAST LIFE REF=21312005963770N00 9940971154ML  PREM WC1D5053436 |
| 2073 | 1/9/2021 | Personal Spending | Electronic Withdrawal | (302) | To KIMBERLY PARKER REF=21314008011510N00 921598620SALE |
| 2073 | 1/10/2021 | Personal Spending | Debit Purchase - VISA | (73) | On 110921 WWW.DOORDASH CA DOORDASH*IHOP REF # 24692161531068180518914 ************2062 |
| 2073 | 1/12/2021 | Personal Spending | Debit Purchase - VISA | (1,279) | On 110921 ZB31800 NV IN *THE IDEA ROD REF # 24692161315000362437189 ************7021 |
| 2073 | 1/12/2021 | Personal Spending | Electronic Withdrawal | (36) | To PAYPAL REF=21316010755910N00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/12/2021 | Miscellaneous | DMV | (36) | Title Replacement |
| 2073 | 1/12/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 111221 HENDERSON NV TST* TOGO'S - HE REF # 24137461315500765432504 ************7021 |
| 2073 | 1/12/2021 | Personal Spending | Debit Purchase - VISA | (36) | On 111221 8884727594 IL PARKWHIZ  INC. REF # 24492151316273634782 ************2062 |
| 2073 | 1/12/2021 | Personal Spending | Debit Purchase - VISA | (36) | On 111221 8884727594 IL PARKWHIZ  INC. REF # 24492151316273628786124 ************2062 |
| 2073 | 1/12/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 110921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621314017018511186 ************206 |
| 0153 | 1/15/2021 | Orc Holdings LLC | Online Transfer to LLC Business Checking | (1,000,000) | xxxxxx2818 Ref #b0Cvf465G on 11/13/21 |
| 0153 | 1/15/2021 | Orc Holdings LLC | Online Transfer to LLC Business Checking | (1,000,000) | xxxxxx2818 Ref #b0Cvf465G on 11/13/21 |
| 0153 | 1/15/2021 | Orc Holdings LLC | Online Transfer to LLC Business Checking | (70,000) | xxxxxx2818 Ref #b0CvF4hVh on 11/13/21 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (1,429) | On 111221 wayfair.com MA WAYFAIR*Wayfair REF # 24906411316134160950218 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (917) | On 111421 800-314-0980 NY BOMBAS LLC REF # 24492151318719969037595 ************2062 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (500) | On 111221 1INFINITLOO CA APPLE CASH REF # 24055231318991959005291 ************2062 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (244) | To PAYPAL REF=21319003066803DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (183) | On 111421 800-922-9934 CA POTTERYBARN.COM REF # 24692161318100758101784 ************20 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (117) | To PAYPAL REF=21319007193220DN00 PAYPALS77INST XFER CREATIONS |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (80) | On 111421 800-932-9304 UT BUILT BAR REF # 24492151318743097516695 ************206 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (70) | To PAYPAL REF=21319007260243DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 111221 WWW.DOORDASH CA DOORDASH*COOKIE REF # 24011341317000012136761 ************ |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (45) | On 111221 Visa Direct NY VENMO* REF # 24248181316000136992827 ************7021 |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (32) | On 111321 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341316000011420506 ********* |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 111321 WWW.DOORDASH CA DOORDASH*NIEADER REF # 24011341317000037115651 ********* |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 111221 WWW.DOORDASH CA DOORDASH*IHOP REF # 24011341315000104904 *********** |
| 2073 | 1/15/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 111321 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621318017067026306 ************206 |
| 2073 | 1/16/2021 | Crypto Currency / Investments | Electronic Withdrawal | (49,673) | To ALMIK ERFAMENT REF=21319015410536S000 0005000008ACH PMT M6818 |
| 2073 | 1/16/2021 | Personal Spending | Electronic Withdrawal | (15,448) | To ALMIK ERFAMENT REF=21319015410536S000 0005000008ACH PMT M6818 |
| 2073 | 1/17/2021 | Personal Spending | Debit Purchase - VISA | (94) | Christmas Lights |
| 2073 | 1/17/2021 | Cameron Powell | Electronic Withdrawal | (84) | On 111621 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011341321000010087382 ************ |
| 2073 | 1/17/2021 | Utilities | Electronic Withdrawal | (78) | To SO CAL GAS REF=21321008185187ON00 199205249PAID SCGC 1688918318 |
| 2073 | 1/18/2021 | Personal Spending | Electronic Withdrawal | (71) | On 111521 1INFINITLOO CA APPLE CASH REF # 24055231321091654735964 |
| 2073 | 1/18/2021 | Personal Spending | Debit Purchase - VISA | (71) | To PAYPAL REF=21321014762087DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/18/2021 | Personal Spending | Debit Purchase - VISA | (36) | To PAYPAL REF=21321014762092DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/18/2021 | Personal Spending | Debit Purchase - VISA | (35) | To PAYPAL REF=21321014762093DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/19/2021 | Personal Spending | Electronic Withdrawal | (293) | To Digital Trust REF=21322014626171DN00 191118795WwFellt Feb510001114 |
| 2073 | 1/19/2021 | Personal Spending | Debit Purchase - VISA | (70) | On 111821 Visa Direct NY VENMO* REF # 24248181322000124412947 ************7021 |
| 2073 | 1/19/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 111821 718-8557955 NY Etsy.com - neptu REF # 24204291322305804065855 ************202 |
| 2073 | 1/19/2021 | Personal Spending | Debit Purchase - VISA | (16) | On 111821 718-8557955 NY Etsy.com - Cards REF # 24204291322304688968715 ************202 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (14) | To SO CAL GAS REF=21323007569245DN00 199205249PAID SCGC 02007783909 |
| 0153 | 1/22/2021 | Orc Holdings LLC | Online Transfer to LLC Business Checking | (1,000,000) | xxxxxx2818 Ref #b0Cx2HGBq on 11/20/21 |
| 0153 | 1/22/2021 | Orc Holdings LLC | Online Transfer to LLC Business Checking | (918,000) | xxxxxx2818 Ref #b0Cx2H7TX on 11/20/21 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (484) | To PAYPAL REF=21326006411239DN00 PAYPALS77INST XFER CARDSETCETE |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 112121 Visa Direct NY VENMO* REF # 24248181325000152500178 ************7021 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (135) | On 112021 Visa Direct NY VENMO* REF # 24248181324000136346276 ************7021 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (125) | On 111921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621325017022035955 ************206 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (106) | To PAYPAL REF=21326005709009DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (96) | On 119121 HENDERSON NV CHEVRON 0205625 REF # 24692161323100756968808 ************7021 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (71) | On 112021 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341325000014690476 ************ |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (56) | On 111821 WWW.DOORDASH CA DOORDASH*COOKIE REF # 24011341324000016926697 ************ |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (55) | On 112021 CUDDLECLONES KY SP * CUDDLE CLON REF # 24011341324000011169300 ************ |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (34) | WALGREENS STORE HENDERSON NV 308815 On 111921 IVAN.NA REF # 13232300815 ************ |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (14) | On 112021 WWW.DOORDASH CA DOORDASH*IHOP REF # 24091621323100800132080 *********** |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (5) | On 112121 Las Vegas NV SQ *TABLE 8 PROD REF # 24692161326100606933800 ************2062 |
| 2073 | 1/22/2021 | Personal Spending | Debit Purchase - VISA | (41) | On 112121 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341326000014549143 ************ |
| 2073 | 1/24/2021 | Personal Spending | Electronic Withdrawal | (2,679) | To SAVVY INTERIORS REF=21328003070392N00 921598620SALE |
| 2073 | 1/24/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 112321 Visa Direct NY VENMO* REF # 24248181327000152509879 ************7021 |
| 2073 | 1/24/2021 | Personal Spending | Debit Purchase - VISA | (162) | To PAYPAL REF=21327005233730N00 PAYPALS77INST XFER CARDSETCETE |
| 2073 | 1/24/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 112321 Visa Direct NY VENMO* REF # 24248181327000145337784 ************7021 |
| 2073 | 1/24/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 112321 LAS VEGAS NV KABOB GRILL REF # 24943001328018197000013 ************7021 |
| 2073 | 1/24/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 112221 LAS VEGAS NV THE JUICE BAR AT REF # 24269791328001822055749 ************7021 |
| 2073 | 1/26/2021 | Paypal / Venmo Transfer | Debit Purchase - VISA | (300) | To SDLEIL ASSN MGMT REF=21330003436053N00 9500000000ONLINE PMTUS8507289653POS |
| 2073 | 1/29/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 112421 Visa Direct NY VENMO* REF # 24248181329000086620500 ************7021 Card 7021 Withdrawa |
| 2073 | 1/29/2021 | Personal Spending | Debit Purchase - VISA | (28,826) | To AMEX EPAYMENT REF=21333004232555N00 0005000008ACH PMT M3888 |
| 2073 | 1/29/2021 | Personal Spending | Debit Purchase - VISA | (55) | To PAYPAL REF=21333004601376N00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 1/29/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 112721 LAS VEGAS NV TST* GOOD PIE - REF # 24137461331001200994246? ************200 |
| 2073 | 1/29/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 112721 LAS VEGAS NV TST* GOOD PIE - REF # 24137461331001200942384 ************200 |
| 2073 | 1/29/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 112621 8884727594 IL PARKWHIZ  INC. REF # 24492151331731731109407? |
| 2073 | 1/30/2021 | Personal Spending | Debit Purchase - VISA | (19) | On 112721 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621332017059662712 |
| 2073 | 1/30/2021 | Personal Spending | Debit Purchase - VISA | (517) | On 112921 WWW.NOBUJPR MA SP * NOBULL REF # 24492151333000045045489? |
| 2073 | 1/30/2021 | Personal Spending | Debit Purchase - VISA | (94) | On 112821 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341333000035021 *********** |
| 2073 | 1/30/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 112921 REDBUBBLE.CO CA WWW.REDBUBBLE.CO REF # 24492151334000005592011 ************3 |
| 2073 | 1/30/2021 | Personal Spending | Electronic Withdrawal | (22) | To PAYPAL REF=21333013800608DN00 PAYPALS77INST XFER COCOABARIN) |
| 0153 | 12/1/2021 | WF Transfer | WF Direct Pay-Payment- [odd Portion of Balance Due for | (27,197) | October -Tran ID Dp22765460 |
| 2073 | 12/1/2021 | USB Loan Paydown | Electronic Withdrawal | (3,326) | To USBANK LOAN REF=2133500277616407Y00 580580024PAYMENT 000000463603466 ACCT 3466 EFFEC |
| 2073 | 12/1/2021 | Judd Family Member | Debit Purchase - VISA | (539) | On 113021 wayfair.com MA WAYFAIR*Wayfair REF # 24906411334135407105 |
| 2073 | 12/1/2021 | Judd Family Member | US Department of State | (170) | Jen Judd Passport Expedited |
| 2073 | 12/1/2021 | Judd Family Member | US Department of State | (170) | Jeff Judd Passport Expedited |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 113021 Visa Direct NY VENMO* REF # 24248181334000152845289 ************7021 |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (65) | On 113021 HENDERSON NV TARGET 00 REF # 24164071333405100714062ó ************7021 |
| 2073 | 12/1/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 113021 Visa Direct NY VENMO* REF # 24248181334000175367694 ************7021 |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (70,000) | To AMEX EPAYMENT REF=21336005982737DN00 0005000008ACH PMT M0548 |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (250) | On 120121 Visa Direct NY VENMO* REF # 24248181335000172296662 ************7021 |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (230) | On 120121 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341335000016751864 ************ |
| 2073 | 12/2/2021 | Personal Spending | Electronic Withdrawal | (60) | To ONLINE PAYROLL REF=21336005794804ON00 0000217279PAYROLL 8313839 |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (51) | To PAYPAL REF=21335023986340DN00 PAYPALS77INST XFER MAJESTICREP MAJ |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (33) | On 113021 Visa Direct NY VENMO* REF # 24248181335000103387652 ************7021 |
| 2073 | 12/2/2021 | Personal Spending | Debit Purchase - VISA | (22) | On 113021 REDBUBBLE.CO CA WWW.REDBUBBLE.CO REF # 24492151336000059921 ************3 |
| 2073 | 12/2/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (30) | To Account 153 |
| 2073 | 12/3/2021 | Personal Spending | Debit Purchase - VISA | (300) | On 120321 Visa Direct NY VENMO* REF # 24248181336000023570232 ************7021 |

| Account | Date | Category | Type | Amount | Description |
|---|---|---|---|---|---|
| 2073 | 12/3/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 120121 702-4909348 NV PROTOGYM REF # 24000971336570007980690 **********7021 |
| 2073 | 12/3/2021 | Personal Spending | Debit Purchase - VISA | (7) | On 120221 8884727594 IL PARKWHIZ  INC. REF # 24492151337450645388994 ***********2062 |
| 2073 | 12/6/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (550,000) | To Account _____ 5473 |
| 2073 | 12/6/2021 | Crypto Currency / Investments | Electronic Withdrawal | (24,505) | To COINBASE INC. REF _____ 0N00 1327000623888908793OLCYPGBUA |
| 2073 | 12/6/2021 | Crypto Currency / Investments | Electronic Withdrawal | (8,259) | To COINBASE INC. REF _____ N0N00 1327000623888908793OE2VHBU94 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (563) | On 120421 wayfair.com MA WAYFAIR  Wayfair REF # 24906413338135797837433 ***********2062 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (167) | To WIBROS GNBH REF=2137009762538ON00 7705104870CAT PAYPAL17172818134 WELLS FARGO B N MAINZ*L |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (54) | On 120421 WWW.DOORDASH CA DOORDASH*CHIPOTL REF # 24011341339000011174403 ***********2062 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (54) | On 120221 WWW.DOORDASH CA DOORDASH*CHICKEN REF # 24011341337000014512064 ***********2062 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (53) | On 120321 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341338000014226524 ***********2062 |
| 2073 | 12/6/2021 | Ut ilities | Electronic Withdrawal | (28) | To Dominion Energy REF=21337008516310ON00 1870155877QGC 36313036080096 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (14) | On 120421 WWW.DOORDASH CA DOORDASH*IHOP REF # 24011341338000038681050 ***********21 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 120321 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621339017022001134 ***********206 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (10) | On 120321 LAS VEGAS NV THE JUICE BAR AT REF # 24269790339000980791711 ***********7021 |
| 2073 | 12/6/2021 | Personal Spending | Debit Purchase - VISA | (8) | On 120521 8884727594 IL PARKWHIZ  INC. REF # 24492151340375345290913 **********2062 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (27,261) | To CHASE CREDIT CRD REF=21340014896460ON00 5760039224EPAY 5654299043 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (127) | On 120621 WWW.DOORDASH CA DOORDASH*VENTANO REF # 24011341341000010304081 ***********2062 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (24) | On 120621 718-855-7955 NY Etsy.com - MayFai REF # 24204291340380014760858 ***********2062 |
| 2073 | 12/7/2021 | Personal Spending | Debit Purchase - VISA | (24) | On 120621 718-855-7955 NY Etsy.com - FabPa REF # 24204291340390156900061 ***********2062 |
| 2073 | 12/8/2021 | Personal Spending | Debit Purchase - VISA | (166) | To WEST COAST LIFE REF=21341012866360N00 9940971154INS  PREM.WC1Z0S053436 |
| 2073 | 12/8/2021 | Personal Spending | Debit Purchase - VISA | (54) | On 120721 WWW.DOORDASH CA DOORDASH*WEISS R REF # 24011341342000010391573 ***********206 |
| 2073 | 12/8/2021 | Personal Spending | Debit Purchase - VISA | (43) | On 120721 718-855-7955 NY Etsy.com - Heaf REF # 24204291342001367704941 ***********2062 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (2,000) | On 120821 Visa Direct NY VENMO* REF # 24248181342000057153430 ***********7021 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (1,000) | On 120821 Visa Direct NY VENMO* REF # 24248181342000026091982 ***********7021 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 120921 Visa Direct NY VENMO* REF # 24248181342000233166245 ***********7021 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (17) | On 120721 HENDERSON NV SHOW BOY BAKE SH REF # 24687201342030019153293 ***********206 |
| 2073 | 12/9/2021 | Personal Spending | Debit Purchase - VISA | (12) | On 120721 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621342017019011100 ***********206 |
| 2073 | 12/10/2021 | Personal Spending | Debit Purchase - VISA | (76) | To PAYPAL REF=21343012381120ON00 PAYPAL5777MST XFER SOLDEUANEIR |
| 2073 | 12/10/2021 | Personal Spending | Debit Purchase - VISA | (65) | On 120921 800-910-9304 UT BUILT BAR REF # 24492151343745880438413 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 121021 1INFINITELOO CA APPLE CASH REF # 24055231346092016714333 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase | (191) | On 121221 HTTPSINSTACA CA INSTACART REF # 24011341346000030473779 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (140) | WALGREENS STORE LAS VEGAS NV 431763 On 121121 ILK1TERM REF 13452243176 ********206G |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (97) | On 121021 HENDERSON NV CHEVRON 0205625 REF # 24692161344100541160236 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (73) | On 120921 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341344000013729124 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (51) | On 120921 WWW.DOORDASH CA DOORDASH*THE CHE REF # 24011341346000012867279 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (25) | On 121021 WWW.DOORDASH CA DOORDASH*PROTEIN REF # 24011341345000016057829 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (17) | On 120921 WWW.DOORDASH CA DOORDASH*PANDA E REF # 24011341345000016538553 ***********206 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (17) | On 121121 LAS VEGAS NV FREEDS DESSERT S REF # 24869501346017065454409 ***********2062 |
| 2073 | 12/13/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 121121 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621346017065013351 ***********206 |
| 2073 | 12/14/2021 | Personal Spending | Debit Purchase - VISA | (310) | On 121321 313-343-1228 PA STOCKX REF # 24492151348714573178669 **********2062 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 121321 WWW.DOORDASH CA DOORDASH*RACHELS REF # 24011341347000028185038 ***********206 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (1,805) | On 121421 gong.com NV *CITY BLOSSOM REF # 24426161349100024537315S **********2062 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 121421 Visa Direct NY VENMO* REF # 24248181348000015199801L ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 121421 Visa Direct NY VENMO* REF # 24248181348000176006675 ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (75) | On 121421 Visa Direct NY VENMO* REF # 24248181348000174400342 ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Electronic Withdrawal | (8) | To PAYPAL REF=21349001681422ON00 PAYPAL5777MST XFER FABLETICSLL |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (4) | On 121321 LAS VEGAS NV THE JUICE BAR AT REF # 24269791349001180003612 ***********7021 |
| 2073 | 12/15/2021 | Personal Spending | Debit Purchase - VISA | (4) | On 121321 LAS VEGAS NV THE JUICE BAR AT REF # 24269791349001101760476 **********7021 |
| 2073 | 12/16/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (135,000) | To Account _____ 5473 |
| 2073 | 12/16/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (50,000) | To Account _____ 5473 |
| 2073 | 12/16/2021 | Personal Spending | Debit Purchase - VISA | (178) | On 121521 180-08630028 NY SP * CREATIVE GO REF # 24011341350000105711181 ***********21 |
| 2073 | 12/16/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 121521 Visa Direct NY VENMO* REF # 24248181349000174012302 ***********7021 |
| 2073 | 12/16/2021 | Personal Spending | Debit Purchase - VISA | (20) | On 121421 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621349017019715124 ***********206 |
| 2073 | 12/17/2021 | Personal Spending | Electronic Withdrawal | (23,827) | To AMEX EPAYMENT REF=2135001032377ON00 0005004EPAY6nnw |
| 2073 | 12/17/2021 | Personal Spending | Electronic Withdrawal | (487) | To PAYPAL REF=21350012060391ON00 PAYPAL5777MST XFER THERAGUN |
| 2073 | 12/17/2021 | Personal Spending | Debit Purchase - VISA | (85) | To PAYPAL REF=21351000666785ON00 PAYPAL5777MST XFER JOYFOLIE |
| 2073 | 12/17/2021 | Ut ilities | Electronic Withdrawal | (61) | To SO CAL GAS REF=21351003506635ON00 1992052494PAID SCGC 168B918318 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (1,000) | PMT To CHRIST OPHER A. On 12/18/21 PMT iD=USBnMFhhXL |
| 2073 | 12/20/2021 | Personal Spending | Electronic Withdrawal | (484) | To PAYPAL REF=21351008160017ON00 PAYPAL5777MST XFER BOSE CORP |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (385) | On 121721 HTTPSUS.HONE DE SP * HONEY BIRDE REF # 24492161351000030162838 ***********206 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (279) | To Digital Trust REF=21354011507508ON00 1911187958Fees Ccbe5010001114 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (200) | On 121821 Visa Direct NY VENMO* REF # 24248181351000023196449 ***********7021 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (130) | On 121821 WWW.DOORDASH CA DOORDASH*EINSTEI REF # 24011341353000030214786 ***********2062 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 121721 WWW.DOORDASH CA DOORDASH*CHICK-F REF # 24011341351000039124946 ***********206 |
| 2073 | 12/20/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 121821 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621353017066167404 ***********206 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (537) | On 122021 HENDERSON NV WALGREENS #3871 REF # 24445001355000805088723 ***********206 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (338) | On 122021 HENDERSON NV KOHLS #0667 REF # 24445001355000109771344 ***********2062 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (13) | On 121921 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621354017036883 ***********206 |
| 2073 | 12/21/2021 | Personal Spending | Debit Purchase - VISA | (52) | On 122021 WWW.PHARMACY #06 REF # 24137461355001319765730 ***********2062 |
| 2073 | 12/21/2021 | Ut ilities | Electronic Withdrawal | (24) | To SO CAL GAS REF=21355005649623ON00 199205249APAID SCGC 0200778309 |
| 2073 | 12/22/2021 | Vehicles & Related | JLR Henderson | (90,898) | Range Rover Purchase Kennedy Judd |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (103) | On 122121 800-591-3869 MN TARGET.COM * REF # 24431061356083044224365 ***********2062 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase | (192) | On 122121 HTTPSINSTACA CA INSTACART REF # 24011341355000031684877 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 122121 HTTPAWWW.LAU NY LGC*DOORDASH GIF REF # 24011341356000000324819 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (39) | On 122121 WWW.DOORDASH CA DOORDASH*TROPICA REF # 24011341356000010241557 ***********2062 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (29) | On 122021 GRUBHUB.COM NY GRUBHUBPANERABRE REF # 24492151357154942538 ***********2 |
| 2073 | 12/22/2021 | Personal Spending | Debit Purchase - VISA | (26) | On 122021 WWW.DOORDASH CA DOORDASH*KNEADER REF # 24011341355000017030202 ***********206 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (132) | On 122221 Visa Direct NY VENMO* REF # 24248181356000142723097 ***********7021 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (85) | On 122221 Visa Direct NY VENMO* REF # 24248181356000125105049 ***********7021 |
| 2073 | 12/23/2021 | Personal Spending | Debit Purchase - VISA | (77) | On 122121 GRUBHUB.COM NY GRUBHUBWEISSREST REF # 24492151356371938910333 ***********21 |
| 2073 | 12/24/2021 | Personal Spending | Electronic Withdrawal | (42,474) | To CHASE CREDIT CRD REF=21357009428461ON00 5760039224EPAY 5684994768 |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (50) | On 122221 702-704-1768 NV SASSY BLOWTIQUE REF # 24091621357017032839166 ***********206 |
| 2073 | 12/24/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 122321 Visa Direct NY VENMO* REF # 24248181357000125018266 ***********7021 |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase | (21) | SPROUTS FARMERS HENDERSON NV 885632 On 122421 ILNKILNK REF 13581685632 ********206 |
| 2073 | 12/27/2021 | Ze le Instant | Electronic Withdrawal | (2,250) | PMT To STEVE BEYER On 12/27/21 PMT iD=USBRvHexnw |
| 2073 | 12/27/2021 | Personal Spending | Debit Purchase - VISA | (198) | On 122421 HTTPSINSTACA CA INSTACART REF # 24011341358000029680794 ***********2062 |
| 2073 | 12/27/2021 | Personal Spending | Electronic Withdrawal | (100) | To PAYPAL REF=21361010642930ON00 PAYPAL5777MST XFER BARNESNOBLE |
| 2073 | 12/28/2021 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account _____ 5473 |
| 2073 | 12/28/2021 | Personal Spending | Debit Purchase - VISA | (1,200) | On 122821 Visa Direct NY VENMO* REF # 24248181361000225966525 |
| 2073 | 12/28/2021 | Paypal / Venmo Transfer | Electronic Withdrawal | (500) | To SOLEIL ASSN MGMT REF=21361020551387ON00 9500000000DNLINE PAYMENT60728663ZPOS |
| 2073 | 12/28/2021 | Judd Family Member | National Advisors Trust | (500) | Judd Insurance |
| 2073 | 12/28/2021 | Personal Spending | Electronic Withdrawal | (114) | To PAYPAL REF=21 610181935120N00 PAYPAL5777MST XFER UNDERLINING |
| 2073 | 12/29/2021 | Personal Spending | Electronic Withdrawal | (81) | To ONLINE PAYROLL REF=21362002179170ON00 0000021727PAYROLL 4221383 |
| 2073 | 12/29/2021 | Personal Spending | Electronic Withdrawal | (20,367) | To AMEX EPAYMENT REF=21362008849833ON00 0005000000IACH PMT M182B |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (991) | On 122821 702-8850750 NV IN *POST WORTHY REF # 24692161362100862864521 ***********206 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (401) | On 122821 gong.com NV SQ *CAKED REF # 24692161363100934467020 **********2062 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (100) | On 122921 Visa Direct NY VENMO* REF # 24248181362000224552262 ***********7021 |
| 2073 | 12/29/2021 | Personal Spending | Debit Purchase - VISA | (30) | On 122821 Visa Direct NY VENMO* REF # 24248181362000212339013 ***********7021 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (153) | On 122821 HENDERSON NV TARGET 00 REF # 24164071362091007151800 ***********206 |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (44) | On 122921 Visa Direct NY VENMO* REF # 24248181363000017553463 ***********7021 Card 7021 Withdraws |
| 2073 | 12/30/2021 | Personal Spending | Debit Purchase - VISA | (40) | On 122821 HENDERSON NV ALBERTSONS #0002 REF # 24231681363837002158629 ***********206 |
| 2073 | 12/30/2021 | Personal Spending | Electronic Withdrawal | (15) | To PAYPAL REF=21363010059180N00 PAYPAL5777MST XFER COOADARINU |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (2,000) | Jeff's Birthday Security |
| 2073 | 12/31/2021 | Ascaya | Ascaya Home Owners Association | (200) | Rental Fee Jeff's 50th |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (139) | On 123021 HTTPSINSTACA CA INSTACART*159 REF # 24011341364000001955167 ***********2062 Card 2062 With |
| 2073 | 1/3/2022 | USB Loan Paydown | Electronic Withdrawal | (3,437) | To USBANK LOAN REF=220030074888900ON00 5805800024PAYMENT 0000004636034966 ACCT _____ 3466 EFEC |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (508) | On 010222 888-8374587 UT WAYFAIR.TOLCROWN.COM REF # 24207852002171000272 **********206 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 010222 Visa Direct NY VENMO* REF # 24248181002000166957140 ***********7021 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010122 407-828-5630 FL WDW WORLD OF DIS REF # 24943002002893600240813 ***********206 |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 122721 877-263-9300 CA LULULEMONCOMT REF # 24692211002210166063 ***********20G |
| 2073 | 1/3/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 010222 gong.com NV WE *THE MARA REF # 24943002002000011727PAYROLL 4305596 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 010322 407-828-5630 FL THE MARA REF # 24943002002000000112 ***********2062 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (26,496) | To CHASE CREDIT CRD REF=220030153186540N00 57600392224EPAY 5705531551 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (1,947) | On 010322 gong.com NV SQ *CITY BLOSSOM REF # 24692161003100075048136 ***********2062 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (600) | On 010322 Visa Direct NY VENMO* REF # 24248181003000096768341 ***********7021 |
| 2073 | 1/4/2022 | Personal Spending | Electronic Withdrawal | (250) | To PAYPAL REF=220030155590900ON00 PAYPAL5777MST XFER NMGHOLDINGC |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (107) | To PAYPAL REF=22003015350070N00 PAYPAL5777MST XFER FANATICSRET |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (63) | On 010322 WWW.DOORDASH CA DOORDASH*JERSEY REF # 24011342004000011227181 ***********2 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (61) | On 010222 PINOCCHIO VILLAG REF # 24943002003100002202000 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 010222 NV WDW SATU LI CANT REF # 24943002003893 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (22) | On 010222 407-828-5630 FL THE MARA REF # 24943002003893003640117 ***********206 |
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (18) | On 010222 407-828-5630 FL SUNSHINE TREE MO REF # 24943002003893400342 ***********206 |

| | | | | | |
|---|---|---|---|---|---|
| 2073 | 1/4/2022 | Personal Spending | Debit Purchase - VISA | (1) | On 010322 HUNT VALLEY MD NAYAX VENDING 14 REF # 240133920030002516399970 ************206 |
| 2073 | 1/5/2022 | Personal Spending | The Gift of Time | (3,809) | |
| 2073 | 1/5/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (726) | To PAYPAL REF=220040170589100N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Personal Spending | Electronic Withdrawal | (64) | To PAYPAL REF=220040157579220N00 PAYPALSI77INST XFER NMGHOLDINGC |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (575) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113420040000028501160 ***********206 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (139) | On 010422 HTTPSINSTACA CA INSTACART REF # 240113420040000031102201 ***********2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (107) | On 010422 BRB-892-9953 CA ZAZZLE INC REF # 244921520047190943131118 ***********206 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (40) | On 010522 KISSIMMEE FL CHICK-FIL-A #028 REF # 24427333200471001479048 1 ***********206 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (14) | On 010422 HTTPSINSTACA CA COSTCO BY INSTAC REF # 240113420040000028551835 ***********206 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 010422 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 240113420040000245808 61 ***********20 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (29) | On 010522 407-828-5630 FL THE MAIN STREET REF # 249430020048030044616 0 ***********2062 |
| 2073 | 1/5/2022 | Personal Spending | Debit Purchase - VISA | (28) | On 010522 407-828-5630 FL ROSIE'S ALL-AMER REF # 249430020048930044161 0 ***********2062 |
| 2073 | 1/6/2022 | Horizon Trust Company | Wire Debit REF004372 | (65,000) | BANK OF GEORGE LAS 220106039418 8NF=HORIZON TRUST COMPANY 6301 INDIAN SCHOOL RD |
| 2073 | 1/6/2022 | Personal Spending | Electronic Withdrawal | (482) | To PAYPAL REF=220050193926300N00 PAYPALSI77INST XFER CARDSETCETE |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase | (213) | NORDSTROM RACK 8 HENDERSON NV 340455 On 010522 ILNKILNK REF 200601340455 ***********20 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (213) | On 010522 Visa Direct NV VENMO* REF # 242481820050001533708115 ***********7021 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase | (165) | WALGREENS STORE HENDERSON NV 135947 On 010622 ILK1TERM REF 200621135947 ***********20 |
| 2073 | 1/6/2022 | Ut lites | Electronic Withdrawal | (119) | To Dominion Energy REF=220052117605900N00 187015587GC 361301609800570 |
| 2073 | 1/6/2022 | Personal Spending | Debit Purchase - VISA | (85) | On 010522 Visa Direct NV VENMO* REF # 242481820050001360355550 ***********7021 |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (26,713) | To AMEX EPAYMENT REF=220060080326280N00 000500000ACH PMT M6890 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (18,125) | On 010622 CHASE CREDIT CRD REF=220060053054470N00 5760039224EPAY 5710981484 |
| 2073 | 1/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (794) | To PAYPAL REF=220070047216ON00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/7/2022 | Personal Spending | Electronic Withdrawal | (166) | To WEST COAST LIFE REF=220060037098160N00 994997115AINS. PREM.WC1Z0505 3436 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (100) | On 010622 Visa Direct NV VENMO* REF # 242481820060001863962386 ***********7021 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (50) | To PAYPAL REF=220060054366890N00 PAYPALSI77INST XFER FABLETICS2 |
| 2073 | 1/7/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 010622 LAS VEGAS NV PANDA EXPRESS #1 REF # 244310620078380065117733 ***********2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (2,000) | On 010822 Visa Direct NV VENMO* REF # 242481820080001017943886 ***********7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (1,529) | On 010722 8555-8274604 CA Tadashi Shoji REF # 240906120071810951341568 *********** 206 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (660) | On 010922 Visa Direct NV VENMO* REF # 242481820090001604049465 ***********7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (600) | To PAYPAL REF=220100069777130N00 PAYPALSI77INST XFER CARTOONVEGA |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (313) | On 010722 800-289-6229 OH MACY'S .COM REF # 244457320080170139387 5 ***********2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (300) | On 010722 Visa Direct NV VENMO* REF # 242481820070001411707762 ***********7021 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase | (218) | HOMEGOODS 2950 S HENDERSON NV 111341 On 011022 MAESTERM REF 111341 ***********20 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (211) | On 010922 gooq.com NV SQ *PAPERBAGBEAU REF # 246921620093001230216 ***********2062 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (96) | On 010822 WWW.DOORDASH CA DOORDASH*THE CHE REF # 240113420090000164426334 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (34) | On 010822 HENDERSON NV SHELL OIL 574434 REF # 243160520095486097235899 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 010622 702-4909348 NV PROTOGYM REF # 240009720077203076625 73 ***********2022 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 010822 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220091705747103 5 ***********206 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 010622 LAS VEGAS NV THE JUICE BAR AT REF # 242697920080090945437937 ***********206 |
| 2073 | 1/10/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011022 gooq.com NV SQ *CAKED REF # 246923620101003951343040 ***********2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (75) | On 010822 HENDERSON NV PF*PRESSED FOR J REF # 243103320100001244803001 ***********2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (75) | On 010922 HENDERSON NV TRADER JOE'S #28 REF # 244499820101191000510286 *********** 2062 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (49) | On 010822 LAS VEGAS NV 402682 On 011022 ILNKILNK REF 201024024682 ***********20 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase | (15) | WALGREENS STORE HENDERSON NV 305440 On 011022 ILNKILNK REF 201100305440 ***********20 |
| 2073 | 1/11/2022 | Personal Spending | Debit Purchase - VISA | (75) | On 010822 LAS VEGAS NV THE JUICE BAR AT REF # 242697920100045187071 ***********2062 |
| 2073 | 1/13/2022 | Personal Spending | Electronic Withdrawal | (604) | To PAYPAL REF=220120106475800N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (324) | On 011222 gooq.com NV SQ *THE JOY POP REF # 246921620121005580759 ***********2062 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (23) | On 011122 702-4909348 NV PROTOGYM REF # 240009720127407062680 2 ***********2021 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011222 HENDERSON NV PANDA EXPRESS #1 REF # 244310620138380094400709 ***********2062 |
| 2073 | 1/13/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011122 HENDERSON NV RAISING CANE'S 4 REF # 242316820126981240071 16 ***********2062 |
| 2073 | 1/14/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (295,000) | To Account ▮▮▮▮5473 |
| 2073 | 1/14/2022 | Personal Spending | Electronic Withdrawal | (372) | To PAYPAL REF=220130063234560N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (95) | On 011222 702-4909348 NV PROTOGYM REF # 240009720137400755416573 ***********7021 |
| 2073 | 1/14/2022 | Personal Spending | Debit Purchase - VISA | (9) | On 011322 LAS VEGAS NV THE JUICE BAR AT REF # 242697920140002265131 ***********2062 |
| 2073 | 1/18/2022 | Personal Spending | Electronic Withdrawal | (2,157) | To PAYPAL REF=220180077109290N00 PAYPALSI77INST XFER SAKSCOMLLC |
| 2073 | 1/18/2022 | USB Loan Paydown | Electronic Withdrawal | (2,147) | To USBANK LOAN REF=220180148031860N00 580580020PAYMENT 0000004635963558 ACC ▮▮▮▮ DFEC |
| 2073 | 1/18/2022 | Personal Spending | Electronic Withdrawal | (331) | On 011522 WWW.VICCOLL CA VICI COLLECTION REF # 244921620160000109342 ***********206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (279) | On 011422 800-888-1500 OH VICTORIAS SECRET REF # 245614420150053850070464140 ***********206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (175) | On 011722 718-8557955 NY Etsy.com - Heart REF # 242042920183021473000134 ***********206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (156) | On 011622 888-8374587 UT WWW.BALTICBORNCOM REF # 242078520161723002112317 ***********2 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (127) | On 011522 WWW.DOORDASH CA DOORDASH*THE CHE REF # 240113420160002888036 ***********20 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 011622 WWW.DOORDASH CA DOORDASH*VENTANO REF # 240113420170002149605 8 ***********20 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (91) | On 011722 718-8557955 NY Etsy.com - Heart REF # 242042920180021630582 ***********206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011722 Visa Direct NV VENMO* REF # 242481820170000951670165 ***********7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (54) | On 011322 WWW.DOORDASH CA DOORDASH*KNEADER REF # 240113420140002532227 *********2062 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 011322 702-4909348 NV PROTOGYM REF # 240009720147409384621315 ***********7021 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011322 WWW.DOORDASH CA DOORDASH*TWISTED REF # 240113420140002150944425 ***********2 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 011522 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220160170042883341 ***********206 |
| 2073 | 1/18/2022 | Personal Spending | Debit Purchase - VISA | (5) | On 011622 LAS VEGAS NV PANDA EXPRESS #1 REF # 244310620178380072958242 ***********2062 |
| 2073 | 1/19/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (1,300,000) | To Account ▮▮▮▮5473 |
| 2073 | 1/19/2022 | Personal Spending | Electronic Withdrawal | (100,000) | To Account ▮▮▮▮5473 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (224) | On 011822 2318023242211300N00 191118795BFees Collec50100011114 |
| 2073 | 1/19/2022 | Ut lites | Electronic Withdrawal | (95) | To Digital Trust REF=220180232422130N00 191118795BFees Collec50100011114 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (95) | On 011822 Visa Direct NV VENMO* REF # 242481820180001434600404500 ***********7021 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (13) | On 011822 WWW.DOORDASH CA DOORDASH*RACHELS REF # 240113420190000102995733 ***********2 |
| 2073 | 1/19/2022 | Personal Spending | Debit Purchase - VISA | (11) | On 011722 LAS VEGAS NV RACHELS KITCHEN REF # 242697920185004406725910 *********** 2062 |
| 0153 | 1/20/2022 | J&J Entity | Online Transfer to J and J Purchasing LLC Business Checking | (10,000) | PMT To DOUG NEIGHBORS On 01/20/22 PMT ID=u58Byvd9fDKp |
| 2073 | 1/20/2022 | Personal Spending | Ze le Instant | (3,241) | PMT To JESSICA On 01/21/22 PMT ID=u58Kfuu4WVhK |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (549) | On 011922 800-613-0545 GA SYNCB PAYMENT REF # 241382520198985122000064 ***********206 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (136) | On 011922 Visa Direct NV VENMO* REF # 242481820190001353700437 ***********7021 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (46) | On 011922 WWW.DOORDASH CA DOORDASH*KNEADER REF # 240113420200001902573 ***********20 |
| 2073 | 1/20/2022 | Personal Spending | Debit Purchase - VISA | (33) | On 011922 WWW.DOORDASH CA DOORDASH*SUBWAY REF # 24011342020000011674065 ***********20 |
| 2073 | 1/21/2022 | Vehicles & Related | Ferrari Maserati of Las Vegas | (521,240) | 2019 Ferrari |
| 2073 | 1/21/2022 | Personal Spending | Ze le Instant | (1,000) | PMT To JULIE TRAINER On 01/21/22 PMT ID=u58kaxu9fUjx |
| 2073 | 1/21/2022 | Personal Spending | Ze le Instant | (450) | PMT To JESSICA On 01/21/22 PMT ID=u58K8ua9RVhI |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (425) | On 011922 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220197013001765 ***********206 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (195) | On 012022 Visa Direct NV VENMO* REF # 242481820200001385981179 ***********7021 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 011822 LAS VEGAS NV THE JUICE BAR AT REF # 242697920180098360046 ***********2062 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 011822 LAS VEGAS NV THE JUICE BAR AT REF # 242697920200088148859 ***********2062 |
| 2073 | 1/21/2022 | Personal Spending | Debit Purchase - VISA | (10) | To SO CAL GAS REF=220210024066690N00 190205249APAID SCGC 0200707839 |
| 2073 | 1/21/2022 | Ut lites | Electronic Withdrawal | (7) | Tile Cleaning |
| 2073 | 1/24/2022 | Personal Spending | Immaculate Restoration and Carpet Care | (10,450) | On 012122 Visa Direct NV VENMO* REF # 242481820210000645094944 *********** 7021 |
| 2073 | 1/24/2022 | Judd Family Member | Ze le Instant | (2,100) | PMT To KENNEDY JUDD On 01/23/22 PMT ID=u5B/j6qfgunW |
| 2073 | 1/24/2022 | Personal Spending | Ze le Instant | (2,045) | PMT To ALEXANDRA CHAVEZ On 01/24/22 PMT ID=u5B/t5rO4pMoL |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (491) | On 012122 800-782-6724 MO USPS.COM POSTAL REF # 241374620220601342703434 ***********206 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (302) | On 012222 COSTA MESA CA SOUTH COAST -GA- REF # 241374620220601342703434 ***********206 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (30) | On 012022 702-4909348 NV PROTOGYM REF # 240009720217787117235 ***********7021 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (38) | On 012022 HENDERSON NV RACHELS KITCHEN REF # 242697920205009857882 ***********2062 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (13) | On 012122 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220237053755296 1 ***********2062 |
| 2073 | 1/24/2022 | Personal Spending | Debit Purchase - VISA | (10) | On 012122 LAS VEGAS NV THE JUICE BAR AT REF # 242697920230043993933 ***********2062 |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Debit Purchase - VISA | (36,841) | On 012222 1INFINITELOO CA APPLE CASH REF # 240553320273916667 638 19 ***********2062 |
| 2073 | 1/25/2022 | Crypto Currency / Investments | Debit Purchase - VISA | (14,939) | On 012322 1INFINITELOO CA APPLE CASH REF # 240553320273916667 638 19 ***********2062 |
| 2073 | 1/25/2022 | Personal Spending | Debit Purchase - VISA | (20) | On CONBASE INC REF=220240193197830N00 132700062388890879036495 ***********206 |
| 2073 | 1/26/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (100,000) | To Account ▮▮▮▮5473 |
| 2073 | 1/26/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (100,000) | To Account ▮▮▮▮0331 |
| 2073 | 1/26/2022 | BJ Holdings LLC #0010 (Bearakey Entity) | Mobile Banking Transfer | (16,000) | To Account ▮▮▮▮0010 |
| 2073 | 1/26/2022 | Personal Spending | Electronic Withdrawal | (290) | To PAYPAL REF=220250078488460N00 PAYPALSI77INST XFER REVOLVE |
| 2073 | 1/26/2022 | Personal Spending | Debit Purchase - VISA | (150) | On 012522 Visa Direct NV VENMO* REF # 242481820250001349Card 7021 Withdraws |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (153) | On 012522 WWW.DOORDASH CA DOORDASH*SPICY T REF # 240113420260000548842504 ***********2 |
| 2073 | 1/27/2022 | Personal Spending | Debit Purchase - VISA | (20) | On 012522 Visa Direct NV VENMO* REF # 242481820250001335889557 ***********7021 |
| 2073 | 1/27/2022 | Personal Spending | Electronic Withdrawal | (235) | To AMEX EPAYMENT REF=220260177946880N00 000500000ACH PMT M5856 |
| 2073 | 1/28/2022 | Personal Spending | Electronic Withdrawal | (79) | On 012522 1INFINITELOO CA APPLE CASH REF # 240553320270916667 638 19 ***********206 |
| 2073 | 1/28/2022 | Personal Spending | Debit Purchase - VISA | (51) | HOMEGOODS 517 N HENDERSON NV 016758 On 012622 MAESTERM REF 016758 ***********206 |
| 2073 | 1/28/2022 | Personal Spending | Debit Purchase - VISA | (4) | On 012622 HENDERSON NV PANDA EXPRESS #1 REF # 244310620278380094017013 ***********2062 |
| 2073 | 1/28/2022 | Personal Spending | Debit Purchase | (2) | WALGREENS STORE HENDERSON NV 118716 On 012622 ILK1TERM REF 202621118716 ***********20 |
| 2073 | 1/28/2022 | Crypto Currency / Investments | Electronic Withdrawal | (42,924) | To AMEX EPAYMENT REF=220270558387700N00 5760039224EPAY 5749796459 |
| 2073 | 1/28/2022 | Personal Spending | Electronic Withdrawal | (19,342) | To CHASE CREDIT CRD REF=220270558387700N00 5760039224EPAY 5749796459 |
| 2073 | 1/31/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (24,304) | On CONBASE INC REF=220310208388650N00 9500000000ONLINE PMTUSB07286632POS |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (2,955) | To CONBASE INC. REF=220310208388650N00 132700062388890879036WW/FAMICS |
| 2073 | 1/31/2022 | Personal Spending | Debit Purchase - VISA | (1,042) | On 012822 gooq.com NV SQ *PAPERBAGBEAU REF # 246921620281004601Card 206J With |
| 2073 | 1/31/2022 | Crypto Currency / Investments | Electronic Withdrawal | (21) | To PAYPAL REF=220310025169960N00 PAYPALSI77INST XFER COCOABARINU |
| 2073 | 2/1/2022 | Crypto Currency / Investments | Debit Purchase - VISA | (1,637) | On 012822 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220310041999 |
| 2073 | 2/1/2022 | Personal Spending | Debit Purchase - VISA | (22) | REF=220320101616940N00 580580024PAYMENT 0000046663466 ACC ▮▮▮▮ 1466 EFFECTIVE 02/( |
| 2073 | 2/1/2022 | Personal Spending | Debit Purchase - VISA | (13) | VENMO* REF # 242481820310001851131324 ***********7021 |
| 2073 | 2/2/2022 | Personal Spending | Ze le Instant | (2,250) | PMT To JESSICA On 02/02/22 PMT ID=u5B7kdu8jk2C |

| | | | | | |
|---|---|---|---|---|---|
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (875) | APPLE CASH REF # 240552320330917698204419 **********2062 |
| 2073 | 2/2/2022 | Personal Spending | Electronic Withdrawal | (60) | REF=220330106292780N00 000021727PPAYROLL 4331586 |
| 2073 | 2/2/2022 | Personal Spending | Debit Purchase - VISA | (34) | DOORDASH*TWISTED REF # 240113420330000135511142 **********2062 |
| 2073 | 2/3/2022 | Ascaya | | (2,500) | Security Fee 54425 |
| 2073 | 2/3/2022 | Ascaya | Ascaya Home Owners Association | (1,400) | Rental Fee 51338 |
| 2073 | 2/3/2022 | Personal Spending | Debit Purchase - VISA | (132) | REF=220332039339720N00 PAYPAL5773NST XFER LANEIGE |
| 2073 | 2/3/2022 | Personal Spending | Debit Purchase - VISA | (30) | PROTOGYM REF # 240009720338107083052 **********7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (162) | @PUNCHDERENEY REF # 244921620340001848532 **********2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (75) | VENMO* REF # 242481820340001124724 **********7021 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (43) | HALLMARK CREATIO REF # 244129520348972601573748 **********2062 |
| 2073 | 2/4/2022 | Personal Spending | Debit Purchase - VISA | (35) | THE JUICE BAR AT REF # 242679203500082084583 **********2062 |
| 2073 | 2/7/2022 | Sun West Homes | | (30,000) | Design Deposit |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (2,025) | VENMO* REF # 242481820350001422981 **********7021 |
| 2073 | 2/7/2022 | Personal Spending | Electronic Withdrawal | (1,046) | REF=220380155596030N00 PAYPAL5773NST XFER MILLERSMPX |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (655) | LULUS.COM REF # 240113420370000491573 **********7021 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (135) | VENMO* REF # 242481820350001930110 **********7021 |
| 2073 | 2/7/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (127) | REF=220380102734410N00 187015587705GC 3631303698048442 |
| 2073 | 2/7/2022 | Personal Spending | Ze le Instant | (55) | On 02/07/22 PMT ID=USBK419WZE |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (30) | SASSY BLOWTIQUE REF # 240916220370170629663 **********2062 |
| 2073 | 2/7/2022 | Personal Spending | Debit Purchase - VISA | (20) | SASSY BLOWTIQUE REF # 240916220350170184104 **********2062 |
| 2073 | 2/8/2022 | Personal Spending | Debit Purchase - VISA | (1,194) | VICI COLLECTION REF # 244921620380000188292 **********7021 |
| 2073 | 2/8/2022 | Personal Spending | Electronic Withdrawal | (86) | REF=220390053286930N00 PAYPAL5773NST XFER BOOTBARNINC |
| 2073 | 2/8/2022 | Paypal / Venmo Transfer | Debit Purchase - VISA | (35) | PINKBOX DOUGHNUT REF # 242697920382001280303050 **********2062 |
| 2073 | 2/9/2022 | Personal Spending | Electronic Withdrawal | (6,722) | REF=_____0N00 136435077774P2P 4P2P 4P2P |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (164) | REF=220390080655530N00 994097115AINS. PREM.WC1205053436 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (160) | FREEPEOPLE.COM # REF # 244450020391001060897811 **********7021 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (131) | VENMO* REF # 242481820390001453393669 **********7021 |
| 2073 | 2/9/2022 | Personal Spending | Debit Purchase - VISA | (78) | INSTACART*2246 REF # 240113420400001204179 **********2062 |
| 2073 | 2/10/2022 | Miscellaneous | Electronic Withdrawal | (80,000) | REF=220400111914070N00 000000008ACH PMT M2078 |
| 2073 | 2/10/2022 | Crypto Currency / Investments | Electronic Withdrawal | (25,000) | REF=_____0N00 576003912AEPAY 5772833130 |
| 2073 | 2/10/2022 | Personal Spending | Debit Purchase - VISA | (9) | RAISING CANE'S 4 REF # 242316820406984068069420 **********2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (70) | PP*PRESSED FOR J REF # 243103320419000197736661 **********2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (45) | TST* MAKAI PACIF REF # 241374620411004217304 **********2062 |
| 2073 | 2/11/2022 | Personal Spending | Debit Purchase - VISA | (30) | SASSY BLOWTIQUE REF # 240916220410170188493 **********2062 |
| 2073 | 2/14/2022 | Vehicles & Related | Kia Motors Finance | (43,820) | VIN 5XYPSDHC7NG211851 PAYOFF GARY JUDD ACCT _____ 12271 |
| 2073 | 2/14/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (813) | REF=220450034785250N00 PAYPAL5773NST XFER REVOLVE |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (576) | NOBULL REF # 244921620420001345582 **********2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (215) | MACYS .COM REF # 244457320432000863763379 **********7021 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (149) | DOORDASH*COOKIE REF # 240113420430000166689269 **********2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (76) | DOORDASH*THE CHE REF # 240113420420000256685489 **********2062 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (50) | VENMO* REF # 242481820420001624248784 **********7021 |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (45) | REF=220450063561290N00 PAYPAL5773NST XFER FABLETICS1L |
| 2073 | 2/14/2022 | Personal Spending | Debit Purchase - VISA | (40) | SASSY BLOWTIQUE REF # 240916220440170648085649 |
| 2073 | 2/15/2022 | Personal Spending | Debit Purchase | (17) | 251340 On 021422 ILNKILNK REF 204520251340 |
| 2073 | 2/15/2022 | Personal Spending | Electronic Withdrawal | (2,147) | REF=220460084826333J0N00 580580024PAYMENT 0000004639638 ACCT=_____ 338 EFFECTIVE 02/ |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (793) | VENMO* REF # 240113420451000014051829 **********7021 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (513) | FRG*MLSSTORE.COM REF # 242316820477009301120569 **********2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (375) | DECKERS*HOKA ONE REF # 246921620461003220447731 **********2062 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase | (134) | 126615 On 021522 ILNKILNK REF 204617128655 **********7021 |
| 2073 | 2/16/2022 | Personal Spending | Debit Purchase - VISA | (74) | ALBERTSONS #0002 REF # 242316820468370012514627 **********2062 |
| 2073 | 2/17/2022 | Personal Spending | Electronic Withdrawal | (180) | 410338 On 021622 ILNKILNK REF 204718410338 **********2062 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (99) | REF=220480102856130N00 1992052494PAID SCGC 1688918318 |
| 2073 | 2/17/2022 | Personal Spending | Debit Purchase - VISA | (54) | TST* PUCKS COOK( REF # 241374620480010117414428 **********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (158) | MIKESRECEIVERY REF # 244921620480002676629 **********7021 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (30) | SASSY BLOWTIQUE REF # 240916220481701862784 **********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (27) | PP*PRESSED FOR J REF # 243103320490001029896 **********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (26) | PANERA BREAD #20 REF # 246921620481008462293 **********2062 |
| 2073 | 2/18/2022 | Personal Spending | Debit Purchase - VISA | (15) | THE JUICE STANDA REF # 240009720488937002429715 **********2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (250) | VENMO* REF # 242481820490016590452 **********7021 Card 7021 Withdrawals Subtotal |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (151) | VENMO* REF # 242481820520001450666929 **********7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (100) | VENMO* REF # 242481820490001623724 04 **********7021 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (50) | DOORDASH*RACHELS REF # 240113420500003743570 **********2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (35) | TST* MAKAI PACIF REF # 241374620520302502119 04 **********2062 |
| 2073 | 2/22/2022 | Personal Spending | Electronic Withdrawal | (25) | REF=220530082924770N00 1992052494PAID SCGC 0200778309 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (10) | SASSY BLOWTIQUE REF # 240916220510170186314 **********2062 |
| 2073 | 2/22/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE BAR AT REF # 242697920510008104812 63 |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (7,947) | REF=_____N00S0 1327000623888908793H5BG4TGUM |
| 2073 | 2/24/2022 | Crypto Currency / Investments | Electronic Withdrawal | (31,308) | REF=_____0N00 000000000ACH PMT M5412 |
| 2073 | 2/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (19,580) | REF=_____0N00 576003912AEPAY 5799757326 |
| 2073 | 2/25/2022 | Crypto Currency / Investments | Electronic Withdrawal | (26,000) | REF=_____S0Y00 A5819168220015030 012431 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (38) | RACHELS KITCHEN REF # 242697920555005226127 39 **********2062 |
| 2073 | 2/25/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE BAR AT REF # 242697920555005261281 2 **********2062 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (9) | THE JUICE STANDA REF # 240009720550270036383 80 **********2062 |
| 2073 | 2/28/2022 | Paypal / Venmo Transfer | Electronic Withdrawal | (603) | REF=220590031387370N00 950000000ONLINE PMTUS850728663 ZFOS |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (68) | REF=220590073008380N00 PAYPAL5773NST XFER SAKSCOMLLC |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (35) | PP*PRESSED FOR J REF # 243103320589000011574993 **********2062 Card 2062 Withdrawals Subto |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase | (37) | ONE BITE REF # 249430020570910890000308 **********2062 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (10) | 313689 On 022522 ILNKILNK REF 205701313689 **********2062 |
| 2073 | 2/28/2022 | Personal Spending | Debit Purchase - VISA | (10) | SASSY BLOWTIQUE REF # 240916220580170630233 49 **********2062 |
| 2073 | 3/1/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (490,000) | To Account _____ 5473 |
| 2073 | 3/1/2022 | USB Loan Paydown | Electronic Withdrawal | (3,104) | To USBANK LOAN REF=220600037573470N00 5805800424PAYMENT 0000004636034666 ACCT=_____ 466 EFFEC |
| 2073 | 3/1/2022 | Personal Spending | Debit Purchase - VISA | (225) | To PAYPAL REF=220590152667050N00 PAYPAL5773NST XFER COCAABARINJ |
| 2073 | 3/1/2022 | Personal Spending | Debit Purchase - VISA | (163) | On 022822 1INFINTLOO CA APPLE CASH REF # 240552320610912246013755 **********2062 |
| 2073 | 3/2/2022 | Personal Spending | Electronic Withdrawal | (110) | To ONLINE PAYROLL REF=220610054632990N00 000021727PPAYROLL 0362378 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 022822 LAS VEGAS NV THE JUICE BAR AT REF # 242697920610009651122801 **********2062 |
| 2073 | 3/2/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 030122 702-4909348 NV PROTOGYM REF # 240009720620452078624689 **********7021 |
| 2073 | 3/4/2022 | Personal Spending | Ze le Instant | (1,700) | PMT To CHRISTOPHER A On 03/04/22 PMT ID=USB3CNQ9rOG2 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (896) | On 030222 1INFINTELOO CA APPLE CASH REF # 240552320630912571442218 **********2062 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 030322 LAS VEGAS NV COSMOPOL-SELF PA REF # 249430020630916490072182 **********7021 |
| 2073 | 3/4/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 030222 LAS VEGAS NV THE JUICE BAR AT REF # 242697920630009466066688 **********2062 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (26,754) | To AMEX EPAYMENT REF=220660087236480N00 000500000BACH PMT M1472 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (425) | On 030422 Visa Direct NY VENMO* REF # 242481820630001345320 **********7021 |
| 2073 | 3/7/2022 | Personal Spending | Debit Purchase - VISA | (420) | On 030422 Visa Direct NY VENMO* REF # 242481820630001 1597042 **********7021 |
| 2073 | 3/9/2022 | Ut ilies | Electronic Withdrawal | (3,782) | To Dominion Energy REF=220660060929430N00 187015587 7QGC 3631303698944024 |
| 2073 | 3/9/2022 | Personal Spending | Debit Purchase - VISA | (50) | On 030722 1INFINTELOO CA APPLE CASH REF # 240552320680913576360 2 **********2062 |
| 2073 | 3/9/2022 | Personal Spending | Electronic Withdrawal | (50) | To WEST COAST LIFE REF=220670053896750N00 994097115AINS. PREM.WC1205053436 |
| 2073 | 3/10/2022 | Miscellaneous | Customer Withdrawal | (10,000) | To PAYPAL REF=220670073316100N00 PAYPAL5773NST XFER FABLETICS5LL |
| 2073 | 3/11/2022 | Judd Family Trust #5473 | Mobile Banking Transfer | (10,000) | To Account _____ 5473 |
| 2073 | 3/11/2022 | Personal Spending | Ze le Instant | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=USB3Rm9tPDV |
| 2073 | 3/11/2022 | Zelle Standard | Electronic Withdrawal | (5,000) | PMT To EDWIN CHEF On 03/11/22 PMT ID=USB4hhz9tQW0 |
| 2073 | 3/11/2022 | Judd Nevada Trust #0331 | Mobile Banking Transfer | (4,000) | To Account _____ 0331 |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (250) | On 031122 Visa Direct NY VENMO* REF # 242481820690002356334 56 **********7021 |
| 2073 | 3/11/2022 | Personal Spending | Debit Purchase - VISA | (240) | On 031122 Visa Direct NY VENMO* REF # 242481820690002354278 **********7021 |
| 2073 | 3/14/2022 | Miscellaneous | Customer Withdrawal | (10,000) | |
| 2073 | 3/14/2022 | Personal Spending | Debit Purchase | (1,625) | APPLE STORE R219 LAS VEGAS NV 834582 On 031422 MAESTERMI REF 834582 **********2062 |
| 2073 | 3/15/2022 | USB Loan Paydown | Electronic Withdrawal | (1,939) | To USBANK LOAN REF=220740071558010N00 5805800424PAYMENT 0000004636638 ACCT=_____ 6338 EFFEC |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (110) | On 031422 LAS VEGAS NV GAUDIN PORSCHE O REF # 246333920730460166079806 **********7021 |
| 2073 | 3/16/2022 | Personal Spending | Debit Purchase - VISA | (1) | On 031422 844-4727577 IL PARKINGCOM REF # 240113920740015851749606 **********7021 |
| 2073 | 3/21/2022 | Personal Spending | Debit Purchase - VISA | (200) | To Digital Trust REF=220800095655750N00 191118795BFees Colle5010001114 |
| 2073 | 3/21/2022 | Ut ilies | Electronic Withdrawal | (121) | On 031922 702-704-1768 NV SASSY BLOWTIQUE REF # 240916220790170061023196 **********2062 Card 2062 With |
| 2073 | 3/21/2022 | Personal Spending | Electronic Withdrawal | (115) | To SO CAL GAS REF=220800061597130N00 1992052494PAID SCGC 1688918318 |
| 2073 | 3/23/2022 | Vehicles & Related | Debit Purchase - VISA | (1,344) | On 032022 LAS VEGAS NV IAS AIRPORT REF # 246254620790000531062405 **********7021 Card 7021 Withdraw |
| 2073 | 3/23/2022 | Ut ilies | Electronic Withdrawal | (6) | To SO CAL GAS REF=220820087993870N00 1992052494PAID SCGC 0200778309 |

# SCHEDULE 9

# SCHEDULE 9

| Account | Transfer Date | Category | Payee | Cashflow | Memo |
|---|---|---|---|---|---|
| 1-Year Donations - (USD) | | | | Total: $ | (1,227,300) |
| 2073 | 3/23/2021 | Church / Donation | Electronic Withdrawal | (200,300) | To Ch JesusChrist REF=2108101535726900N00 █ 4341DONATION 73484920 |
| 2073 | 5/11/2021 | Church / Donation | Positively Arts | (25,000) | Non-profit Donation |
| 2073 | 7/30/2021 | Church / Donation | Electronic Withdrawal | (200,500) | To Ch JesusChrist REF=2121001186112200N00 █ 4341DONATION 79076404 |
| 2073 | 10/5/2021 | Church / Donation | Electronic Withdrawal | (300,500) | To Ch JesusChrist REF=2127702187666200N00 █ 4341DONATION 81934033 |
| 2073 | 11/1/2021 | Church / Donation | Electronic Withdrawal | (300,500) | To Ch JesusChrist REF=2130201159185400N00 █ 4341DONATION 83153258 |
| 2073 | 12/29/2021 | Church / Donation | Electronic Withdrawal | (200,500) | To Ch JesusChrist REF=2136200766770500N00 █ 341DONATION 86018847 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re    **J and J Purchasing, LLC**                                      Case No.    **22-10943-mkn**
_____                        _____
                                    Debtor(s)                            Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
      compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
      be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | * |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 0.00 |

2.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

3.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

\* Garman Turner Gordon has filed an application to
be employed (the "Employment Application"), which
is on file at ECF No. 115.  The terms of GTG's
employment are set forth therein.  To date, Debtor has
not received payment, but anticipates receiving
payment based on its hourly fees as set forth in the
Employment Application after notice and court
approval.

4.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
        copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.  [Other provisions as needed]

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

06/02/2022
_____          _/s/ Teresa M. Pilatowicz_
_Date_                                     **Teresa M. Pilatowicz 9605**
                                           _Signature of Attorney_
                                           **Garman Turner Gordon LLP**
                                           **7251 Amigo Street, Suite 210**
                                           **Las Vegas, NV 89119**
                                           **725-777-3000**
                                           _Name of law firm_

---

# United States Bankruptcy Court
## District of Nevada

In re **J and J Purchasing, LLC**
_____
                                    Debtor(s)

Case No. **22-10943-mkn**
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jeffrey Judd<br>9 Sky Arc Court<br>Henderson, NV 89012** | **Membership Interest** | **100%** | **Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  6/2/2022
_____

Signature

DocuSigned by:
[signature]
6B0C54C8C5564E0...
**Peter Kravitz**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Nevada

In re   __J and J Purchasing, LLC_____          Case No.   __22-10943-mkn__
                                          Debtor(s)          Chapter    __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __J and J Purchasing, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__06/02/2022_____          */s/ Teresa M. Pilatowicz*_____
Date                                          **Teresa M. Pilatowicz 9605**
                                              Signature of Attorney or Litigant
                                              Counsel for   **J and J Purchasing, LLC**
                                              **Garman Turner Gordon LLP**
                                              **7251 Amigo Street, Suite 210**
                                              **Las Vegas, NV 89119**
                                              **725-777-3000**

Name, Address, Telephone No. & I.D. No.
**Teresa M. Pilatowicz 9605**
**7251 Amigo Street, Suite 210**
**Las Vegas, NV 89119**
**725-777-3000**
**9605 NV**

## UNITED STATES BANKRUPTCY COURT
District of Nevada

In Re
**J and J Purchasing, LLC**

BANKRUPTCY NO. **22-10943-mkn**
CHAPTER NO. **11**

                                                                                    Debtor(s)

### DECLARATION RE: ELECTRONIC FILING OF PETITION
### SCHEDULES, STATEMENTS AND PLAN (if applicable)

PART I - DECLARATION OF PETITIONER

I [We] __**Peter Kravitz**__ and _____, the undersigned debtor(s) hereby declare under penalty of perjury that the information I have given my attorney and the information provided in the electronically filed petition, statements, schedules, amendments and plan (if applicable) as indicated above is true and correct. I consent to my attorney filing my petition, this declaration, statements, schedules and plan (if applicable) as indicated above to the United States Bankruptcy Court. I understand that this DECLARATION RE: ELECTRONIC FILING is to be filed with the Clerk once all schedules have been filed electronically but, in no event, no later than 15 days following the date the petition was electronically filed. I understand that failure to file the signed original of this DECLARATION will cause my case to be dismissed pursuant to 11 U.S.C. § 707(a)(3) without further notice.

☐    If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7 or 13. I am aware that I may proceed under chapter 7, 11, 12, or 13 of 11 United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 or 13. I request relief in accordance with the chapter specified in this petition.

■    [If petitioner is a corporation or partnership] I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter specified in this petition.

Dated: 6/2/2022 ____

        Signed: _____

                **Peter Kravitz/Chief Restructuring Officer**
                       (Applicant)

PART II - DECLARATION OF ATTORNEY

I, the attorney for the petitioner named in the foregoing petition, declare that, I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

Dated: __06/02/2022__

        Signed:    /s/ Teresa M. Pilatowicz
                _____
                **Teresa M. Pilatowicz 9605**
                Attorney for Debtor(s)