KARA B. HENDRICKS
Nevada Bar No. 07743
KYLE A. EWING
Nevada Bar No. 014051
MICHAEL R. HOGUE
Nevada Bar No. 12400
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
ewingk@gtlaw.com
hoguem@gtlaw.com
*Attorneys for Geoff Winkler Receiver for J&J Consulting Services, Inc. (AK), J&J Consulting Services, Inc. (NV), J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC*

### UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re:<br><br>J AND J CONSULTING SERVICES, INC.,<br><br>DEBTOR. | Case No. BK-S-22-10942-mkn<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** |
|---|---|

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and 11 U.S.C. §1102(1) and §1109(b), the undersigned attorneys appear as counsel in the above-captioned bankruptcy case on behalf of Geoff Winkler, the Court-appointed Receiver of J&J Consulting Services, Inc. (AK), J&J Consulting Services, Inc. (NV), J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC ("the J&J Receiver"). The undersigned requests that an entry be made on the Clerk's Matrix and all notices given or required to be given and all papers served or required to be served in this case be given to and served upon:

/ / /

Kara B. Hendricks
Kyle A. Ewing
Michael R. Hogue
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
Telephone: (702) 792-3773
Facsimile:  (702) 792-9002
Email:   hendricksk@gtlaw.com
             ewingk@gtlaw.com
             hoguem@gtlaw.com

This request for notice is intended, without limitation, to constitute such request for service as is required by Bankruptcy Rules 2002 and 3017, and a request for court designated service as set forth in Bankruptcy Rules 3019, 3020(b)(1), 4001(a)(1), 6006(c), 9007, 9013 and 9019 and to receive CM/ECF notification in the case.  This request includes not only the notices and papers referred to in the Bankruptcy Rules and title 11 of the United States Code, but also includes, without limitation, schedules, statement of financial affairs, operating reports, pleadings, motions, applications, complaints, demands, hearings, requests or pleadings, and disclosure statement, any letter, objections, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other document brought before this Court with respect to this proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, electronic mail, telephone, telegraph, telex or otherwise filed or delivered to the clerk, court or judge in connection with and with regard to this bankruptcy case and any proceeding related thereto as well as the property of the Debtors or any proceeds thereof.

Neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive any right of the J&J Receiver to (i) have final orders in core and non-core matters entered only after *de novo* review by a District Court judge; (ii) have any final order entered by, or other exercise of the judicial power of the United States performed by, an Article III court; (iii) trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto; (iv) have the reference withdrawn

ACTIVE 65389618v1

by the District Court in any matter subject to mandatory or discretionary withdrawal; or (v) any objection to the jurisdiction of the Bankruptcy Court for any purpose; (vi) any election of remedy; (vii) any rights, claims, actions, defenses, setoffs, or recoupments to which any party is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

DATED this 8th day of June, 2022.

GREENBERG TRAURIG, LLP

BY: /s/ Michael R. Hogue
KARA B. HENDRICKS
Nevada Bar No. 07743
KYLE A. EWING
Nevada Bar No. 014051
MICHAEL R. HOGUE
Nevada Bar No. 12400
Email:   hendricksk@gtlaw.com
             ewingk@gtlaw.com
             hoguem@gtlaw.com
**Attorneys for GEOFF WINKLER RECEIVER for J&J Consulting Services, Inc. (AK), J&J Consulting Services, Inc. (NV), J and J Purchasing LLC, The Judd Irrevocable Trust, and BJ Holdings LLC**

ACTIVE 65389618v1

**CERTIFICATE OF SERVICE**

I hereby certify that, on the 8th day of June, 2022, a true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM./ECF system.

DATED this 8th day of June, 2022.

                    */s/ Andrea Flintz*
                    An employee of Greenberg Traurig, LLP

ACTIVE 63451282v3

ACTIVE 65389618v1