**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: BK-22-10942-MKN |
| J & J CONSULTING SERVICES, INC., | Chapter 11 |
| Debtor. | Jointly Administered |

**AFFIDAVIT OF SERVICE**

I, Frank O'Dowd, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims, noticing, and solicitation agent for the Debtors in the above-captioned chapter 11 case.

On June 1, 2022, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Limited Service List attached hereto as **Exhibit A**:

- Notice of Rescheduled Hearing on Emergency Motion to Enforce the Automatic Stay [Docket No. 258]

Dated: June 7, 2022

*/s/ Frank O'Dowd*
Frank O'Dowd

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 7, 2022, by Frank O'Dowd, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 61868

**Exhibit A**

Exhibit A
Limited Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 20 LARGEST UNSECURED CREDITORS | ANTHONY BONAFAZIO | | B3BONI@GMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | ARIC GASTWIRTH RUN IT UP LLC | | ARICGASTWIRTH@GMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | BLAKE & JULIE STOCK | | STOCKBS@GMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | BRAD PERRY | | BPSOCKET@GMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | BRET ARMATAS | | BARMATAS@AOL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | BRETT PRIMACK COLONY LAKE LLC | | BRETTPRIMACK@GMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | BRYCE BUSSEY | | MAHONRI.BUSSEY@GMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | CHRIS MABEUS/ANN MABEUS /KRISTY MABEUS | | CRHISMABEUS@GMAIL.COM | Email |
| COUNSEL FOR CREDITOR, VYONNE S. MENDENHALL & KENT ROHNER | CHRISTENSEN JAMES & MARTIN, CHTD. | ATTN: KEVIN B. CHRISTENSEN<br>7440 W. SAHARA AVENUE<br>LAS VEGAS NV 89117 | KBC@CJMLV.COM | First Class Mail and Email |
| TOP 20 LARGEST UNSECURED CREDITORS | DARIUS & KRISTEN RAFIE | | DRAFIE@NVLAW.US | Email |
| DEPARTMENT OF EMPLOYMENT, TRAINING & REHAB | DEPARTMENT OF EMPLOYMENT, TRAINING & REHAB | ATTN: BANKRUPTCY DEPARTMENT EMPLOYMENT SECURITY DIVISION<br>500 EAST THIRD STREET<br>CARSON CITY NV 89713 | | First Class Mail |
| TOP 20 LARGEST UNSECURED CREDITORS | DR JOHN MCDONOUGH MEADOW PARKINVESTMENTS | | DRJOHNMC3@ME.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | DR MICHAEL LEVIN | | MLLEVIN@AOL.COM | Email |
| COUNSEL FOR JEFFREY JUDD | FABIAN VANCOTT | ATTN: KEVIN N. ANDERSON & TREVOR R. WAITE<br>411 E. BONNEVILLE AVENUE<br>SUITE 400<br>LAS VEGAS NV 89101 | KANDERSON@FABIANVANCOTT.COM<br>TWAITE@FABIANVANCOTT.COM | First Class Mail and Email |
| COUNSEL TO DEBTORS | GARMAN TURNER GORDON LLP | ATTN: GREGORY E. GARMAN, ESQ. & TERESA M. PILATOWICZ, ESQ.<br>7251 AMIGO STREET, STE. 210<br>LAS VEGAS NV 89119 | GGARMAN@GTG.LEGAL<br>TPILATOWICZ@GTG.LEGAL | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | ATTN: BANKRUPTCY DEPARTMENT<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| TOP 20 LARGEST UNSECURED CREDITORS | JAMES GIBSON | | GIBSONJAMES@HOTMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | JUSTIN TAYLOR NEW START AUTO | | JUSTIN@NEWSTARTAUTO.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | KENT ROHNER TRUST | | KENTROHNER@ICLOUD.COM | Email |
| COUNSEL FOR RYAN ENGLISH AND RKWE, LLC | LEWIS ROCA ROTHGERBER CHRISTIE LLP | ATTN: OGONNA M. BROWN<br>3993 HOWARD HUGHES PKWY, SUITE 600<br>LAS VEGAS NV 89169-5996 | OBROWN@LEWISROCA.COM | First Class Mail and Email |
| NEVADA DEPARTMENT OF TAXATION | NEVADA DEPARTMENT OF TAXATION | ATTN: BANKRUPTCY DEPARTMENT BANKRUPTCY SECTION<br>555 E. WASHINGTON AVE., #1300<br>LAS VEGAS NV 89101 | | First Class Mail |
| OFFICE OF THE UNITED STATES TRUSTEE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: EDWARD M. MCDONALD, TIMOTHY S. LAFFREDI & NICK STROZZA<br>300 S LAS VEGAS BLVD STE 4300<br>LAS VEGAS NV 89101 | EDWARD.M.MCDONALD@USDOJ.GOV<br>TIMOTHY.S.LAFFREDI@USDOJ.GOV<br>NICK.STROZZA@USDOJ.GOV | First Class Mail and Email |
| OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17 | OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17 | ATTN: CAMERON M. GULDEN<br>300 BOOTH STREET<br>SUITE 3009<br>RENO NV 89509 | CAMERON.M.GULDEN@USDOJ.GOV | First Class Mail and Email |

In re: J J Consulting Services, Inc., et al.
Case No. 22-10942 (MKN)

Page 1 of 2

Exhibit A
Limited Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL FOR HOLLYWOOD CONSTRUCTION CO. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY & WILLIAM A. SMELKO 525 B STREET SUITE 2200 SAN DIEGO CA 92101 | GERALD.KENNEDY@PROCOPIO.COM BILL.SMELKO@PROCOPIO.COM | First Class Mail and Email |
| TOP 20 LARGEST UNSECURED CREDITORS | RON RAY | | RONRAY2001@AOL.COM | Email |
| COUNSEL TO THE PETITIONING CREDITORS IN THESE CHAPTER 11 CASES | SCHWARTZ LAW | ATTN: SAMUEL A. SCHWARTZ 601 EAST BRIDGER AVENUE LAS VEGAS NV 89101 | SASCHWARTZ@NVFIRM.COM | First Class Mail and Email |
| SECURITIES AND EXCHANGE COMMISSION | SECURITIES AND EXCHANGE COMMISSION | ATTN: BANKRUPTCY DEPARTMENT LOS ANGELES REGIONAL OFFICE 444 SOUTH FLOWER STREET, SUITE 900 LOS ANGELES CA 90071 | | First Class Mail |
| TOP 20 LARGEST UNSECURED CREDITORS | SETH JOHNSON & CAM ROHNER PRESTIGE CONSULTING LLC | | SETH22JOHNSON@YAHOO.COM | Email |
| SOCIAL SECURITY ADMINISTRATION | SOCIAL SECURITY ADMINISTRATION | ATTN: BANKRUPTCY DEPARTMENT OFFICE OF THE REGIONAL CHIEF COUNSEL REGION IX, 160 SPEAR STREET, SUITE 800 SAN FRANCISCO CA 94105-1545 | | First Class Mail |
| TOP 20 LARGEST UNSECURED CREDITORS | STEVE BORGQUIST BLUEBOLT LLC | | SMBORGQUIST@YAHOO.COM | Email |
| COUNSEL FOR MARK A. MURPHY, MARK A. MURPHY, LTD., BLACK ROCK BUSINESS SERVICES, LLC, MARK A. MURPHY FOUNDATION, STEEL DUST PROPERTIES, LLC F/K/A PLEASURE INVESTMENTS, LLC, PATRIOT BUSINESS SERVICES, LLC, ROCKIN K RANCH, LLC, VIRGINIA A. KIRKENDALL FOUNDATION, AND TRIANCLE CONSULTANTS, LLC | SYLVESTER & POLEDNAK, LTD. | ATTN: JEFFERY R. SYLVESTER, ESQ 1731 VILLAGE CENTER CIRCLE LAS VEGAS NV 89134 | JEFF@SYLVESTERPOLEDNAK.COM | First Class Mail and Email |
| TOP 20 LARGEST UNSECURED CREDITORS | TOM BRLETIC | | DOCHTJB1960@HOTMAIL.COM | Email |
| TOP 20 LARGEST UNSECURED CREDITORS | TRIPLE 7 CAPITAL, LLC | | DEREK.RAFIE@GMAIL.COM | Email |
| UNITED STATES ATTORNEY'S OFFICE | UNITED STATES ATTORNEY'S OFFICE | ATTN: CIVIL PROCESS CLERK 333 LAS VEGAS BLVD. SOUTH SUITE 5000 LAS VEGAS NV 89101 | | First Class Mail |
| TOP 20 LARGEST UNSECURED CREDITORS | VYONNE MENDENHALL | | VYONNESM@ICLOUD.COM | Email |

In re: J J Consulting Services, Inc., et al.
Case No. 22-10942 (MKN)

Page 2 of 2