NVB 5075 (Rev. 1/19)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–22–10942–mkn<br>CHAPTER 11 |
| J AND J CONSULTING SERVICES, INC., A NEVADA CORPORATION | |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *272* – Notice of Appearance and Request for Service of Documents with Certificate of Service Filed by KARA B. HENDRICKS on behalf of J&J Consulting Services, Inc., an Alaska corporation, BJ Holdings LLC, The Judd Irrevocable Trust, Geoff Winkler, J AND J CONSULTING SERVICES, INC., A NEVADA CORPORATION, J AND J PURCHASING, LLC (HENDRICKS, KARA) |
| | *273* – Notice of Appearance and Request for Service of Documents with Certificate of Service Filed by KARA B. HENDRICKS on behalf of Geoff Winkler (HENDRICKS, KARA) |
| | *274* – Notice of Filing of Receivership Order in United States District Court for the District of Nevada with Certificate of Service Filed by KARA B. HENDRICKS on behalf of Geoff Winkler (Attachments: # 1 Exhibit A –– Order Appointing Receiver) (HENDRICKS, KARA) |
| Filed On: | 6/8/22 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Bankruptcy Debtor(s)
    * Case Number(s)
    * The Case Caption does not match the docket sheet exactly. The case caption must include all parties including terminated parties.

Dated: 6/9/22

*Mary A Schott*

Mary A. Schott

Clerk of Court

**For additional information, please visit the court's web site at <u>https://www.nvb.uscourts.gov</u>**